UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────

CINTHIA THEVENIN,

                       Plaintiff,

        vs.                                    Civil No. 1:16-CV-1115
                                                     (NAM/DJS)

CITY OF TROY and
SERGEANT RANDALL FRENCH.

                       Defendants.
─────────────────────────────────────────

DANIEL J. STEWART
United States Magistrate Judge

## ORDER

By Order To Show Cause, issued in this matter on December 5, 2016, Defendants, City of Troy and Sergeant Randall French, were directed to take certain steps to assure the Court that they are aware of a potential conflict of interest and are willing to waive that potential conflict. Dkt. No. 15. Defendants' counsel submitted the requested information.

Upon review of the documents submitted by the Defendants, the Court is satisfied that each party that consents to the joint representation does so knowingly and voluntarily, and if a conflict exists, it is of a nature that can be waived by each party.

It is therefore

**ORDERED** that Defendants, City of Troy and Sergeant Randall French, shall be permitted to proceed with joint representation but have not waived their rights to retain separate counsel in the future; and it is further

**ORDERED** that the documents provided by the Defendants as discussed herein shall be filed under seal.

**IT IS SO ORDERED**.

DATED: February 7, 2017
Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge