

# HKP | HARFENIST KRAUT & PERLSTEIN LLP

NEIL TORCZYNER
Attorney at Law
DIRECT TEL.: 516.355.9612
DIRECT FAX: 516.355.9613
NTORCZYNER@HKPLAW.COM

July 20, 2017

U.S. Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, New York 12207

<u>By: ECF</u>

 Re: Cinthia Thevenin, et al. v. The City of Troy, et al.
 Docket No: 16-CV-01115(NAM)(DJS)

Dear Judge Stewart:

 The firm of the firm of Harfenist Kraut and Perlstein, LLP along with Hach & Rose, LLP, represents the Plaintiff in this matter.

 By Order dated July 7, 2017, the Court directed that certain portions of Defendant Randall French's personnel file and training records be disclosed and further Ordered the parties to submit an appropriate confidentiality agreement/protective Order prior to the production of said records.

 Pursuant to the Court's directive, the parties submit the within proposed confidentiality agreement/protective Order which the parties would respectfully request that the Court "So-Order." Should the Court require any modifications to the confidentiality agreement/protective Order, the parties will of course oblige.

 The parties thank the Court for its attention to this matter.

      Respectfully Submitted
      HARFENIST KRAUT & PERLSTEIN, LLP

      By: *Neil Torczyner*
        Neil Torczyner

**CC: All counsel (via ECF only)**

3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 Westchester Avenue, Suite 415,
Purchase, NY 10577
T – 914.701.0800 F – 914-708-0808.