# TIMES UNION

July 23, 2017

Hon. Daniel J. Stewart
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
parties to this action in accordance with your order of July 14, 2017.

    As you noted in Docket #20, my request was for a redacted version of the personnel file of Defendant Randall French, not for the entire file, as the Defendants' attorneys suggest in their letter response (Docket #22).

    Defendants note in their letter response that the Court determined that some portions of the personnel file "may be relevant to the underlying action" and my request for the personnel file is limited to those portions that the Court has determined are relevant to this action.

    I do not believe New York State's Civil Rights Law sec. 50-a applies in

this context, as Defendants suggest, other than as an indicator of confidentiality interests that may be relevant to the Court's consideration of whether the files should be released, in whole or in part. Such confidentiality interests, to the extent they are relevant here, should be weighed against the First Amendment and common law rights of access to judicial records.

I appreciate your consideration of my request.

                                  Sincerely,

                                  Brendan J. Lyons
                                  Editor State Bureau/Investigations