| From: | Neil Torczyner |
|---|---|
| To: | "trevorhanniganesq@gmail.com" |
| Subject: | RE: my contact |
| Date: | Wednesday, August 23, 2017 7:08:00 PM |
| Attachments: | image001.png |

Hi Trevor:

I've been trying to follow up with you on this but to no avail.

Please call me to discuss the rescheduling of the deposition of your client. I would prefer to pick a date which is convenient for you and your client, rather than mandate that Mr Gross appear on a date which only works for me.

Thank you

Neil



**Neil Torczyner**

T 516-355-9612
F 516-355-9613
ntorczyner@hkplaw.com

3000 Marcus Ave
2nd Floor, East Wing
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Neil Torczyner
**Sent:** Monday, August 07, 2017 5:00 PM
**To:** 'trevorhanniganesq@gmail.com' <trevorhanniganesq@gmail.com>
**Subject:** RE: my contact
**Importance:** High

Hi Trevor:

I am still looking to follow up with you as to the deposition of Phil Gross.

Please call me when you have a moment.

Thank you

Neil



**Neil Torczyner**

T  516-355-9612
F  516-355-9613
ntorczyner@hkplaw.com

3000 Marcus Ave
2nd Floor, East Wing
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

---

**From:** Neil Torczyner
**Sent:** Monday, July 31, 2017 3:38 PM
**To:** trevorhanniganesq@gmail.com
**Subject:** RE: my contact

Hi Trevor:

Thank you again for taking the time to call me last week in connection with this matter.

I would like to try to find a date which works for you and your client so that I can take his deposition.

Please call or email me a few dates which will work for you and Mr. Gross.

Thank you

Neil



**Neil Torczyner**

T  516-355-9612
F  516-355-9613
ntorczyner@hkplaw.com

3000 Marcus Ave
2nd Floor, East Wing
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related

penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Neil Torczyner
**Sent:** Wednesday, July 26, 2017 3:25 PM
**To:** 'trevorhanniganesq@gmail.com'
**Subject:** my contact

Thank you for agreeing to accept service of the subpoena.

We can discuss a date that works for you and your client to reschedule.

Neil



**Neil Torczyner**

T  516-355-9612
F  516-355-9613
ntorczyner@hkplaw.com

3000 Marcus Ave
2nd Floor, East Wing
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.