

**HARFENIST KRAUT & PERLSTEIN LLP**

NEIL TORCZYNER
Attorney at Law
DIRECT TEL.: 516.355.9612
DIRECT FAX:  516.355.9613
NTORCZYNER@HKPLAW.COM

October 27, 2017

U.S. Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, New York 12207

<u>By: ECF</u>

     Re: Cinthia Thevenin, et al.  v. The City of Troy, et al.
     Docket No: 16-CV-01115 (DJS)

Dear Judge Stewart:

     The firm of Harfenist Kraut and Perlstein, LLP along with Hach & Rose, LLP, represents the Plaintiff in this matter. Defendants are represented by the firm of FitzGerald Morris Baker Firth, P.C.

     By text order dated October 6, 2017, the Court directed that non-party Phillip Gross participate in a non-party deposition to be held during the week of October 23, 2017. (Docket Entry #40). The Order further directed the Plaintiff to file a status report as to the status of the deposition.

     Please be advised that yesterday Mr. Gross appeared and testified under subpoena at the non-party deposition.

     The parties thank the Court for its attention and continued assistance with this matter.

                      Respectfully Submitted
                      HARFENIST KRAUT & PERLSTEIN, LLP

                      By: *Neil Torczyner*
                            Neil Torczyner

**CC: All appearing counsel (via ECF only)**

3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 Westchester Avenue, Suite 415,
Purchase, NY 10577
T – 914.701.0800 F – 914-708-0808.