# HKP | HARFENIST KRAUT & PERLSTEIN LLP

**NEIL TORCZYNER**
ntorczyner@HKPlaw.com
Direct Line: (516) 355-9612
Direct Fax: (516) 355-9613

October 17, 2017

North Greenbush Ambulance Association
409 Main Ave,
Wynantskill, New York, 12198
<u>By Certified Mail and Facsimile Transmission</u>

Re: Subpoena served in matter of Cinthia Thevenin, et al. v. The City of Troy, et al.
Docket No: 16-CV-01115 (DJS)

Dear Sir or Madam:

Please be advised that the firm of Harfenist Kraut and Perlstein, LLP along with Hach & Rose, LLP, represents the Plaintiffs in this matter.

As you may know, on September 18, 2017, a subpoena was served on the North Greenbush Ambulance Association and accepted by John Soychak. I have enclosed an additional copy of the subpoena in case the original was mislaid by your office.

Although the subpoena required that the North Greenbush Ambulance Association produce certain documents to my office no later than October 10, 2017, no documents have been received, nor was any request made to extend the time to comply with the subpoena.

Notwithstanding that the North Greenbush Ambulance Association has failed to timely comply with the subpoena, I am making this final request that the North Greenbush Ambulance Association provide the materials within the next ten (10) days. If I do not receive the responsive documents by October 27, 2017, I will make effort to obtain a Court Order enforcing the subpoena, however that it is not my preference.

Thank you for your attention to this matter. If you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,
HARFENIST KRAUT & PERLSTEIN, LLP

By: _____
Neil Torczyner

Encl.
CC:   John D. Aspland, Esq. (by electronic mail only)
      Asish Nelluvelly, Esq. (by electronic mail only)
      Steven Harfenist Esq. (by electronic mail only)
      Michael Rose Esq. (by electronic mail only)

NT/D280386/FL2720