**HKP**
HARFENIST KRAUT & PERLSTEIN LLP
3000 MARCUS AVENUE,
LAKE SUCCESS, NEW YORK 11042



CERTIFIED MAIL™

7014 0510 0000 4594 2512

North Greenbush Ambulance Association
409 Main Ave,
Wynantskill, New York, 12198

Hasler
10/17/2017
US POSTAGE $06.89⁰
ZIP 11040
011D11639107

NIXIE    061   DE 1         0010/27/17

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 11042109699
*0545-10676-17-43*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

North Greenbush Ambulance Assoc
409 Main Ave
Wynantskill, NY
12198

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail    ☐ Priority Mail Express™
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7014 0510 0000 4594 2512

PS Form 3811, July 2013    Domestic Return Receipt