HKP | HARFENIST KRAUT & PERLSTEIN LLP

**NEIL TORCZYNER**
ntorczyner@HKPlaw.com
Direct Line: (516) 355-9612
Direct Fax: (516) 355-9613
October 31, 2017

North Greenbush Ambulance Association
409 Main Ave,
Wynantskill, New York, 12198
By: Facsimile Transmission (518) 283-7781

Re: Subpoena served in matter of Cinthia Thevenin, et al. v. The City of Troy, et al.
Docket No: 16-CV-01115 (DJS)

Dear Sir or Madam:

Please be advised that the firm of Harfenist Kraut and Perlstein, LLP along with Hach & Rose, LLP, represents the Plaintiffs in this matter.

As you may know, on September 18, 2017, a subpoena was served on the North Greenbush Ambulance Association and accepted by John Soychak. I have enclosed an additional copy of the subpoena in case the original was mislaid by your office.

Although the subpoena required that the North Greenbush Ambulance Association produce certain documents no later than October 10, 2017, no documents have been received, nor was any request made to extend the time to comply with the subpoena. After the North Greenbush Ambulance Association failed to respond to the subpoena, I sent a follow up letter via certified mail on October 17, 2017, however the letter was returned to me as "unclaimed" by the United States Postal Service.

Although the time to comply with the subpoena expired three weeks ago, I am making this final request that the North Greenbush Ambulance Association provide the materials within the next seven (7) days. If I do not receive the responsive documents by November 7, 2017, I will make effort to obtain a Court Order enforcing the subpoena.

Thank you for your attention to this matter. If you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,
HARFENIST KRAUT & PERLSTEIN, LLP

By: _____
Neil Torczyner

Encl.
CC: John D. Aspland, Esq. (by electronic mail only)
Asish Nelluvelly, Esq. (by electronic mail only)
Steven Harfenist Esq. (by electronic mail only)
Michael Rose Esq. (by electronic mail only)

```
                        ****************
                        *** TX REPORT ***
                        ****************

JOB NO.              2594
DEPT. ID             1
ST. TIME             10/31 16:46
SHEETS               10
FILE NAME
TX INCOMPLETE        -----
TRANSACTION OK       15182837781
ERROR                -----
```

3000 Marcus Avenue, Second Floor, East
Lake Success, New York 11042
Phone:  (516) 355-9600
Fax:    (516) 355-9601

**HARFENIST, KRAUT & PERLSTEIN, LLP**
Attorneys at Law

# FACSIMILE

| To:    | North Greenbush Ambulance Assn | From:  | Neil Torczyner        |
|--------|-------------------------------|--------|-----------------------|
| Fax:   | (518) 283-7781                | Pages: | 10 (including cover)  |
| Phone: | (518) 283-5511                | Date:  | October 17, 2017      |
| Re:    | Subpoena served on North Greenbush Ambulance Association ||||

[ ] Urgent    [ ] For Review    [ ] Please Comment    [ ] Please Reply    [ ] Please Recycle

The information contained in the facsimile message is privileged and confidential and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error or if any problems occur with transmission, please immediately notify us by telephone at (516) 355-9601.