HOME    HISTORY OF THE AGENCY    JOIN    OFFICERS

**NORTH GREENBUSH AMBULANCE ASSOCIATION, INC.**
P.O. Box 99 Wynantskill, NY 12198 | Phone 518.283.5511 | Fax: 518.283.7781

# Home



This is the home of the North Greenbush Ambulance Association, Inc. proudly serving the Town of North Greenbush, N.Y. and surrounding communities since 1942.

NGAA was one of the first EMS agencies in Rensselaer County to provide Advanced Life Support starting in 1996.

NGAA ensures staffing of a Paramedic and EMT at all times to supplement the volunteer base. We respond to over 1400 EMS calls per year.

Help Support the North Greenbush Ambulance by making all of your Amazon purchases through Amazon Smile Zone and 0.5% of all eligible purchases will be automatically donated.