STATE OF NEW YORK    )
                           )ss.:

COUNTY OF NASSAU    )

**MICHELE SHERBO**, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York. On December 5, 2017, I mailed a copy of the **LETTER MOTION DATED DECEMBER 5, 2017** upon the following person(s) herein at the following address(s), by depositing true copies of same enclosed in properly addressed, post-paid wrapper(s), by certified mail, return receipt requested and by first class mail under the exclusive care and custody of the United States Postal Service:

North Greenbush Ambulance Association
409 Main Avenue
Wynantskill, New York 12198

                                              MICHELE SHERBO

Sworn to before me this
5th day of December, 2017

Notary Public

**REBECCA MARIE TORNS**
Notary Public, State of New York
No. 01TO6275222
Qualified in Suffolk County
Commission Expires January 22, 2021

MS/D283630/FL2720