

**FitzGerald Morris Baker Firth**
Attorneys & Counselors

Asish A. Nelluvely
*Associate Attorney*
aan@fmbf-law.com

December 11, 2017

**<u>Via Email Only</u>**
Neil S. Torczyner, Esq.
Harfenist Kraut & Perlstein LLP
3000 Marcus Avenue
2nd Floor, East Wing
Lake Success, NY 11042

Re:   Cinthia Thevenin v. City of Troy, et al.
       File No.: 11166-0001

Dear Mr. Torczyner:

  In compliance with the Court's Text Order dated November 28, 2017, enclosed please find a Privilege Log with respect to the draft reports that had been prepared by Sgt. French.

  Upon information and belief, the following individuals may have been present at the peer counseling meeting that took place following the incident at issue:  Sgt. Daniel Magneto; Officer Carrie Hoover; Dispatcher Erin Bornt; Officer Robert Gaudette; Officer Christopher Parker; Officer Brandon Galligan; Officer David Dean; and Sgt. Randall French.

  Given the nature and purpose of peer counseling meetings, it is our understanding that officers that took part in the meeting did so with the expectation that their communication would be kept confidential.

Very truly yours,

Asish A. Nelluvely

AAN/aan

cc:   Michael A. Rose, Esq.  *(via email only)*

SERVICE BY FAX NOT ACCEPTED
Glens Falls Office: 16 Pearl Street, P.O. Box 2017, Glens Falls, NY 12801  |  Hudson Falls Office: 3019 State Route 4, Hudson Falls, NY 12839
Cambridge Office: 49 West Main Street, Cambridge, NY 12816  |  Salem Office: 190 Main Street, Salem, NY 12865
Phone: 518.745.1400  |  Fax: 518.745.1576  |  www.fmbf-law.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CINTHIA THEVENIN, Individually, and as wife of
EDSON THEVENIN, Decedent, and as Administratrix
Of the Estate of EDSON THEVENIN, and as mother
and natural guardian, of Infant N.T. and as mother and
natural guardian of Infant Z.T.,

                Plaintiffs,

- against -

THE CITY OF TROY, and SERGEANT RANDALL
FRENCH,

                Defendants.

**PRIVILEGE LOG**

Docket No.:
1:16-CV-1115(NAM/DJS)

---

| Doc No. | Date Range | Doc Type | Sender(s)/ Recipient(s)/ Copyee(s) | Description | Number of Pages | Privilege Justification |
|---|---|---|---|---|---|---|
| 1 | 04/25/16 | Report | R. French, A. Safranko | Response to Resistance Report | 5 | Attorney-Client, Attorney Work Product |
| 2 | 04/25/16 | Report | R. French, A. Safranko | Supplemental Report – TPD 120 | 1 | Attorney-Client, Attorney Work Product |
| 3 | 04/25/16 | Report | R. French, A. Safranko | Post Pursuit Report | 2 | Attorney-Client, Attorney Work Product |