```
 1   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT COURT OF NEW YORK
 2   ------------------------------------------------------
     CINTHIA THEVENIN, individually, and as wife of
 3   EDSON THEVENIN, Decedent, and as Administratrix of
     the Estate of EDSON THEVENIN, and as mother and
 4   natural guardian of Infant N.T. and as mother and
     natural guardian of Infant Z.T.,
 5
                                      Plaintiffs,
 6

 7        -against-                          Index No.
                                           16-CV-1115(NAM/DJS)
 8

 9   THE CITY OF TROY and SERGEANT RANDALL FRENCH,

10                                    Defendants.
     ------------------------------------------------------
11          STENOGRAPHIC MINUTES OF DEPOSITION conducted of

12   CHRISTOPHER PARKER, pursuant to Agreement, on the 15th

13   day of August, 2017, at the law offices of Fitzgerald

14   Morris Baker Firth, 16 Pearl Street, P.O. Box 2017, Glens

15   Falls, New York, commencing at 11:23 a.m.; before MICHELE

16   AMBROSINO, a Shorthand Reporter and Notary Public within

17   and for the State of New York.

18

19

20

21

22

23

24
```

```
 1    APPEARANCES:

 2    On behalf of Plaintiffs:

 3              HARFENIST KRAUT & PERLSTEIN, LLP
                3000 Marcus Avenue, Suite 11042
 4              Lake Success, New York 11042
                526.355.9612
 5
                BY:  NEIL TORCZYNER, ESQ.
 6                   Ntorczyner@hkplaw.com

 7
      On behalf of Defendants:
 8
                FITZGERALD MORRIS BAKER FIRTH
 9              16 Pearl Street
                P.O. Box 2017
10              Glens Falls, New York 12801
                518.745.1400
11
                BY:  JOHN D. ASPLAND, JR.
12                   Jda@fmbf.law.com

13

14

15

16

17

18

19

20

21

22

23

24
```

| | | |
|---|---|---|
| 1 | | how this pursuit happened? |
| 2 | A. | After the fact, yeah.  I don't know if -- |
| 3 | | MR. ASPLAND:  Not what I talked to you about, |
| 4 | | but somebody other than me or Ash. |
| 5 | A. | Yeah, I did. |
| 6 | Q. | Who did you speak with? |
| 7 | A. | I have a question.  I don't know if -- |
| 8 | Q. | Is the person you spoke with a lawyer? |
| 9 | A. | No. |
| 10 | Q. | Okay.  Then who did you speak with? |
| 11 | A. | It was at a meeting because of the trauma I went |
| 12 | | through. |
| 13 | Q. | Okay.  And who did you meet with? |
| 14 | | MR. ASPLAND:  Wait.  So it's his trauma care |
| 15 | | specialist. |
| 16 | | MR. TORCZYNER:  Okay.  Let's go off for a |
| 17 | | second. |
| 18 | | (An off-the-record discussion was held.) |
| 19 | | MR. TORCZYNER:  We had a brief off-the-record |
| 20 | | conversation.  I'm going to ask the witness one |
| 21 | | question, and after that we'll mark the rest for |
| 22 | | further consideration with the magistrate. |
| 23 | BY MR. TORCZYNER: | |
| 24 | Q. | So based on my off-the-record conversation with |

1  counsel for the defendant, it appears that you
2  were present at a meeting that was run through
3  your department in which Sergeant French had some
4  discussion about the events that took place that
5  day; correct?
6  A.  Yes.
7       MR. TORCZYNER:  And you're not comfortable
8  going further with the conversation about what he
9  said; correct?
10      MR. ASPLAND:  Correct.  Yes.
11 Q.  So we're going to defer that part of the
12 deposition to some point in the future, and we'll
13 deal with it at that point.  Thank you for coming
14 down.
15      MR. ASPLAND:  Fair enough.
16      (Whereupon, the examination of
17      CHRISTOPHER PARKER, in the above-entitled
18      matter was concluded at 1:03 p.m.)
19
20
21
22
23
24