```
 1  UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT COURT OF NEW YORK
 2  ------------------------------------------------------------
    CINTHIA THEVENIN, individually, and as wife of
 3  EDSON THEVENIN, Decedent, and as Administratrix of
    the Estate of EDSON THEVENIN, and as mother and
 4  natural guardian of Infant N.T. and as mother and
    natural guardian of Infant Z.T.,
 5
                                    Plaintiffs,
 6

 7       -against-                          Index No.
                                            16-CV-1115(NAM/DJS)
 8

 9  THE CITY OF TROY and SERGEANT RANDALL FRENCH,

10                                  Defendants.
    ------------------------------------------------------------
11       STENOGRAPHIC MINUTES OF DEPOSITION conducted of

12  BRANDON GALLIGAN, pursuant to Agreement, on the 15th day

13  of August, 2017, at the law offices of Fitzgerald Morris

14  Baker Firth, 16 Pearl Street, P.O. Box 2017, Glens Falls,

15  New York, commencing at 1:07 p.m.; before MICHELE

16  AMBROSINO, a Shorthand Reporter and Notary Public within

17  and for the State of New York.

18

19

20

21

22

23

24
```

```
 1    APPEARANCES:

 2    On behalf of Plaintiffs:

 3              HARFENIST KRAUT & PERLSTEIN, LLP
                3000 Marcus Avenue, Suite 11042
 4              Lake Success, New York 11042
                526.355.9612
 5
                BY:  NEIL TORCZYNER, ESQ.
 6                   Ntorczyner@hkplaw.com

 7
      On behalf of Defendants:
 8
                FITZGERALD MORRIS BAKER FIRTH
 9              16 Pearl Street
                P.O. Box 2017
10              Glens Falls, New York 12801
                518.745.1400
11
                BY:  JOHN D. ASPLAND, JR.
12                   Jda@fmbf.law.com

13

14

15

16

17

18

19

20

21

22

23

24
```

1  establishments up there, got dinner, had some
2  drinks.  That was about it.
3  Q.  So we've talked about this officer-involved
4  shooting from April 17th, 2016.  Did Randy French
5  ever tell you how the events took place?
6  A.  Just in the stress debrief, but I don't remember
7  much from it.
8      MR. ASPLAND:  This is the same subject matter
9  that you and I just discussed with Chris Parker.
10 Q.  Okay.  What you recall, if anything, that was
11 said then?
12 A.  Quite honestly, I don't remember much from the
13 stress debrief.  There wasn't many people there.
14 It was kind of quick, in and out.  I said what I
15 had to say and left.
16 Q.  I'm not going to ask you about what you said at
17 the stress debrief.  I'm just wondering if you
18 heard anything in from Randy French or Captain
19 Montanino about the events that took place?
20     MR. ASPLAND:  By counsel, Captain Montanino,
21 he confirmed he wasn't present.
22     MR. TORCZYNER:  Okay.  But he can tell me
23 that.
24     MR. ASPLAND:  Yeah.  But I'm also going to --

|    |    |                                                               |
|----|----|---------------------------------------------------------------|
| 1  |    | if we're going to get into what other people said,            |
| 2  |    | I guess we're going to have to have the same                  |
| 3  |    | conversation we had for Chris Parker on that                  |
| 4  |    | subject.                                                      |
| 5  | Q. | Do you remember what was said?                                |
| 6  | A. | No.                                                           |
| 7  |    | MR. TORCZYNER:  We don't have to go further                   |
| 8  |    | than that.                                                    |
| 9  |    | MR. ASPLAND:  Okay.                                           |
| 10 | Q. | When did you first meet Captain Montanino?                    |
| 11 | A. | Probably sometime on field training while I was               |
| 12 |    | still in training, you know, when I was with                  |
| 13 |    | Officer Dean or the other FTO that I had on                   |
| 14 |    | midnights first platoon.                                      |
| 15 | Q. | And at that point Captain Montanino was your                  |
| 16 |    | commanding officer?                                           |
| 17 | A. | Yes.                                                          |
| 18 | Q. | Did you ever socialize with him outside work?                 |
| 19 | A. | Just the same way as Sergeant French.                         |
| 20 | Q. | Just that one event?                                          |
| 21 | A. | Yep.                                                          |
| 22 | Q. | Okay.  So we've been talking about Edson                      |
| 23 |    | Thevenin.  Had you ever heard that name prior to              |
| 24 |    | April 17th, 2016?                                             |