

NEIL TORCZYNER
Attorney at Law
DIRECT TEL.: 516.355.9612
DIRECT FAX: 516.355.9613
NTORCZYNER@HKPLAW.COM

December 28, 2017

U.S. Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, New York 12207

<u>By: ECF and Overnight Courier</u>

    Re: Cinthia Thevenin, et al. v. The City of Troy, et al.
    Docket No: 16-CV-01115(DJS)

Dear Judge Stewart:

    The firm of Harfenist Kraut and Perlstein, LLP along with Hach & Rose, LLP, represents the Plaintiff in this matter. As the Court may recall, this lawsuit relates to an April 17, 2016 incident wherein Defendant Randall French ("French") shot and killed Edson Thevenin while French was performing his duties as a Troy Police Department ("TPD") Sergeant.

    I write in compliance with the Court's Order of today's date (Docket Entry #50) which directed Plaintiff to submit a new subpoena to the North Greenbush Ambulance Association to be So-Ordered by the Court and served on the North Greenbush Ambulance Association on or before January 5, 2018.

    As directed by the Court, I am enclosing with the hard copy of this letter a proposed subpoena to be So-Ordered by the Court. A copy of this letter and the proposed subpoena will be sent to counsel for the Defendants by electronic mail.

    I thank the Court for its attention to this matter.

    Respectfully Submitted
    HARFENIST KRAUT & PERLSTEIN, LLP

    By:   *Neil Torczyner*
          Neil Torczyner

**Encl.**
**CC:**   John Aspland. Esq. (by electronic mail w/encl)
        Asish Nelluvely, Esq. (by electronic mail w/encl)

3000 MARCUS AVENUE, SUITE 2E1
LAKE SUCCESS, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 WESTCHESTER AVENUE, SUITE 415,
PURCHASE, NY 10577
T – 914.701.0800 F – 914-708-0808.