

1

```
 1  UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT COURT OF NEW YORK
 2  ------------------------------------------------
    CINTHIA THEVENIN, individually, and as wife of
 3  EDSON THEVENIN, Decedent, and as Administratrix of
    the Estate of EDSON THEVENIN, and as mother and
 4  natural guardian of Infant N.T., and as mother and
    natural guardian of Infant Z.T.,
 5
                              Plaintiffs,
 6

 7      -against-                       Index No.

 8                                      16-CV-1115(NAM/DJS)

 9
    THE CITY OF TROY and SERGEANT RANDALL FRENCH,
10
                              Defendants.
11  ------------------------------------------------

12      STENOGRAPHIC MINUTES OF DEPOSITION conducted of

13  RANDALL FRENCH, pursuant to Agreement, on the 28th day of

14  July, 2017, at the law offices of Fitzgerald Morris Baker

15  Firth, 16 Pearl Street, P.O. Box 2017, Glens Falls, New

16  York, commencing at 9:39 a.m.; before MICHELE AMBROSINO,

17  a Shorthand Reporter and Notary Public within and for the

18  State of New York.
```

```
 1    APPEARANCES:

 2    On behalf of Plaintiffs:

 3              HARFENIST KRAUT & PERLSTEIN, LLP
                3000 Marcus Avenue, Suite 11042
 4              Lake Success, New York 11042
                526.355.9612
 5
           BY:  NEIL TORCZYNER, ESQ.
 6              Ntorczyner@hkplaw.com

 7
      On behalf of Defendants:
 8
                FITZGERALD MORRIS BAKER FIRTH
 9              16 Pearl Street
                P.O. Box 2017
10              Glens Falls, New York 12801
                518.745.1400
11
           BY:  JOHN D. ASPLAND, JR.
12              Jda@fmbf.law.com

13

14

15

16

17

18

19

20

21

22

23

24
```

```
                                                              103
                        RANDALL FRENCH - 07/28/17
```

| | | |
|---|---|---|
| 1 | | made a finding as far as those events? |
| 2 | A. | Only from things I've been told. |
| 3 | Q. | Okay.  What were you told? |
| 4 | A. | I was told that I was -- their part of the |
| 5 | | investigation revealed I did nothing wrong. |
| 6 | | There's no criminal charges or any reason to be |
| 7 | | criminal charges against me. |
| 8 | Q. | Okay.  And who told you that? |
| 9 | A. | I don't remember. |
| 10 | Q. | You had been mentioning Mr. Safranko, and I know |
| 11 | | that I've said it a few times before:  I'm just |
| 12 | | going to stress, to the extent that any answer |
| 13 | | requires information that he gave you, you need |
| 14 | | to let us know in advance that that's where |
| 15 | | information is coming from. |
| 16 | A. | Okay. |
| 17 | Q. | You had mentioned Mr. Safranko as being paid for |
| 18 | | by the City of Troy; that's correct? |
| 19 | A. | Yes. |
| 20 | Q. | When was the last time you spoke with |
| 21 | | Mr. Safranko? |
| 22 | A. | It has been several months. |
| 23 | Q. | Do you know whether Mr. Safranko is still your |
| 24 | | attorney? |

RANDALL FRENCH - 07/28/17                                209

WITNESS INDEX

EXAMINATION BY MR. TORCZYNER..........................PAGE 4

| DOCUMENT INFORMATION/REQUESTED: | PAGE |
| --- | --- |
| Inquiry on MDT | 85 |
| Response to Resistance Report Randall French started | 95 |
| Email between Andrew Safranko and Randall French | 99 |
| General Order Number 0602 | 201 |
| Who informed Randall French he was cleared by Departmental Investigation | 208 |

| PLAINTIFFS' EXHIBITS | | PAGE |
| --- | --- | --- |
| Exhibit 1 | Daily Sheet | 23 |
| Exhibit 2 | Montanino Exhibit 1 from 7/27/17 | 81 |
| Exhibit 3 | City of Troy Police Department Response to Resistance Form | 88 |
| Exhibit 4 | Photograph | 176 |
| Exhibit 5 | Photograph | 177 |
| Exhibit 6 | Photograph | 180 |
| Exhibit 7 | Photograph | 182 |
| Exhibit 8 | Video | 187 |
| Exhibit 9 | General Order Number 711 | 191 |
| Exhibit 10 | General Order Number 0806 | 194 |
| Exhibit 11 | General Order Number 0600 | 197 |

(EXHIBITS RETAINED BY NEIL TORCZYNER, ESQ.)