# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of New York

Index Number: 16-CV-1115(DJS)

Date Filed: _____

**Plaintiff:**
**Cinthia Thevenin, et al**

vs.

**Defendant:**
**The City of Troy and Sergeant Randall French**

State of New York, County of Albany)ss.:

For:
Harfenist Kraut & Perlstein LLP
3000 Marcus Avenue Suite 2e1
Lake Success,, NY 11042

Received these papers to be served on **North Greenbush Ambulance Association, 409 Main Avenue, Wynantskill, NY 12198**.

I, Patricia A. Burke, being duly sworn, depose and say that on the **3rd day of January, 2018** at **3:05 pm**, I:

served a **BUSINESS** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e) and (g) (Effective 12/1/13), Order and Letter Dated December 5, 2017 directed to U.S. Magistrate Judge J. Stewart**, to: **Ryan French** as **Chief** for **North Greenbush Ambulance Association**, at the address of: **409 Main Avenue, Wynantskill, NY 12198**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Recipient stated that he is authorized to accept service of legal documents upon North Greenbush Ambulance Association

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 180, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

Patricia A. Burke
Process Server

Subscribed and Sworn to before me on the 8th day of January, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

JOANNE SPORTMAN
Notary Public, State of New York
Qualified in Albany County
No. 01SP4527104
Commission Expires: 1/31/2019

Our Job Serial Number: 2018000061
Ref: 1424179

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x