

**HARFENIST KRAUT & PERLSTEIN LLP**

NEIL TORCZYNER
Attorney at Law
DIRECT TEL.: 516.355.9612
DIRECT FAX: 516.355.9613
NTORCZYNER@HKPLAW.COM

January 24, 2018

U.S. Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, New York 12207

By: ECF

Re: Cinthia Thevenin, et al. v. The City of Troy, et al.
Docket No: 16-CV-01115(DJS)

Dear Judge Stewart:

The firm of Harfenist Kraut and Perlstein, LLP along with Hach & Rose, LLP, represents the Plaintiff in this matter. I write in reference to the Court's Order of

As the Court may recall, by Text Order dated November 28, 2017, the Court set this matter down for telephone conference for January 26, 2018 at 10 AM to discuss any outstanding discovery issues. (Docket Entry #45). Additionally, following Plaintiff's motion to compel the NGAA to comply with an outstanding subpoena, the Court set this matter down for a potential conference on the NGAA's compliance with the So-ordered Subpoena. (Docket Entry #50 and unnumbered Text Notice of January 11, 2018).

Please be advised that on January 18, 2018, we received a response from the NGAA in compliance with the subpoena. As such we would respectfully request that the Court not schedule a show cause hearing for January 26, 2018 and leave the matter as a telephone conference as originally contemplated in the November 28, 2017 text order.

A copy of this letter has been sent to the NGAA by electronic mail and I have personally spoken with counsel for the Defendants as to the subpoena compliance and this request to not schedule the show cause hearing.

I thank the Court for its attention to this matter.

Respectfully Submitted
HARFENIST KRAUT & PERLSTEIN, LLP

By: *Neil Torczyner*
Neil Torczyner

CC:   NGAA, by electronic mail
      All counsel by ECF

3000 MARCUS AVENUE, SUITE 2E1
LAKE SUCCESS, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 WESTCHESTER AVENUE, SUITE 415,
PURCHASE, NY 10577
T – 914.701.0800 F – 914-708-0808