

Joel E. Abelove
District Attorney

# OFFICE OF THE
# DISTRICT ATTORNEY
# COUNTY OF RENSSELAER

RENSSELAER COUNTY COURTHOUSE
TROY, NEW YORK 12180
(518) 270-4040

April 30, 2018

Hon. Daniel J. Stewart
Magistrate Judge
United States District Court
Northern District of New York
445 Broadway
Albany, New York 12207



Re: Thevenin v. City of Troy et al
    Case No.: 1:16-cv-01115-DJS

Dear Judge Stewart:

You have asked this office to submit a response to a motion jointly filed in the above-matter to unseal State Grand Jury Record from April 2016, regarding the death of Edson Thevenin. Inasmuch as this Office is not a party to the instant proceedings before Your Honor, it is unclear what standing this Office has to object or consent to any order with respect to the Grand Jury record. It is also unclear whether this office could lawfully consent (even if it has standing to do so) to the unsealing of a record that is sealed pursuant to state law and pursuant to an Order from the Hon. Judge Nichols. As such, this Office does not take a position with respect to the letter motion pending herein.

Thank you for your consideration in this matter.

Respectfully,

*Joel E. Abelove*

Joel E. Abelove