

HARFENIST KRAUT & PERLSTEIN LLP

NEIL TORCZYNER
Attorney at Law
DIRECT TEL: 516.355.9612
DIRECT FAX: 516.355.9613
NTORCZYNER@HKPLAW.COM

May 10, 2018

U.S. Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, New York 12207

<u>By: ECF and Overnight Courier</u>

    Re: Cinthia Thevenin, et al. v. The City of Troy, et al.
    Docket No: 16-CV-01115(DJS)

Dear Judge Stewart:

    The firm of Harfenist Kraut and Perlstein, LLP along with Hach & Rose, LLP, represents the Plaintiff in this matter. Defendants are represented by FitzGerald Morris Baker Firth, P.C. I write in compliance with the Court's Order of May 9, 2018 (Docket Entry #69) which directed Plaintiff to submit a new subpoena to the Rensselaer County District Attorney's Office to be So-Ordered by the Court and served on the Rensselaer County District Attorney's Office on or before May 16, 2018.

    As directed by the Court, I am enclosing with the hard copy of this letter a proposed subpoena to be So-Ordered by the Court. A copy of this letter and the proposed subpoena will be sent to counsel for the Defendants by electronic mail.

    Additionally, as directed by the Court in the May 9, 2018 Order, enclosed with the hard copy of this letter are copies of the deposition transcripts of the following individuals who are known to have testified before the Rensselaer County Grand Jury in April 2016: David Dean, William Fitch, Randall French, Donald Marble, Matthew Montanino and Christopher Parker.

    Plaintiff thanks the Court for its time and attention to this matter and will provide any additional materials should the Court so require.

    Respectfully Submitted
    HARFENIST KRAUT & PERLSTEIN, LLP
    Attorneys for Plaintiffs

    By: *Neil Torczyner*
        Neil Torczyner

**Encl.**
**Cc: All appearing counsel via ECF (w/o encl)**

3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 Westchester Avenue, Suite 415,
Purchase, NY 10577
T – 914.701.0800 F – 914-708-0808.