

# HARFENIST KRAUT & PERLSTEIN LLP

NEIL TORCZYNER
*Attorney at Law*
DIRECT TEL.: 516.355.9612
DIRECT FAX: 516.355.9613
NTORCZYNER@HKPLAW.COM

May 18, 2018

U.S. Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, New York 12207
<u>By: ECF</u>

     Re: Cinthia Thevenin, et al. v. The City of Troy, et al.
     Docket No: 16-CV-01115(DJS)

Dear Judge Stewart:

     The firm of Harfenist Kraut and Perlstein, LLP along with Hach & Rose, LLP, represents the Plaintiff in this matter. Defendants are represented by FitzGerald Morris Baker Firth, P.C.

     I write in compliance with the Court's Order from earlier this afternoon (Docket Entry #72) which directed Plaintiff to submit a new subpoena to be So-Ordered to obtain the Grand Jury Minutes which were the subject of Docket Entry #69. The Order further required that the new subpoena be directed to the New York Attorney General's Office, Special Investigations and Prosecutions Unit, 28 Liberty Street New York, New York 10005. As directed by the Court, the proposed subpoena is enclosed with this correspondence.

     Additionally, I write jointly with counsel for the Defendants to request an extension of the discovery cutoff (currently May 31, 2018). As discussed with the Court during the parties' May 9, 2018 telephone conference, the parties anticipate additional depositions to be held should the Court unseal the Grand Jury minutes. Furthermore, counsel for the Defendants advises that subpoenas have been served upon the Attorney General's Office seeking witness testimony and Defendants counsel is in the process of negotiating dates for those depositions to proceed. For this reason, the parties would respectfully request that the discovery cut off be extended from May 31 to August 31 and that the related telephone conference scheduled for May 25 be adjourned to date convenient for the Court.

     The parties thank the Court for its time and attention to this matter.

     Respectfully Submitted
     HARFENIST KRAUT & PERLSTEIN, LLP
     Attorneys for Plaintiffs

     By: *Neil Torczyner*
           Neil Torczyner

**Encl.**

3000 MARCUS AVENUE, SUITE 2E1
LAKE SUCCESS, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 WESTCHESTER AVENUE, SUITE 415,
PURCHASE, NY 10577
T – 914.701.0800 F – 914-708-0808.