

**FitzGerald Morris Baker Firth**
Attorneys & Counselors

Asish A. Nelluvely
*Associate Attorney*
aan@fmbf-law.com

August 30, 2018

**_Via ECF Only_**
Magistrate Judge Daniel J. Stewart
United States District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:   Cinthia Thevenin v. City of Troy, et al.
       Index No.:   1:16-cv-1115(DJS)
       Our File No.:   11166-0001

Dear Judge Stewart:

I am writing to request a 90-day extension of the fact discovery deadline in the above-referenced matter in order to allow parties to conduct further depositions and paper discovery. I have consulted with Mr. Torczyner and he has advised that Plaintiff will not be taking a position on our request for an extension of time.

Pursuant to the Court's directive during the telephone conference of July 26, 2018, Defendants served a subpoena to produce documents upon the New York State Office of the Attorney General. On August 27, 2018, Assistant Attorney General Adrienne Kerwin produced a thumb drive containing documents, photos, video, and audio recordings. Based on that production, Defendants anticipate conducting additional depositions, including that of Assistant Attorney General Jennifer Sommers.

We are also seeking a status conference with the Court. Mr. Torczyner joins in our request. Parties are available for a telephone conference on the following dates: September 4, 5, 6, 7, and 14.

We appreciate the Court's indulgence in this matter.

Respectfully submitted,

*/s/ Asish A. Nelluvely*
Asish A. Nelluvely

cc:   Michael A. Rose, Esq., Hach & Rose LLP
       Neil S. Torczyner, Esq., Harfenist Kraut & Perlstein LLP