UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CINTHIA THEVENIN, individually, and as wife of EDSON THEVENIN, Decedent, and as Administratrix of the Estate of EDSON THEVENIN, and as mother and natural guardian of Infant N.T. and as mother and natural guardian of Infant Z.T., | **NOTICE OF MOTION**  16-CV-01115  DJS |
| *Plaintiffs*, | |
| -against- | |
| THE CITY OF TROY and SERGEANT RANDALL FRENCH | |
| *Defendants*. | |

PLEASE TAKE NOTICE that upon the annexed affirmation of Adrienne J. Kerwin; declaration of Jennifer M. Sommers; the accompanying memorandum of law; and upon all prior proceedings, non-party Jennifer M. Sommers, on November 1, 2018 at 9:30 a.m., or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Albany, New York, pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure, for an order (1) granting non-party AAG Jennifer M. Sommers's motion to quash the subpoena served upon in her in this action and (2) granting AAG Sommers any further relief that the court deems just, proper and equitable.

Dated: Albany, New York
       September 26, 2018

    BARBARA D. UNDERWOOD
    Attorney General of the State of New York
    Attorney for Non-Party AAG Jennifer M. Sommers
    The Capitol
    Albany, New York  12224

    By: *s/ Adrienne J. Kerwin*
    Adrienne J. Kerwin
    Assistant Attorney General, of Counsel
    Bar Roll No. 105154
    Telephone: (518) 776-2608
    Fax::   (518) 915-7738 (Not for service of papers)
    Email: Adrienne.Kerwin@ag.ny.gov

To:    John D. Aspland (via ECF)
       Michael A. Rose (via ECF)
       Neil S. Torczyner (via ECF)
       Steven J. Harfenist (via ECF)