73

```
 1          answer.
 2     A.   I asked him questions, he answered the questions,
 3          and we memorized [sic] in the statement.
 4     Q.   Okay.  Was his statement audio taped?
 5     A.   No.
 6     Q.   Was it videotaped?
 7     A.   No.
 8     Q.   And Mr. Gross testified as to who was present
 9          when this statement was given, but I'm going to
10          ask you if you remember who was with you that
11          day?
12     A.   It started off with Trevor Hannigan there, Phil
13          Gross, Joshua Gradinger, one of the assistant
14          attorney generals, and I believe Jen Silver, one
15          of the assistant attorney generals.
16              MS. KERWIN:  Jen Silver?
17     A.   Jen Sommers, I'm sorry.  I know her, too.  But it
18          was probably within minutes of me talking that
19          Trevor, Josh, and Jen got up and left so it was
20          just Phil and I in the room.
21     Q.   Okay.  So was there ever a period of time at
22          Mr. Hannigan's office while this statement was
23          being given that there were any other members of
24          the attorney general's office present?
```

74

| | | |
|---|---|---|
| 1 | A. | No. |
| 2 | Q. | If Mr. Gross testified that there were other |
| 3 | | folks from the AG office present when he gave you |
| 4 | | this statement, would that be an inaccurate |
| 5 | | recollection on his part? |
| 6 | A. | Yes. |
| 7 | Q. | Was there ever a period of time -- I'm sorry, did |
| 8 | | you say Jen Sommers? |
| 9 | A. | Jen Sommers, yeah. |
| 10 | Q. | She was present for some period of this? |
| 11 | A. | Yeah, like I said, like two minutes into it and |
| 12 | | they both -- all three of the attorneys left the |
| 13 | | room. |
| 14 | Q. | Deputy Karam -- Deputy Chief Karam, was he there? |
| 15 | A. | No. |
| 16 | Q. | Paul Clyne there? |
| 17 | A. | No. |
| 18 | Q. | Mitchell Paurowski there? |
| 19 | A. | Nope. |
| 20 | Q. | Who was the other person that you said? |
| 21 | A. | Trevor Hannigan. |
| 22 | Q. | And? |
| 23 | A. | Joshua Gradinger. |
| 24 | Q. | And he is who? |