| | | |
|---|---|---|
| 1 | Q. | Did you ultimately go to the place where Mr. Karam |
| 2 | | and Mr. Enfield asked you to come? |
| 3 | A. | Yes. |
| 4 | Q. | Where was that? |
| 5 | A. | State building in Albany. |
| 6 | Q. | Do you remember which one? |
| 7 | A. | The one in the middle. |
| 8 | Q. | Okay. In the plaza; correct? |
| 9 | A. | Yeah. |
| 10 | Q. | Was it the Justice Building, do you remember that |
| 11 | | being the case, or no? |
| 12 | A. | I don't know what building. |
| 13 | Q. | Did you go to an office where the New York State |
| 14 | | Attorney General is located? |
| 15 | A. | Yes. |
| 16 | Q. | Did you ever speak to a woman named Jennifer |
| 17 | | Sommers while at that building? |
| 18 | A. | Yes. |
| 19 | Q. | Okay. Was she present when you gave your |
| 20 | | statement? |
| 21 | A. | Yes. |
| 22 | Q. | Okay. Did she give you any information that |
| 23 | | appears in the statement, which is marked as |
| 24 | | Exhibit 5? |

```
1    A.   This is what?
2    Q.   Did she provide you with any information that
3         ultimately made its way into the Exhibit 5?
4    A.   No.
5    Q.   Okay.  Did anyone give you information that was
6         then included in Exhibit 5?
7    A.   No.
8    Q.   Are all the words included in Exhibit 5 your words
9         and no one else's?
10   A.   Correct.
11   Q.   Okay.  Can you explain to me how you went down
12        there on May 5th and gave this statement?  You
13        drove down by yourself?
14   A.   Correct.
15   Q.   And was Mr. Hannigan with you?
16   A.   Yes.
17   Q.   Was anybody else there?
18   A.   Yes.
19   Q.   Who else was there?
20   A.   Two investigators.
21   Q.   Other than Karam and Enfield?
22   A.   Yes.
23   Q.   So it was Karam, Enfield, Jen Sommers,
24        Mr. Hannigan, you, and who else?
```

```
 1   A.   I don't know who else, the guy's name.
 2   Q.   Did you get their card?
 3   A.   Out of New York.  I don't know which guys.
 4   Q.   Okay.  Do you have their cards though?
 5   A.   This is the people I talked to.
 6   Q.   You talked to them about what?
 7   A.   That were involved in this.  They brought their
 8        electronic guys or IT guys to get the video off my
 9        phone.
10   Q.   Just for the record, we are going to make a copy of
11        those cards just to clear everything up.  You
12        handed me a card for a Paul Clyne, whose card reads
13        that he is the Deputy Chief Special Investigations
14        and Prosecutions Unit of the New York State Office
15        of the Attorney General.  And you gave me a card
16        for a Mitchell Paurowski, P-A-U-R-O-W-S-K-I.  His
17        card reads he is an investigator in the
18        Investigations Division.  Then you gave me a card
19        for a Nicholas Viorst, V-I-O-R-S-T.  His card reads
20        Deputy Chief Special Investigations and
21        Prosecutions Unit, New York State Attorney
22        General's Office.  His business address is New York
23        City.  Mr. Paurowski's address is the capital in
24        Albany.  Mr. Clyne's address is the capital in
```