Mitchell Paurowski - July 27, 2018

36

1  Q.  Okay. So what day is it that you first saw the
2      windshield?
3  A.  My recollection it was a month or so after the
4      incident.
5  Q.  And what was the -- having seen the windshield
6      what, if anything, did you do with the
7      information that you gathered from observing the
8      gunshot patterns?
9  A.  Well, I was not alone in that sally port; Deputy
10     Chief Karam was there, Investigator Enfield was
11     there, at least one of the assistant attorney
12     generals was there, Jen Sommers, I believe. I
13     could be wrong about that. After we left, my
14     recollection is that there was a determination
15     made that we would seek out professionals who are
16     trained in trajectory bullet plotting.
17 Q.  And that in fact occurred at some point, correct?
18 A.  At some point that did occur.
19 Q.  Were you involved in that analysis at all, that
20     subsequent analysis of trajectory in bullet
21     patterns?
22 A.  Analysis as far as?
23 Q.  What involvement, if any, did you have with
24     respect to Mr. Fries?