**EXHIBIT B**

# HKP | HARFENIST KRAUT & PERLSTEIN LLP

**NEIL TORCZYNER**
ntorczyner@HKPlaw.com
Direct Line: (516) 355-9612
Direct Fax: (516) 355-9613

December 26, 2018

John D. Aspland, Esq.
FitzGerald Morris Baker Firth, P.C.
16 Pearl Street
Glens Falls, NY 12801
<u>By Electronic and First Class Mail</u>

Re: Cinthia Thevenin, et al. v. The City of Troy, et al.
Docket No: 16-CV-01115 (DJS)

Dear Mr. Aspland:

As you know, the firm of Harfenist Kraut and Perlstein, LLP along with Hach & Rose, LLP, represents the Plaintiff in this matter.

As we have been discussing/emailing over the last few weeks, Plaintiff's expert would like to examine certain materials which are in the TPD' possession in advance of a planned site inspection.

Specifically, our expert would like to examine the bullets and shell casings contained on the enclosed TPD custody receipt list (your Bates 53-54) as well as the following items which were submitted by the TPD to the New York State Police lab and reflected in the enclosed August 19, 2016 Trace Evidence Report: Items 32, 32A, 43, 43A, 92, 93, 94, 95, 96, 97, 98, 99, 140, 151.

<u>Again, please allow this to confirm that the inspection will be non-destructive</u>.

Lastly, as we discussed today, Plaintiff's expert would like to do an inspection of the vehicles on January 9 or 10 (or possibly parts of both days) and he would like to view these materials in advance of the site inspection. After you hear back from your clients, please advise when the items can be shipped and we will provide an address and FedEx account number for the shipping.

Thank you for your attention to this matter. If you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,
HARFENIST KRAUT & PERLSTEIN, LLP

By: /s/ Neil Torczyner

Encl.

3000 MARCUS AVENUE, SECOND FLOOR EAST, LAKE SUCCESS, NEW YORK 11042   T 516.355.9600   F 516.355.9601
LAKE SUCCESS, NY | PURCHASE, NY

# Troy Police Department 

**Custody Receipt**

On **04/28/2016** at **12:39 pm** the following items were transferred so that the current custody reads as follows; **"Stored in Location - E.T. Temporary Locker #008"**. This custody update was processed by **WILLIAM GILLETT**.

| Case #: 16-038338 | | Please initial below if the items are to be Released or Transferred | |
|---|---|---|---|
| Item # | Description | Release | Transfer |
| 022 | Projectile packaged in a sealed plastic container<br>Item Notes: TOT Southworth From Ptlm. B. Galligan when Southworth responded to St. Mary's | | |
| 023 | Projectile packaged in a sealed plastic container<br>Item Notes: | | |
| 024 | Projectile packaged in a sealed plastic container<br>Item Notes: | | |
| 025 | Projectile packaged in a sealed plastic container<br>Item Notes: | | |
| 060 | 1 silver colored Winchester Auto + P .45cal shell casing<br>Item Notes: marker #1 | | |
| 061 | 1 silver colored Winchester Auto + P .45cal shell casing<br>Item Notes: marker #2 | | |
| 062 | 1 silver colored Winchester Auto + P .45cal shell casing<br>Item Notes: marker #3 | | |
| 063 | 1 silver colored Winchester Auto + P .45cal shell casing<br>Item Notes: marker #4 | | |
| 064 | 1 silver colored Winchester Auto + P .45cal shell casing<br>Item Notes: marker #5 | | |
| 065 | 1 silver colored Winchester Auto + P .45cal shell casing<br>Item Notes: marker #6 | | |
| 066 | 1 silver colored Winchester Auto + P .45cal shell casing<br>Item Notes: marker #19 | | |
| 067 | 1 silver colored Winchester Auto + P .45cal shell casing<br>Item Notes: marker #20 | | |
| 072 | 1 expended projectile inside a specimen cup<br>Item Notes: | | |
| 100 | 1 black .45 cal SIG SAUER with X300 weapon light and 1 empty 8 rd magazine<br>Serial #: 375015068<br>Item Notes: said item was originally collected by Officer Furchiniti off of Capt Montanino in Ast Chief's Office. After it was turned over to R/O it was secured in blue ET locker #6 until 04/18/16 for processing | | |

# Troy Police Department



**Custody Receipt**

On **04/28/2016** at **12:39 pm** the following items were transfered so that the current custody reads as follows; **"Stored in Location - E.T. Temporary Locker #008"**. This custody update was processed by **WILLIAM GILLETT**.

**Case #: 16-038338**

| Item # | Description | Release | Transfer |
|---|---|---|---|
| 124 | 1 kimber Custom TLE/RL II .45 cal pistol w/8 round mag and surefire X300 light<br>**Serial #:** 267789 | MM | |
| | **Item Notes:** said item was collected by Officer Furchiniti on 04/17/16 while Officer French was being treated at ALbany Med ER. Item was turned over to R/O on 04/17/16 @2030 hrs in ET room at CS for processing said item was placed in blue ET locker #6 until further processing on 04/19/16 @ 0030 hrs | | |
| 136 | 1 intact expended projectile | | |
| | **Item Notes:** collected during search warrant of N.Y. Reg. FYZ-9818 in the TPD Sally Port Garage | | |
| 137 | 1 intact expended projectile | | |
| | **Item Notes:** collected during search warrant of N.Y. Reg. FYZ-9818 in the TPD Sally Port Garage | | |
| 138 | 1 intact expended projectile | MM | SS |
| | **Item Notes:** collected during search warrant of N.Y. Reg. FYZ-9818 in the TPD Sally Port Garage | | |

**Total # of Items Transfered:** 18

**Comments:**
These items were locked into E.T. Locker #8, in preparation for transfer to the A.T.F. Lab, for testing. These items will be relayed to an A.T.F. Agent via E.T. Officer Mary Magnetto. Directed by Det. Sgt. Bornt, & approved by Det. Capt. Sprague. W.J.G

*Above items were transferred to Special Agent Sherman by Off. Magnetto on 04/29/16 at 11:30.*

**WILLIAM GILLETT** — Released By

Released To: M Magnetto #7592 — 04/28/2016 - 12:39 pm — Date/Time

When Released or Transfering items please complete this Chain of Custody section below and return this form to your Property Officer.

**Released By (Sign and Print):**

**Released To (Sign and Print):** — Date/Time: 4/29/
Be sure to initial all of the items you are receiving above

**Transfered By (Sign and Print):** M Magnetto

**Transfered To (Print Location Name):** — Date/Time: 4/29/16 1130
Be sure to initial all of the items you are transferring above



**NEW YORK STATE** | **State Police** | **Western Satellite Crime Laboratory**

ANDREW M. CUOMO
Governor

GEORGE P. BEACH II
Superintendent

RAY A. WICKENHEISER
Director

## TRACE EVIDENCE REPORT

**TO:**   Chief John Tedesco
Troy City Police Department
55 State Street
Troy, New York 12180

*August 19, 2016*
Lab Case #   *16HL-02373*
Agency Case #
*16-038338*

### *SUPPLEMENTAL REPORT*

**SUBJECT:**   *THEVENIN, EDSON ANDRIS - DECEASED*
*MONTANINO, MATTHEW - OTHER*
*FRENCH, RANDALL - OTHER*
*April 17, 2016*

**DESCRIPTION:**

| Item | Description |
|---|---|
| Item #007 | Gray American Rag Sweat Jacket size XXL. |
| Item #009 | Grey Muhammad Ali t-shirt size 2XL. |
| Item #014 | Hanes white t-shirt size L. |
| Item #032 | Uniform pants (.Sgt. French.). |
| Item #032A | Debris from uniform pants. |
| Item #043 | Duty belt (.Sgt. French.). |
| Item #043A | Debris from duty belt. |
| Item #059 | 1 can Sabre Red Crossfire OC spray. |
| Item #092 | NY license plate (.front bumper Item #090.). |
| Item #093 | Paint scrapings (.control sample from #089.). |
| Item #094 | Paint scrapings (.control sample from #089.). |
| Item #095 | Black scrapings (.from #089.). |
| Item #096 | Black scrapings (.from #089). |
| Item #097 | Paint scrapings (.control sample from #090.). |
| Item #098 | Paint scrapings (.control sample from #090.). |
| Item #099 | Paint scrapings (.from front bumper #090.). |
| Item #140 | Swab (.orange substance driver's window #088.). |
| Item #151 | Black paint (.control sample from #088.). |
| Item #161 | Possible paint scraping (.from Item #032.). |

**EXAMINATION/CONCLUSION:**



722 Homer Street, Olean, NY 14760-1130 | (716) 373-5525 | www.troopers.ny.gov