# EXHIBIT E

# Neil Torczyner

| | |
|---|---|
| **From:** | Sommers, Jennifer <Jennifer.Sommers@ag.ny.gov> |
| **Sent:** | Monday, January 07, 2019 3:06 PM |
| **To:** | Brian.Owens@troyny.gov |
| **Cc:** | Karam, Antoine; jda@fmbf-law.com; Neil Torczyner |
| **Subject:** | FW: Expert inspection |

Chief Owens – Please see below concerning the release of items for non-destructive testing.
Thank you and have a good day.

**From:** Sommers, Jennifer
**Sent:** Monday, January 7, 2019 11:17 AM
**To:** Neil Torczyner <ntorczyner@hkplaw.com>
**Subject:** RE: Expert inspection

Neil – The OAG has no objection to release of the items outlined in your letter.  Chief Karam (OAG) is going to reach out to Chief Owens (TPD) and advise him of same.
Thank you…

**From:** Neil Torczyner <ntorczyner@hkplaw.com>
**Sent:** Monday, January 7, 2019 9:59 AM
**To:** Sommers, Jennifer <Jennifer.Sommers@ag.ny.gov>
**Subject:** FW: Expert inspection

Hi Ms. Sommers:

As per our brief conversation a few moments ago, attached is the letter which we wrote to Defendants' counsel outlining the items which Plaintiff's expert would like to have sent down to him in Westchester County for non-destructive testing.

Please let me know if the Attorney General's Office has any objection to the release of these materials to our expert.

Thank you

Neil



**Neil Torczyner**

T  516-355-9612
F  516-355-9613
ntorczyner@hkplaw.com

3000 Marcus Ave
2nd Floor, East Wing
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or

recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Neil Torczyner
**Sent:** Wednesday, December 26, 2018 4:00 PM
**To:** 'John D. Aspland' <jda@fmbf-law.com>
**Subject:** Expert inspection

Hi John:

Nice speaking with you earlier.

As we discussed, enclosed is the letter requesting that the items be released to our expert for non-destructive testing.

Please contact the TPD and advise whether these materials can be shipped this week or next so that our expert can view them in advance of his targeted dates of 1/9-1/10 when he would like to view the cars.

Thank you for your continued cooperation with this matter and best to you and your family in the New Year.

Neil



**Neil Torczyner**

T  516-355-9612
F  516-355-9613
ntorczyner@hkplaw.com

3000 Marcus Ave
2nd Floor, East Wing
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.