UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CINTHIA THEVENIN, INDIVIDUALLY, AND AS WIFE
OF EDSON THEVENIN, DECEDENT, AND AS
ADMINISTRATRIX OF THE ESTATE OF EDSON
THEVENIN AND AS MOTHER AND NATURAL
GUARDIAN OF INFANT N.T. AND AS MOTHER AND
NATURAL GUARDIAN OF INFANT Z.T.,

**NOTICE OF MOTION**

Plaintiffs,

Case No: 1:16-cv-1115(NAM/DJS

-against-

THE CITY OF TROY AND SERGEANT RANDALL
FRENCH,,

Defendants.
_____

| | |
|---|---|
| MOTION BY: | FitzGerald Morris Baker Firth, P.C., Attorneys for Defendants |
| DATE, TIME & PLACE OF HEARING: | April 1, 2019 at 9:30 a.m. at United States District Court, Albany, NY. *On Submit Only* |
| SUPPORTING PAPERS: | Attorney Declaration of John D. Aspland, Jr., dated February 28, 2019, with exhibits, Statement of Material Facts and Memorandum of Law. |
| RELIEF DEMANDED: | For an Order pursuant to FRCP Rule 56, along with such other and further relief which as to the Court seems just and proper. |
| DATED:   February 28, 2019 | Yours etc., |

FITZGERALD MORRIS BAKER FIRTH P.C.

By: John D. Aspland, Jr., Esq.
Bar Roll #512134
Attorneys for Defendants
68 Warren Street
P.O. Box 2017
Glens Falls, NY 12801

TO: Michael A. Rose, Esq. (via ECF)
     Neil S. Torczyner, Esq. (via ECF)