UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

CINTHIA THEVENIN, individually, and as wife of EDSON THEVENIN,
Decedent, and as Administratrix of the Estate of EDSON THEVENIN,
and as mother and natural guardian of Infant N.T. and as mother and
natural guardian of Infant Z.T.,

Plaintiffs

against

THE CITY OF TROY and SERGEANT RANDALL FRENCH

Defendants

RECORD OF EXHIBITS "F" – "H"

PART 2

FITZGERALD MORRIS BAKER FRITH PC
Attorneys for Defendants
P.O. Box 2017
68 Warren St.
Glens Falls, New York 12801
(518) 745-1400

1

```
 1    UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT COURT OF NEW YORK
 2    ----------------------------------------------------
      CINTHIA THEVENIN, individually, and as wife of
 3    EDSON THEVENIN, Decedent, and as Administratrix of
      the Estate of EDSON THEVENIN, and as mother and
 4    natural guardian of Infant N.T., and as mother and
      natural guardian of Infant Z.T.,
 5
 6                                      Plaintiffs,

 7         -against-                          Index No.
                                        16-CV-1115(NAM/DJS)
 8

 9    THE CITY OF TROY and SERGEANT RANDALL FRENCH,

10                                      Defendants.
      ----------------------------------------------------
11         STENOGRAPHIC MINUTES OF DEPOSITION conducted of

12    MATTHEW MONTANINO, pursuant to Agreement, on the 26th day

13    of July, 2017, at the law offices of Fitzgerald Morris

14    Baker Firth, 16 Pearl Street, P.O. Box 2017, Glens Falls,

15    New York, commencing at 10:13 a.m.; before MICHELE

16    AMBROSINO, a Shorthand Reporter and Notary Public within

17    and for the State of New York.

18

19

20

21

22

23

24
```

2

```
 1    APPEARANCES:

 2    On behalf of Plaintiffs:

 3              HARFENIST KRAUT & PERLSTEIN, LLP
               3000 Marcus Avenue, Suite 11042
 4             Lake Success, New York 11042
               526.355.9612
 5
               BY:  NEIL TORCZYNER, ESQ.
 6                  Ntorczyner@hkplaw.com

 7    On behalf of Defendants:

 8              FITZGERALD MORRIS BAKER FIRTH
 9             16 Pearl Street
               P.O. Box 2017
10             Glens Falls, New York 12801
               518.745.1400
11
               BY:  JOHN D. ASPLAND, JR.
12                  Jda@fmbf.law.com

13

14

15

16

17

18

19

20

21

22

23

24
```

1      IT IS HEREBY STIPULATED AND AGREED by and

2  between the attorneys for the respective parties herein,

3  that filing and sealing be and the same are hereby

4  waived.

5

6

7      IT IS FURTHER STIPULATED AND AGREED that all

8  objections, except as to the form of the question, shall

9  be reserved to the time of the trial.

10

11

12      IT IS FURTHER STIPULATED AND AGREED that the

13  within deposition may be signed and sworn to before any

14  officer authorized to administer an oath, with the same

15  force and effect as if signed and sworn to before the

16  Court.

17

18

19

20

21

22

23

24

4

1                      MATTHEW MONTANINO,

2              (first duly sworn by the Notary Public,

3              was examined and testified as follows:)

4          MR. TORCZYNER:  We have agreement of counsel

5     prior to the commencement of the deposition that because

6     Captain Montanino is a member of the police department,

7     and in order to protect his personal privacy, we are not

8     seeking your home address.  The address that we'd like

9     you to give for the record is the official address of the

10    police department.  Counsel has agreed to accept service

11    of any subpoenas on your behalf should you leave the

12    employ of the police department prior to the termination

13    this case, we would then ask for your last known address

14    so that you could be served for proper process.  So

15    stipulated?

16          MR. ASPLAND:  Agreed.

17          MR. TORCZYNER:  Thank you.

18        EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

19    BY MR. TORCZYNER:

20    Q.  Good morning.

21    A.  Good morning.

22    Q.  Can you please give the official business address

23        for the Troy Police Department?

24    A.  55 State Street, Troy, New York.

5

MATTHEW MONTANINO - 07/27/17

1   Q.   Good morning.

2   A.   Good morning.

3   Q.   I'm going to be asking you a series of questions

4        relating to an incident that took place

5        April 17th of 2016 involving Edson Thevenin.

6             You are familiar with that name; correct?

7   A.   Yes, I am.

8   Q.   The questions that I'm going to ask you are all

9        going to be verbal, and it's going to be

10       important that all of your answers be verbal as

11       the young lady seated to your immediate left

12       cannot take down shrugs of the shoulders or nods

13       of the head.

14            If at any point you don't understand a

15       question that I'm asking, let me know.  Since you

16       were sworn to tell the truth, we're going to

17       assume that every answer you're giving is an

18       accurate answer to the question.  And if you

19       didn't understand the question, well, it's going

20       to be there anyway.  So if you're not sure you

21       understand it, let me know.

22            As you know, the gentleman seated to your

23       immediate right is the attorney representing the

24       City of Troy.  Should you need clarification from

1          him, you're welcome to confer with him, but not

2          while there's a question pending.  In the event

3          that the attorney makes an objection, I'll ask

4          you not to answer the question until he and I

5          have clarified, and you'll either be given an

6          instruction by him to answer or not to answer the

7          question.

8               It may be rare, but there may be instances

9          where you are instructed by the attorney not to

10         answer the question, and it's important that you

11         follow his instructions as well.

12              Do you understand these instructions that

13         I've given you today?

14    A.   Yes.

15    Q.   Are you under the influence of anything that will

16         prevent you from understanding the questions that

17         I'm giving and answering those questions?

18    A.   No.

19    Q.   Have you consumed any prescription medications in

20         the last 24 hours?

21    A.   No.

22    Q.   You ever been a plaintiff in a lawsuit?

23    A.   Have I sued somebody?

24    Q.   Yes.  Have you ever sued anyone?

1    A.    No.

2    Q.    Have you ever been sued in a lawsuit?

3    A.    I believe yes.

4    Q.    Okay.  And what kind of lawsuit was that?

5    A.    It was -- I believe it was something work-related

6          through the City of Troy, performance of my duty.

7    Q.    Would that have been performance of duty as a

8          police officer?

9    A.    Yes.  I believe, as I recall, it was some time

10         ago.  It may have been some type of civil right

11         violation.

12   Q.    Okay.  Do you remember what the allegations were

13         against you from that lawsuit?

14   A.    There were several officers involved, as I

15         recall.  I believe it had to do with detaining

16         someone, but as I recall, it was dismissed.

17   Q.    Okay.  Did you -- obviously, withdrawn.

18              You know that you're here for a deposition.

19         You've been instructed by your counsel as to

20         that; correct?

21   A.    Yes.

22   Q.    Have you ever given a deposition before?

23   A.    Yes.

24   Q.    Did you give a deposition in that case?

MATTHEW MONTANINO - 07/27/17

1    A.   No.

2    Q.   Approximately, how many times have you given

3         depositions?

4    A.   Twice.

5    Q.   Were you a party in either of those lawsuits?

6    A.   I was a witness.

7    Q.   Okay.  But you were not a plaintiff or a

8         defendant in either of those cases?

9    A.   No.

10   Q.   Did those cases involve the City of Troy Police

11        Department?

12   A.   Yes.

13   Q.   And you were testifying as far as things you

14        observed?

15   A.   Yes.

16   Q.   You ever testify in court?

17   A.   Yes.

18   Q.   More than once, of course; right?

19   A.   Yes.

20   Q.   To the best of your recollection, have you

21        testified more than ten times over the course of

22        your career?

23   A.   Yes.

24   Q.   Before you came here today, did you review any

1          documents in order to prepare for this

2          deposition?

3     A.   Yes.

4     Q.   What did you review?

5     A.   I reviewed my reports that I had filed in

6          reference to the Edson Thevenin case.

7     Q.   How many reports did you review?

8     A.   Without directly looking at my reports, I

9          couldn't give you an exact number.  There's a

10         couple of different pages.  Some are reports.

11         There was a deposition, the use of -- response to

12         resistance report, incident report, couple of

13         supplemental reports called TPD 120s.  I believe

14         that's about it, that I recall.

15    Q.   So what we're going to do, right now, we're going

16         to mark four reports that I was able to locate,

17         and the materials that I was provided by counsel

18         over the last couple of weeks.  We're going to

19         mark them, take a quick look at them, you'll let

20         me know if there's anything else that I don't

21         have, and then we'll continue with the

22         deposition.  Okay?

23    A.   Okay.

24              (Plaintiffs' Montanino Exhibits 1 through

1              4 were marked for identification.)

2    Q.    I'm going to show you a document that's been

3          marked Montanino 1.  Please take a look at it,

4          let me know when you're done.

5              This is a incident report; is that correct?

6    A.    Yes, it is.

7    Q.    Is this one of the documents you reviewed to

8          prepare for the deposition today?

9    A.    Yes, it is.

10   Q.    Okay.  Let's put that to the side, please.

11         I'm showing a document that's been marked

12         Montanino 2.  It says "Deposition of a Witness."

13         I believe you said that you had reviewed your

14         deposition.

15             Is this the statement you referred to

16         before?

17   A.    Yes, it is.

18   Q.    Let's put that on the stack as well.  I'm showing

19         a document that's been marked Montanino 3.  It

20         says "Supplemental Report" on the top.

21             Is this one of the documents that you had

22         reviewed to prepare for the deposition?

23   A.    Yes.

24   Q.    And the fourth document that I have is the

MATTHEW MONTANINO - 07/27/17

1          response to resistance report which is marked

2          Montanino 4.

3              Is this a document that you reviewed in

4          order to prepare for this deposition?

5   A.  Yes.

6   Q.  Are there any other documents that you reviewed

7          in order to prepare for this deposition other

8          than those four documents that you've just been

9          shown?

10  A.  No, other than general order policies.

11  Q.  Meaning, general order policies for the Troy

12         Police Department, like use-of-force,

13         use-of-deadly physical force, things of that

14         nature?

15  A.  Yes.

16  Q.  Which policies did you, in fact, review in order

17         to prepare for the deposition?

18  A.  Looked at the use-of-force policy, deadly

19         physical force policy, traffic stop policy.  I

20         believe those were the --

21  Q.  Okay.  So as we continue with the deposition, if

22         you recall at any point that there was something

23         else that you reviewed in order to prepare,

24         please let me know, and we can supplement your

12

MATTHEW MONTANINO - 07/27/17

1              answer.

2      A.      Okay.

3      Q.      You're, obviously, sitting here in uniform,

4              you're employed by the City of Troy Police

5              Department.

6                     When did you become employed for the first

7              time by the City of Troy Police Department?

8      A.      October 18th, 1993.

9      Q.      Had you served in law enforcement prior to

10             October 1993?

11     A.      Yes.

12     Q.      And where you employed prior to the City of Troy

13             Police Department?

14     A.      The Rensselaer County Sheriff's Department.

15     Q.      And for what period of time were you employed by

16             the Rensselaer County Sheriff's Department?

17     A.      From August 5th of 1991 until October the 18th of

18             1993.

19     Q.      And prior to working for the Rensselaer County

20             Sheriff's Department, did you work in law

21             enforcement?

22     A.      No.

23     Q.      When you worked for the Rensselaer County

24             Sheriff's Department, was that on the civil end

MATTHEW MONTANINO - 07/27/17

1          or the criminal end, or do they not draw that

2          distinction?

3     A.   I was a road patrol deputy.

4     Q.   So you weren't doing evictions or things of that

5          nature?

6     A.   No.

7               MR. TORCZYNER:  Off the record for a second.

8               (An off-the-record discussion was held.)

9     BY MR. TORCZYNER:

10    Q.   Did you have to take a civil service test before

11         becoming employed by the Rensselaer County

12         Sheriff's Department?

13    A.   Yes.

14    Q.   That was a New York State test or a county test

15         or something else?

16    A.   I believe, as I recall, a New York State civil

17         service test administered by the county.

18    Q.   Did you go through county or state training prior

19         to becoming a member of the sheriff's department?

20    A.   Yes.

21    Q.   There's something called Zone 5.  Are you

22         familiar with that term?

23    A.   Yes, I am.

24    Q.   Did you go through Zone 5 in order to --

1        withdrawn.

2                Did you go through Zone 5 prior to becoming

3        an active member of the sheriff's department?

4    A.  Yes.

5    Q.  And what kind of training did you undergo, at

6        that point, for Zone 5, to the best that you

7        recall?

8    A.  Basic police officer training involving all

9        aspects of police work:  use-of-force, we went

10       through vehicle traffic law, emergency vehicle

11       operation, use of your weapon, gun training,

12       Vehicle and Traffic Law, Penal Law, Criminal

13       Procedure Law, some first aid, some mental health

14       class, and radar operation, breathalyzer

15       operation.  And I'm sure there was other classes

16       that I just don't recall the exact names of right

17       now.

18   Q.  OC?

19   A.  I did not have OC when I originally went to the

20       academy.

21   Q.  Okay.  That was something that came later, or

22       they just didn't issue that at the sheriff's

23       department, or something?

24   A.  That was, I believe, as I recall, something that

MATTHEW MONTANINO - 07/27/17

```
 1            came later on.
 2      Q.    What titles did you hold with the sheriff's
 3            department?
 4      A.    Just a deputy sheriff.
 5      Q.    And why did you leave the sheriff's department
 6            for the City of Troy Police Department?
 7      A.    City of Troy, more opportunity, higher pay scale.
 8            Having lived in the city, wanted to be -- serve
 9            the city.
10      Q.    Did you have to take a test in order to become
11            employed by the City of Troy Police Department?
12      A.    I took a civil service test for the police
13            department, but I was hired as a lateral
14            transfer.
15      Q.    So this was a separate civil service test than
16            the initial one that you took in order to become
17            employed by the county?
18      A.    Yes.
19      Q.    And when you were hired as a lateral, to use that
20            term, what was your official title when you first
21            became employed by the City of Troy?
22      A.    Police officer.
23      Q.    Currently, how many police stations does the City
24            of Troy have?
```

| | | |
|---|---|---|
| 1 | A. | There is one station. |
| 2 | Q. | Then there are subunits, or is it everything |
| 3 | | through the same one station? |
| 4 | A. | At one time we had two substations:  One in the |
| 5 | | south end of the city, and one in the north end |
| 6 | | of the city.  They've since been closed, and we |
| 7 | | operate out of one building. |
| 8 | Q. | And what is the address of that building? |
| 9 | A. | 55 State Street, Troy, New York. |
| 10 | Q. | That's the same address that you gave as the |
| 11 | | official address for business for yourself; |
| 12 | | correct? |
| 13 | A. | Yes. |
| 14 | Q. | For what period of time did you hold the rank of |
| 15 | | police officer? |
| 16 | A. | From October 18th of '93 to June of 2005. |
| 17 | Q. | And what rank did you attain in June of 2005? |
| 18 | A. | The rank of sergeant. |
| 19 | Q. | For what period of time did you hold the rank of |
| 20 | | sergeant? |
| 21 | A. | Until -- I'm sorry.  I'm going to backup.  It was |
| 22 | | July of 2005, and then from -- in June of 2014 I |
| 23 | | was promoted to the rank of captain. |
| 24 | Q. | And that's the current rank that you hold; |

MATTHEW MONTANINO - 07/27/17

1           correct?

2      A.   Yes.

3      Q.   What are your duties and responsibilities as the

4           captain in the Troy Police Department?

5      A.   I oversee the midnight shift.  I review reports,

6           do scheduling, payroll issues, administrative

7           duties, reports, reporting to the chief,

8           assignment of jobs to officers on nightly basis,

9           as well as out on patrol at times myself.

10     Q.   Since you were promoted to captain in June 2014

11          have you ever supervised any other shift other

12          than the midnight shift?

13     A.   No.

14     Q.   I know that depending on the police department

15          that I represent, they have different definitions

16          of what the overnight shift is; is yours a 12 to

17          8, 8 to 4, 4 to 12?

18     A.   No.

19     Q.   How do the shifts work in the Troy Police

20          Department?

21     A.   I -- my hours myself are 11 p.m. to 7 a.m. But my

22          shift runs from 11:30 p.m. to 7:30 a.m. with

23          another set of guys that come in from midnight

24          until 8 a.m.

MATTHEW MONTANINO - 07/27/17

1    Q.   You're shift is 11:30 to 7:30, but the officers,
2         themselves, come on board at midnight; is that
3         correct?
4    A.   I, myself, start at 11 p.m., and then at 11:30
5         there's a first group of officers that come in at
6         11:30; they work 11:30 to 7:30.  Then at midnight
7         there's another set of officers that come in, and
8         they work from midnight until 8 a.m.  Kind of,
9         just staggering the shifts to cover when the
10        other early guys leave to have coverage for the
11        city while shifts are changing.
12   Q.   Okay.  The 11:30 to 7:30 shift, is that given a
13        letter or a code or a term?
14   A.   No.
15   Q.   Okay.  So if an officer gets a duty posting and
16        they tell them that you're going from 11:30 to
17        7:30, what's the name of that shift?
18   A.   Some places use A-line for a midnight tour.
19   Q.   I'm wondering what the Troy Police Department
20        uses.
21   A.   We use just the midnight shift.
22   Q.   Okay.  So you can be on the midnight and start at
23        11:30, or you can be on the midnight shift and
24        start at 12; there's no distinction?

MATTHEW MONTANINO - 07/27/17

1   A.   No.

2   Q.   And that's always been that way since you started

3        with them in June of '14, as the captain for the

4        midnight shift?

5   A.   Yes.

6   Q.   So many of the police departments that I've

7        worked and with, they have a series of certain

8        number of days on, and a certain number of days

9        off.

         Does the Troy Police Department have that system

11       as well?

12  A.   They have a -- it's a cycle.  That's how the days

13       off work.

14  Q.   So it's like a four on, three off, something like

15       that?

16  A.   Sometimes it can be.  If I can explain?

17  Q.   By all means.

18  A.   You would have -- if you had the weekend off,

19       Saturday, Sunday, if you're in a squad, which the

20       patrolman are in squads, there's three separate

21       squads on a shift.  If you had Saturday, Sunday

22       off, you would come back, work Monday, Tuesday,

23       Wednesday, and you would have Thursday off.  And

24       then you would come back in work Friday,

MATTHEW MONTANINO - 07/27/17

1              Saturday, Sunday, Monday, have Tuesday and
2              Wednesday off.  Then come back and work Thursday,
3              Friday, Saturday, Sunday, have Monday off, and
4              then you would have the weekend.  And it goes in
5              that rotation.  And then you would have Thursday
6              off, then Tuesday, Saturday, then Monday, then
7              Saturday, Sunday.
8       Q.    Okay.  And when you're talking about a day, when
9              you say, for instance, Sunday, Sunday would mean
10             starting at 11:30 Saturday night or 12:00 a.m.
11             Sunday morning, depending on what part of this
12             shift you're in; correct?
13      A.    That's correct.
14      Q.    Do officers have as their first day of their
15             shift that Sunday, either 11:30 Saturday night
16             into Sunday morning or 12 Sunday, or is that
17             always in the middle of a shift?  Do you
18             understand the question I'm asking?
19      A.    No, I don't.  I'm sorry.
20      Q.    Okay.  So an officer comes on board at 11:30
21             Saturday night, or 12 midnight into Sunday
22             morning, depending on which part of the shift
23             he's in, is that ever first on a day where
24             someone was coming off break, or is that always

1         in the middle of a cycle?  Do you understand the

2         question?

3              MR. ASPLAND:  Note my objection to the form.

4    A.   Somebody could be off on a vacation, which would

5         run from Sunday to Saturday, and then Saturday

6         night come in at 11:30 where they'd be actually

7         technically working for Sunday.  If that's --

8    Q.   Got it.  You've now answered my question.  Thank

9         you.

10             Okay.  You said there are three squads on a

11        shift.  What are those three squads?

12   A.   They go by numbers:  Squad 1, Squad 2, and Squad

13        3.

14   Q.   Okay.  Are those based on sectors of the city, or

15        something else?

16   A.   Yes, they have, generally speaking, Squad 1

17        officers would be the city divided into four

18        zones.  Generally speaking, the Squad 1 officers

19        would cover the Zone 1 and 2 areas as well as

20        they would have some extra officers in there.  So

21        their assignment could be different each night to

22        fill in wherever there was a vacancy.

23             Squad 2, officers would generally cover

24        Zones 3 and 4.  Again, having officers that are

MATTHEW MONTANINO - 07/27/17

1 extra who could be placed wherever through the

2 city with filling in a vacancy.

3  Squad 3 is considered a relief squad, where

4 when Squad 1 is off, they're filling in their

5 zone.  And when Squad 2's off, they're filling in

6 their zone.  And one night a week, generally on

7 Friday, is the day that they would be considered

8 extra officers, and they would be given bidding

9 assignments for whatever we had going on.

10 Q. These squads, the 1, 2, and 3, are they the only

11 squads that exist in the Troy Police Department,

12 or are there other squads, like detective or

13 crimes against property, or things of that

14 nature?

15 A. There are other divisions within the police

16 department.

17 Q. Okay.  What are the other divisions in the police

18 department?

19 A. We have a detective division, we have a traffic

20 division, a community police division.

21 Q. Is that a school resource, or something else?

22 A. School resource officers do fall under that

23 division.

24 Q. Okay.

MATTHEW MONTANINO - 07/27/17

1    A.   And we have a FINS unit, which is a firearms and

2         narcotic suppression type of unit.

3    Q.   Is that within the detective squad, or that's

4         something else?

5    A.   The officers that are in there are detectives,

6         but they're within the detective bureau

7         investigating, like, criminal mischief complaints

8         or, you know, assaults or something like that.

9         They're --

10   Q.   Specialized?

11   A.   -- specialized for drugs and guns, something like

12        that.

13   Q.   When you're acting as captain on the midnight

14        shift, are you supervising all of these

15        divisions, or just Squad 1, 2, and 3?

16   A.   Just Squad 1, 2, and 3.

17   Q.   And within the chain of command, is there an

18        officer that's senior to you who's actually on

19        duty at 55 State Street during the midnight

20        shift?

21   A.   No, I'm the most senior officer on duty on the

22        midnight shift.

23   Q.   And there are other shifts besides the midnight

24        shift at this police department; correct?

MATTHEW MONTANINO - 07/27/17

1    A.    Yes.

2    Q.    The other shifts are, approximately, from 7, 7:30

3          in the morning until about 3:30, 4:00 in the

4          afternoon, and then from there until 11; is that

5          the way that it works?

6    A.    It will be 7:30 in the morning until 3:30 in the

7          afternoon, or 8 in the morning until 4 in the

8          afternoon, and then 3:30 in the afternoon until

9          11:30 at night, or 4 in the afternoon until

10         midnight.

11   Q.    During either of those other shifts, is there

12         ever anyone on duty that's more senior than a

13         captain?

14   A.    During the daytime shift, that's when the chiefs

15         are around.  So I would say that if the -- if the

16         chiefs are there and the captain's there,

17         obviously, there would be somebody more senior to

18         the captain.

19   Q.    Okay.  And that's both during the 7:30 or 8 to

20         3:30, 4, and the 3:30, slash, 4 to 11, 11:30?  Do

21         you understand the question I'm asking?

22   A.    You're asking if the chiefs are also on the

23         afternoon shift?

24   Q.    Yes.

──MATTHEW MONTANINO - 07/27/17──

1    A.    To the best of my knowledge, they generally work

2          days, but, I believe, at their discretion they

3          could flex themselves and come in and work an

4          afternoon shift, or even a nightshift if so

5          desired.

6    Q.    Who was the chief in April 2016?

7    A.    Chief John Tedesco.

8    Q.    Is he still the chief?

9    A.    Yes.

10   Q.    And you had mentioned something about assistant

11         chiefs or deputy chiefs, am I correct?

12   A.    We have a deputy chief, and his name is Richard

13         McAvoy.  And we have an assistant chief, whose

14         name is George VanBramer, and he's actually in

15         charge of the patrol division.

16   Q.    Can you give the spelling, please, on George's

17         last name?

18   A.    V-A-N, capital B, R-A-M-E-R.

19   Q.    VanBramer.  Okay.  I just wanted to make sure

20         that I was pronouncing it correctly, not that

21         he's in the room.

22               So within the chain of commands, who do you

23         report to?

24   A.    I report to Assistant Chief VanBramer.

—— MATTHEW MONTANINO - 07/27/17 ——

1   Q.   And Assistant Chief VanBramer reports to Richard

2        McAvoy, to your knowledge?

3   A.   I believe that he reports to Chief Tedesco, to

4        the best of my knowledge.

5   Q.   So who does Richard McAvoy supervise, to your

6        knowledge?

7   A.   He supervises the detective division.

8   Q.   And all three of these individuals:  Chief

9        Tedesco and Deputy Chief McAvoy, and Assistant

10       Chief VanBramer, they were all employed in those

11       positions by the City of Troy in April 2016?

12  A.   Yes.

13  Q.   Are they all still currently employed by the City

14       of Troy?

15  A.   Yes.

16  Q.   Has your title changed at all since 2014 when you

17       became captain?

18  A.   No.

19  Q.   Have your duties and responsibilities changed

20       since you became captain in June of 2014?

21  A.   No.

22  Q.   Did you have to go through special training in

23       order to become captain?

24  A.   No.

————MATTHEW MONTANINO - 07/27/17————

1    Q.   You had mentioned that you had training, at some

2          point, after Zone 5 in the use of OC; do you

3          recall giving that answer?

4    A.   Yes.

5    Q.   Is there a periodic in-service training that's

6          given to officers and patrolmen of the Troy

7          Police Department?

8    A.   Yes.

9    Q.   About how many days a year, ballpark, do you go

10         for training?

11   A.   They have a in-service training, roughly,

12        40 hours, and then they have a firearms refresher

13        recertification twice a year.

14   Q.   The firearms certification, is that done by an

15        outside agency, or that's with the Troy Police

16        Department?

17   A.   That's with the Troy Police Department.

18   Q.   Is there a technical sergeant that's in charge of

19        that?  I don't know what the term is they use; I

20        know the state troopers have a technical

21        sergeant.

22   A.   There's a few sergeants and a few patrolmen that

23        are firearms instructors, and they conduct the

24        firearm training.

28

MATTHEW MONTANINO - 07/27/17

1 Q. And you, yourself, previous were an instructor in

2   firearms?

3 A. No, I was not.

4 Q. As part of your duties as captain, do you have to

5   do a review of the officers under your command

6   and report based on those reviews?

7 A. We do a yearly evaluation process.

8 Q. That's something you, as captain, perform, or is

9   that someone that's senior to you that does that

10   evaluation?

11 A. I do the evaluations for the sergeants that are

12   under my command.  The sergeants do evaluations

13   on the patrolmen that are under their

14   supervision, which would be the officers and

15   their squad.  And then I would review those

16   ratings or the reviews, and then do the sergeant

17   ones, and then I would forward those to

18   Chief VanBramer.

19 Q. Is there a particular name for the evaluation

20   form; like you had mentioned the TPD 120, is

21   there a particular number or name for this

22   evaluation form?

23 A. The appraisal form bears the name, and I just

24   can't recall off the top of my head.

─MATTHEW MONTANINO ─ 07/27/17─

 1    Q.    Okay.  For the purposes of our conversation, if I

 2          say, Appraisal Form, we'll be talking about this

 3          evaluation that's done of the sergeants that are

 4          in your command; can we have that understanding?

 5    A.    Yes.

 6    Q.    You're familiar with Sergeant French?

 7    A.    Yes.

 8    Q.    Okay.  Do you refer to him as Sergeant French, or

 9          do you refer to him by a first name; how do you

10          generally refer to him?

11    A.    I, generally, refer to him on a personal basis as

12          Randy, and other circumstances out in the field,

13          or in other officers' presence something more

14          official, I'd call him Sergeant French.

15    Q.    So if I were to refer to him as Sergeant French

16          or interchangeably Randy, you'd know who I was

17          talking about; correct?

18    A.    Yes.

19    Q.    Did you do evaluations for Sergeant French after

20          you became captain in 2014?

21    A.    Yes.

22              MR. TORCZYNER:  I'm going to ask for

23          production of the evaluations.  I'll follow it up

24          in writing.  Although, we did receive a

1       significant volume of discovery, I don't believe

2       that that came.  I don't know if that was because

3       those were in personal records that were not

4       ordered turned over, or they were not in the

5       personnel file that were provided to the judge for

6       review.  In any event, I'll follow it up in

7       writing.

8           MR. ASPLAND:  I'll take it under advisement,

9       and look through what we provided and the term,

10      what we have and what's given and so forth.

11          MR. TORCZYNER:  If you can let me know, at

12      some point, the next couple of days that this was

13      something that was provided to the judge for

14      review, then that would, obviously, take care of

15      the need for the production.  If the judge looked

16      at it and said, You don't need it, then that's why

17      we don't have it.  But, at this point, we don't

18      have it.

19          MR. ASPLAND:  Okay.

20          MR. TORCZYNER:  Thank you.

21          MR. ASPLAND:  And you're, specifically,

22      referring to the appraisal form that we're

23      discussing here; right?

24          MR. TORCZYNER:  Correct.  I don't know --

MATTHEW MONTANINO - 07/27/17

1          again, we haven't established the specific title

2          of it, but based upon the witness's statement, I

3          think you can probably identify it.

4               MR. ASPLAND:  Yep.

5     DOCUMENT/INFORMATION REQUESTED:

6     Q.   Do you ever do you appraisals of officers, or

7          evaluations of officers?  And I use that term,

8          "officers," loosely, basically, anyone in your

9          command.  Do you ever do those after an incident

10         takes place?

11    A.   No.

12    Q.   If I use the term "officer-involved shooting,"

13         you'd know what I mean; right?

14    A.   Yes.

15    Q.   After an officer-involved shooting, is there a

16         standard operating procedure in the Troy Police

17         Department to do an investigation of that

18         shooting?

19    A.   Yes.

20    Q.   And is there an individual in the Troy Police

21         Department who's tasked with doing that

22         investigation?  I'm just talking on a general

23         basis, not specific to what happened to Sergeant

24         French?

MATTHEW MONTANINO - 07/27/17

1    A.   No, that would come through the Detective Bureau,
2         through Chief McAvoy, I believe.  I don't know
3         who they would, specifically, assign to that.
4    Q.   Okay.  Have you, yourself, ever done any of these
5         investigations of officer-involved shootings?
6    A.   No.
7    Q.   You never passed through the Detective Division;
8         correct?
9    A.   I did a brief time in the Detective Division.
10   Q.   When were you in the Detective Division?
11   A.   I believe it was the latter part of 2008, early
12        part of 2009.
13   Q.   So this was when you were a sergeant?
14   A.   Yes.
15   Q.   Is there a term in the Troy Police Department,
16        detective sergeant, or do detectives actually
17        hold the rank of sergeant, they're just not
18        called it?
19   A.   There's a detective sergeant, in there are
20        patrolmen that are in there as well.
21   Q.   Were you ever detective sergeant?
22   A.   Yes.
23   Q.   And that was the pass-through time we were
24        speaking of?

MATTHEW MONTANINO - 07/27/17

1    A.    That was, again, I believe it was the latter part

2          of 2008, early part of 2009.

3    Q.    At that point, who was doing the officer-involved

4          shooting investigations, to your recollection?

5    A.    I don't recall, at that point in time, there

6          having been one, an officer-involved shooting.

7          So I don't know who would have been doing that

8          investigation if there had been one.

9    Q.    During that time, were there any fatalities that

10         may have been attributed to officers even if it

11         didn't involve a shooting?

12   A.    Without looking at any kind of paperwork, I don't

13         recall that.

14   Q.    I'm not asking you to look at it.  It's really

15         based on your recollection.

16            Do you know whether the officer-involved

17         shooting involving Sergeant French was

18         investigated by the Troy Police Department?

19   A.    Yes.

20   Q.    Do you know who conducted that investigation?

21   A.    I know that there was numerous detectives that

22         were assigned different assignments.  As for what

23         their exact assignments were, I do not know.  I

24         did speak with the detective in reference to the

MATTHEW MONTANINO - 07/27/17

1              incident that I had given a deposition to.

2    Q.    Okay.  And which detective did you speak with?

3    A.    Detective Sergeant White and, I believe,

4          Detective Sergeant Bornt also was with him.

5    Q.    Okay.  Do you know the first names for Detective

6          Sergeant White and Bornt?  Let's start with

7          Detective Sergeant White, do you know his first

8          name?

9    A.    Raymond.

10   Q.    Do you know whether he's still employed by the

11         Troy Police Department?

12   A.    Yes, he is.

13   Q.    And Detective Sergeant Bornt, can you spell that

14         last name, please?

15   A.    B-O-R-N-T.

16   Q.    And what's his first name?

17   A.    Patrick.

18   Q.    And is Patrick Bornt still employed by the Troy

19         Police Department?

20   A.    Yes.

21   Q.    Are you familiar with a Detective or Detective

22         Sergeant Smith that's employed by the Troy Police

23         Department?

24   A.    Detective Sergeant Smith?  No.

MATTHEW MONTANINO - 07/27/17

1    Q.    Just give me a moment.  Could be my recollection.

2          Okay.  It's my recollection, it was

3          Sergeant White, Detective Sergeant White, not

4          Detective Sergeant Smith?

5              Do you know whether the Troy Police

6          Department made a finding as far as

7          Sergeant Randy --

8              MR. TORCZYNER:  Off the record.

9              (An off-the-record discussion was held.)

10   BY MR. TORCZYNER:

11   Q.    -- Sergeant Randy French's involvement in the

12         shooting?

13             MR. ASPLAND:  Did they make a filing?

14             MR. TORCZYNER:  As far as his involvement in

15         the shooting.  Was he suspended?

16             MR. ASPLAND:  Okay.

17             MR. TORCZYNER:  Was he disciplined?

18   A.    I'm sorry, the question again?

19   Q.    To your knowledge, did the Troy Police Department

20         make a finding as far as Randy French's conduct

21         in the shooting?

22   A.    I have not been told a direct answer to that.

23   Q.    When you say you haven't been told, you're

24         talking through officials channels; correct?

MATTHEW MONTANINO - 07/27/17

1    A.   Yes.

2    Q.   Okay.  Did you hear from someone in the station

3         house that they made a finding?

4    A.   No.

5    Q.   After the shooting, Randy French was on leave for

6         a while because of medical; correct?

7    A.   I know that's he's been on leave or out of work.

8         I do not know the circumstances pertaining to

9         that.

10   Q.   Has Sergeant French returned to duty as of today?

11   A.   No.

12   Q.   Have you been told the reason why Sergeant French

13        has not returned to duty?

14   A.   No.

15   Q.   Other than Detective Sergeant White and Detective

16        Sergeant Bornt, have you spoken with any other,

17        I'll use the term "officer" loosely, but you'll

18        know what I mean, who were employed by Troy

19        Police Department who investigated the

20        officer-involved shooting?

21   A.   I spoke with, like, Captain Sprague briefly, but

22        nothing, like -- I did not give him a statement

23        or anything like that.  Just, you know, talked to

24        him, like, the date of the incident.

MATTHEW MONTANINO - 07/27/17

1    Q.   Is Captain Sprague still employed by Troy?

2    A.   Yes.

3    Q.   What's his first name?

4    A.   Richard.

5    Q.   And this wasn't an investigation, this was just

6         someone who you spoke with about the incident?

7    A.   Yes, this was just after the incident had taken

8         place.

9    Q.   When you're on duty as the captain, is there

10        another captain that is on duty at the same time

11        as you, or is it just you?

12   A.   It's just me.

13   Q.   Captain Sprague was the next tour after you that

14        day, or you just happened to have spoken with

15        him?

16   A.   Captain Sprague is in charge of the Detective

17        Bureau.

18   Q.   So he's underneath Chief McAvoy?

19   A.   Yes.

20   Q.   Okay.  When was the first time that you spoke

21        with Detective Sergeant White about the incident?

22   A.   The morning of the incident.

23   Q.   Okay.  So the incident took place, approximately,

24        3:00 in the morning on April 17th, 2016?

MATTHEW MONTANINO - 07/27/17

1    A.    Approximately.

2    Q.    So when you say "the morning," at some point

3          later after 3 a.m. on that date is when you spoke

4          with him?

5    A.    Yes.

6    Q.    Was it more than one conversation?

7    A.    It was a conversation in the office where I gave

8          a deposition to him.

9    Q.    Okay.  When say you gave a deposition, is that

10         one of the documents that's been marked?

11   A.    Yes, it is.

12   Q.    Can you please identify that document.

13   A.    Yes, it's marked with a yellow sticker.  It has

14         my name, Montanino 2, on it.

15   Q.    Was that statement taken that morning of

16         April 2016?

17   A.    Yes, it was.

18   Q.    And it indicates time, 9:15 a.m.?

19   A.    That's correct.

20   Q.    And that's, approximately, the time, that's the

21         conversation you were referring to?

22   A.    Yes.

23   Q.    Let's put that back on the stack, please.

24               Other than that deposition, which we'll get

MATTHEW MONTANINO - 07/27/17

1       back to later, did you have any other

2       conversations with Detective Sergeant White in

3       relation to the officer-involved shooting

4       involving Randy French?

5   A.  I believe I may have had an informal conversation

6       with him the night I had returned from being off

7       after the incident about completing some

8       paperwork.

9   Q.  Were you on medical leave after the incident?

10  A.  No.

11  Q.  Were you on any administrative leave after the

12      incident?

13  A.  I was on one administrative day and a day off.

14  Q.  So after those days off, that's when you had that

15      conversation with Detective Sergeant White?

16  A.  Yes.

17  Q.  When did you first talk to Detective Sergeant

18      Bornt about the incident?

19  A.  I believe he was with Sergeant White when I gave

20      the deposition.

21  Q.  Did you ever have conversation with Detective

22      Sergeant Bornt other than that being present

23      during the deposition that was marked as

24      Exhibit 2?

MATTHEW MONTANINO - 07/27/17

1    A.    He may have been present when I had talked to

2          Sergeant White, again, after my return, about the

3          completing some paperwork.

4    Q.    So other than these conversations that took place

5          the morning of the incident and, approximately,

6          two days later, you haven't spoken with anyone

7          investigating this by the Troy Police Department

8          since that point?

9    A.    That's correct.

10   Q.    Okay.  Did you ever speak with anyone from the

11         district attorney's office about the

12         officer-involved shooting?

13   A.    Yes.

14   Q.    Who did you speak to from the district attorney's

15         office?

16   A.    That was the district attorney, Joel Abelove.

17   Q.    That's the way you pronounce it, Abelove?

18   A.    Yes.

19   Q.    When did you first speak with the district

20         attorney about the incident?

21   A.    It was within the week of the incident.  I don't

22         recall which day, specifically.

23   Q.    Did you testify before the grand jury in this

24         case?

MATTHEW MONTANINO - 07/27/17

1  A.  Yes.

2  Q.  Do you know the date that you testified before

3     the grand jury?

4  A.  I don't recall the exact date.  I believe that it

5     was on a Friday, but I don't recall the date.

6  Q.  This incident, April 17th of 2016, do you know

7     what calendar day that was?

8  A.  It was a Sunday.

9  Q.  Okay.  So, approximately, four or five days later

10    is when you went before the grand jury to

11    testify?

12  A.  Yes.

13  Q.  Who presented the case to the grand jury?  Do you

14    know what I mean when I say that?

15  A.  Yes.

16  Q.  Okay.

17  A.  The district attorney, Abelove.

18  Q.  So he did this himself.  There was not a line

19    district attorney that did it, it was the

20    district attorney who presented it; correct?

21  A.  While I was testified, he was the one that was

22    there.

23  Q.  Okay.  Were you questioned by members of the

24    grand jury?

MATTHEW MONTANINO - 07/27/17

```
 1    A.   As I recall, I believe there were some questions

 2         from members of the grand jury.

 3              MR. TORCZYNER:  So let's go off for a minute.

 4              (An off-the-record discussion was held.)

 5    BY MR. TORCZYNER:

 6    Q.   So we were discussing the grand jury and you had

 7         mentioned that you did receive some questions

 8         from panel members of the grand jury; do you

 9         recall giving that answer?

10    A.   Yes.

11    Q.   Do you recall how long you testified for?

12    A.   I do not.

13    Q.   Were you present when anyone else testified at

14         the grand jury?

15    A.   I'm not sure I understand the question.

16    Q.   Were you in the grand jury room when someone else

17         testified?

18    A.   No.

19    Q.   Did you speak with anyone from the district

20         attorney's office about the officer-involved

21         shooting after you testified before the grand

22         jury?

23    A.   No.

24    Q.   Have you spoken with District Attorney Abelove,
```

MATTHEW MONTANINO - 07/27/17

```
1          at any point, in relation to Sergeant French or
2          Edson Thevenin subsequent to April of 2016?
3     A.   No.
4     Q.   Did you ever speak to the FBI about the
5          officer-involved shooting?
6     A.   No.
7     Q.   Are you aware whether the FBI has spoken with
8          anyone at the Troy Police Department about the
9          officer-involved shooting?
10    A.   I am not aware of that.
11    Q.   Are you familiar with a man named
12         Eric Schneiderman?
13    A.   Yes.
14    Q.   He's the attorney general for the State of New
15         York; correct?
16    A.   Yes.
17    Q.   Have you met Eric Schneiderman?
18    A.   No.
19    Q.   Have you ever spoken with anyone from the
20         attorney general's office in connection with the
21         officer-involved shooting?
22    A.   Yes.
23    Q.   And when did you first speak with someone from
24         the attorney general's office about the
```

MATTHEW MONTANINO - 07/27/17

1          officer-involved shooting?

2    A.    A few weeks ago.

3    Q.    Okay.  Were you instructed, at that point --

4          withdrawn.

5                Who did you speak with from the attorney

6          general's office?

7    A.    A secretary.

8    Q.    Was this by phone?

9    A.    Yes.

10   Q.    What was the conversation?

11   A.    She had asked me to come into the office, that

12         investigators would like to talk to me.

13   Q.    Has a meeting date been set?

14   A.    It had been.

15   Q.    Okay.  You used that term in past tense, what do

16         mean by "had been"?

17   A.    A date was set up, and I had consulted with my

18         union representative, and I had called back the

19         secretary, don't recall her name, and left a

20         message that I would not be coming in to speak

21         with them without a subpoena.  And an attorney

22         from the office had sent me an email about

23         looking forward for me coming in.  I think it was

24         a cross communication there, at which time, I had

MATTHEW MONTANINO - 07/27/17

```
 1          sent an email back that I would not be coming in.
 2    Q.    This representative from the union, is that
 3          person a lawyer?
 4    A.    No, that was my union rep.
 5    Q.    I don't know if your union rep is a lawyer,
 6          that's why I'm asking.
 7    A.    Okay.
 8    Q.    So the union rep is not a lawyer?
 9    A.    No.
10    Q.    What did your union rep advise you about speaking
11          to the attorney general's office?
12    A.    They said that if they wanted to talk to you,
13          that they were going to have to issue a subpoena?
14    Q.    Did you ask him why he said that?
15    A.    No.
16    Q.    Did you ask him why they would need a subpoena to
17          talk to you?
18    A.    No.
19    Q.    Have you ever -- withdrawn.
20          Have you ever been advised that you were a
21          target of an investigation?
22    A.    No.
23    Q.    And other than this interplay with the attorney
24          general's office that was the invitation and then
```

1          the cancellation of the invitation, have you ever

2          spoken with anyone substantively at the AG's

3          office about the officer-involved shooting?

4     A.   No.

5     Q.   Who's the mayor of Troy?

6     A.   Mayor Patrick Madden.

7     Q.   Was he also the mayor back in April of 2016?

8     A.   Yes.

9     Q.   Did you ever talk to Mayor Madden about the

10         officer-involved shooting?

11    A.   No.

12    Q.   You ever speak with anyone from the mayor's

13         office; and I don't mean people who report to the

14         mayor, like the chief, but have you ever spoken

15         with anyone from the mayor's office about the

16         officer-involved shooting?

17    A.   No.

18    Q.   So we've talked about Detective Sergeant White

19         and Detective Sergeant Bornt.  Is there anyone

20         else that you spoke with and you gave a

21         description or narrative of the events that took

22         place on April 17th, 2016, other than, obviously,

23         counsel, who's seated next it you?

24    A.   Not that I recall.

MATTHEW MONTANINO - 07/27/17

1    Q.   I'm going to refer to April 17th, 2016, date, as

2         Sunday, with the understanding that you actually

3         started Saturday night.

4              Are you comfortable with that description?

5    A.   Yes.

6    Q.   What time did you start that Sunday shift?

7    A.   11 p.m.

8    Q.   Do you have a recollection of starting at

9         11 p.m.?

10   A.   That's the time that I come in.  That's the time

11        I'm required to be there, so yes.

12   Q.   And that shift was called the midnight shift;

13        correct?

14   A.   Yes.

15   Q.   Does the midnight shift generally have a roll

16        call?

17   A.   Yes, it does.

18   Q.   Did you perform the roll call that night?

19   A.   To the best of my recollection, no, I did not.

20   Q.   Was there a roll call that night?

21   A.   Yes.

22   Q.   Do you, generally, as captain, perform the roll

23        call for midnight shifts?

24   A.   No.

MATTHEW MONTANINO - 07/27/17

1    Q.    Is there someone that you delegate that task to?

2    A.    Yes.

3    Q.    Who do you, generally, delegate that task to?

4    A.    That would be the patrol sergeant that is working

5          that night.

6    Q.    Who was the patrol sergeant that was working that

7          Sunday?

8    A.    That was Sergeant French.

9    Q.    My involvement with police departments shows that

10         this task will vary from department to

11         department, so I'm going to ask you some general

12         questions just to get an understanding of how

13         Troy operates.

14              Are there bulletins that are handed out

15         during roll calls?

16   A.    Yes.

17   Q.    And those are things that people should be aware

18         of, people, perhaps, to be aware of or areas that

19         they want concentrations on, like, DWI, speeding,

20         things of that nature?

21   A.    Yes.

22   Q.    Who prepares the bulletins that are handed out

23         during roll call?

24   A.    It varies.  Officers, patrolmen, who receive

MATTHEW MONTANINO - 07/27/17

1       information about certain subjects.  Somebody

2       wanted on a warrant may be coming from an outside

3       agency looking for someone to ask us to keep an

4       eye out or go check a location for someone from

5       sergeants or captains or chief, depending on, you

6       know, what the issue is.  If it's a concentration

7       in a certain area, if there's, you know, a drug

8       dealing going on in a certain area, they, you

9       know, ask for concentration here.

10              There could be -- somebody could call in and

11      say they're going on vacation and ask us to, you

12      know, keep an eye on their, you know, property,

13      make checks.  Those types of, you know, things

14      would be on the roll call board.

15  Q.  Do you know whether as a standard operating

16      procedure the bulletins or announcements that are

17      made at roll call, are they generally saved?

18  A.  Not everything that goes on the clipboard, to the

19      best of my recollection, is saved.

20  Q.  Do you know, as we sit here today, what was

21      announced at roll call on April 17th, 2016?  By

22      that, I mean, that midnight shift for Sunday.

23  A.  I don't recall.

24  Q.  Do you know whether -- if there were --

MATTHEW MONTANINO - 07/27/17

1        withdrawn.

2              When those announcements or bulletins are

3        saved, is there a particular file or folder that

4        they're saved in?

5   A.   Generally speaking, an officer -- when it would

6        be saved, it would be like an officer safety

7        bulletin, and that would be, generally, placed in

8        a binder and kept at the police desk.

9   Q.   What do you mean by an "officer safety"?

10  A.   "Officer safety," would be something maybe along

11       the lines of a certain person received

12       information that a certain person may be carrying

13       a weapon, may be driving a certain car, to keep

14       an eye out, but it wouldn't -- would indicate

15       that, you know, there's no probable cause to stop

16       the person, at this time.  But be aware that if

17       you do come in contact with this person, that it

18       is possible that they may have a weapon.

19  Q.   So if you received the bulletin that was not

20       specific to officer safety like, for example, you

21       might receive a bulletin that is spring break

22       week, and expect that the college is going to be

23       a little raucous?  Would that be saved somewhere?

24  A.   I would say no.

51

MATTHEW MONTANINO - 07/27/17

1   Q.   So when these bulletins or announcements get

2        handed in from various sources, is there a final

3        person who determines what will or will not be

4        given to the sergeant to use at roll call?

5   A.   No.  They're generally placed on the clipboard.

6        The sergeant goes into the room with a clipboard,

7        and he has the nightly-duty sheet on there

8        indicating where the officers are assigned.  And

9        I had mentioned to you before that there's

10       officers that are considered extras that are in

11       the squad, and they would fill an open position

12       somewhere.  So they would bid, and he would fill

13       their names in on that duty sheet and anything

14       else that's subsequently, you know, on the roll

15       call board, he would read off, and that's where

16       they would remain.  And then, at times, one of

17       the patrol sergeants would generally clean off

18       the board after something may have expired.

19  Q.   So it's like a dry erase board?

20  A.   No, it's just a regular clipboard, metal clip on

21       the top, like an 8-by-11 board.  And you just put

22       copies of paper on there with, you know, the

23       information.

24  Q.   Do you know with certainty whether Sergeant

52

MATTHEW MONTANINO — 07/27/17

| | | |
|---|---|---|
| 1 | | French did perform a roll call for that Sunday |
| 2 | | tour? |
| 3 | A. | I don't recall if I was in the lineup room that |
| 4 | | night with him. I, generally, do go into lineup. |
| 5 | | Not every night, but he was the patrol sergeant |
| 6 | | that night. And that was his responsibility to |
| 7 | | conduct the roll call at that particular time, |
| 8 | | 11:30. |
| 9 | | And if there were officers coming in at |
| 10 | | midnight for the rest of the shift, then he would |
| 11 | | also meet with them and conduct the same roll |
| 12 | | call, train -- or the same roll call that he |
| 13 | | conducted with officers at 11:30, because he was |
| 14 | | the only sergeant that was on that night. |
| 15 | Q. | And I know this is, approximately, 18 months |
| 16 | | later, but do you recall any of the bulletins |
| 17 | | that were supposed to have been read for that |
| 18 | | Sunday midnight tour? |
| 19 | A. | No, I do not. |
| 20 | Q. | Now, you -- we're skipping forward in the story, |
| 21 | | of course, we'll get back to it. But you |
| 22 | | actually wound up at the scene of the |
| 23 | | officer-involved shooting; correct? |
| 24 | A. | Yes. |

MATTHEW MONTANINO - 07/27/17

1  Q.  Were you in a patrol vehicle that night?

2  A.  I was in an unmarked Troy police car.

3  Q.  On most nights that you're on duty do you go out

4      in the unmarked patrol vehicle?

5  A.  Yes.

6  Q.  So your job as captain isn't a desk job, so to

7      speak, it's more of an active patrol job; is that

8      correct?

9  A.  I say it's a combination of administrative as

10      well as, you know, going out and taking a ride

11      around and seeing what's going on and, you know,

12      coming across things, checking on things,

13      checking on officers, just to see what's going on

14      out there, if I need to redirect people to

15      certain areas because I observed something, or

16      trying to verify information I may have received

17      about complaints from citizen about certain

18      activity in certain areas.

19  Q.  Does the Troy Police Department have, what in

20      other police departments they call a desk

21      sergeant, someone who's on duty and supervising

22      at the desk when people come into the police

23      station?

24  A.  Yes.

54

MATTHEW MONTANINO - 07/27/17

1    Q.   For that midnight tour who, generally, has that

2         role?

3    A.   There is someone that is assigned.  Their bid

4         position is the desk sergeant, and then when they

5         are off, depending on seniority, the other road

6         patrol sergeant that would be in, would fill that

7         spot.

8    Q.   Do you know who was the desk sergeant for the

9         Sunday midnight tour?

10   A.   Without looking at the duty sheet, offhand, which

11        I have not seen since that night, I'm not a

12        hundred percent sure.  I believe it was Sergeant

13        McNall, but I'm not a hundred percent on that.

14             MR. TORCZYNER:  Well, I'm glad you brought it

15        up, because we're going to make a request for the

16        duty sheet for that night.  In the event that it

17        was turned over in the 2- or 3,000 so pages that

18        we got, I didn't locate it.  It's possible that

19        it's there, and I'd ask you just identify it by

20        Bates number or something.

21             MR. ASPLAND:  Sure.

22             MR. TORCZYNER:  But I'll tell, as far as I

23        can tell, it's not there.  And, yes, I'll follow

24        it up in writing.

1          MR. ASPLAND:   Thank you.

2    DOCUMENT/INFORMATION REQUESTED:

3    Q.   So you weren't assigned to a particular zone or

4         sector, you were just making sure that things

5         were where they were supposed to be that night;

6         correct?

7    A.   Yes.  I don't have a particular area that I

8         watch.  I'm, basically, in charge of the city,

9         the entire city.

10   Q.   Did your car have -- well, it was an unmarked

11        car; correct?

12   A.   Yes.

13   Q.   Okay.  So it certainly didn't have a number on

14        the side being unmarked; correct?

15   A.   No.

16   Q.   Were there any officers with you in the car?

17   A.   No.

18   Q.   Now, again, you don't have the roll call sheet

19        with you or duty sheet with you, but Randy

20        French, do you know if he was assigned to a

21        particular sector that night?

22   A.   He was the only sergeant, patrol sergeant, on

23        that night, so he was assigned the entire city.

24   Q.   So both, you and Sergeant French, were,

MATTHEW MONTANINO - 07/27/17

```
 1            basically, given discretion as far as where you
 2            were going to go within the city?
 3      A.    Yes.
 4      Q.    Do you ever assign particular tasks to sergeants
 5            telling them, I want you to focus on speeding or
 6            DWI or something of that nature?
 7      A.    If I have a, you know, a complaint or something,
 8            I will give it to the sergeant and have him
 9            delegate that to who he deems, you know, fit in
10            that particular zone.  For example, if we had a
11            -- in Zone 1, if we had a speeding problem on
12            Spring Avenue, he would assign it to one of the
13            patrol units in that zone.
14      Q.    Okay.  This is probably on me, but I'll try to
15            clarify it.  Do you ever assign the sergeant that
16            he should do something as opposed to delegate
17            that task?  Like, do you ever tell sergeant,
18            whoever it is, I want you tonight to do a
19            particular task?
20      A.    On occasion.
21      Q.    Have you ever told Sergeant French that you want
22            him to do a particular task?
23      A.    I probably have.  But as for anything specific, I
24            don't recall.
```

MATTHEW MONTANINO - 07/27/17

1 Q. My next question is going to be:  Before that

2    Sunday midnight tour, did you give Sergeant

3    French any particular tasks?

4 A. No, not that I recall.

5 Q. When did you first meet Sergeant French?

6 A. It was back when he came out of field training.

7 Q. Field training's Zone 5, or is that's something

8    else?

9 A. When he completed Zone 5.  And after you complete

10   the academy, you have to work with a field

11   training officer for a certain amount of time.

12   That's when I met him.

13 Q. That's, like, a ride-along, or it's more involved

14   than that?

15 A. It's more involved.  He's completed -- an officer

16   would have completed the academy by then, and

17   he's riding a training officer, and he's doing

18   the job.  The same task as, you know, you would

19   be doing:  answering calls, doing reports, that

20   sort of thing.

21 Q. Is there a period of probation when one joins the

22   Troy Police Department?

23 A. There is a probation period.

24 Q. They call them "probes," or they don't call them

1        that there?

2  A.   No, they don't generally use that term.

3  Q.   Okay.  And that's the first six months?

4  A.   As I recall, probation is a year.

5  Q.   And that year also partially encompasses the 5,

6        or that's after the Zone 5?

7  A.   I believe that encompasses the time that you're

8        at Zone 5.

9  Q.   How many months is Zone 5?

10  A.   I believe, total, it's approximately six months.

11  Q.   I mean, I know that you did it 20 years ago, but

12        based on your recollection it's about six months?

13  A.   Yes.

14  Q.   And then afterwards, that officer starts doing

15        patrol if he's assigned to it with a field

16        training officer?

17  A.   Yes.

18  Q.   Do you know who Randy French's field training

19        officer was?

20  A.   Yes.

21  Q.   Who was it?

22  A.   That was me.

23  Q.   So that's when you first met Randy French?

24  A.   Yes.

MATTHEW MONTANINO - 07/27/17

1    Q.   Okay.  Do you ever socialize with Randy French

2         outside of the police department prior to

3         April 2016?

4    A.   I do not.

5    Q.   Do you know his wife?  I'm assuming he's married.

6    A.   Yes.  Limited, but, yes, I do know who she is.

7    Q.   Have you ever gone anywhere socially with

8         Randy French and his spouse?

9    A.   No.

10             MR. ASPLAND:  Neil, just for point of

11        clarification, the duty sheet was page 1 of

12        Exhibit B on CD-1.

13             MR. TORCZYNER:  Okay.  Page 1, Exhibit B of

14        CD-1.

15             MR. ASPLAND:  Do you want me to see if she

16        can print it and bring it in?

17             MR. TORCZYNER:  Yeah, I actually have all

18        three binders in my car, but I didn't bring extra

19        copies of it.

20             MR. ASPLAND:  I'll ask Ash if she can print

21        it and bring it in.

22             MR. TORCZYNER:  That would be great.  Thank

23        you.  All right.  So we'll continue with this.  I

24        guess on the next break, if you want to go back to

MATTHEW MONTANINO - 07/27/17

1          that.

2                    (An off-the-record discussion was held.)

3     BY MR. TORCZYNER:

4     Q.   So you note that we've been talking briefly or

5          somewhat briefly about Edson Thevenin; correct?

6     A.   Yes.

7     Q.   Did you ever meet Edson Thevenin prior to

8          April 17th, 2016?

9     A.   No.

10    Q.   Have you ever heard of Edson Thevenin prior to

11         April 17th, 2016?

12    A.   No.

13    Q.   Now, the first time that you interacted with the

14         person who you now know to be Edson Thevenin, you

15         didn't know that was his name; correct?

16    A.   Correct.

17    Q.   When did you first become aware of that person

18         that night?

19    A.   Become aware of him, himself, or just his name?

20    Q.   No, not his name.  You wound up going to the

21         scene and following the car; correct?

22    A.   Correct.

23    Q.   That car, you later learned -- withdrawn.

24              You later learned the driver of that car was

61

MATTHEW MONTANINO - 07/27/17

1          Edson Thevenin; correct?

2    A.    Correct.

3    Q.    When did you first become aware of the driver of

4          that car, approximately, what time?

5    A.    Sometime after Sergeant French called out with a

6          traffic stop.

7    Q.    Did you actually hear the traffic stop over the

8          radio?

9    A.    I heard portions of a traffic stop.

10   Q.    What do you recall hearing?

11   A.    That Sergeant French had called out on 6th Avenue

12         with a vehicle.

13   Q.    Not with one, just with a vehicle?

14   A.    With a vehicle.

15   Q.    Okay.  And you believe that there was more to the

16         transmission than what you heard?

17   A.    On initial transmission of the vehicle stop, I

18         just remember him calling out on a traffic stop

19         with a vehicle.  I don't recall -- I recall him

20         giving a plate.  I don't recall what the plate

21         was at that time.

22   Q.    Well, when you're hearing the radio, you're

23         hearing all the traffic stops, so --

24   A.    Yes.

MATTHEW MONTANINO - 07/27/17

1    Q.    -- you probably heard a bunch of them before that

2          from the time you started your tour; correct?

3    A.    I would say there was probably a few that were in

4          that time.

5    Q.    How long before hearing -- withdrawn.

6                Do you remember what time you actually left

7          the station in a vehicle?

8    A.    I don't recall what time I left the station that

9          night in the -- in my vehicle.

10   Q.    Did your vehicle have an MDT?

11   A.    No.

12   Q.    Did your vehicle have a dash cam?

13   A.    No.

14   Q.    To your knowledge, did Randy French's vehicle

15         have a MDT?

16   A.    I do not know that.

17   Q.    To your knowledge, did Randy French's vehicle

18         have a dash cam?

19   A.    We do not have dash cams, so I would say no.

20   Q.    That's a softball question.

21               At present, are there any dash cams in any

22         vehicles?

23   A.    Not that I'm aware of.  In any patrol vehicle

24         used in the patrol division, I am not aware of

```
 1          any cameras in those vehicles.  I'm not aware of

 2          any cameras in our traffic cars either.  So, at

 3          this time, I would say no.

 4    Q.    Okay.  And, theoretically, there might be some of

 5          the detective vehicles, but not in these

 6          vehicles; correct?

 7    A.    It's possible.  I do not have any knowledge of

 8          that.

 9    Q.    Is there anything that you would record when you

10          first entered your vehicle that night?

11    A.    We do have cameras at the station.  It's possible

12          that that may have recorded that.

13              MR. TORCZYNER:  Off for a second.

14              (An off-the-record discussion was held.)

15              MR. TORCZYNER:  Can we mark this as 5,

16          please.

17              (Plaintiffs' Montanino Exhibit 5 was

18              marked for identification.)

19  BY MR. TORCZYNER:

20    Q.    I'm going show you a document that's been marked

21          Montanino 5.  Take a look at it, let me know when

22          you're done.

23    A.    Yes.

24    Q.    Is this the document that you were referring to
```

MATTHEW MONTANINO - 07/27/17

1       before as a roll call or roster or it calls

2       itself, "First Platoon Daily Sheet," is this the

3       document you were referring to?

4   A.   Yes, it is.

5   Q.   When is this document, generally, filled out?

6       Forget about the one that says, "here, Sunday,

7       April 17th."

8   A.   Generally, they're filled out maybe a couple of

9       days before the shift.  But as the days come to

10      the shift or at the beginning of the shift, some

11      things change such as somebody may call in a day

12      off or call in sick or something like that.  So

13      they would -- if they were on the sheet they

14      would be removed from it, and then their spot

15      would be open for bid by somebody who would be

16      considered an extra.

17   Q.   Okay.  So you have certain names that are typed

18      in, and certain names that are handwritten.

19         Generally, are those handwritten names added

20      after the -- withdrawn.

21         The question's fairly obvious, but when is

22      the typed portion of these sheets prepared?

23   A.   Generally, a few days before a shift.  They try

24      to add them, at least, three days, three or four

1        days ahead of schedule.  So if the schedules made

2        out and, again, as the days go by it's subject to

3        change due to various reasons: sick, vacation

4        time, comp time, somebody calls in.

5    Q.  And this sheet itself has indications for zone

6        assignments.  You see that there are various

7        officers that are indicated in first, second,

8        third, and fourth?

9    A.  Yes.

10   Q.  The incident that took place was on the Collar

11       Street Bridge; am I saying that correctly?

12   A.  Collar City Bridge.

13   Q.  Collar City Bridge.  Which zone is that in?

14   A.  That's in Zone 2.

15   Q.  Okay.  Which of the officers indicated in Zone 2

16       would have been assigned to that particular

17       bridge?

18   A.  Officer Dean and Officer Parker.

19   Q.  So 201 and 202 are not portions of Zone 2,

20       they're given free rein for the entire zone?

21   A.  That's correct.  They cover the entire zone.

22       MR. TORCZYNER:  Off the record.

23       (An off-the-record discussion was held.)

24   BY MR. TORCZYNER:

MATTHEW MONTANINO - 07/27/17

1    Q.   What does "UPR" mean?

2    A.   That's a uniform patrol rifle.

3    Q.   Meaning, they were issued a rifle?

4    A.   It means they carry one -- I'm sorry.  Urban

5         patrol rifle, it means they carry that while

6         they're on duty.  They may have that, or they may

7         have a shotgun.

8    Q.   What's an "SG"?

9    A.   That's a shotgun.

10   Q.   Is "TAS" a Taser?

11   A.   Yes.

12   Q.   Is there, generally, anything on these forms that

13        indicates someone's been issued pepper spray also

14        known as OC?

15   A.   No.

16   Q.   There's nothing there that mentions batons;

17        correct?

18   A.   Correct.

19   Q.   Every officer is supposed to carry a baton?

20   A.   Yes.

21   Q.   Are officers given discretion as far as which

22        kind of batons they carry?

23   A.   Yes.

24   Q.   Is there a standard-issued baton that the police

MATTHEW MONTANINO - 07/27/17

1           department issues?

2     A.    Yes.

3     Q.    What is that?

4     A.    It's either the collapsible baton, or the wooden

5           nightstick.

6     Q.    You ever heard of the term "Cocobolo"?

7     A.    Yes.

8     Q.    Is that the collapsible baton, or is that

9           something else?

10    A.    That's an older term for the certain wooden

11          nightsticks.

12    Q.    To your knowledge, do you know if any of the

13          officers that were on duty that night were

14          carrying collapsible batons?

15    A.    Each officer on their duty belt is -- you know,

16          has a collapsible baton.  So I would say that

17          they're part of their equipment.  On their duty

18          belt is the collapsible baton.

19    Q.    It indicates that Sector 311 is an officer named

20          Marble, and then there's an "08" next to it.  Is

21          there something special about Sector 311 that

22          it's separate on this sheet?

23    A.    The 311 is the evidence technician that night.

24          Their destinations are either 111, 211, or 311,

1                   depending what squad they're in:  1, 2, or 3.

2     Q.    What does "late" mean?

3     A.    "Late" means that that officer is working the

4           midnight to 8 shift.

5     Q.    As opposed to the 11:30 to 7:30?

6     A.    Correct.

7     Q.    That doesn't mean they came late to duty?

8     A.    No.

9     Q.    Okay.

10    A.    It's more or less for a guidance for the

11          dispatchers for, say, early morning calls after

12          7:00, instead of assigning it to somebody that's

13          leaving at 7:30.  If we have a late car, they

14          can, generally, handle those calls.

15    Q.    What does "CT0600-0800" mean, were it's stated

16          over Feeley?

17    A.    That he was to take comp time that morning.  So

18          he was going to be leaving at 0600, 6 a.m. in the

19          morning for the rest of his shift.  So from 6 to

20          8 in the morning he was going to leave on two

21          hours of comp time, compensatory time.

22    Q.    Now, this sheet that's marked as Montanino 5,

23          this wasn't modified after roll call, as far as

24          you can tell; correct?

MATTHEW MONTANINO - 07/27/17

1  A.  Correct.

2  Q.  So if during the course of a shift, if an officer

3      develops an ailment or something else that would

4      require them to leave their active patrol, would

5      that be recorded anywhere?

6  A.  They would -- not on this sheet.  If they were

7      required -- or if they had to leave, you know,

8      due to an illness, a sick sheet would be filled

9      out.  If they had to leave on personal time or

10     something, they would fill out a specific sheet

11     for that.

12 Q.  Okay.  Now, many police precincts have a blotter

13     that they record things that occur during the

14     shift.

15         To your knowledge, does the Troy Police

16     Department have a blotter?

17 A.  Yes.

18 Q.  Okay.  Where is that maintained?

19 A.  That's at the desk, police desk.

20 Q.  Did you ever see the blotter for April 17th,

21     2016?

22 A.  Yes.

23 Q.  Do you recall whether the events of the

24     officer-involved shooting were, in any way,

MATTHEW MONTANINO - 07/27/17

1          written on that blotter?
2    A.    I don't recall.
3    Q.    When was the last time that you looked at that
4          blotter?
5    A.    In reference to that night?
6    Q.    Well, do you recall the last time that you looked
7          at the blotter for April 17th, 2016?
8    A.    Probably at the beginning of the shift that
9          night, and that would be -- have been the last
10         time that I looked at it.
11   Q.    Okay.  Did you ever look at that blotter after
12         that shooting took place?
13   A.    Yes, I have.
14   Q.    Okay.  Did you enter anything on that blotter in
15         connection with the shooting?
16   A.    No.
17            MR. TORCZYNER:  Okay.  I'm going to ask for
18         production of the blotter to the extent it hasn't
19         been provided already.  We'll follow up in
20         writing.
21            MR. ASPLAND:  Thank you.
22   DOCUMENT/INFORMATION REQUESTED:
23   Q.    Do you know someone name Phil Gross?
24   A.    Yes.

MATTHEW MONTANINO - 07/27/17

```
 1    Q.   Okay.  Now, Phil Gross, there's a Phil Gross the
 2         II, or Phil Gross, Jr., and there's a Phil Gross
 3         the III.  Which Phil Gross do you know, or both?
 4    A.   I'm aware of a father named Phil Gross, and I'm
 5         aware of a son named Phil Gross.
 6    Q.   Which of the Phil Gross's that you know operates
 7         a tow truck?
 8    A.   That would be the younger.  I believe it would be
 9         the son.
10    Q.   When did you first meet Phil Gross?
11         MR. ASPLAND:  The son?
12         MR. TORCZYNER:  Yes, the son.  Thank you.
13    A.   The night of the incident on the Collar City
14         Bridge on April 17th, 2016.
15    Q.   You had never met Phil Gross, the son, before?
16    A.   I've seen him before, but I've never had any
17         direct -- I know who he is, never had any
18         interaction with him.
19    Q.   Had you interacted with Phil Gross's father prior
20         to April 17th, 2016?
21    A.   Again, I just know who he is, never had any
22         interaction with him.
23    Q.   Where do you know the father from?
24    A.   Over in the Village of Green Island.
```

MATTHEW MONTANINO - 07/27/17

1    Q.   What about the Village of Green Island, what is

2         it that you know him from, other than the fact

3         that he lives in the Village of Green Island?

4    A.   I believe that he was a -- and I'm not sure if he

5         still is -- a member of the town board there.

6    Q.   Is the Village of Green Island part of Troy?

7    A.   No.

8    Q.   It's an separate municipality?

9    A.   Yes.

10   Q.   Are there villages within Troy?

11   A.   No.

12   Q.   Did you ever speak with Phil Gross after

13        April 17th, 2016 -- withdrawn.

14             Since we have two people named Phil Gross,

15        we'll make it clear, even though I think you know

16        what my question was.  But I just want to make

17        sure for the record so that when someone reads

18        what the young lady to your left is writing down,

19        they'll know what I mean.

20             Did you ever speak to Phil Gross, the tow

21        truck driver, after April 17th, 2016?

22   A.   Yes.

23   Q.   Okay.  When did you speak with him?

24   A.   I spoke with him briefly in reference to towing a

MATTHEW MONTANINO - 07/27/17

1          vehicle in the Village of Green Island.

2      Q.   Was that in your official capacity as a Troy

3          police captain, or that was a private

4          conversation?

5      A.   That was in my capacity as a police officer in

6          the Village of Green Island.

7      Q.   When were you a police officer in the Village of

8          Green Island?

9      A.   I'm currently a police officer in the Village of

10         Green Island part time.

11     Q.   When did you become a police officer in the

12         Village of Green Island?

13     A.   Approximately 2008, as I recall.

14     Q.   Obviously, the City of Troy knows that you're

15         also an officer in the Village of Green Island;

16         correct?

17     A.   Yes, they do.

18     Q.   Are you an officer in any other municipal police

19         force?

20     A.   No.

21     Q.   What are your hours in the Village of Green

22         Island?

23     A.   They vary.  Generally, it's two days a week.

24         Generally, a day shift, which would be 7:30 to

MATTHEW MONTANINO - 07/27/17

1       3:30.

2   Q.  It's not a stretch for me to say that's not when

3       you're coming off an overnight shift from the

4       City of Troy usually; right?

5   A.  No, it does happen that way, yes.

6   Q.  Did you ever talk to Phil Gross about the events

7       that took place that night of April 17th, 2016?

8   A.  No.

9   Q.  Let's go back to April 17th of 2016.

10      Had you taken a meal break prior to

11      responding to the call from the traffic stop?

12  A.  No.

13  Q.  Do you recall for yourself whether that was your

14      first day on, or you had been on previously?

15  A.  As I recall, that was my weekend to work.  I'm

16      off three weekends, and I have to work one

17      weekend.  So that weekend there, particular, I

18      would have come in Friday night for Saturday at

19      11 p.m., and, then again, I would have come in

20      Saturday night at 11 p.m. for Sunday.  I don't

21      recall, at this time, whether I had taken Friday

22      night or Saturday off.

23  Q.  Okay.  When you take a meal break do you record

24      that anywhere in a notebook, or anything else of

—MATTHEW MONTANINO - 07/27/17—

1          that nature?

2     A.   No.

3     Q.   Do you have to radio that in that you're taking a

4          meal break?

5     A.   You do.  Myself I don't take a meal break.  If

6          I'm in the office, I might grab an apple or

7          something like that.  But I, generally, don't

8          take a meal break.

9     Q.   I'm not specifically asking about whether or not

10         you eat on the job.

11             But generally you've been a police officer

12         for 24 years?

13    A.   A total of almost 26 now.

14    Q.   26 years.  So generally officers do have a meal

15         break time when they're technically not on active

16         patrol?

17    A.   Yes, they're allowed to take a half-hour meal

18         break, but that may be shortened if they are

19         needed for service.

20    Q.   Of course.  But, you, yourself don't generally

21         take meal breaks when you're on duty as a

22         captain?

23    A.   I do not.

24    Q.   Okay.

1           MR. TORCZYNER:  Let's go off for a second.

2           (An off-the-record discussion was held.)

3     BY MR. TORCZYNER:

4     Q.   So let's go back to the documents that were

5          marked previously.  Let's go back to Exhibit 1.

6               Do you know when you prepared this document?

7     A.   Yes, Tuesday, April 19th, 2016, at 23:45 hours.

8     Q.   So basically right when you started your shift or

9          approximately soon after you started your shift,

10         the first day back on duty?

11    A.   That's correct.

12    Q.   So this would be the Wednesday midnight tour;

13         correct?

14    A.   Yes.  Tuesday night into Wednesday, yes.

15    Q.   So then you were not working Monday midnight and

16         Tuesday midnight, and then you started the

17         Wednesday midnight tour at 11:00 Tuesday night?

18    A.   Yes.

19    Q.   In the sequence of documents that you've looked

20         at, if you've identified that you had prepared,

21         this would not have been the first document that

22         you prepared that memorialized the events of that

23         night; correct?

24    A.   Correct.

1    Q.    Is there a requirement as to when an incident

2          report should be prepared, how long after the

3          incident takes place?

4    A.    Depending on the incident.

5    Q.    Okay.  Well, in this case you have an

6          officer-involved shooting.  When are these

7          incident reports supposed to be prepared, to your

8          knowledge?

9    A.    The officer responsible as soon as possible as

10         they can be prepared.

11   Q.    Okay.  Is there a reason this wasn't prepared

12         during the midnight shift that you were doing

13         that ended, approximately, 7 or 9:00 in the

14         morning on the 17th?

15   A.    Yes.

16   Q.    Okay.  And what was that reason?

17   A.    Due to the fact of the -- having been up, having

18         been through a traumatic experience, and being --

19         like, I guess, just that word traumatic

20         experience itself, exhausted, I was allowed to be

21         able to complete the necessary reports when I

22         returned to duty.

23   Q.    Who made the determination as to when this report

24         would be completed?

1    A.    I believe I spoke with Chief VanBramer about

2          completing the reports.

3    Q.    When did you start preparing this report?

4    A.    This particular number, Montanino 1?

5    Q.    Yes.

6    A.    The night I came back to duty on Tuesday, the

7          19th of April, 2016.

8    Q.    Do you know if there are any prior drafts of this

9          report?

10   A.    No.

11   Q.    No, you don't know, or are there no prior drafts?

12   A.    No, this is my original and only report.

13   Q.    Okay.  I'm going to show you something, which

14         we're going mark, please.

15              (Plaintiffs' Montanino Exhibit 6 was

16              marked for identification.)

17   Q.    I'm going to show you a document now that's

18         marked Montanino 6.  Please take a look at it,

19         and let me know when you're done.

20   A.    Okay.

21   Q.    What -- is there a name for this document?

22   A.    It's a TPD 120.  It's a supplemental report.

23   Q.    Did you prepare this document?

24   A.    I did not prepare this particular document that I

MATTHEW MONTANINO - 07/27/17

1          have in front of me.

2     Q.   Do you know who prepared it?

3     A.   It looks like Sergeant McMahon's signature on the

4          bottom of it.

5     Q.   Who's Sergeant McMahon?

6     A.   He's one of the detectives in the police

7          department, Detective Sergeant McMahon.

8     Q.   Did you ever talk to Detective Sergeant McMahon

9          about the officer-involved shooting from

10         April 17th, 2016?

11    A.   I recall him showing up at the scene.  I don't

12         recall going into any kind of great detail about

13         the incident with him.

14    Q.   Great detail and not talking to him about it are

15         two different things.

16              Do you recall talking to him about the

17         incident?

18    A.   I remember him being there on scene.  I may have

19         given him a bit of what had taken place, but I

20         don't exactly recall what I had said to him that

21         night.

22    Q.   Okay.

23    A.   Whatever it was though, I know I was very limited

24         with him.

MATTHEW MONTANINO - 07/27/17

1    Q.   So let's go then, please, to -- if you want to

2         put that back on the stack, that would be great.

3         Let's go to Montanino 2, please.

4              This is a typed statement that you've signed

5         on the bottom; correct?

6    A.   Yes.

7    Q.   Did you actually type this, or did someone else

8         type it for you?

9    A.   No, I did not type it.  Sergeant White typed it.

10   Q.   Is Sergeant White's signature where it says

11        "witness"; is that what it says?  I can't read

12        what it says next to "sergeant."

13   A.   Yes, it is.

14   Q.   Was Sergeant White typing this as you spoke, or

15        was it something that was typed after you were

16        done speaking?

17   A.   As I was speaking with him he was typing.

18   Q.   Did Sergeant White have any input as to what went

19        into this document?

20   A.   No.

21   Q.   Was there a prior version of this document other

22        than the one that you've signed?

23   A.   No.

24   Q.   Did you ever write down in your own handwriting

MATTHEW MONTANINO - 07/27/17

1              the events that took place during that midnight
2              tour on April 17th, 2016?
3    A.    Not in handwriting.
4    Q.    Okay.  Did you ever type it on a typewriter or
5              computer?
6    A.    Yes, I typed a supplemental report on a computer.
7    Q.    And that's one of the documents that we marked
8              previously?
9    A.    Yes.
10   Q.    Okay.  So we'll get to that.  So let's put that
11            back on the stack, please.  And let's go to
12            Montanino 3, please.  Take a look at it, and let
13            me know when you're done, please.
14   A.    Okay.
15   Q.    Did you type this report yourself?
16   A.    I did.
17   Q.    Is this a report that needs to be completed; is
18            that something you independently determined you
19            would like to prepare?
20   A.    This is a report that needed to be completed.
21   Q.    And what required this to be completed?
22   A.    My involvement with the incident.
23   Q.    Okay.  Does this supplement your prior report --
24            withdrawn.

MATTHEW MONTANINO - 07/27/17

1          Does this supplement the deposition, or does

2          it supplement something else, as you use the term

3          as supplemental?

4     A.   It's for the report for the incident.

5     Q.   So the document that's Montanino Exhibit 3 is

6          meant to supplement Montanino Exhibit 1; is that

7          correct?

8     A.   Yes, I have in the upper left corner of Montanino

9          3, type of original report, PPR, which is a post

10         pursuit report.

11    Q.   If you could put it back on the stack, please.

12         And the last document that we've referred to is

13         the City of Troy, it's a response to resistance

14         report?

15    A.   Yes.

16    Q.   And when did you prepare that?

17    A.   4/20 of '16.

18    Q.   Is this the last document in sequence that was

19         prepared?

20    A.   Yes.

21    Q.   Just going back to 3 for a minute, which was the

22         supplemental report.

23         Were there any prior drafts of that report,

24         or is that the only draft that was ever prepared?

1    A.    This is the only draft.

2    Q.    Okay.  Now, going back to 4, the same question.

3          Was that the only draft that was prepared,

4          or were there prior drafts?

5    A.    This is the only draft.

6    Q.    Who determines that a response to resistance

7          report be prepared?

8    A.    It's in our -- within our policy and procedure.

9    Q.    Okay.  Now, you prepared this response to

10         resistance report yourself; correct?

11   A.    Yes.

12   Q.    And you signed it on the page that has 326 on the

13         bottom?

14   A.    Yes.

15   Q.    Okay.  And then you also signed it for review on

16         3/27, correct -- page 327?

17   A.    Yes.

18   Q.    Now, the reason -- withdrawn.

19         Why would you sign this as the review as

20         commanding officer?

21   A.    I had signed just in that spot.  That's where it

22         had the commanding officer's signature.

23   Q.    Is it the commanding officer's responsibility to

24         review all responses to a resistance report for

1        events that took place during their shift?

2    A.   Yes.

3    Q.   So anyone who responds to resistance during that

4         shift would have been required to prepare a

5         report and submit it to you for review?

6    A.   It would first go to the patrol sergeant for

7         review, and then it would come to me for review.

8    Q.   Is there anywhere on this form where a patrol

9         sergeant signed off on your response to

10        resistance?

11   A.   There is a spot for a patrol sergeant, but no

12        patrol sergeant signed the document.

13   Q.   What requires a response to resistance report to

14        be filled out; what level of response?

15   A.   One, if you draw your duty weapon and you have to

16        point it at someone, that would require the

17        filing of this report as well as using any type

18        of physical force on someone.

19             MR. TORCZYNER:  Let's mark this as 7.

20             (Plaintiffs' Montanino Exhibit 7 was

21             marked for identification.)

22   Q.   I'm going to show you now a document that's been

23        marked Montanino 7.  It's a response to

24        resistance report.  This was filled out by whom?

MATTHEW MONTANINO - 07/27/17

1    A.   Officer David Dean.

2    Q.   Okay.  I'd like you to go, please, to the very

3         last page of the report.

4              Do you see your signature on this?

5    A.   I do.

6    Q.   Did you, in fact, review this report?

7    A.   I did.

8    Q.   Now, there's no patrol sergeant indicated on this

9         one as well.  Do you know why the patrol sergeant

10        did not sign this report?

11   A.   The patrol sergeant at the time was Sergeant

12        French who was involved in the incident, so he

13        was unavailable to sign the report.

14   Q.   Do you know whether Sergeant French prepared a

15        response to resistance report?

16   A.   I do not recall that.

17   Q.   Do you recall ever seeing a response to

18        resistance report from Sergeant French?

19   A.   I do not recall.

20   Q.   I'll tell you I didn't receive one from counsel,

21        and I'm a hundred percent certain that counsel,

22        seated to your right, did not get one either.

23             Why would Sergeant French -- withdrawn.

24             To your knowledge, has an officer who's ever

MATTHEW MONTANINO - 07/27/17

```
 1          used his service weapon ever been excused from
 2          filling out a response to resistance report?
 3    A.    I'm not aware of that.
 4    Q.    Okay.  Did you ever ask Sergeant French to
 5          prepare a response to resistance report for the
 6          incident on April 17th, 2016?
 7    A.    No.
 8    Q.    Why didn't you ask him to fill one out?
 9    A.    I haven't had any contact with him.
10    Q.    You had no contact with Randy French since this
11          shooting?
12    A.    The only time that I saw Sergeant French was at
13          the grand jury, and after that I have not seen
14          him at work at all to request anything like that.
15          And I believe that, from that point on, that that
16          would rest upon Assistant Chief VanBramer or
17          Captain Centanni who was in charge of the
18          Internal Affairs Bureau to obtain that from him.
19    Q.    Did you ever talk to the Internal Affairs Bureau
20          about this incident?
21    A.    No.
22    Q.    Have you ever been aware of a situation where an
23          officer prepared a response to resistance report,
24          but it was not submitted to their captain for
```

MATTHEW MONTANINO - 07/27/17

1          review and signature?

2    A.    Yes.

3    Q.    What were the circumstances of that event?

4    A.    If I am not working on a day off, something like

5          that, the sergeant would sign the response to

6          resistance report, and he would forward that on

7          to the Records Bureau where it would then go to

8          the Internal Affairs Bureau reviewed by Captain

9          Centanni.

10              That's so that there's no delay in getting

11         the reports in on time if I was out for a day or

12         two, or whatever the case may be.  Out for an

13         extended period of time where my signature

14         wouldn't, you know, be on it.

15   Q.    Is it possible that the response to resistance

16         report was filled out by Sergeant French, but

17         went to the Internal Affairs Bureau?

18   A.    I would say that that's a possibility.

19              MR. TORCZYNER:  Okay.  We're going ask for

20         production of a response to resistance report in

21         the event that it was prepared.  I guess when we

22         speak with Sergeant French he'll let us know

23         whether he prepared one or not.  But in the event

24         that you are able to -- this is obviously directed

MATTHEW MONTANINO - 07/27/17

1          at counsel -- that you're able to locate one prior

2          to that deposition, it would be appreciated.

3               MR. ASPLAND:  Definitely.

4               MR. TORCZYNER:  Again, assuming that it's

5          within your client's possession.

6     DOCUMENT/INFORMATION REQUESTED:

7     Q.   Do you know whether there was an internal affairs

8          investigation of the officer-involved shooting?

9     A.   I do not know that.

10    Q.   Do you know whether anyone was disciplined by the

11         police department as a result of the

12         officer-involved shooting?

13    A.   I am not aware of that.

14    Q.   From the scene of the shooting, was Officer

15         French transported anywhere by -- for medical

16         treatment?

17    A.   Yes.

18    Q.   Where was he transported?

19    A.   He was transported to Albany Medical Center.

20    Q.   The Whitehall Street area?

21    A.   It's in the City of Albany.  New Scotland Avenue

22         I believe is the address -- or the street.  I'm

23         not sure of the exact address.

24    Q.   Did you visit Officer -- Sergeant French in the

MATTHEW MONTANINO - 07/27/17

1       hospital?

2   A.  No.

3   Q.  Let's go back to the daily sheet, which I believe

4       is 5.  Am I correct; is it Exhibit 5?

5   A.  Yes.

6   Q.  Okay.  There are a number of individuals that are

7       indicated there for various zone assignments.

8       Had all of these individuals worked for your

9       shift -- withdrawn.

10          Had all of these individuals worked under

11      your command prior to April 17th, 2016?

12  A.  Yes.

13  Q.  Are any of the individuals listed on this sheet

14      no longer employed by the City of Troy Police

15      Department?

16  A.  Everyone that is on this sheet is currently

17      employed by the City of Troy Police Department.

18  Q.  Okay.  So you had mentioned that had you heard

19      part of that radio call that Sergeant French had

20      done a traffic stop with the vehicle.

21          Where were you, at that point, when you

22      heard that radio call?

23  A.  I was -- I don't recall my exact location.  I

24      know I was traveling to the north end of -- well,

MATTHEW MONTANINO - 07/27/17

1          the north end of the Zone 3, Zone 4 border.  I

2          had been coming from the south end of the city.

3          The officers were -- had responded to a

4          disturbance call on River Street, just south of

5          101st Street, with a large number of people in

6          the house.

7               I had headed that way from the south Troy

8          area to Zone 1 area.  I don't exactly recall

9          where I was when Sergeant French called out with

10         the traffic stop, but I do know that I was -- I

11         believe I was just about at the scene of River

12         Street shortly thereafter.

13   Q.    Is it typical for a patrol sergeant to make a

14         traffic stop?

15   A.    Yes.

16   Q.    Do you patrol sergeants generally go out and make

17         traffic stops as part of their duties?

18   A.    I would hope that they would if they have

19         something that's a violation that occurs in front

20         of them.

21   Q.    Did you take any action after hearing Sergeant

22         French indicate that he had made a traffic stop?

23         Do you understand the question I'm asking you?

24   A.    No.

MATTHEW MONTANINO - 07/27/17

1  Q.   Okay.  So you heard him say that he was with a
2       vehicle; correct?
3  A.   Yes.
4  Q.   Did you do anything in response to hearing
5       Sergeant French say that he was with a vehicle?
6  A.   I did not.
7  Q.   How much later after you heard Sergeant French
8       say that he was with a vehicle did you hear
9       anything else from Sergeant French over the
10      radio?
11 A.   Yes.
12      MR. TORCZYNER:  Can you read back the
13      question.
14      (The requested testimony was read back.)
15      MR. ASPLAND:  Do you understand what he's
16      asking?  You can ask him to rephrase it if you
17      don't.  That's why he had it read back.
18 A.   I believe that you're asking if I heard any more
19      radio transmission from him?
20 Q.   No.  I'll ask it again.  It's fine.  It's on me.
21      How long after you heard Sergeant French say
22      that he was with a vehicle did you hear something
23      next from Sergeant French?
24 A.   I did.  It was -- I don't know how long it was of

MATTHEW MONTANINO - 07/27/17

1         a time period.  Maybe a few minutes to five

2         minutes, maybe.  I'm not exactly sure on an exact

3         amount of time.

4    Q.   What's the next thing you heard from

5         Sergeant French?

6    A.   I heard something along the lines, I need some

7         help.

8    Q.   Was there a code for the help that he needed, or

9         was it just, I need some help?

10   A.   Just, I need some help.  Something along those

11        lines.

12   Q.   Okay.  When an officer's trouble, is there a

13        particular code that's supposed to go out over

14        the radio to indicate that the officer needs

15        assistance?

16   A.   We don't generally use any kind of code.  It's

17        just officer needs assistance, and respond that

18        way.

19   Q.   Okay.  Do you recall the words that Sergeant

20        French used when he said he needed assistance?

21   A.   I could refer to my report.  I may have written

22        it in there.  I may have exact wording there.

23        But as I recall it sounded like, I need help.

24   Q.   And what did you do after you heard that?

MATTHEW MONTANINO - 07/27/17

1    A.    I left the location on River Street and started

2          heading towards the direction of Sergeant

3          French's traffic stop on 6th Avenue.

4    Q.    And how long did it take you to get there?

5    A.    Approximately, a minute or two to get down to the

6          area.

7    Q.    What's the approximate distance between 6th

8          Street and 101st Street?

9    A.    From 101st Street to Hoosick Street, I'd say,

10         it's approximately -- approximately, 11, 12

11         blocks.

12   Q.    So 101st Street doesn't mean that there are a

13         hundred other streets there; right?

14   A.    No.

15         MR. TORCZYNER:  Off the record for a minute.

16         (An off-the-record discussion was held.)

17   BY MR. TORCZYNER:

18   Q.    Were you using lights and sirens in responding to

19         that call?

20   A.    Yes.

21   Q.    When was the first time that you saw Sergeant

22         French's vehicle after you responded to that

23         call?

24   A.    As I was approaching the intersection of Hoosick

MATTHEW MONTANINO - 07/27/17

1         Street and 6th Avenue I had observed

2         Sergeant French's patrol vehicle northbound on

3         6th Avenue approaching Hoosick Street and making

4         a -- preparing to make a right-hand turn on

5         Hoosick Street going eastbound.

6   Q.   Okay. Did you see any other vehicle --

7         withdrawn.

8         Did you see a vehicle that was being chased

9         by Sergeant Smith's vehicle?

10         MR. ASPLAND: French.

11   Q.   I'm sorry. Did you see another vehicle being

12         chased by Sergeant French's vehicle?

13   A.   Yes.

14   Q.   Can you describe the vehicle that you saw?

15   A.   At the time when I initially saw it I could tell

16         it was a smaller dark-colored vehicle.

17   Q.   The radio call when Sergeant French said that he

18         required assistance, was there anything specific

19         as to what he needed assistance with, or just

20         that he needed assistance?

21   A.   That particular transmission was just that he

22         needed help.

23   Q.   Did you know at that point that Sergeant French

24         was chasing a vehicle?

MATTHEW MONTANINO - 07/27/17

1    A.    When he had requested the help?

2    Q.    Yes.

3    A.    No.

4    Q.    When did you -- withdrawn.

5          Did you have any communication with

6    Sergeant French to indicate that you were coming

7    to his assistance?  Do you understand the

8    question I'm asking you?

9    A.    I did not radio him to say I was coming to him,

10   to him directly, if that's what you're asking.

11   Q.    Yes.  Did you radio at all to say that you were

12   responding?

13   A.    I don't recall if I did.

14   Q.    Where there other transmissions from Sergeant

15   French during that time period between when you

16   left 101st and when you saw Sergeant French's

17   vehicle turning onto Hoosick?

18   A.    Yes.

19   Q.    What do you recall about those transmissions?

20   A.    I recall him saying that the subject just had

21   tried to run him over.  At that point in time I

22   was in the area of Jay Street and River Street,

23   which was, approximately, about a block

24   and-a-half north of Hoosick Street, which, at

MATTHEW MONTANINO - 07/27/17

1           that point in time, would put me in

2           approximately, maybe a three- to four-block

3           distance from Hoosick and 6th Avenue.

4     Q.    Was that the only transmission that you heard

5           from Sergeant French during that interim period?

6     A.    I believe he indicated that the vehicle was going

7           northbound on 6th Avenue, and then it was turning

8           onto Hoosick Street.

9     Q.    Do police officers ever communicate with each

10          other in any way other than on the radio?

11    A.    Yes.

12    Q.    Do officers on duty ever communicate with each

13          other by cellular phone?

14    A.    Yes.

15    Q.    Did you communicate with Sergeant French by

16          cellular phone during this period when you were

17          responding?

18    A.    No.

19    Q.    So what happens next after you see Sergeant

20          French's vehicle turning onto Hoosick Street

21          following this dark-colored vehicle?

22    A.    I proceeded behind Sergeant French's vehicle.

23          After he went through the intersection and made

24          his turn, I had then had slowed down for the

1         intersection allowing him to turn in front of me

2         to follow the vehicle, at which time, I then got

3         behind him, and I had called out on the radio

4         that -- to him that I would call out the pursuit.

5         Generally speaking, if someone's persuing a

6         vehicle, you like to have two vehicles there so

7         the first vehicle can concentrate on driving and

8         observing the suspect vehicle, and then the

9         officer behind him can pay a little more

10        attention to directions and giving where the

11        vehicles are headed.

12   Q.   So basically you're the color commentator to

13        everybody else, letting them know where the

14        officer's pursuing?

15   A.   Yes.

16   Q.   So I'll use the sport analogy.  It's in my blood.

17   A.   That's fine.

18   Q.   Were you receiving radio calls from other

19        officers during this time period while you were

20        in pursuit?

21   A.   Was anybody calling me directly, is that --

22   Q.   Well, were people calling out and asking for

23        information, and you were responding as far as

24        where you were?

MATTHEW MONTANINO - 07/27/17

1    A.   There is was radio traffic.  I don't recall

2         exactly what was being said because I was focused

3         on, you know, the incident at hand at that point

4         in time.

5    Q.   Do you know why Sergeant French was pursuing this

6         vehicle?

7    A.   After his radio transmission that the car tried

8         to -- almost ran him over, I had taken it that

9         that vehicle had just tried to run him over, and

10        that's why he was pursuing the vehicle.

11   Q.   So what happens next after you assumed this

12        position of color commentating, for using an

13        artful term?

14   A.   The suspect vehicle that was ahead of Sergeant

15        French was eastbound on Hoosick Street going up

16        the incline.  Hoosick Street runs between the

17        entrance for the westbound lane of the Collar

18        City Bridge, and the eastbound exit lane coming

19        off the bridge.

20             I observed that the suspect vehicle had

21        crossed over into the westbound lane of Hoosick

22        Street and went around the edge of the bridge, a

23        little barrier at the end there, and made the

24        turn to go westbound on the Collar City Bridge.

1    Q.   So he was driving the wrong way on the Collar

2         City Bridge at this point?

3    A.   No, he had crossed over -- again, as I said,

4         Hoosick Street runs between the two entrances.

5         So he had crossed over from the eastbound lane on

6         Hoosick Street into the westbound lane.  So he

7         was in the westbound lane going eastbound.  He

8         was basically in the wrong lane going eastbound

9         on Hoosick Street.

10   Q.   So he was driving the wrong way on Hoosick

11        Street?

12   A.   Yes.

13   Q.   During this time that you're following the

14        vehicle, what's the highest rate of speed that

15        that vehicle's traveling, to your knowledge?

16   A.   I couldn't give an exact, you know, speed.  The

17        vehicle had made the turn onto the bridge, so I

18        think, you know, he had to slow down somewhat in

19        order to make the turn without crashing right

20        there.

21   Q.   Now, prior to making that turn onto the bridge

22        there are high-speed pursuits, there are

23        low-speed pursuits, there are historically

24        low-speed pursuits that you see on the press,

MATTHEW MONTANINO - 07/27/17

1        someone who just made parole, would you have

2        characterized this pursuit as high speed or low

3        speed or just average driving, and the individual

4        just wasn't following instructions to pull over?

5    A.  At that particular point, right in that --

6    Q.  Before the turn --

7    A.  -- before that area, that short area between 6th

8        Avenue and 8th Street, I would not consider it a

9        high-speed pursuit.  I don't believe speed was

10       able to get up that quick, you know, to a

11       high-speed pursuit.  But I would say it was low

12       to average, you know, at least normal speed,

13       maybe 40 miles an hour, possibly.

14   Q.  At any point when you were following the vehicle,

15       which you now know is the Edson Thevenin vehicle,

16       did it ever exceed the speed limit?

17   A.  I can't answer that.

18   Q.  Fair enough.  The questions are best of your

19       recollection.

20            Okay.  So what happens next after he goes in

21       the wrong lane of the traffic?

22   A.  He then makes -- would be a more of a left-hand

23       turn to get onto to the entrance to the Collar

24       City Bridge.  So his vehicle makes the left and

MATTHEW MONTANINO - 07/27/17

1        gets onto the bridge.  At that point in time, as

2        he had rounded that barrier right there at the

3        corner of the bridge, Sergeant French's patrol

4        vehicle then started to make the turn onto the

5        bridge, which time I was behind him.  I had to

6        slow down in order to make the turn.

7              As I was making the turn, I observed that

8        the suspect vehicle had -- was in the left lane.

9        There was two lanes there, a left- and right-hand

10       lane, suspect vehicle was in the lane, and had

11       crashed into the concrete barrier on the bridge.

12   Q.  Okay.  Which compass direction is the vehicle

13       traveling before it crashes into the concrete

14       barrier?

15   A.  Westbound.

16   Q.  And that was the correct -- the correct direction

17       of traffic, or was he still driving against

18       traffic at that point?

19   A.  That was the correct direction.

20   Q.  So he's driving westbound on a westbound lane,

21       and he's in the left lane of two lanes going

22       west?

23   A.  Yes.

24   Q.  Do you know -- withdrawn.

MATTHEW MONTANINO - 07/27/17

| | | |
|---|---|---|
| 1 | | Did you see what caused his vehicle to hit |
| 2 | | that cement barrier? |
| 3 | A. | No. |
| 4 | Q. | Did you actually see the vehicle hit the cement |
| 5 | | barrier? |
| 6 | A. | No. |
| 7 | Q. | Do you know whether his vehicle was propelled by |
| 8 | | another vehicle into the cement barrier? |
| 9 | A. | No, it was not. |
| 10 | Q. | How do know that? |
| 11 | A. | Because Sergeant French's vehicle had just made |
| 12 | | the turn onto the bridge, and there was distance |
| 13 | | behind him.  So when I had made the turn Sergeant |
| 14 | | French's vehicle was not right at the back of his |
| 15 | | -- of the suspect vehicle at that time. |
| 16 | Q. | When the suspect vehicle hits that cement barrier |
| 17 | | did it stop dead, or was it still moving?  You |
| 18 | | said it crashed into the barrier.  Did it bounce |
| 19 | | off and then keep going, or did it stop? |
| 20 | A. | It was stopped. |
| 21 | Q. | Approximately, how long after that cement -- |
| 22 | | withdrawn. |
| 23 | | Approximately, how long after the vehicle |
| 24 | | hits the cement barrier does Officer French pull |

MATTHEW MONTANINO - 07/27/17

1           his vehicle in front of that stopped vehicle?

2     A.    I'd say right after it happened.

3     Q.    Like moments?

4     A.    Moments.

5     Q.    Are your windows open at this point in the car?

6     A.    I believe I had my window open a little bit, not

7           all the way down, just letting some fresh air in

8           while I was driving.

9     Q.    Do you recall Sergeant French saying anything

10          after the vehicle hit that barrier?

11    A.    No, I don't.

12    Q.    Did you radio anything as part of your, you know,

13          your commenting or your directioning to say that

14          the vehicle hit the barrier?

15    A.    I recall radioing that we were on the bridge.

16          And I believe I may have indicated that, you

17          know, we were westbound, but that's all.  I don't

18          recall radioing anything else at that point.

19    Q.    Okay.  So this vehicle was now up against the

20          concrete barrier.  Is it parallel to the barrier,

21          or at an angle to the barrier?

22    A.    It's at an angle.

23    Q.    Could you give me a degree on the angle?

24    A.    I don't want to guess.  You know, it appeared

104

MATTHEW MONTANINO - 07/27/17

1           that the -- at least the driver's side front

2           bumper area, maybe from the center of the hood,

3           that portion over to the left was at the barrier.

4           So I'm not exactly sure on a degree.

5      Q.   Now, we have photos that were taken after the

6           fact, but that vehicle didn't stay against the

7           barrier; correct?

8      A.   That's correct.

9      Q.   Okay.  So when we look at photos they're not

10          going to be showing where it was in relation to

11          the barrier at that point; correct?

12     A.   Correct.

13     Q.   Did you ever look at photos from the scene

14          afterwards?

15     A.   I believe I did.

16     Q.   With who did you look at those photos, or were

17          you by yourself?

18     A.   I don't recall if it was with one of the evidence

19          technicians, or if it was at grand jury.  I don't

20          recall.

21     Q.   Did you ever see any videos of the pursuit?

22               MR. ASPLAND:  Of the pursuit itself?

23               MR. TORCZYNER:  Yes.

24     A.   I have not seen a video of the -- I guess, I'm

MATTHEW MONTANINO - 07/27/17

```
 1          sorry --
 2    Q.    Did you ever see a video of the pursuit of this
 3          vehicle?
 4    A.    Yes.
 5    Q.    Who showed you that video?
 6    A.    Possibly Sergeant White.
 7    Q.    Do you know who took that video?
 8    A.    I believe it was a video that was on a building
 9          on 6th Avenue on the corner of -- it would be
10          just north of Hoosick Street on 6th Avenue.
11    Q.    What do you recall from the video?
12    A.    I recall Sergeant French's vehicle turning onto
13          Hoosick Street, and my vehicle coming into the
14          intersection as well and going up Hoosick Street.
15    Q.    Okay.  Does the video show Sergeant French
16          outside of his vehicle?
17    A.    No.
18    Q.    Okay.  Are you aware of the video that was taken
19          -- withdrawn.
20          Have you ever seen a video that was taken
21          that involved Sergeant French outside of his
22          vehicle?
23    A.    Yes.
24    Q.    Did you see that video?
```

MATTHEW MONTANINO - 07/27/17

1    A.   Yes.

2    Q.   Who showed you that video?

3    A.   I believe it was Sergeant White, and I believe at

4         the grand jury.

5    Q.   Okay.  Who took that video?

6    A.   To the best of my knowledge, it was Phil Gross.

7    Q.   Did you ever talk to Phil Gross about that video?

8    A.   No.

9    Q.   Okay.  I'm just going to ask you to leave the

10        room for a moment, please.

11        (An off-the-record discussion was held.)

12   BY MR. TORCZYNER:

13   Q.   So we're going to leave discussions about the

14        video for a bit and come back to it.

15             What happens next after Sergeant French

16        pulls his vehicle -- withdrawn.

17             Sergeant French pulls his vehicle in front

18        of the stopped car, which being the Thevenin's

19        vehicle, about how far ahead of the vehicle is

20        Sergeant French's vehicle?

21   A.   From my vantage point, I would say within five

22        feet, probably.

23   Q.   Okay.  Is Sergeant French's vehicle at an angle

24        to Thevenin's vehicle?

MATTHEW MONTANINO - 07/27/17

1    A.    Yes.

2    Q.    Perpendicular to the barrier?

3    A.    Again, it's on an angle.  From my vantage point,

4          I couldn't give you an exact, you know, an, you

5          know, degree.  But I know that at least the

6          corner of his driver's bumper was, you know,

7          towards the barrier.

8    Q.    And what happened -- what did you do with your

9          vehicle at that point?

10   A.    I pulled in behind the Thevenin vehicle leaving,

11         you know, a few feet for room in case the car was

12         to back up.

13   Q.    Why would you leave room for it to back up?

14   A.    So it wouldn't hit my car.

15   Q.    Okay.  Is there a specific procedure as far as

16         how to position your vehicles when dealing with a

17         vehicle such as the Thevenin vehicle that's hit

18         the concrete barrier?

19   A.    I wouldn't say there was any specific procedure.

20         You want to try keep it secure, limiting, you

21         know, any kind of movement of that vehicle such

22         as that may try to do to move.

23   Q.    Did your vehicle have a microphone?

24   A.    No.

MATTHEW MONTANINO - 07/27/17

1    Q.   To your knowledge, did Sergeant French's vehicle

2         have a microphone?

3    A.   Not to my knowledge, no.

4    Q.   So what happened next after you pulled your

5         vehicle in a number of feet behind the Thevenin

6         vehicle?

7    A.   I exited my vehicle by the driver door, and I

8         started to approach the Thevenin vehicle.

9    Q.   Did you have a service weapon with you?

10   A.   Yes.

11   Q.   What kind of weapon did you have?

12   A.   My duty issued Sig Sauer P220 45 caliber.

13   Q.   Okay.  Now, I know that depending on the police

14        department, you have a different term for how

15        that vehicle -- how that weapon is used on your

16        belt.  Was it in a holster, or do you have a

17        different term for that?

18   A.   No, it was in my holster.

19   Q.   So you had not taken the gun out of your holster

20        at that point?

21   A.   No.

22   Q.   Had you -- does that holster have a clip on it,

23        some of kind of latch that holds it in place?

24   A.   Yes, it does.

MATTHEW MONTANINO - 07/27/17

1    Q.    Was the latch unlatched or latched at that point?

2    A.    It was latched.

3    Q.    At the time that you exited your vehicle, was

4          Sergeant French in his vehicle, or had he already

5          exited his vehicle?

6    A.    As I had exited my vehicle and started up towards

7          the Thevenin vehicle I had saw Sergeant French

8          get out of the driver's door of his patrol

9          vehicle, exit his vehicle.

10   Q.    Okay.  The driver's door was on the side facing

11         the Thevenin vehicle; correct?

12   A.    Yes.

13   Q.    Did Sergeant French have his service weapon out

14         of the holster at that point?

15   A.    I could not tell from my vantage point.

16   Q.    At any point did you see the service weapon in

17         Sergeant French's hand?

18   A.    Yes.

19   Q.    How long after you exited your -- withdrawn.

20               How long after Sergeant French exited his

21         vehicle did you first see the service weapon in

22         his hand?

23   A.    I didn't see the service weapon in his hand until

24         I had observed that he was pinned between the

MATTHEW MONTANINO - 07/27/17

1          vehicle and just basically his upper body laying

2          on top of the -- of the hood of the Thevenin

3          vehicle.

4     Q.   We'll get to the events at that point.

5               Did you hear any instructions from Sergeant

6          French to Thevenin at that point when you first

7          saw Sergeant French outside of his vehicle?

8     A.   Yes.

9     Q.   What did you hear?

10    A.   I could hear Sergeant French yelling, Stop.  I

11         heard that a few times.  I could hear something

12         else, but I couldn't understand what it was

13         because my vehicle -- when I existed my vehicle I

14         had my emergency lights and my emergency siren

15         still activated.

16    Q.   So the sirens were actually blaring while the

17         vehicle was in park?

18    A.   Yes.

19    Q.   Is that a special setting, or that can happen

20         anyway; you can leave them toggled on even when

21         the car's in park?

22    A.   When the car's in park, in my particular car,

23         there's three buttons for the emergency lights.

24         One -- the first button just, kind of, activates

MATTHEW MONTANINO - 07/27/17

1       rear flashing lights.  The second button would

2       activate the rear and front flashing lights as

3       well as a visor light, which would -- my visor

4       has a light on it.  I pulled that down, a red

5       light.  And the third button would activate the

6       siren.

7    Q.  And that siren had been active since when you

8       started pursuit and was active after you pulled

9       your car behind the Thevenin vehicle; correct?

10   A.  Yes.

11   Q.  The first time that you see -- withdrawn.

12       When you exited your vehicle did you give

13       Thevenin any instructions?

14   A.  No.

15   Q.  The first words that you heard from Sergeant

16       French were, Stop, stop?

17   A.  Yes.

18   Q.  Something of that nature?

19   A.  Something of that nature.

20   Q.  At the point that Sergeant French was saying,

21       Stop, stop, what was the Thevenin vehicle doing?

22   A.  The engine sounded like it was revving, like the

23       accelerator was being pushed and the back tires

24       were, like, spinning, indicating to me that the

MATTHEW MONTANINO - 07/27/17

1       car was trying to come backwards.

2    Q.  Well, which way were the tires spinning?

3    A.  I didn't look directly at the tires.

4    Q.  Well, it could be spinning forward if the

5        vehicle's trying to go forward, or they could be

6        spinning backwards if the tires going backwards.

7            Which way was the tires spinning, to your

8        knowledge?

9    A.  I would have to say -- I would say in reverse,

10       because when I exited my vehicle I started to

11       approach the Thevenin vehicle.  I had started to

12       approach on the driver's side.  The engine was

13       revving and the tires appeared to be spinning,

14       and the vehicle came off the wall and came

15       backwards.

16           MR. TORCZYNER:  All right.  I mean, I'd like

17       the officer to -- sorry, the captain to continue

18       with the testimony.

19           MR. ASPLAND:  Sure.  She's just the technical

20       one to set this up.  We can look at it whenever

21       you want.

22           MR. TORCZYNER:  Okay.  Do you want her to

23       finish whatever she's doing, and then continue?  I

24       don't want to distract you so that you're talking

MATTHEW MONTANINO - 07/27/17

1          to her and the witness doesn't know whether he

2          should respond.

3                    MR. ASPLAND:  No, I'm good.  Go ahead.

4     Q.   Were you still outside of your vehicle at that

5          point where you heard the tires and saw the

6          vehicle going backwards?

7     A.   Yes.

8     Q.   And what did you do in response to that vehicle

9          moving backwards towards your vehicle?

10    A.   I jumped out of the way.

11    Q.   Okay.  Did the Thevenin vehicle make contact with

12         any part of your vehicle?

13    A.   It did.

14    Q.   Which part of the Thevenin vehicle made contact

15         with your vehicle?

16    A.   The rear of the Thevenin vehicle, when it came

17         back in reverse, struck the front bumper area

18         grille area of my vehicle.

19    Q.   Was it flush or on the side or something else?

20    A.   It appeared to be straight on.

21    Q.   Was there any damage done to your vehicle?

22    A.   Yes.

23    Q.   And where was the damage to your vehicle?

24    A.   As I recall, some damage to the bumper and the

———MATTHEW MONTANINO - 07/27/17———

1           grille area.

2      Q.   Okay.  Did the Thevenin vehicle sustain any

3           damage as a result of this?

4      A.   Without looking at a picture, I don't recall at

5           this point in time.

6      Q.   Okay.  After the Thevenin made contact with your

7           vehicle, what did you do next?

8      A.   I had turned -- I had jumped out of the way.  So

9           I had -- my body had turned away.  I believe I

10          turned to the left, which would be facing going

11          south.  I turned back around to start to go to

12          approach the driver's side again of the Thevenin

13          vehicle, and the car -- the Thevenin vehicle,

14          then started moving forward.

15     Q.   Okay.  At this point when the Thevenin vehicle

16          starts to move forward is your service weapon

17          still in the holster?

18     A.   Yes.

19     Q.   Okay.  Are you saying any commands?

20     A.   I was yelling, Stop, stop.

21     Q.   What was Sergeant French doing at that point?

22     A.   I could hear Sergeant French yelling something.

23          I can't make out what it was.

24     Q.   What was the distance between you and Sergeant

MATTHEW MONTANINO - 07/27/17

1            French at that point, if you can approximate?

2    A.    At that point I couldn't see Sergeant French.  I

3            know that he had exited his vehicle and went to

4            his left, which would be my right.  So when he

5            exited his vehicle he was at the front or the --

6            kind of the front and the passenger side of the

7            Thevenin vehicle.  And he moved to his left,

8            which would, I guess, place you more towards the

9            passenger side of the Thevenin vehicle.

10   Q.    So if I'm understanding you correctly, Sergeant

11           French is on the front passenger side, and you're

12           more towards the rear driver's side of the

13           Thevenin vehicle at this point?

14   A.    Yes.

15   Q.    How tall are you?

16   A.    I'm six-foot-three.

17   Q.    Were you able to see over the Thevenin vehicle at

18           this point?

19   A.    Actually I was kind of bent down at the waist

20           like -- almost like kind of ducking in one

21           respect.  So I didn't have a clear view over the

22           vehicle.

23   Q.    Because the Thevenin vehicle is a Honda it

24           couldn't be more than four feet off the ground;

MATTHEW MONTANINO - 07/27/17

1         right?

2    A.   Probably.

3    Q.   Were the windows tinted on the vehicle?

4    A.   On which vehicle?

5    Q.   On the Thevenin vehicle, were the windows tinted?

6    A.   I don't recall.

7    Q.   At any point while you're standing outside of the

8         vehicle, and the Thevenin vehicle was backing up,

9         are you able to actually see Edson Thevenin?

10   A.   I could see the head of somebody inside the

11        vehicle.

12   Q.   Okay.  All right, let's make this easy.

13             Was there more than one person in the

14        vehicle?

15   A.   Not that I saw.

16   Q.   Okay.  So for our purposes, when we're talking

17        about Edson Thevenin, can we agree that he's the

18        person in the vehicle?

19   A.   Yes.

20   Q.   Okay.  At any point, when you are -- when that

21        vehicle is reversing towards yours, do you see

22        Edson Thevenin's face?

23   A.   No.

24   Q.   And when you're now coming up alongside the

MATTHEW MONTANINO - 07/27/17

1          driver's side of the vehicle, could you see

2          Edson Thevenin's face?

3     A.   Not at that point.

4     Q.   And at that point you couldn't see

5          Sergeant French because of the position you were

6          in; correct?

7     A.   Correct.

8     Q.   Are there specific instructions for how to handle

9          or deal with a vehicle that's attempting to

10         reverse and run towards your stopped vehicle?

11    A.   Specific instructions?

12    Q.   Are you trained in a scenario for what to do when

13         you're standing outside your vehicle, and the

14         vehicle that you're pursuing is now backing up

15         towards your vehicle?

16    A.   I mean, basically, just move out of the way.  I

17         mean, if I was in my vehicle I would attempt --

18         if it was in park, I would attempt to put it in

19         reverse and back up as far as I could without

20         causing any, you know, damage or alarm or

21         anything to anybody that may be behind me and try

22         to move out of the way so the vehicle would not

23         strike me or strike my vehicle.

24    Q.   At this point when his vehicle is backing up

MATTHEW MONTANINO - 07/27/17

1          towards yours and it makes contact with your

2          vehicle, are there any other patrol vehicles that

3          are on that bridge other than yours and Sergeant

4          French's?

5     A.   No.

6     Q.   Okay.  So now you're approaching the vehicle

7          after it -- withdrawn.

8               The Thevenin vehicle makes contact with your

9          vehicle.  Does it stop at that point, or does it

10         bounce off it, or what happens?

11    A.   It hit my vehicle, and it was a brief -- seconds,

12         and then the car proceeded forward.

13    Q.   Okay.  When the car proceeded forward was it

14         going straight or to the side or something else?

15    A.   It appeared to be on an angle.

16    Q.   Did it appear to you that the vehicle was trying

17         to go around Sergeant French's vehicle?

18    A.   I couldn't tell that from my vantage point.

19    Q.   Okay.  Did it appear that it was trying to drive

20         straight through Sergeant French's vehicle?

21    A.   From where the Thevenin vehicle was positioned

22         and when he went forward, I didn't think that it

23         would clear the patrol vehicle.

24    Q.   Okay.  Now, sometimes, you know, all of us that

MATTHEW MONTANINO - 07/27/17

```
 1            watch movies, you see vehicles that attempt to go
 2            through another vehicle rather than around it.
 3            You've seen that, at least, in Hollywood;
 4            correct?
 5     A.     Yes.
 6     Q.     Okay.  Did it look like, from your vantage point,
 7            this vehicle that Thevenin was driving was trying
 8            to go through Sergeant French's vehicle, or did
 9            it look like it was trying to go around it, or
10            something else?
11                MR. ASPLAND:  Just note my objection to the
12            form.
13     A.     I can't say.
14     Q.     What did it look like to you?
15     A.     It looked like the Thevenin vehicle was trying to
16            get away.
17     Q.     And what happened next after the Thevenin vehicle
18            tried to clear, to use your term,
19            Sergeant French's vehicle?
20                MR. ASPLAND:  Just to be clear, what he said
21            was, I didn't think it was going to clear the
22            vehicle.  He didn't say he was attempting to clear
23            the vehicle.
24                MR. TORCZYNER:  Okay, fair enough.
```

MATTHEW MONTANINO - 07/27/17

1    Q.    To your mind, did it appear that it was trying to

2          clear that vehicle even though it couldn't?

3              MR. ASPLAND:  Just note my objection to the

4          form.

5    Q.    Withdrawn.

6              You said it looked like he was trying to get

7          away; correct?

8    A.    Yes.

9    Q.    When the vehicle was trying to get away, what was

10         your response; what did you do?

11   A.    I, at that point, started to make the forward

12         motion.  I turned away and started to go back to

13         my vehicle because I thought he intended to

14         pursue the vehicle.

15   Q.    Okay.  What did Sergeant French do when --

16         withdrawn.

17             When this vehicle was trying to get away

18         could you see Sergeant French at that point?

19   A.    No.

20   Q.    When's the next time you saw Sergeant French

21         after this vehicle starts to try to get away from

22         this police stop?

23   A.    The next time I saw Sergeant French was, again,

24         when he was pinned between the vehicle and the

121

MATTHEW MONTANINO - 07/27/17

1      patrol car, and he was -- upper body was laying

2      on the hood.

3   Q.   Okay.  How fast would you estimate the speed was

4      of the Thevenin vehicle when it collided with

5      your vehicle?

6          MR. ASPLAND:  He's not asking you to guess.

7      What he says is estimate.

8   Q.   I don't need you to tell me 17 or 22, but was it

9      fast, slow, something in between?

10  A.   It wasn't at a fast speed.  It just backed up,

11      come off the wall, and backed in.

12  Q.   Your vehicle has airbags?

13  A.   Yes.

14  Q.   Did the airbags deploy as a result of the

15      collision with the Thevenin vehicle?

16  A.   No, I don't believe that the airbag deployed.

17  Q.   Now, from life, you've seen bumps and you've seen

18      collisions and you've seen unfortunately wrecks.

19      This collision that the Thevenin vehicle made

20      with your vehicle, would you have called that a

21      low-speed collision, average rate of speed, high

22      speed?

23  A.   I would consider it a low to average with

24      considering that the airbag wasn't deployed.

122

MATTHEW MONTANINO - 07/27/17

1    Q.   And the damage to your vehicle was to the grille;

2         is that correct?

3    A.   Yes, as I recall, the grille, I believe, was

4         cracked, and there was something with the bumper,

5         with the license plate area on there as well.

6    Q.   Right.  The kind of thing that would probably --

7         well, withdrawn.

8              I'm not going to speculate on insurance

9         companies and what they would call it.

10             You had mentioned that the first time that

11        you observed Sergeant French after the Thevenin

12        vehicle leaves your vehicle is when he's now made

13        contact with the hood of the Thevenin vehicle;

14        correct?

15   A.   Yes.

16   Q.   At that point is Sergeant French holding his

17        service weapon?

18   A.   Yes.

19   Q.   Did you actually see Sergeant French take his

20        service weapon out of his holster?

21   A.   No.

22   Q.   Did you hear Sergeant French warn Thevenin that

23        he was going to use the weapon?

24   A.   I heard yelling, but I could not hear exact

MATTHEW MONTANINO - 07/27/17

1          words, other than the initial words of, Stop,

2          stop.  And there was some other things he was

3          yelling, but --

4     Q.   Okay.  Did you hear the collision between

5          Sergeant French -- withdrawn.

6               Did you hear the collision between the

7          Thevenin vehicle and Sergeant French?

8     A.   Yes.

9     Q.   Okay.  Was that a heavy collision, from what you

10         could hear?

11              MR. ASPLAND:  Did the noise reflect the heavy

12         collision?

13              MR. TORCZYNER:  Yeah.

14    A.   As compared to, like, a truck hitting a wall or

15         something?

16    Q.   You've heard people get hit by cars before;

17         right?  Or if not, you can tell me no.

18              MR. ASPLAND:  Object to the form of the

19         question.

20    A.   I have not seen anybody directly, personally get

21         hit.

22    Q.   Okay.  Did you see the vehicle make contact with

23         Sergeant French's vehicle?

24    A.   I heard the contact.

124

MATTHEW MONTANINO – 07/27/17

```
 1    Q.    Okay.  But did you actually see when the vehicle

 2          first made contact with Sergeant French's

 3          vehicle?

 4    A.    No.

 5    Q.    Okay.  The first time that you saw the Thevenin

 6          vehicle in contact with Sergeant French's

 7          vehicle, which part of the Thevenin vehicle was

 8          in contact with Sergeant French's vehicle?

 9    A.    It was the front end.

10    Q.    Okay.  Was it perpendicular to the Sergeant

11          French vehicle?

12    A.    When I -- during the incident when I looked at it

13          or looked quickly, everything was happening so

14          fast that it was, again, on somewhat of an angle

15          to the patrol vehicle.

16    Q.    Which part of Sergeant French's vehicle was

17          contacted by the Thevenin vehicle?

18    A.    It was the driver's side, but I don't recall

19          exactly what -- if it was the passenger door or

20          the quarter panel.  I don't recall.

21    Q.    Was the door, driver's side door, open to

22          Sergeant French's vehicle at that point?

23    A.    I don't recall.

24    Q.    Okay.  Which part of Sergeant French's vehicle
```

MATTHEW MONTANINO - 07/27/17

| | | |
|---|---|---|
| 1 | | was he pinned to at the time you saw him? |
| 2 | A. | It was the driver's side, somewhere between the |
| 3 | | driver's door and the back end.  Again, |
| 4 | | everything was happening so fast.  It was just a |
| 5 | | quick look and, you know, everything was just, |
| 6 | | kind of, evolving so fast that I didn't zero in |
| 7 | | on what exact area he was at. |
| 8 | Q. | Did you hear gunshots that night? |
| 9 | A. | I did. |
| 10 | Q. | Did you hear the gunshots before or after you saw |
| 11 | | Sergeant French pinned? |
| 12 | A. | I heard gunshots before I saw Sergeant French |
| 13 | | pinned. |
| 14 | Q. | Okay.  Did you hear gunshots again after you saw |
| 15 | | him pinned? |
| 16 | A. | Yes. |
| 17 | Q. | Did you see Sergeant French firing his weapon? |
| 18 | A. | No. |
| 19 | Q. | When you heard gunshots, which way were you |
| 20 | | looking? |
| 21 | A. | Initially, I was looking toward my car, because |
| 22 | | the Thevenin vehicle had proceeded in a forward |
| 23 | | motion, and I had turned to my vehicle to get |
| 24 | | into it, too, which, at that time, I believed |

126

MATTHEW MONTANINO - 07/27/17

1      that it was trying to take off, and I'm going to

2      get pursuit.

3          At that point, when I had turned to start

4      stepping towards my vehicle, I heard

5      Sergeant French yelling something.  I could not

6      make it out because I was right near front of my

7      car with siren blaring.  And then I heard a

8      couple of gunshots.  I couldn't tell you exactly

9      how many.

10  Q.  And then after the gunshots you saw

11      Sergeant French pinned?

12  A.  Not right away.

13  Q.  What happened after the gunshots; what did you

14      see next?

15  A.  I turned towards the Thevenin vehicle, and I drew

16      my duty weapon because I did not know where the

17      gunshots were coming from.  I didn't know if it

18      was the person who's the suspect in the vehicle.

19      I didn't know if it was Sergeant French.  I

20      started to approach the vehicle with my duty

21      weapon drawn straight out, pointing towards the

22      vehicle, pointing towards the driver.

23  Q.  Were you still hunched over at that point, or

24      were you standing?

MATTHEW MONTANINO - 07/27/17

1   A.   No, I was still hunched over because I didn't

2        want to make myself a bigger target if the

3        suspect in the vehicle was shooting.  I

4        approached the vehicle, again, with my duty

5        weapon pointed at the vehicle, straight -- my arm

6        was straight out.  I was yelling to stop, get out

7        of the vehicle.  As I started to get up to the

8        door, I heard a couple more gunshots.

9   Q.   Was the vehicle moving at that point?

10  A.   No.

11  Q.   Okay.  So you heard these second set of gunshots

12       after the vehicle was already stopped, the

13       Thevenin vehicle?

14  A.   Yes.

15  Q.   Okay.  And you said you were approaching the

16       door.  Which door were you approaching?

17  A.   I was approaching the driver's door.

18  Q.   Okay.  So you had already passed -- withdrawn.

19            The Thevenin vehicle was a four-door;

20       correct?

21  A.   As I recall, it was a two-door car.

22  Q.   It was a two-door.  Okay.  So you were now

23       reaching the driver's door on, obviously, the

24       driver's side of the vehicle; correct?

MATTHEW MONTANINO - 07/27/17

1   A.   Correct.

2   Q.   Okay.  And at that point you hear two more

3        gunshots?

4   A.   That's what I recall.

5   Q.   Well, these are all to your best of your

6        recollection.

7   A.   I -- again, at that point in time I didn't know

8        who was shooting, and I was -- I was in fear of

9        myself being injured because I didn't know where

10       the gunshots were fired.  So, you know, the

11       adrenaline's pumping, the heart's, you know,

12       racing, and you don't whether you're a target or

13       not.

14  Q.   Were you wearing a vest?

15  A.   Yes.

16  Q.   Okay.  So you're approaching the driver's side

17       door, and you hear a couple more shots.  And at

18       that point had you seen Sergeant French yet, or

19       you had not seen him yet?

20  A.   Just as I approached the door and heard, you

21       know, a couple more shots, out of the corner of

22       my eye, I could now see Sergeant French at the

23       front of the vehicle, because I was still in a

24       semi-squatting position with my gun drawn

MATTHEW MONTANINO - 07/27/17

1        pointing at the driver of the vehicle, at the

2        Thevenin vehicle.

3    Q.  Okay.  Did you see any of the gunshots --

4        withdrawn.

5            Did you see any of the bullets enter the

6        Thevenin vehicle?

7    A.  I did not see bullets come into the vehicle,

8        although I did see the muzzle flash, and I did

9        feel the blast of the gun.

10   Q.  Were you hit with glass?

11   A.  I believe I was.

12   Q.  Okay.  Did the glass come from the windshield?

13   A.  As I looked at the vehicle afterwards and saw

14       that there was bullet holes in the windshield, I

15       would say, yes, that's where the glass came from.

16   Q.  When did you first feel the glass hitting you?

17   A.  When I was up at the driver's door of the

18       Thevenin vehicle.

19   Q.  Okay.  This was before or after those second

20       shots?

21   A.  This was after the second shots that I heard.

22   Q.  That's when you first felt the glass?

23   A.  I felt the blast and the glass, kind of, one

24       right after the other.

MATTHEW MONTANINO - 07/27/17

1    Q.   Okay.  Did you actually see French fire any of

2         the shots?

3    A.   No.

4    Q.   Okay.  At what point did you realize that

5         Thevenin hadn't fired any of the shots?

6    A.   I still wasn't sure that he hadn't fired

7         anything.  But once I was at the driver's door

8         and giving him orders to exit the vehicle, and I

9         looked and I saw Sergeant French pinned between

10        the two cars, yelling, I'm pinned, I'm pinned,

11        get me out, get me out, I saw that he was bent

12        over the hood, and I could see the gun in his

13        hand, his gun.

14   Q.   "Bent over the hood," meaning, Sergeant French

15        was bent over the hood; correct?

16   A.   Right.  Sergeant French was pinned between both

17        cars, and his body, at that point, was almost

18        lying on the hood of the Thevenin vehicle.

19   Q.   Okay.  At that point when you see Sergeant French

20        on the Thevenin vehicle, on the hood of the

21        Thevenin vehicle, did you say anything to

22        Sergeant French?

23   A.   I yelled his name twice.  I said, Randy, Randy.

24   Q.   And did he respond to you?

MATTHEW MONTANINO - 07/27/17

1    A.   All he said was, Get the car off me.  I'm pinned.

2         I'm pinned.  Get the car off me.

3    Q.   Did you actually hear the impact that the car

4         made when it hit Sergeant French?

5    A.   I heard a noise, and I saw the car stop.

6    Q.   Was that noise from hitting the French vehicle or

7         from hitting French or you do not know?

8    A.   I can't answer that, because I didn't -- Sergeant

9         French was out of my -- as I stated earlier, was

10        out of my sight of view, because myself being at

11        the back of the vehicle and, kind of, being --

12   Q.   Did the crash sound like fiberglass on

13        fiberglass, or metal on fiberglass, or did it

14        sound like a thud hitting a person?

15             MR. ASPLAND:  Or something else.

16   Q.   Or something else.  Always got to give the third

17        option.

18   A.   I don't know.

19   Q.   Okay.  So you're yelling, Randy, Randy, and he's

20        saying, Get this off of me; correct?

21   A.   Yes.

22   Q.   Did you actually see the Thevenin vehicle hit any

23        part of Randy's vehicle, or the first time that

24        you saw it it was already together?

MATTHEW MONTANINO - 07/27/17

```
 1              MR. ASPLAND:  Could you just read that one
 2         back.
 3              (The requested testimony was read back.)
 4    A.   It was already together when I saw it.  I heard a
 5         noise, and I saw, you know, the vehicle appeared
 6         to be against Randy's vehicle with Randy in
 7         between the vehicles.
 8    Q.   Okay.  When we spoke earlier, and you said that
 9         you thought the vehicle was not going to be able
10         clear Randy's vehicle; you remember giving that
11         answer?
12    A.   Yes.
13    Q.   About how fast would you say that that vehicle
14         was going slow:  Slow, medium, quick, something
15         else?
16    A.   I would say slow, because he was just starting to
17         accelerate.
18    Q.   Okay.  And you didn't see the speed of the
19         vehicle when it collided with the French vehicle
20         because you were in your car?
21    A.   I had turned away towards my car.
22    Q.   Okay.  To your recollection, how much time passed
23         between the first set of shots and the second set
24         of shots?
```

MATTHEW MONTANINO - 07/27/17

1    A.   It was brief.

2    Q.   Okay.  What did you do in between the first set

3         of shots and the second set of shots?

4    A.   When I heard the first set, again, that's when I

5         was facing away, facing towards my vehicle, so

6         after I heard the first set, that's when I turned

7         around, drew my duty weapon, and started to go

8         towards the driver's door of the Thevenin

9         vehicle.  As I got there, I heard a couple more

10        shots.

11   Q.   Were you running or moving average pace or

12        cautiously moving during that time period?

13   A.   I was moving like on a side step, squat, you

14        know, kind of -- again, like I said, ducking,

15        squatting with my duty weapon drawn with my arms

16        straight out and, kind of, side-stepping to the

17        vehicle.

18   Q.   Okay.  But was that a slow pace, an average pace,

19        at a fast pace?

20   A.   I would say average.  I was trying to cautiously

21        approach because, again, I didn't know who was

22        shooting.

23   Q.   Right.  And then as you approached the vehicle,

24        that's when you hear the second set of shots?

MATTHEW MONTANINO - 07/27/17

1    A.   Yes.

2    Q.   Okay.  After the second set of shots and you say,

3         Randy, Randy, and he says, Get this off of me,

4         how much time passes before you actually see

5         Thevenin in his car?

6    A.   At that point in time I'm with my weapon drawn at

7         Thevenin, I'm yelling at Thevenin to get out of

8         the vehicle.

9    Q.   What did he say?

10   A.   He's not responding to me at all.  There was no

11       response.

12   Q.   What were you saying?

13   A.   I was saying, Get out of the vehicle, get of the

14       vehicle, show me your hands.

15   Q.   And he doesn't respond to you at all?

16   A.   No.

17   Q.   Is he speaking?

18   A.   No.

19   Q.   Is he making any sounds at all?

20   A.   No.

21   Q.   Is he alive?

22   A.   I don't know at that point.

23   Q.   What do you do next after you issue these

24       commands to Thevenin and he doesn't respond?

MATTHEW MONTANINO - 07/27/17

1   A.   I open the driver's door, because Sergeant French
2        is pinned, and he's yelling to get the car off
3        him, get the car off him, I'm pinned.  I reach in
4        with my -- I still have my duty weapon drawn in
5        my right hand and I have it pointed at Thevenin,
6        I reach in with my left hand and grab him by the
7        left shoulder area, and I pull him out of the
8        car.
9   Q.   When you pulled him out was he alive?
10  A.   I don't know.
11  Q.   Okay.  Did you see his eyes at that point?
12  A.   No.
13  Q.   Were you able to physically pull him out of the
14       vehicle?
15  A.   Yes.
16  Q.   Did his entire body leave the vehicle?
17  A.   Yes.
18  Q.   Where does he wind up at this point?
19  A.   He winds up on the pavement alongside the
20       driver's side of his vehicle, outside the
21       driver's door.
22  Q.   At this point, did you still have concerns that
23       Thevenin might have been the shooter?
24  A.   Yes.

MATTHEW MONTANINO - 07/27/17

1    Q.   Okay.

2         (Cell phone interruption.)

3         (The requested testimony was read back.)

4    Q.   After Thevenin is on the ground do you still have

5         concern that Thevenin might be the shooter?

6    A.   Yes.

7    Q.   Did you check him for a weapon at that point?

8    A.   I saw that I didn't see anything in his hands.

9         As I got him down to the ground I put my left

10        knee on his back.  Another officer approached

11        from the back of the Thevenin vehicle, and at

12        that point I jumped into the driver's seat of the

13        Thevenin vehicle in an attempt to get that

14        vehicle off of Sergeant French.

15   Q.   Do you see any gunshots on Sergeant French?

16   A.   No.

17   Q.   Did you see any bullet entries on Sergeant

18        French?

19   A.   Not from where I was standing.  I didn't see --

20        he did not appear to.  From what I could see of

21        him, he did not appear to have a gunshot wound,

22        that I was aware of.

23   Q.   Other than being pinned, did he appear to be

24        hurt?

—— MATTHEW MONTANINO - 07/27/17 ——

1    A.   Being pinned, with him yelling, he appeared to be

2         -- at least, his lower half being pinned, I would

3         say that he was injured.

4    Q.   Well, he was stuck.  Did he appear to be injured?

5         There's a difference, right, between being

6         pinned --

7    A.   Well, I guess, it's possible you could be pinned

8         against something and not be injured.

9    Q.   To your knowledge, did he break any bones in

10        this?

11   A.   To the best of my knowledge, no.

12   Q.   Okay.  So let's go back.  Did he appear to be

13        hurt or stuck or both?

14   A.   In my opinion?

15   Q.   Uh-huh.

16   A.   In my opinion, if I was in the same spot, you

17        know, I would think that I'd have some kind of

18        injury.  And I'm pinned and I can't get out,

19        especially, you if you have two motor vehicles

20        that are against each other.

21   Q.   Did you ever use your service weapon; have you

22        ever fired it in the course of duty?

23   A.   No.

24   Q.   Have you seen an officer shot during a call?

1    A.    No.

2    Q.    At this point when you see Sergeant French, did

3          it appear to you that he was dying?  Obviously,

4          he didn't die, but did he appear to be that

5          seriously injured?

6          MR. ASPLAND:  Note my objection to the form.

7          MR. TORCZYNER:  Of course.

8    A.    I only could see him from basically the waist up.

9    Q.    Okay.

10   A.    So I could not tell if he was bleeding below the

11         waist or not.

12   Q.    Was Sergeant French conscious during this whole

13         time?

14   A.    Yes.

15   Q.    Was he ever slumped over the hood, or was he just

16         trapped?

17   A.    No, he was slumped onto the hood.

18   Q.    Okay.  Was his head ever down where he appeared

19         to be in and out of consciousness?

20   A.    No.

21   Q.    Okay.  So you start to reverse the vehicle.  Is

22         it a stick, or an automatic?

23   A.    It's an automatic.

24   Q.    And what happens when you put the car into

MATTHEW MONTANINO - 07/27/17

1          reverse; does it actually move?

2     A.   When I got into the car, the car was in drive,

3          and I was trying to find the reverse.  I was

4          going back and forth with it a couple of times.

5     Q.   What do you mean by "find the reverse"?

6     A.   Well, with the -- I'll say that the stress that I

7          was under at that time, I'm trying to -- worrying

8          about him, trying to get the car off of him, and

9          I'm trying to find reverse, it was, you know,

10         quickly moving the shift back and forth, trying

11         to get into the reverse gear to try to back it

12         off of him.

13    Q.   Now, since this is a Honda, the stick -- or the

14         shift, even though it's an automatic, is on the

15         floor, not on the driving column; correct?

16    A.   Right.  It's in the -- kind of, the middle there.

17    Q.   As this vehicle is -- as you're working the

18         shift, do you eventually get the car to reverse?

19    A.   I think it only moved slightly.  I know that

20         there was -- while I was trying to find the gear

21         and get it in reverse, an officer showed up and

22         was at the front of the car.  And another

23         gentleman, who I later learned to be, Phil Gross,

24         and then another officer came, and they were

140

MATTHEW MONTANINO - 07/27/17

1           pulling on Sergeant French.

2                And I don't actually know if it was them

3           that got him unwedged and myself getting the car

4           off, or it was just them, kind of, being able to

5           move the car a little bit and pull him out.

6     Q.    How long does it take to get that car off of

7           Sergeant French from the moment you jump into the

8           driver's seat until he's actually disengaged?

9     A.    At the time it seemed like forever under the

10          circumstances, but probably within a minute or

11          so.

12    Q.    Okay.  Did you ever learn that Sergeant French's

13          shoelace or boot lace was caught on the car, on

14          the Thevenin car?

15    A.    I know there was some mention of a boot lace.  I

16          don't remember what the circumstances were, what

17          that --

18    Q.    And where is Thevenin while you're trying to get

19          the car off of Sergeant French?

20    A.    He's on the pavement on the roadway outside the

21          driver's door on the driver's side of his

22          vehicle.

23    Q.    Now, your knee is no longer on him because you're

24          sitting in the driver's seat; correct?

MATTHEW MONTANINO - 07/27/17

1    A.   Correct.

2    Q.   Is there anyone who's pinning him to the ground?

3         "Him," meaning Thevenin.

4    A.   There was an officer that had come up -- again,

5         as I said, when I got up off of him there was an

6         officer that was right there.  At that time I

7         didn't know who that officer was.

8    Q.   Do you know now who that officer was?

9    A.   It was Officer Dean.

10   Q.   Did Thevenin ever say anything at all during this

11        time from the moment that you pulled him out of

12        the car until you got the car off of Sergeant

13        French?

14   A.   He did not say anything to me.

15   Q.   Okay.  Did he make any purposeful movements?  Do

16        you know what that means when I ask you that?

17   A.   If you clarify that.

18   Q.   Sure.  Did Thevenin make any movements that a

19        conscious person would make during this time

20        period?

21   A.   I did not see him make any movements towards me

22        at all once I got him out of the car, put him on

23        the ground.

24   Q.   Did you ever feel Thevenin grab your leg?

MATTHEW MONTANINO - 07/27/17

1    A.   No.

2    Q.   Did you ever see anybody make contact with

3         Thevenin when he was on the ground?

4    A.   No.

5    Q.   Did you ever see anybody hit him with a baton?

6    A.   No.

7    Q.   So together, this person who you now know is

8         Phil Gross and another officer helped get the car

9         off of Sergeant French; correct?

10   A.   Yes.

11   Q.   What happens next after the car gets off Sergeant

12        French?

13   A.   I exited the driver's seat of the Thevenin

14        vehicle and immediately went around the backside

15        of the Thevenin vehicle to the front of the

16        vehicle where they had just pulled Sergeant

17        French from.  An officer pulled up in a patrol

18        vehicle, and opened -- I opened up -- helped open

19        up the back door of the patrol vehicle, and

20        officers put Sergeant French in the backseat of

21        the patrol vehicle.  And I told them to take him

22        right over to Albany Medical Center.

23   Q.   Okay.  Did at any point -- withdrawn.

24             Do you have a recollection at any point

143

MATTHEW MONTANINO - 07/27/17

1          during the pursuit or during the collision of

2          someone radioing for a medic or an EMT or

3          something of that nature?

4     A.   I know I did.

5     Q.   When did you make that call?

6     A.   I believe right after I got Sergeant French in

7          the vehicle.

8     Q.   So the first time that you called for a medic

9          Sergeant French is already sitting or lying in

10         the back of the patrol vehicle?

11    A.   As I recall we had just gotten him into the

12         vehicle.

13    Q.   When's the first time that someone's checking on

14         Thevenin -- withdrawn.

15              I'll ask the question better.  When's the

16         first time someone's looking to see if Thevenin's

17         still alive?

18    A.   I can't answer that.

19    Q.   Okay.  Did someone check on Thevenin to see if he

20         was still alive?

21    A.   I saw the officer that had come over.  Again,

22         when I had gotten into the vehicle there was an

23         officer that had come over.  As I said, that was

24         Officer Dean.

144

MATTHEW MONTANINO - 07/27/17

1   Q.   Okay.  Just for our purposes, now that you know

2        it's Dean, can we refer to him as Officer Dean

3        for our conversation?

4   A.   Yes.

5   Q.   Okay.  So you have Sergeant French in his

6        vehicle, you radio for a medic, and then you see

7        Officer Dean do what?

8   A.   I didn't see Officer Dean do anything.  I was on

9        the passenger side of the vehicle and, quite

10       frankly, was in a state of shock myself.  And I

11       was actually checking myself to see if I had been

12       shot.

13  Q.   Okay.

14  A.   But prior to that I had radioed that we had shots

15       fired and we needed EMS here at the scene right

16       away.

17  Q.   About how long after Sergeant French winds up in

18       the vehicle does EMS come to the scene?

19  A.   I don't have an exact time.  They're just down

20       the street at Jacob and 6th.  So they're

21       approximately two to three blocks away.

22  Q.   Well, that's the distance that they are, not how

23       long.

24  A.   Right.  That's where they're located at.  As for

MATTHEW MONTANINO - 07/27/17

1        an exact amount of time between the time I called

2        and the time they arrived, I don't know.

3    Q.  Do you know if anyone performed CPR on Thevenin?

4    A.  I'm not sure -- at what point?

5    Q.  I'm just asking:  Do you know if anyone ever

6        performed CPR on Thevenin?

7    A.  I do not know that.

8    Q.  Do you know if anyone attempted to treat or stop

9        the bleeding from the gunshots that Thevenin had

10        sustained?

11    A.  I do not know that.

12    Q.  After Sergeant French winds up in this patrol

13        vehicle, what do you do next after -- withdrawn.

14            You said that Sergeant French winds up in

15        the vehicle, and you're now checking yourself to

16        make sure that you're not, God forbid, shot as

17        well; correct?

18    A.  Right.  I had radioed about the shots being fired

19        and we needing EMS.  And at that point I had told

20        someone to make sure that he was handcuffed, that

21        Thevenin was handcuffed.  And then I remember

22        checking myself to see if I had been shot.

23    Q.  Okay.  And then you realized that you hadn't been

24        shot; correct?

MATTHEW MONTANINO - 07/27/17

1    A.   Yes.

2    Q.   Do you ever instruct anyone to remove the

3         handcuffs from Thevenin?

4    A.   When EMS arrived I told them to take the

5         handcuffs off so they could treat him.

6    Q.   At this point is Thevenin moving when EMS shows

7         up?

8    A.   I saw him briefly after they arrived, and I did

9         not see him moving.  When they arrived, I did not

10        see that he was moving.

11   Q.   Did you watch EMS do any work on Thevenin?

12   A.   I briefly saw them getting him onto the

13        stretcher.  But other than that -- I know they

14        were bringing him to the ambulance.  Other than

15        that, I didn't watch, you know, watch any, you

16        know, first aid being administered.

17   Q.   Did you hear EMS make any -- or any of the EMS

18        make any observations about Thevenin's condition?

19   A.   No.

20   Q.   At any point was there a superior officer that

21        was present during this whole event, or were you

22        the superior officer on scene?

23   A.   Chief VanBramer arrived after I had contacted

24        him.  He responded to the scene.

147

MATTHEW MONTANINO - 07/27/17

1    Q.   Okay.  Does Chief VanBramer show up before or
2         after EMS takes away Thevenin?
3    A.   I would say it was after Thevenin was taken to
4         the hospital.
5    Q.   So until Thevenin was taken to the hospital, you
6         are the senior officer that's on the scene;
7         correct?
8    A.   Yes.
9    Q.   Did you ever direct any of the officers to attend
10        to Thevenin before EMS shows up?
11   A.   No.
12            MR. TORCZYNER:  All right.  I think this is a
13        good place we can take a break.
14            MR. ASPLAND:  Sure.
15                (A recess was taken.)
16        (Plaintiffs' Montanino Exhibits 8-11 were marked
17        for identification.)
18   BY MR. TORCZYNER:
19   Q.   I'm going to show you now a photo that's been
20        marked as Montanino 8.  Take a look at it, and
21        let me know when you're done.
22   A.   Okay.
23   Q.   Have you seen this photo before?
24   A.   Yes.

MATTHEW MONTANINO - 07/27/17

1   Q.   When did you first see this photo?

2   A.   During the -- during the week after the accident,

3        after the incident.

4   Q.   Was that before or after you testified at the

5        grand jury?

6   A.   I believe I saw them before the grand jury.

7   Q.   Did you testify about any photos -- withdrawn.

8        As part of your testimony before the grand

9        jury did you identify photos?

10  A.   I don't recall.

11  Q.   Okay.  Looking at the picture, you see a

12       dark-colored Honda?

13  A.   Yes.

14  Q.   Seeing this photo, does that change your

15       recollection as far as how many doors the car

16       had, or do you still believe -- it's not a great

17       picture, but do you still believe that there are

18       two doors on the car?

19  A.   This picture is not clear for me to give that

20       answer.

21  Q.   Obviously Sergeant French is not in this picture;

22       correct?

23  A.   Correct.

24  Q.   Okay.  So this car had already moved back from

MATTHEW MONTANINO - 07/27/17

1        Sergeant French -- withdrawn.

2            The Thevenin vehicle, which is the

3        dark-colored Honda, had already been moved back

4        from Sergeant French's vehicle at this point?

5   A.   Yes.  This is after Sergeant French was removed

6        from the vehicles.

7   Q.   Okay.  And the vehicle itself had moved somewhat

8        from the position that it was in when

9        Sergeant French was on the hood?

10  A.   Yes.

11  Q.   Or to your mind, is this still the same position?

12  A.   It appears to be in pretty much the same

13       position.  It may have moved slightly.  Again, as

14       I had said, I had gotten in the vehicle and was

15       trying to move it.  I believe I moved it a little

16       bit, but not much.

17       (An off-the-record discussion was held.)

18  BY MR. TORCZYNER:

19  Q.   Okay.  The vehicle that's listed as 30, that's

20       Sergeant French's vehicle?

21  A.   Yes.

22  Q.   Okay.  Let's move on, please, to Montanino 9,

23       which I'll show you in a moment.  Take a look at

24       this vehicle, and let me know when you're done,

1              please.

2      A.     Okay.

3      Q.     Have you seen this picture before?

4      A.     I don't recall this picture from this angle.

5      Q.     Do you see your vehicle in this picture?

6      A.     I see a vehicle behind the marked police unit

7              there looking through the passenger rear window

8              of the car with a headlight from a vehicle, but

9              from this vantage point I can't tell whether this

10             is my vehicle or not.

11     Q.     I'll show you another picture.  We'll come back

12             to this one in a minute, but I'm going to show

13             you another picture marked Montanino 10.

14                Let me know, please, if the vehicle's that's

15             approximately eight feet behind the Thevenin

16             vehicle is your vehicle.

17     A.     Yes, that is.

18     Q.     Okay.  And you're certain that that's the vehicle

19             you were driving?

20     A.     Yes.

21     Q.     Do you see the damage to the Thevenin rear

22             passenger bumper in this picture?

23     A.     Yes.

24     Q.     Was that the damage as it was after it collided

MATTHEW MONTANINO - 07/27/17

1              with your car?

2    A.   I can't say that.

3    Q.   Who removed your car from the scene?

4    A.   I was not present at the scene when my car was

5         taken away, so I don't know who moved it.

6    Q.   Okay.  You didn't remove your car from the scene?

7    A.   No.

8    Q.   How did you leave the scene?

9    A.   I was brought down to the police station by

10        Assistant Chief VanBramer.

11   Q.   Was that at your request, his, or something else?

12   A.   That was him.

13   Q.   Okay.  Why were you asked to go with Assistant

14        Chief VanBramer to the police station?

15   A.   He brought me down to the police station in order

16        to obtain my uniform attire that I was wearing

17        that night.

18   Q.   Was it vouchered for evidence?

19   A.   Yes, an evidence technician had collected my

20        clothes from me.

21   Q.   Have you ever seen a picture of yourself at the

22        scene?

23   A.   Not that I recall.

24   Q.   You can ask your attorney for them because they

152

MATTHEW MONTANINO - 07/27/17

1         actually were turned over in disclosure.  I

2         didn't need them for this, but they're actually

3         are pictures of you standing at the scene.

4    A.   Okay.

5    Q.   All right.  Let's go to Montanino Exhibit 11.

6         It's a fourth picture.  Do you see that picture?

7    A.   Yes.

8    Q.   Okay.  In the picture you see what appears to be

9         the front of the Thevenin vehicle, although it's

10        not all that clear?

11   A.   Yes.

12   Q.   And you can see towards the bottom right corner,

13        the part of the vehicle that had made contact

14        with the cement wall?

15   A.   Yes.

16   Q.   Do you see -- the other vehicle that's in this

17        picture, that was Sergeant Smith -- Sergeant

18        French's vehicle; correct?

19   A.   Yes.

20   Q.   Do you see any damage to Sergeant French's

21        vehicle from when the Thevenin vehicle impacted

22        it?

23   A.   From this picture, it appears to be some damage

24        on the driver's door.  And then from what I can

MATTHEW MONTANINO - 07/27/17

1      tell from this picture, maybe on the rear door

2      there.  And I can't -- I think it's just due to

3      the nature of the picture itself.  I'm having a

4      hard time determining on the -- towards the back

5      of the vehicle.

6  Q.  Yeah.  From the picture itself, it could be the

7      lighting that makes that gray mark by the dial,

8      is that what you mean, where is says --

9  A.  Yes.  There, and then on the lower portion of the

10     rear door, there appears to be -- I don't know if

11     it's just the light, kind of, like a line almost,

12     like, going across.

13  Q.  And on the front -- on the driver's side door

14     there's some scraping across the L?

15  A.  It appears that way.

16  Q.  Did you ever examine Sergeant French's vehicle

17     after Mr. Thevenin was removed from his car?

18  A.  No.

19  Q.  Was Vehicle 30 ever put back into service?

20  A.  I'm not sure on that.  I know it was out of

21     service for quite some time.  I believe they had

22     sent it to get repaired, but I don't recall if it

23     had come back into anything or not.

24  Q.  Let's go back to Picture 9, please.

154

MATTHEW MONTANINO - 07/27/17

```
 1            Do you see any damage to Vehicle 30 in this
 2       picture?
 3   A.   From this view of the passenger side of Vehicle
 4       30, no.
 5   Q.   Okay.  Let's go, please, to the picture that's
 6       11.  It's the last one that you looked at before.
 7            Other than the scraping in the gray area on
 8       the door and on the rear quarter panel, do you
 9       see any damage to the vehicle?
10            MR. ASPLAND:  Note my objection.
11            MR. TORCZYNER:  So noted.
12   A.   Again, just from what I can see, the picture, to
13       me, isn't -- the lighting and stuff is a little
14       difficult.  But other than what we discussed with
15       the scraping and up near the dial and stuff, no.
16   Q.   So why would this vehicle, to your knowledge,
17       have been taken out of service for repairs?
18   A.   I'm not a mechanic.  So Number 1, it wouldn't be
19       my determination as to --
20   Q.   Understood.  You were never in fleet service.  I
21       got it.
22   A.   -- being taken out.  But, generally speaking,
23       anytime a vehicle that we have is in an accident,
24       it's usually taken out of service and examined
```

MATTHEW MONTANINO - 07/27/17

1       by, I believe, it would be our police mechanic

2       and et cetera, to see the operability of it.

3  Q.  Let's get back to talking for a minute about your

4       observations when Sergeant French was on the

5       hood.

6          You testified about having reviewed certain

7       policies before you came here testify to today,

8       including use of deadly physical force?

9  A.  Yes.

10  Q.  When an officer is pinned between vehicles, would

11       that be an appropriate time to use deadly

12       physical force?

13  A.  Depending on the circumstances, I would say yes.

14  Q.  Which circumstances would justify it?

15  A.  Well --

16       MR. ASPLAND:  You're asking him in a

17       hypothetical?

18       MR. TORCZYNER:  Yes.  Having reviewed the

19       policy, yes.

20  A.  Hypothetically, in reference to Sergeant French's

21       incident?

22       MR. ASPLAND:  He's not asking about this

23       incident.  He's asking about hypothetically.

24       Pursuant to the policy in a hypothetical, he's not

MATTHEW MONTANINO - 07/27/17

1        asking about Randy French's situation right now.

2             THE WITNESS:  Okay.

3    Q.   Do you understand the question?

4    A.   If you could repeat it.

5    Q.   Sure.  If an officer is pinned between vehicles,

6         would that justify the use of deadly physical

7         force?

8    A.   If the operator of the vehicle that has the

9         officer pinned against another car is trying get

10        away or is accelerating and has the officer

11        pinned and that person's not, you know, backing

12        off the officer or anything, I would say that

13        that would justify the use of deadly physical

14        force.

15   Q.   Now, if the person is trying to get away but not

16        trying to pin the officer -- or part of the

17        answer that you gave, if the person's trying to

18        get away, would justify the use of deadly

19        physical force?

20   A.   I would say if the person was trying to run the

21        officer over in an instance, I would say, yes,

22        that would justify the use of deadly physical

23        force.

24   Q.   Okay.  Is there an instruction that if a car is

MATTHEW MONTANINO - 07/27/17

1          attempting to flee, that officers should not use

2          deadly physical force?

3     A.   Yes, that's in the general -- or about not firing

4          at a moving vehicle unless circumstances dictate

5          otherwise as the policy is a guideline for the

6          use of force.  And, obviously, guidelines are

7          there to help guide you, but there may be

8          circumstances outside of that that dictate that

9          you need to something else outside the line.

10    Q.   Let's go back to the response to resistance

11         reports that we were talking about before.

12              Is there anything in the Albany Police

13         manual that would excuse Sergeant French from

14         filling out one of those reports, the response to

15         resistance report?

16    A.   I don't know about the Albany manual.  Troy

17         Police has a different manual, I would assume.

18    Q.   Thank you.  Is there anything within the Troy

19         Police Department manual that would excuse

20         Sergeant French from filling out the response to

21         resistance report?

22    A.   If he was injured at the time and unable to

23         complete the report directly at that time, then

24         he would be excused from completing that until he

MATTHEW MONTANINO - 07/27/17

1    was able to.

2    Q.  But at some point in the future he,

3        theoretically, would have to fill that out?

4    A.  That's correct.

5    Q.  Let's go back to the Dean response to resistance

6        report.  I'm not certain the number, but I know

7        it's before you.  This is Number 7.  If you could

8        take a look at it, please.

9            You see the page that's marked 320 on the

10       bottom?

11   A.  Yes, page 320 -- 320.  I'm sorry.

12   Q.  Okay.  You see that it indicates that a baton was

13       used in a forehand strike?

14   A.  Yes.

15   Q.  Okay.  And it's your signature that's on page

16       322, the back page; correct?

17   A.  Yes.

18   Q.  Okay.  Were you aware that Officer Dean struck

19       Thevenin with a baton with a forehand strike?

20   A.  No.

21   Q.  Turn to page 321, please.  Can you please read

22       out loud the paragraph beginning "in reference."

23   A.  "In reference to the above subject, when I got to

24       the driver's side of the suspect's vehicle, he

1      was lying facedown on the ground with both arms

2      moving.  He was grabbing at Captain Montanino's

3      leg.  I told him not to move, and he continued to

4      grab at Captain Montanino.  I used my collapsible

5      baton to strike the subject in the upper body one

6      time and told him, again, not to move.  Both of

7      his hands dropped to the ground immediately."

8   Q.   Okay.  Do you recall being grabbed by

9      Edson Thevenin?

10  A.   No.

11  Q.   Is this report inaccurate?

12  A.   I can't answer for what Officer Dean saw.

13  Q.   But you don't recall being grabbed by Thevenin;

14     correct?

15  A.   No.

16  Q.   Okay.  Let's put this on the stack, please.

17         Did you ever examine the windshield of

18     Thevenin's car after the shots?

19  A.   No.

20         MR. TORCZYNER:  Off the record.

21     (An off-the-record discussion was held.)

22  BY MR. TORCZYNER:

23  Q.   Can you turn to the second page of the incident

24     report, which is marked as Exhibit 1.

MATTHEW MONTANINO - 07/27/17

1         Do you see the narrative that's handwritten

2       there?

3   A.  Yes.

4   Q.  Did you handwrite this?

5   A.  I did.

6   Q.  Okay.  On the third line from the bottom in the

7       narrative you see that there's a sentence that

8       begins after a period with an "S" with a circle

9       around it?

10  A.  Yes.

11  Q.  Okay.  This is your handwriting; correct?

12  A.  It is.

13  Q.  The "S" with the circle means "subject"; right?

14  A.  "S" means "suspect."

15  Q.  Or suspect.  Fair enough.  Can you please read

16      out loud that sentence.

17  A.  Yes.  "S was ordered to stop and get out of his

18      vehicle."

19  Q.  And the next sentence, please.

20  A.  "Gunshots were fired."

21  Q.  And then after that, please.

22  A.  "Both S and Sergeant French were transported to

23      hospitals."

24  Q.  Did you hear the subject being ordered, or

MATTHEW MONTANINO - 07/27/17

1        suspect ordered to get out of his vehicle?

2    A.   I ordered him to get out of his vehicle.

3    Q.   And after you ordered him to get out of his

4        vehicle, that's when the gunshots were fired?

5    A.   No, the gunshots were already fired.

6    Q.   So this is inaccurate?

7    A.   No, these were all orders that were

8        simultaneously being shouted.  Again, I know I

9        shouted these.  I know Officer French was

10       shouting things.  Again, as I said before, I

11       could hear him yelling, Stop, stop.  And he was

12       yelling some other things, but I could not hear

13       what he was yelling.

14   Q.   Okay.  This indicates "subject vehicle backed up

15       and struck RO," which would be you, responding

16       officer?

17   A.   Reporting officer, yes, unmarked patrol vehicle.

18   Q.   Reporting officer.  I'm sorry.  "Unmarked patrol

19       vehicle and drove forward pinning Sergeant

20       French," -- what's that next word, between?

21   A.   Between his patrol vehicle and suspect vehicle.

22   Q.   And suspect vehicle.  And then afterwards it says

23       "suspect was ordered to stop and get out of his

24       vehicle."  Is that correct that he was ordered to

MATTHEW MONTANINO - 07/27/17

1          stop and get out of his vehicle after Sergeant

2          French was pinned?

3     A.   Yes, after Sergeant French was pinned I was

4          yelling those orders, again, as I said earlier,

5          as I was approaching the driver's door and at the

6          door.

7     Q.   And at that point the gunshots were fired after

8          Sergeant French was already pinned?

9     A.   The initial gunshots that I heard.  I do not know

10         if Sergeant French was pinned.  The second, I

11         guess, you would maybe classify it as second

12         round or second set of shots that I heard, at

13         that time, I knew Sergeant French was pinned.

14    Q.   Now, the first set of shots aren't mentioned in

15         this narrative; correct?

16    A.   Just a moment to look back on page --

17    Q.   By all means, please.

18    A.   No, there's mention here, just a generalization

19         that shots were fired.  There's mention of --

20         hearing in the report of a -- like, a first round

21         and a second round.

22    Q.   Right.  But your recollection was there was a set

23         of shots, then there's the impact, and then a

24         second volley of shots; correct?

MATTHEW MONTANINO - 07/27/17

1    A.   My recollection is that there was -- there was

2          impact, there was shots, and then there was shots

3          again.

4    Q.   So all the shots were after the impact?

5    A.   The car -- as I stated earlier, I observed the

6          car move forward, and I heard yelling, Sergeant

7          French shouting.  I heard him say, "stop," but I

8          could not -- as I stated earlier, I could not

9          understand everything that he was saying.  The

10        car went forward.

11         I know that I heard a couple of shots, and

12        then I -- again, like I said, I was facing my car

13        when I heard the first initial shots.  And then I

14        turned and started approaching the vehicle.  And

15        I heard another set of shots and I felt, as I

16        said earlier, I felt the -- I saw a muzzle flash

17        and felt the --

18    Q.   Heat?

19    A.   Heat, the blast from it, and then glass hitting

20          me.

21    Q.   These second set of shots were after the impact

22          with Sergeant French; correct?

23         MR. ASPLAND:  I think the way you're asking

24        the question might be a little confusing.  After

MATTHEW MONTANINO - 07/27/17

1          he heard, right, because you established he didn't

2          see the actual impact.

3     Q.   Right.  After you heard the impact with Sergeant

4          French, that's when these second shots were

5          fired; correct?

6     A.   Yes.  I heard shot after that, yes.

7     Q.   Right.  So shots, impact, shots, as far as the

8          sequence?  I'm not saying, you know, without

9          anything in between, but that was the sequence?

10              MR. TORCZYNER:  I'm not -- I'm not trying to

11         interrupt you here, but that's not exactly how he

12         testified.  I think it's a characterization that

13         you've made of his testimony.

14    Q.   Okay.  Were there a set of shots before the

15         impact?

16    A.   Everything kind of -- that initial -- everything

17         kind of happened simultaneously when the car went

18         forward, and I turned away.  And at that point in

19         time Sergeant French may have been hit, I did

20         hear shots.  So I don't know if -- I guess,

21         I'm --

22    Q.   You don't know if the first set of shots were

23         before or after the impact; is that what you're

24         saying?

MATTHEW MONTANINO - 07/27/17

1    A.   Yes, because I turned away at that initial time

2        when I heard the first shots.  Again, I saw the

3        car going forward and I turned away to face my

4        car to go back towards my car to get into the

5        car, and I head the shots.  And I heard -- I

6        heard a noise.

7           And, again, then I turned around and started

8        approaching the car after I had drawn my duty

9        weapon.  And I was approaching and was just about

10       up near the driver's window, again, there was

11       some more shots at that point.

12    Q.   Okay.  So let's go now to Exhibit 2, which is the

13       typewritten deposition.

14    A.   Okay.

15    Q.   Okay.  Towards the bottom of the page that's

16       marked 118, which I believe is the second page of

17       what you're holding.

18          See where it says, "I continue to approach

19       on foot"?

20    A.   Yes.

21    Q.   Okay.  Can you read out loud that sentence.

22    A.   "I continued to approach on foot, and as I

23       reached to the driver's side of the black Honda,

24       the vehicle accelerated forward towards

MATTHEW MONTANINO - 07/27/17

1           Sergeant French."

2    Q.    Can you read the next sentence, please.

3    A.    "I continued my approach alongside the black

4          Honda, and I heard gunshots."

5    Q.    Now, in this narrative -- and I realize this is

6          18 months ago, but this narrative you were not

7          going back toward your car as you continued your

8          approach and heard the gunshots; is that correct?

9    A.    Yes.  As I read here, having done this deposition

10         the morning of the incident, and then after

11         having had a couple of days to calm and think

12         more and things started to come back to memory

13         obviously, I'm sure you're aware, traumatic

14         experience your memory -- there's been statistics

15         on it with police officers, that you'll remember

16         more afterwards and have a clearer understanding

17         of what transpired during the incident.

18              And as I read this now, this is -- both are,

19         you know, what I said and what I perceived at

20         that time and, you know, is the truth.

21   Q.    But your recollection now is just more accurate

22         because there's been more time that's passed?

23   A.    Yes, there was a couple of days that had passed

24         between the time I gave this deposition on the

1       morning of Sunday, April 17th, 2016, as compared

2       to when I wrote out my vehicle pursuit report on

3       the -- I started on the 19th of April 2016.

4   Q.  So the document that's Exhibit 1 was written

5       after the Exhibit 2, the incident report was

6       written after the deposition?

7   A.  Correct.

8   Q.  Okay.  Towards the bottom of 118, "I did not know

9       who was firing the gunshots at that time."

10      Right.  You see that sentence?

11  A.  Yes.

12  Q.  "Then I drew my duty pistol and pointed it at the

13      operator of the black Honda."

14  A.  Yes.

15  Q.  At that point were there any more gunshots, or

16      the gunshots had all finished at that point?

17  A.  The gunshots were finished at that point.

18  Q.  Let's go, please, to Exhibit 3.  Okay.

19          Was this document prepared before or after

20      the incident report?

21  A.  This was prepared after the incident report.

22      When I came into work that night on the 19th I

23      had prepared the incident report first, and then

24      I had completed my 120, TPD 120, with Montanino

MATTHEW MONTANINO - 07/27/17

1          3.

2     Q.   This supplemental report that was prepared, why

3          did you prepare it, which is Exhibit 3?

4     A.   In our pursuit policy, anytime that any officer

5          that's involved with the pursuit, if you're not

6          the initiating officer, you have to complete a

7          TPD 120 detailing your involvement in the

8          pursuit.

9     Q.   Okay.  Did anyone assist you in preparing this

10         TPD 120?

11    A.   No.

12    Q.   Okay.  Could you please read out loud the

13         next-to-last paragraph on page 353.

14    A.   "At the time of the attempt to stop."

15    Q.   That's the last paragraph.  The next-to-last

16         paragraph, please.

17              MR. ASPLAND:  "RO exited."

18    A.   I'm sorry.  "RO exited vehicle to approach

19         suspect vehicle, and suspect vehicle was

20         accelerating and backed up and struck the front

21         of RO vehicle.  The suspect vehicle then went

22         forward and in an attempt to flee.  The suspect

23         vehicle then went forward and pinned Sergeant

24         French between his patrol vehicle and the suspect

MATTHEW MONTANINO - 07/27/17

1        vehicle.  RO had ordered the operator of the

2        vehicle to stop numerous times.  The driver's

3        window was down at the time as well."

4    Q.   Okay.  Why did you indicate that the driver's

5        window was down?

6    A.   Observation that I made that he should have been

7        able to hear me.

8    Q.   But you weren't able to hear what Sergeant French

9        was saying because of the sirens; correct?

10   A.   Correct.  Because I was standing -- well, I was

11       at the back of my vehicle at the time.  Closer to

12       my vehicle where it was louder.

13   Q.   Did you actually see the impact where Sergeant

14       French was pinned, or you only saw it after the

15       fact?

16           MR. ASPLAND:  That's been, kind of, covered.

17   Q.   Okay.  Let's confirm.  You didn't actually see

18       the contact where he was pinned, you only saw it

19       after the fact; correct?

20   A.   Yes.

21   Q.   Okay.  Let's go to the last page, which is your

22       response to resistance report, please.

23           And that's 323 at the bottom; correct?

24   A.   Yes.

MATTHEW MONTANINO - 07/27/17

1   Q.   Please take a look at it, and let me know when
2        you're done.
3   A.   Okay.
4   Q.   Please turn to page 326.
5   A.   Okay.
6   Q.   Now, you see the very last sentence says, "RO had
7        an officer handcuff the subject"?
8   A.   Yes.
9   Q.   Why did you have Thevenin handcuffed?
10  A.   Anytime there's an officer-involved shooting and
11       you have the subject there and down, we handcuff
12       them.  I don't know at that time, again, it's
13       possible that he could have been shooting.
14  Q.   So the reason he was handcuffed because you were
15       concerned that he was shooting as well?
16  A.   Correct.
17  Q.   When you entered the vehicle to remove him from
18       the vehicle, did you search him for a gun?
19  A.   I did not.
20  Q.   Were you concerned that he could have shot you
21       while you were getting him out of the car?
22  A.   It's a possibility, but he wasn't moving.
23  Q.   I'm just asking:  Did you have a concern in your
24       head that Thevenin might shoot you as you were

MATTHEW MONTANINO - 07/27/17

1           pulling him out of the vehicle?

2     A.    Yes, there was always that possibility that I

3           felt that if he had a gun, you know, he could

4           have had it in his right hand that I didn't see.

5     Q.    But you didn't check his hands, you just got him

6           out of the vehicle; correct?

7     A.    When I pulled him out of the vehicle, I used my

8           left hand, and I grabbed his left shoulder area,

9           I had seen that there was no gun in his left

10          hand.  And as I pulled him out and took him down

11          on the ground, I didn't observe any gun in his

12          right hand either.

13    Q.    So if there was no gun in either hand, why did he

14          need to be handcuffed?

15    A.    It's standard procedure.  Plus, I didn't know if

16          he might have had a weapon in his waistband at

17          all either, that he could have reached in for.

18          So until we're sure, we always handcuff people.

19    Q.    Okay.  Now, it ends that when TFD, which I assume

20          is Troy Fire Department; would that be accurate?

21    A.    Yes.

22    Q.    "EMS," I don't have to explain that one, "arrived

23          to treat the subject.  RO had the officer remove

24          the handcuffs from the subject."

MATTHEW MONTANINO - 07/27/17

1  A.  Yes.

2  Q.  At that point, when the Troy Fire Department

3     arrived, did you still have a concern that the --

4     that Thevenin had a weapon?

5  A.  I did not because there was already an officer

6     that had been with him -- or, actually, I believe

7     there was a second officer that had already been

8     with him, so I had relied upon them to have

9     checked him for a weapon.

10  Q.  Do you know if anyone checked him for a weapon?

11  A.  I don't.

12  Q.  I believe that one of the officers in his

13     narrative says that there was too much blood so

14     he didn't want to touch him to see what he had.

15        Did you direct any officer at any point

16     during the time period after Thevenin was removed

17     from the car to check him medically?

18  A.  No.

19        MR. TORCZYNER:  I thank you for coming down

20     today.  I don't have anything further to ask of

21     you, and I appreciate that you did come down after

22     finishing shift this morning.  If you have any

23     answers that you've given, we talked before, that

24     you might want to change something if you realize

1          that down the road, and I said you'd have that

2          opportunity, if there's an answer that you'd

3          previously gave that you'd like to change, by all

4          means.  Otherwise, we'll deem this deposition to

5          be completed.

6              THE WITNESS:  I think the only thing was back

7          when we were talking at the very beginning, when

8          we were talking in reference to, I believe, the

9          shifts, we called the midnight shift "midnights."

10         It's technically called "first platoon."  I think

11         that was -- that was my little brain stumble

12         there.  The day shift, that's 7:30 to 3:30 or 8 to

13         4, is called the "second platoon."  And then the

14         afternoon shift, the 3:30 to 11:30 or 8 to 12,

15         would be considered the "third platoon."

16             MR. TORCZYNER:  Great.  Thank you very much

17         for coming down.

18             THE WITNESS:  Thank you.

19             (Whereupon, the examination of

20             MATTHEW MONTANINO, in the above-entitled

21             matter was concluded at 3:01 p.m.)

22

23

24

MATTHEW MONTANINO ~ 07/27/17

1                          WITNESS INDEX

2     EXAMINATION BY MR. TORCZYNER.....................PAGE 4

3

4              DOCUMENT INFORMATION/REQUESTED:        PAGE

5     Appraisal form                                  31

6     Duty sheet 4/17/16                              54

7     Blotter                                         70

8     A respond to resistance report prepared by      88
      Sergeant French

9

10    PLAINTIFFS' MONTANINO EXHIBITS                  PAGE

11    Exhibit 1    Incident report                    9

12    Exhibit 2    Deposition of a witness form       9

13    Exhibit 3    Supplemental report                9

14    Exhibit 4    Troy Police Department response to 9
                   resistance report
15
      Exhibit 5    First platoon daily sheet          63
16
      Exhibit 6    Two pages of hand notes            78
17
      Exhibit 7    Photograph                         147
18
      Exhibit 8    Photograph                         147
19
      Exhibit 9    Photograph                         147
20
      Exhibit 10   Photograph                         147
21
      Exhibit 11   Photograph                         147
22

23
             (EXHIBITS RETAINED BY NEIL TORCZYNER, ESQ.)
24

175

MATTHEW MONTANINO - 07/27/17

```
 1    STATE OF NEW YORK        )
                               ss:
 2    COUNTY OF                )

 3

 4         I, MATTHEW MONTANINO, have read the foregoing

 5    record of my testimony taken at the time and place noted

 6    in the heading hereof, and I do hereby acknowledge it to

 7    be a true and accurate transcript of same.

 8

 9

10

11

12

13                              Matthew Montanino /s

14                         MATTHEW MONTANINO

15

16

17    DATED:        10/18/17

18

19    Sworn to before me this  18

20    day of October , 2017

21

22    Lynn McGiven /s

23    Notary Public

24
```

MATTHEW MONTANINO — 07/27/17

C E R T I F I C A T I O N

I, MICHELE AMBROSINO, a Shorthand Reporter and
Notary Public within and for the State of New York, do
hereby CERTIFY that prior to being examined, the witness
named in the foregoing deposition was duly sworn to
testify the truth, the whole truth and nothing but the
truth.

That said deposition was taken down by me in
shorthand at the time and place therein named and
thereafter reduced by me to typewritten form and that the
same is a true, correct and complete transcription of
said proceedings.

Before completion of the deposition, review of the
transcript was requested.  If requested, any changes
made by the deponent (and provided to the reporter)
during the period allowed are appended hereto.

I further certify that I am not interested in the
outcome of this matter.

MICHELE AMBROSINO
Court Reporter

MATTHEW MONTANINO - 07/27/17

**'14** [1] - 19:3
**'16** [1] - 82:17
**'93** [1] - 16:16

**0**

**0600** [1] - 68:18
**08** [1] - 67:20

**1**

**1** [22] - 9:24, 10:3, 21:12, 21:16, 21:18, 21:19, 22:4, 22:10, 23:15, 23:16, 56:11, 59:11, 59:13, 68:1, 76:5, 78:4, 82:6, 90:8, 154:18, 159:24, 167:4, 174:11
**10** [2] - 150:13, 174:20
**101st** [5] - 90:5, 93:8, 93:9, 93:12, 95:16
**10:13** [1] - 1:15
**11** [12] - 17:21, 18:4, 24:4, 24:20, 47:7, 47:9, 74:19, 74:20, 93:10, 152:5, 154:6, 174:21
**11042** [2] - 2:3, 2:4
**111** [1] - 67:24
**118** [2] - 165:16, 167:8
**11:00** [1] - 76:17
**11:30** [18] - 17:22, 18:1, 18:4, 18:6, 18:12, 18:16, 18:23, 20:10, 20:15, 20:20, 21:6, 24:9, 24:20, 52:8, 52:13, 68:5, 173:14
**12** [7] - 17:16, 17:17, 18:24, 20:16, 20:21, 93:10, 173:14
**120** [6] - 28:20, 78:22, 167:24, 168:7, 168:10
**120s** [1] - 9:13
**12801** [1] - 2:10
**12:00** [1] - 20:10
**147** [5] - 174:17, 174:18, 174:19, 174:20, 174:21
**16** [2] - 1:14, 2:9
**16-CV-1115(NAM/DJS** [1] - 1:7
**17** [1] - 121:8
**17th** [23] - 5:5, 37:24, 41:6, 46:22, 47:1,

49:21, 60:8, 60:11, 64:7, 69:20, 70:7, 71:14, 71:20, 72:13, 72:21, 74:7, 74:9, 77:14, 79:10, 81:2, 86:6, 89:11, 167:1
**18** [2] - 52:15, 166:6
**18th** [3] - 12:8, 12:17, 16:16
**1991** [1] - 12:17
**1993** [3] - 12:8, 12:10, 12:18
**19th** [4] - 76:7, 78:7, 167:3, 167:22

**2**

**2** [18] - 10:12, 21:12, 21:19, 21:23, 22:10, 23:15, 23:16, 38:14, 39:24, 54:17, 65:14, 65:15, 65:19, 68:1, 80:3, 165:12, 167:5, 174:12
**2's** [1] - 22:5
**20** [2] - 58:11, 175:20
**2005** [3] - 16:16, 16:17, 16:22
**2008** [3] - 32:11, 33:2, 73:13
**2009** [2] - 32:12, 33:2
**201** [1] - 65:19
**2014** [5] - 16:22, 17:10, 26:16, 26:20, 29:20
**2016** [30] - 5:5, 25:6, 26:11, 37:24, 38:16, 41:6, 43:2, 46:7, 46:22, 47:1, 49:21, 59:3, 60:8, 60:11, 69:21, 70:7, 71:14, 71:20, 72:13, 72:21, 74:7, 74:9, 76:7, 78:7, 79:10, 81:2, 86:6, 89:11, 167:1, 167:3
**2017** [3] - 1:13, 1:14, 2:9
**202** [1] - 65:19
**211** [1] - 67:24
**22** [1] - 121:8
**23:45** [1] - 76:7
**24** [2] - 6:20, 75:12
**26** [2] - 75:13, 75:14
**26th** [1] - 1:12

**3**

**3** [18] - 10:19, 21:13, 21:24, 22:3, 22:10,

23:15, 23:16, 38:3, 68:1, 81:12, 82:5, 82:9, 82:21, 90:1, 167:18, 168:1, 168:3, 174:13
**3,000** [1] - 54:17
**3/27** [1] - 83:16
**30** [4] - 149:19, 153:19, 154:1, 154:4
**3000** [1] - 2:3
**31** [1] - 174:5
**311** [4] - 67:19, 67:21, 67:23, 67:24
**320** [3] - 158:9, 158:11
**321** [1] - 158:21
**322** [1] - 158:16
**323** [1] - 169:23
**326** [2] - 83:12, 170:4
**327** [1] - 83:16
**353** [1] - 168:13
**3:00** [1] - 37:24
**3:01** [1] - 173:21
**3:30** [8] - 24:3, 24:6, 24:8, 24:20, 74:1, 173:12, 173:14

**4**

**4** [14] - 10:1, 11:2, 17:17, 21:24, 24:7, 24:9, 24:20, 83:2, 90:1, 173:13, 174:2, 174:14
**4/17/16** [1] - 174:6
**4/20** [1] - 82:17
**40** [2] - 27:12, 100:13
**45** [1] - 108:12
**4:00** [1] - 24:3

**5**

**5** [18] - 13:21, 13:24, 14:2, 14:6, 27:2, 57:7, 57:9, 58:5, 58:6, 58:8, 58:9, 63:15, 63:17, 63:21, 68:22, 89:4, 174:15
**518.745.1400** [1] - 2:10
**526.355.9612** [1] - 2:4
**54** [1] - 174:6
**55** [3] - 4:24, 16:9, 23:19
**5th** [1] - 12:17

**6**

**6** [5] - 68:18, 68:19, 78:15, 78:18, 174:16
**63** [1] - 174:15

**6th** [1] - 61:11, 93:3, 93:7, 94:1, 94:3, 96:3, 96:7, 100:7, 105:9, 105:10, 144:20

**7**

**7** [8] - 17:21, 24:2, 77:13, 84:19, 84:20, 84:23, 158:7, 174:17
**70** [1] - 174:7
**78** [1] - 174:16
**7:00** [1] - 68:12
**7:30** [12] - 17:22, 18:1, 18:6, 18:12, 18:17, 24:2, 24:6, 24:19, 68:5, 68:13, 73:24, 173:12

**8**

**8** [12] - 17:17, 17:24, 18:8, 24:7, 24:19, 68:4, 68:20, 147:20, 173:12, 173:14, 174:18
**8-11** [1] - 147:16
**8-by-11** [1] - 51:21
**88** [1] - 174:8
**8th** [1] - 100:8

**9**

**9** [7] - 149:22, 153:24, 174:11, 174:12, 174:13, 174:14, 174:19
**9:00** [1] - 77:13
**9:15** [1] - 38:18

**A**

**A-line** [1] - 18:18
**a.m** [9] - 1:15, 17:21, 17:22, 17:24, 18:8, 20:10, 38:3, 38:18, 68:18
**Abelove** [4] - 40:16, 40:17, 41:17, 42:24
**able** [3] - 9:16, 77:21, 87:24, 88:1, 100:10, 115:17, 116:9, 132:9, 135:13, 140:4, 158:1, 169:7, 169:8
**above-entitled** [1] - 173:20
**academy** [3] - 14:20, 57:10, 57:16

**accelerate** [1] - 132:17
**accelerated** [1] - 165:24
**accelerating** [2] - 156:10, 168:20
**accelerator** [1] - 111:23
**accept** [1] - 4:10
**accident** [2] - 148:2, 154:23
**accurate** [4] - 5:18, 166:21, 171:20, 175:7
**acknowledge** [1] - 175:6
**acting** [1] - 23:13
**action** [1] - 90:21
**activate** [2] - 111:2, 111:5
**activated** [1] - 110:15
**activates** [1] - 110:24
**active** [6] - 14:3, 53:7, 69:4, 75:15, 111:7, 111:8
**activity** [1] - 53:18
**actual** [1] - 164:2
**add** [1] - 64:24
**added** [1] - 64:19
**address** [10] - 4:8, 4:9, 4:13, 4:22, 16:8, 16:10, 16:11, 88:22, 88:23
**administer** [1] - 3:14
**administered** [2] - 13:17, 146:16
**administrative** [4] - 17:6, 39:11, 39:13, 53:9
**Administratrix** [1] - 1:3
**adrenaline's** [1] - 128:11
**advise** [1] - 45:10
**advised** [1] - 45:20
**advisement** [1] - 30:8
**Affairs** [4] - 86:18, 86:19, 87:8, 87:17
**affairs** [1] - 88:7
**afternoon** [8] - 24:4, 24:7, 24:8, 24:9, 24:23, 25:4, 173:14
**afterwards** [5] - 58:14, 104:14, 129:13, 161:22, 166:16
**AG's** [1] - 46:2
**agency** [2] - 27:15, 49:3
**ago** [4] - 7:10, 44:2, 58:11, 166:6
**agree** [1] - 116:17

MATTHEW MONTANINO - 07/27/17

**agreed** [2] - 4:10, 4:16
**AGREED** [3] - 3:1, 3:7, 3:12
**agreement** [1] - 4:4
**Agreement** [1] - 1:12
**ahead** [4] - 65:1, 98:14, 106:19, 113:3
**aid** [2] - 14:13, 146:16
**ailment** [1] - 69:3
**air** [1] - 103:7
**airbag** [2] - 121:16, 121:24
**airbags** [2] - 121:12, 121:14
**alarm** [1] - 117:20
**Albany** [5] - 88:19, 88:21, 142:22, 157:12, 157:16
**alive** [4] - 134:21, 135:9, 143:17, 143:20
**allegations** [1] - 7:12
**allowed** [3] - 75:17, 77:20, 176:18
**allowing** [1] - 97:1
**almost** [5] - 75:13, 98:8, 115:20, 130:17, 153:11
**alongside** [3] - 116:24, 135:19, 166:3
**AMBROSINO** [3] - 1:16, 176:4, 176:24
**ambulance** [1] - 146:14
**amount** [3] - 57:11, 92:3, 145:1
**analogy** [1] - 97:16
**AND** [3] - 3:1, 3:7, 3:12
**and-a-half** [1] - 95:24
**angle** [8] - 103:21, 103:22, 103:23, 106:23, 107:3, 118:15, 124:14, 150:4
**announced** [1] - 49:21
**announcements** [3] - 49:16, 50:2, 51:1
**answer** [16] - 5:17, 5:18, 6:4, 6:6, 6:10, 12:1, 27:3, 35:22, 42:9, 100:17, 131:8, 132:11, 143:18, 148:20, 156:17, 159:12, 173:2
**answered** [1] - 21:8
**answering** [2] - 6:17, 57:19
**answers** [2] - 5:10,

172:23

**anytime** [3] - 154:23, 168:4, 170:10
**anyway** [2] - 5:20, 110:20
**appear** [10] - 118:16, 118:19, 120:1, 136:20, 136:21, 136:23, 137:4, 137:12, 138:3, 138:4
**APPEARANCES** [1] - 2:1
**appeared** [7] - 103:24, 112:13, 113:20, 118:15, 132:5, 137:1, 138:18
**appended** [1] - 176:18
**apple** [1] - 75:6
**appraisal** [2] - 28:23, 30:22
**Appraisal** [2] - 29:2, 174:5
**appraisals** [1] - 31:6
**appreciate** [1] - 172:21
**appreciated** [1] - 88:2
**approach** [11] - 108:8, 112:11, 112:12, 114:12, 126:20, 133:21, 165:18, 165:22, 166:3, 166:8, 168:18
**approached** [4] - 127:4, 128:20, 133:23, 136:10
**approaching** [11] - 93:24, 94:3, 118:6, 127:15, 127:16, 127:17, 128:16, 162:5, 163:14, 165:8, 165:9
**appropriate** [1] - 155:11
**approximate** [2] - 93:7, 115:1
**April** [31] - 5:5, 25:6, 26:11, 37:24, 38:16, 41:6, 43:2, 46:7, 46:22, 47:1, 49:21, 59:3, 60:8, 60:11, 64:7, 69:20, 70:7, 71:14, 71:20, 72:13, 72:21, 74:7, 74:9, 76:7, 78:7, 79:10, 81:2, 86:6, 89:11, 167:1, 167:3
**area** [19] - 49:7, 49:8, 55:7, 88:20, 90:8, 93:6, 95:22, 100:7, 104:2, 113:17,

113:18, 114:1, 122:5, 125:7, 135:7, 154:7, 171:8
**areas** [4] - 21:19, 48:18, 53:15, 53:18
**arm** [1] - 127:5
**arms** [2] - 133:15, 159:1
**arrived** [7] - 145:2, 146:4, 146:8, 146:9, 146:23, 171:22, 172:3
**artful** [1] - 98:13
**Ash** [1] - 59:20
**aspects** [1] - 14:9
**ASPLAND** [38] - 2:11, 4:16, 21:3, 30:8, 30:19, 30:21, 31:4, 35:13, 35:16, 54:21, 55:1, 59:10, 59:15, 59:20, 70:21, 71:11, 88:3, 91:15, 94:10, 104:22, 112:19, 113:3, 119:11, 119:20, 120:3, 121:6, 123:11, 123:18, 131:15, 132:1, 138:6, 147:14, 154:10, 155:16, 155:22, 163:23, 168:17, 169:16
**assaults** [1] - 23:8
**assign** [4] - 32:3, 56:4, 56:12, 56:15
**assigned** [8] - 33:22, 51:8, 54:3, 55:3, 55:20, 55:23, 58:15, 65:16
**assigning** [1] - 68:12
**assignment** [2] - 17:8, 21:21
**assignments** [5] - 22:9, 32:3, 33:23, 65:6, 89:7
**assist** [1] - 168:9
**assistance** [7] - 92:15, 92:17, 92:20, 94:18, 94:19, 94:20, 95:7
**assistant** [2] - 25:10, 25:13
**Assistant** [6] - 25:24, 26:1, 26:9, 86:16, 151:10, 151:13
**assume** [3] - 5:7, 157:17, 171:19
**assumed** [1] - 98:11
**assuming** [2] - 59:5, 88:4
**attain** [1] - 16:17

**attempt** [5] - 11:17, 117:18, 119:1, 136:13, 168:14, 168:22
**attempted** [1] - 145:8
**attempting** [3] - 117:9, 119:22, 157:1
**attend** [1] - 147:9
**attention** [1] - 97:10
**attire** [1] - 151:16
**Attorney** [1] - 42:24
**attorney** [16] - 5:23, 6:3, 6:9, 40:16, 40:20, 41:17, 41:19, 41:20, 43:14, 43:20, 43:24, 44:5, 44:21, 45:11, 45:23, 151:24
**attorney's** [3] - 40:11, 40:14, 42:20
**attorneys** [1] - 3:2
**attributed** [1] - 33:10
**August** [1] - 12:17
**authorized** [1] - 3:14
**automatic** [3] - 138:22, 138:23, 139:14
**Avenue** [12] - 2:3, 56:12, 61:11, 88:21, 93:3, 94:1, 94:3, 96:3, 96:7, 100:8, 105:9, 105:10
**average** [7] - 100:3, 100:12, 121:21, 121:23, 133:11, 133:18, 133:20
**aware** [20] - 43:7, 43:10, 48:17, 48:18, 50:16, 60:17, 60:19, 61:3, 62:23, 62:24, 63:1, 71:4, 71:5, 86:3, 86:22, 88:13, 105:18, 136:22, 158:18, 166:13

**B**

**B-O-R-N-T** [1] - 34:15
**backed** [4] - 121:10, 121:11, 161:14, 168:20
**backing** [4] - 116:8, 117:14, 117:24, 156:11
**backseat** [1] - 142:20
**backside** [1] - 142:14
**backup** [1] - 16:21
**backwards** [6] - 112:1, 112:6, 112:15, 113:6, 113:9
**Baker** [1] - 1:14

**BAKER** [1] - 2:8
**ballpark** [1] - 27:9
**barrier** [21] - 98:23, 101:2, 101:11, 101:14, 102:2, 102:5, 102:8, 102:16, 102:18, 102:24, 103:10, 103:14, 103:20, 103:21, 104:3, 104:7, 104:11, 107:2, 107:7, 107:18
**based** [5] - 21:14, 28:6, 31:2, 33:15, 58:12
**basic** [1] - 14:8
**basis** [3] - 17:8, 29:11, 31:23
**Bates** [1] - 54:20
**baton** [10] - 66:19, 66:24, 67:4, 67:8, 67:16, 67:18, 142:5, 158:12, 158:19, 159:5
**batons** [3] - 66:16, 66:22, 67:14
**bears** [1] - 28:23
**became** [4] - 15:21, 26:17, 26:20, 29:20
**become** [8] - 12:6, 15:10, 15:16, 26:23, 60:17, 60:19, 61:3, 73:11
**becoming** [3] - 13:11, 13:19, 14:2
**beginning** [4] - 64:10, 70:8, 158:22, 173:7
**begins** [1] - 160:8
**behalf** [3] - 2:2, 2:7, 4:11
**behind** [11] - 96:22, 97:3, 97:9, 101:5, 102:13, 107:10, 108:5, 111:9, 117:21, 150:6, 150:15
**below** [1] - 138:10
**belt** [3] - 67:15, 67:18, 108:16
**bent** [4] - 115:19, 130:11, 130:14, 130:15
**best** [10] - 8:20, 14:6, 25:1, 26:4, 47:19, 49:19, 100:18, 106:6, 128:5, 137:11
**better** [1] - 143:15
**between** [27] - 3:2, 93:7, 95:15, 98:16, 99:4, 100:7, 109:24,

MATTHEW MONTANINO - 07/27/17

114:24, 120:24,
121:9, 123:4, 123:6,
125:2, 130:9,
130:16, 132:7,
132:23, 133:2,
137:5, 145:1,
155:10, 156:5,
161:20, 161:21,
164:9, 166:24,
168:24
**bid** [3] - 51:12, 54:3,
64:15
**bidding** [1] - 22:8
**bigger** [1] - 127:2
**binder** [1] - 50:8
**binders** [1] - 59:18
**bit** [5] - 79:19, 103:6,
106:14, 140:5,
149:16
**black** [3] - 165:23,
166:3, 167:13
**blaring** [2] - 110:16,
126:7
**blast** [3] - 129:9,
129:23, 163:19
**bleeding** [2] - 138:10,
145:9
**block** [2] - 95:23, 96:2
**blocks** [2] - 93:11,
144:21
**blood** [2] - 97:16,
172:13
**Blotter** [1] - 174:7
**blotter** [9] - 69:12,
69:16, 69:20, 70:1,
70:4, 70:7, 70:11,
70:14, 70:18
**board** [8] - 18:2,
20:20, 49:14, 51:15,
51:18, 51:19, 51:21,
72:5
**body** [6] - 110:1,
114:9, 121:1,
130:17, 135:16,
159:5
**bones** [1] - 137:9
**boot** [2] - 140:13,
140:15
**border** [1] - 90:1
**Bornt** [8] - 34:4, 34:6,
34:13, 34:18, 36:16,
39:18, 39:22, 46:19
**bottom** [9] - 79:4,
80:5, 83:13, 152:12,
158:10, 160:6,
165:15, 167:8,
169:23
**bounce** [2] - 102:18,
118:10
**Box** [2] - 1:14, 2:9

**brain** [1] - 173:11
**break** [12] - 20:24,
50:21, 59:24, 74:10,
74:23, 75:4, 75:5,
75:8, 75:15, 75:18,
137:9, 147:13
**breaks** [1] - 75:21
**breathalyzer** [1] -
14:14
**Bridge** [8] - 65:11,
65:12, 65:13, 71:14,
98:18, 98:24, 99:2,
100:24
**bridge** [12] - 65:17,
98:19, 98:22, 99:17,
99:21, 101:1, 101:3,
101:5, 101:11,
102:12, 103:15,
118:3
**brief** [3] - 32:9,
118:11, 133:1
**briefly** [6] - 36:21,
60:4, 60:5, 72:24,
146:8, 146:12
**bring** [3] - 59:16,
59:18, 59:21
**bringing** [1] - 146:14
**brought** [3] - 54:14,
151:9, 151:15
**building** [3] - 16:7,
16:8, 105:8
**bullet** [2] - 129:14,
136:17
**bulletin** [3] - 50:7,
50:19, 50:21
**bulletins** [6] - 48:14,
48:22, 49:16, 50:2,
51:1, 52:16
**bullets** [2] - 129:5,
129:7
**bumper** [8] - 104:2,
107:6, 113:17,
113:24, 122:4,
150:22
**bumps** [1] - 121:17
**bunch** [1] - 62:1
**Bureau** [7] - 32:1,
37:17, 86:18, 86:19,
87:7, 87:8, 87:17
**bureau** [1] - 23:6
**business** [2] - 4:22,
16:11
**button** [3] - 110:24,
111:1, 111:5
**buttons** [1] - 110:23
**BY** [17] - 2:5, 2:11,
4:18, 4:19, 13:9,
35:10, 42:5, 63:19,
65:24, 76:3, 93:17,
106:12, 147:18,

149:18, 159:22,
174:2, 174:23

## C

**calendar** [1] - 41:7
**caliber** [1] - 108:12
**calm** [1] - 166:11
**cam** [2] - 62:12, 62:18
**cameras** [3] - 63:1,
63:2, 63:11
**cams** [2] - 62:19,
62:21
**cancellation** [1] - 46:1
**cannot** [1] - 5:12
**capacity** [2] - 73:2,
73:5
**capital** [1] - 25:18
**captain** [21] - 16:23,
17:4, 17:10, 19:3,
23:13, 24:13, 24:18,
26:17, 26:20, 26:23,
28:4, 28:8, 29:20,
37:9, 37:10, 47:22,
53:6, 73:3, 75:22,
86:24, 112:17
**Captain** [9] - 4:6,
36:21, 37:1, 37:13,
37:16, 86:17, 87:8,
159:2, 159:4
**captain's** [1] - 24:16
**captains** [1] - 49:5
**car** [78] - 50:13, 53:2,
55:10, 55:11, 55:16,
59:18, 60:21, 60:23,
60:24, 61:4, 68:13,
98:7, 103:5, 106:18,
107:11, 107:14,
110:22, 111:9,
112:1, 114:13,
118:12, 118:13,
121:1, 125:21,
126:7, 127:21,
131:1, 131:2, 131:3,
131:5, 132:20,
132:21, 134:5,
135:2, 135:3, 135:8,
138:24, 139:2,
139:8, 139:18,
139:22, 140:3,
140:5, 140:6,
140:13, 140:14,
140:19, 141:12,
141:22, 142:8,
142:11, 148:15,
148:18, 148:24,
150:8, 151:1, 151:3,
151:4, 151:6,
153:17, 156:9,
156:24, 159:18,

163:5, 163:6,
163:10, 163:12,
164:17, 165:3,
165:4, 165:5, 165:8,
166:7, 170:21,
172:17
**car's** [2] - 110:21,
110:22
**care** [1] - 30:14
**career** [1] - 8:22
**carry** [4] - 66:4, 66:5,
66:19, 66:22
**carrying** [2] - 50:12,
67:14
**cars** [4] - 63:2, 123:16,
130:10, 130:17
**case** [8] - 4:13, 7:24,
9:6, 40:24, 41:13,
77:5, 87:12, 107:11
**cases** [2] - 8:8, 8:10
**caught** [1] - 140:13
**caused** [1] - 102:1
**causing** [1] - 117:20
**cautiously** [2] -
133:12, 133:20
**CD-1** [2] - 59:12, 59:14
**cell** [1] - 136:2
**cellular** [2] - 96:13,
96:16
**cement** [7] - 102:2,
102:4, 102:8,
102:16, 102:21,
102:24, 152:14
**Centanni** [2] - 86:17,
87:9
**center** [1] - 104:2
**Center** [2] - 88:19,
142:22
**certain** [19] - 19:7,
19:8, 49:1, 49:7,
49:8, 50:11, 50:12,
50:13, 53:15, 53:17,
53:18, 57:11, 64:17,
64:18, 67:10, 85:21,
150:18, 155:6, 158:6
**certainly** [1] - 55:13
**certainty** [1] - 51:24
**certification** [1] -
27:14
**CERTIFY** [1] - 176:6
**certify** [1] - 176:19
**cetera** [1] - 155:2
**chain** [2] - 23:17,
25:22
**change** [5] - 64:11,
65:3, 148:14,
172:24, 173:3
**changed** [2] - 26:16,
26:19
**changes** [1] - 176:16

**changing** [1] - 18:11
**channels** [1] - 35:24
**characterization** [1] -
164:12
**characterized** [1] -
100:2
**charge** [5] - 25:15,
27:18, 37:16, 55:8,
86:17
**chased** [2] - 94:8,
94:12
**chasing** [1] - 94:24
**check** [5] - 49:4,
136:7, 143:19,
171:5, 172:17
**checked** [2] - 172:9,
172:10
**checking** [6] - 53:12,
53:13, 143:13,
144:11, 145:15,
145:22
**checks** [1] - 49:13
**Chief** [15] - 25:24,
26:1, 26:3, 26:8,
26:9, 26:10, 28:18,
32:2, 37:18, 78:1,
86:16, 146:23,
147:1, 151:10,
151:14
**chief** [8] - 17:7, 25:6,
25:7, 25:8, 25:12,
25:13, 46:14, 49:5
**chiefs** [5] - 24:14,
24:16, 24:22, 25:11
**CINTHIA** [1] - 1:2
**circle** [2] - 160:8,
160:13
**circumstances** [8] -
29:12, 36:8, 87:3,
140:10, 140:16,
155:13, 155:14,
157:4, 157:8
**citizen** [1] - 53:17
**City** [25] - 5:24, 7:6,
8:10, 12:4, 12:7,
12:12, 15:6, 15:11,
15:21, 15:23, 26:11,
26:13, 65:12, 65:13,
71:13, 73:14, 74:4,
82:13, 88:21, 89:14,
89:17, 98:18, 98:24,
99:2, 100:24
**CITY** [1] - 1:9
**city** [14] - 15:7, 15:8,
15:9, 16:5, 16:6,
18:11, 21:14, 21:17,
22:2, 55:8, 55:9,
55:23, 56:2, 90:2
**civil** [6] - 7:10, 12:24,
13:10, 13:16, 15:12,

MATTHEW MONTANINO - 07/27/17

15:15
**clarification** [2] - 5:24, 59:11
**clarified** [1] - 6:5
**clarify** [2] - 56:15, 141:17
**class** [1] - 14:14
**classes** [1] - 14:15
**classify** [1] - 162:11
**clean** [1] - 51:17
**clear** [11] - 72:15, 115:21, 118:23, 119:18, 119:20, 119:21, 119:22, 120:2, 132:10, 148:19, 152:10
**clearer** [1] - 166:16
**client's** [1] - 88:5
**clip** [2] - 51:20, 108:22
**clipboard** [4] - 49:18, 51:5, 51:6, 51:20
**closed** [1] - 16:6
**closer** [1] - 169:11
**clothes** [1] - 151:20
**Cocobolo** [1] - 67:6
**code** [4] - 18:13, 92:8, 92:13, 92:16
**collapsible** [6] - 67:4, 67:8, 67:14, 67:16, 67:18, 159:4
**Collar** [6] - 65:10, 71:13, 98:17, 98:24, 99:1, 100:23
**collar** [2] - 65:12, 65:13
**collected** [1] - 151:19
**college** [1] - 50:22
**collided** [3] - 121:4, 132:19, 150:24
**collision** [8] - 121:15, 121:19, 121:21, 123:4, 123:6, 123:9, 123:12, 143:1
**collisions** [1] - 121:18
**color** [2] - 97:12, 98:12
**colored** [4] - 94:16, 96:21, 148:12, 149:3
**column** [1] - 139:15
**combination** [1] - 53:9
**comfortable** [1] - 47:4
**coming** [17] - 20:24, 44:20, 44:23, 45:1, 49:2, 52:9, 53:12, 74:3, 90:2, 95:6, 95:9, 98:18, 105:13, 116:24, 126:17, 172:19, 173:17
**command** [6] - 23:17, 28:5, 28:12, 29:4,

31:9, 89:11
**commanding** [3] - 83:20, 83:22, 83:23
**commands** [3] - 25:22, 114:19, 134:24
**commencement** [1] - 4:5
**commencing** [1] - 1:15
**commentating** [1] - 98:12
**commentator** [1] - 97:12
**commenting** [1] - 103:13
**communicate** [3] - 96:9, 96:12, 96:15
**communication** [2] - 44:24, 95:5
**community** [1] - 22:20
**comp** [3] - 65:4, 68:17, 68:21
**companies** [1] - 122:9
**compared** [2] - 123:14, 167:1
**compass** [1] - 101:12
**compensatory** [1] - 68:21
**complaint** [1] - 56:7
**complaints** [2] - 23:7, 53:17
**complete** [5] - 57:9, 77:21, 157:23, 168:6, 176:13
**completed** [9] - 57:9, 57:15, 57:16, 77:24, 81:17, 81:20, 81:21, 167:24, 173:5
**completing** [4] - 39:7, 40:3, 78:2, 157:24
**completion** [1] - 176:15
**computer** [2] - 81:5, 81:6
**concentrate** [1] - 97:7
**concentration** [2] - 49:6, 49:9
**concentrations** [1] - 48:19
**concern** [3] - 136:5, 170:23, 172:3
**concerned** [2] - 170:15, 170:20
**concerns** [1] - 135:22
**concluded** [1] - 173:21
**concrete** [4] - 101:11, 101:13, 103:20, 107:18

**condition** [1] - 146:18
**conduct** [4] - 27:23, 35:20, 52:7, 52:11
**conducted** [3] - 1:11, 33:20, 52:13
**confer** [1] - 6:1
**confirm** [1] - 169:17
**confusing** [1] - 163:24
**connection** [2] - 43:20, 70:15
**conscious** [2] - 138:12, 141:19
**consciousness** [1] - 138:19
**consider** [2] - 100:8, 121:23
**considered** [5] - 22:3, 22:7, 51:10, 64:16, 173:15
**considering** [1] - 121:24
**consulted** [1] - 44:17
**consumed** [1] - 6:19
**contact** [17] - 50:17, 86:9, 86:10, 113:11, 113:14, 114:6, 118:1, 118:8, 122:13, 123:22, 123:24, 124:2, 124:6, 124:8, 142:2, 152:13, 169:18
**contacted** [2] - 124:17, 146:23
**continue** [5] - 9:21, 11:21, 59:23, 112:17, 112:23, 165:18
**continued** [4] - 159:3, 165:22, 166:3, 166:7
**conversation** [10] - 29:1, 38:6, 38:7, 38:21, 39:5, 39:15, 39:21, 44:10, 73:4, 144:3
**conversations** [2] - 39:2, 40:4
**copies** [1] - 51:22, 59:19
**corner** [6] - 82:8, 101:3, 105:9, 107:6, 128:21, 152:12
**correct** [99] - 5:6, 7:20, 10:5, 16:12, 17:1, 18:3, 20:12, 20:13, 23:24, 25:11, 29:17, 30:24, 32:8, 35:24, 36:6, 38:19, 40:9, 41:20, 43:15, 47:13, 52:23, 53:8, 55:6, 55:11, 55:14,

60:5, 60:15, 60:16, 60:21, 60:22, 61:1, 61:2, 62:2, 63:6, 65:21, 66:17, 66:18, 68:6, 68:24, 69:1, 73:16, 76:11, 76:13, 76:23, 76:24, 80:5, 82:7, 83:10, 83:16, 89:4, 91:2, 101:16, 101:19, 104:7, 104:8, 104:11, 104:12, 109:11, 111:9, 117:6, 117:7, 119:4, 120:7, 122:2, 122:14, 127:20, 127:24, 128:1, 130:15, 131:20, 139:15, 140:24, 141:1, 142:9, 145:17, 145:24, 147:7, 148:22, 148:23, 152:18, 158:4, 158:16, 159:14, 160:11, 161:24, 162:15, 162:24, 163:22, 164:5, 166:8, 167:7, 169:9, 169:10, 169:19, 169:23, 170:16, 171:6, 176:13
**correctly** [3] - 25:20, 65:11, 115:10
**counsel** [6] - 4:4, 4:10, 7:19, 9:17, 46:23, 85:20, 85:21, 88:1
**COUNSEL** [1] - 4:18
**COUNTY** [1] - 175:2
**County** [5] - 12:14, 12:16, 12:19, 12:23, 13:11
**county** [4] - 13:14, 13:17, 13:18, 15:17
**couple** [14] - 9:10, 9:12, 9:18, 30:12, 64:8, 126:8, 127:8, 128:17, 128:21, 133:9, 139:4, 163:11, 166:11, 166:23
**course** [7] - 8:18, 8:21, 52:21, 69:2, 75:20, 137:22, 138:7
**COURT** [2] - 1:1, 1:1
**Court** [2] - 3:16, 176:24
**court** [1] - 8:16
**cover** [4] - 18:9, 21:19, 21:23, 65:21

**coverage** [1] - 18:10
**covered** [1] - 169:16
**CPR** [2] - 145:3, 145:6
**cracked** [1] - 122:4
**crash** [1] - 131:12
**crashed** [2] - 101:11, 102:18
**crashes** [1] - 101:13
**crashing** [1] - 99:19
**crimes** [1] - 22:13
**Criminal** [1] - 14:12
**criminal** [2] - 13:1, 23:7
**cross** [1] - 44:24
**crossed** [3] - 98:21, 99:3, 99:5
**CT0600-0800** [1] - 68:15
**current** [1] - 16:24
**cycle** [2] - 19:12, 21:1

**D**

**daily** [2] - 89:3, 174:15
**Daily** [1] - 64:2
**damage** [22] - 113:21, 113:23, 113:24, 114:3, 117:20, 122:1, 150:21, 150:24, 152:20, 152:23, 154:1, 154:9
**dark** [4] - 94:16, 96:21, 148:12, 149:3
**dark-colored** [4] - 94:16, 96:21, 148:12, 149:3
**dash** [4] - 62:12, 62:18, 62:19, 62:21
**date** [8] - 36:24, 38:3, 41:2, 41:4, 41:5, 44:13, 44:17, 47:1
**DATED** [1] - 175:17
**David** [1] - 85:1
**days** [18] - 19:8, 19:12, 25:2, 27:9, 30:12, 39:14, 40:6, 41:9, 64:9, 64:23, 64:24, 65:1, 65:2, 73:23, 166:11, 166:23
**daytime** [1] - 24:14
**dead** [1] - 102:17
**deadly** [9] - 11:13, 11:18, 155:8, 155:11, 156:6, 156:13, 156:18, 156:22, 157:2
**deal** [1] - 117:9
**dealing** [2] - 49:8, 107:16

MATTHEW MONTANINO - 07/27/17

**Dean** [11] - 65:18, 85:1, 141:9, 143:24, 144:2, 144:7, 144:8, 158:5, 158:18, 159:12
**Decedent** [1] - 1:3
**deem** [1] - 173:4
**deems** [1] - 56:9
**defendant** [1] - 8:8
**Defendants** [2] - 1:10, 2:7
**definitely** [1] - 88:3
**definitions** [1] - 17:15
**degree** [3] - 103:23, 104:4, 107:5
**delay** [1] - 87:10
**delegate** [4] - 48:1, 48:3, 56:9, 56:16
**department** [20] - 4:6, 4:10, 4:12, 13:19, 14:3, 14:23, 15:3, 15:5, 15:13, 17:14, 22:16, 22:18, 23:24, 48:10, 48:11, 59:2, 67:1, 79:7, 88:11, 108:14
**Department** [42] - 4:23, 8:11, 11:12, 12:5, 12:7, 12:13, 12:14, 12:16, 12:20, 12:24, 13:12, 15:6, 15:11, 17:4, 17:20, 18:19, 19:10, 22:11, 27:7, 27:16, 27:17, 31:17, 31:21, 32:15, 33:18, 34:11, 34:19, 34:23, 35:6, 35:19, 36:19, 40:7, 43:8, 53:19, 57:22, 69:16, 89:15, 89:17, 157:19, 171:20, 172:2, 174:14
**departments** [3] - 19:6, 48:9, 53:20
**deploy** [1] - 121:14
**deployed** [2] - 121:16, 121:24
**deponent** [1] - 176:17
**DEPOSITION** [1] - 1:11
**deposition** [31] - 3:13, 4:5, 7:18, 7:22, 7:24, 9:2, 9:11, 9:22, 10:8, 10:14, 10:22, 11:4, 11:7, 11:17, 11:21, 34:1, 38:8, 38:9, 38:24, 39:20, 39:23, 82:1, 88:2, 165:13, 166:9, 166:24, 167:6, 173:4, 176:7,

176:10, 176:15
**Deposition** [2] - 10:12, 174:12
**depositions** [1] - 8:3
**Deputy** [1] - 26:9
**deputy** [4] - 13:3, 15:4, 25:11, 25:12
**describe** [1] - 94:14
**description** [2] - 46:21, 47:4
**desired** [1] - 25:5
**desk** [8] - 50:8, 53:6, 53:20, 53:22, 54:4, 54:8, 69:19
**destinations** [1] - 67:24
**detail** [2] - 79:12, 79:14
**detailing** [1] - 168:7
**detaining** [1] - 7:15
**detective** [13] - 22:12, 22:19, 23:3, 23:6, 26:7, 32:16, 32:19, 32:21, 33:24, 34:2, 34:3, 34:24, 63:5
**Detective** [24] - 32:1, 32:7, 32:9, 32:10, 34:4, 34:5, 34:7, 34:13, 34:21, 35:3, 35:4, 36:15, 37:16, 37:21, 39:2, 39:15, 39:17, 39:21, 46:18, 46:19, 79:7, 79:8
**detectives** [4] - 23:5, 32:16, 33:21, 79:6
**determination** [2] - 77:23, 154:19
**determined** [1] - 81:18
**determines** [2] - 51:3, 83:6
**determining** [1] - 153:4
**develops** [1] - 69:3
**dial** [2] - 153:7, 154:15
**dictate** [2] - 157:4, 157:8
**die** [1] - 138:4
**difference** [1] - 137:5
**different** [8] - 9:10, 17:15, 21:21, 33:22, 79:15, 108:14, 108:17, 157:17
**difficult** [1] - 154:14
**direct** [4] - 35:22, 71:17, 147:9, 172:15
**directed** [1] - 87:24
**direction** [4] - 93:2, 101:12, 101:16, 101:19
**directioning** [1] -

103:13
**directions** [1] - 97:10
**directly** [6] - 9:8, 95:10, 97:21, 112:3, 123:20, 157:23
**disciplined** [2] - 35:17, 88:10
**disclosure** [1] - 152:1
**discovery** [1] - 30:1
**discretion** [3] - 25:2, 56:1, 66:21
**discussed** [1] - 154:14
**discussing** [2] - 30:23, 42:6
**discussion** [11] - 13:8, 35:9, 42:4, 60:2, 63:14, 65:23, 76:2, 93:16, 106:11, 149:17, 159:21
**discussions** [1] - 106:13
**disengaged** [1] - 140:8
**dismissed** [1] - 7:16
**dispatchers** [1] - 68:11
**distance** [5] - 93:7, 96:3, 102:12, 114:24, 144:22
**distinction** [2] - 13:2, 18:24
**distract** [1] - 112:24
**DISTRICT** [2] - 1:1, 1:1
**district** [8] - 40:11, 40:14, 40:16, 40:19, 41:17, 41:19, 41:20, 42:19
**District** [1] - 42:24
**disturbance** [1] - 90:4
**divided** [1] - 21:17
**Division** [3] - 32:7, 32:9, 32:10
**division** [7] - 22:19, 22:20, 22:23, 25:15, 26:7, 62:24
**divisions** [3] - 22:15, 22:17, 23:15
**document** [25] - 10:2, 10:11, 10:19, 10:24, 11:3, 38:12, 63:20, 63:24, 64:3, 64:5, 76:6, 76:21, 78:17, 78:21, 78:23, 78:24, 80:19, 80:21, 82:5, 82:12, 82:18, 84:12, 84:22, 167:4, 167:19
**DOCUMENT** [1] - 174:4
**DOCUMENT/**

**INFORMATION** [4] - 31:5, 55:2, 70:22, 88:6
**documents** [9] - 9:1, 10:7, 10:21, 11:6, 11:8, 38:10, 76:4, 76:19, 81:7
**done** [14] - 10:4, 27:14, 29:3, 32:4, 63:22, 78:19, 80:16, 81:13, 89:20, 113:21, 147:21, 149:24, 166:9, 170:2
**door** [31] - 108:7, 109:8, 109:10, 124:19, 124:21, 125:3, 127:8, 127:16, 127:17, 127:19, 127:21, 127:22, 127:23, 128:17, 128:20, 129:17, 130:7, 133:8, 135:1, 135:21, 140:21, 142:19, 152:24, 153:1, 153:10, 153:13, 154:8, 162:5, 162:6
**doors** [2] - 148:15, 148:18
**down** [24] - 5:12, 72:18, 80:24, 93:5, 96:24, 99:18, 101:6, 103:7, 111:4, 115:19, 136:9, 138:18, 144:19, 151:9, 151:15, 169:3, 169:5, 170:11, 171:10, 172:19, 172:21, 173:1, 173:17, 176:10
**draft** [4] - 82:24, 83:1, 83:3, 83:5
**drafts** [4] - 78:8, 78:11, 82:23, 83:4
**draw** [2] - 13:1, 84:15
**drawn** [6] - 126:21, 128:24, 133:15, 134:6, 135:4, 165:8
**drew** [3] - 126:15, 133:7, 167:12
**drive** [2] - 118:19, 139:2
**driver** [6] - 60:24, 61:3, 72:21, 108:7, 126:22, 129:1
**driver's** [36] - 104:1, 107:6, 109:8, 109:10, 112:12,

114:12, 115:12, 117:1, 124:18, 124:21, 125:2, 125:3, 127:17, 127:23, 127:24, 128:16, 129:17, 130:7, 133:8, 135:1, 135:20, 135:21, 136:12, 140:8, 140:21, 140:24, 142:13, 152:24, 153:13, 158:24, 162:5, 165:10, 165:23, 169:2, 169:4
**driving** [11] - 50:13, 97:7, 99:1, 99:10, 100:3, 101:17, 101:20, 103:8, 119:7, 139:15, 150:19
**dropped** [1] - 159:7
**drove** [1] - 161:19
**drug** [1] - 49:7
**drugs** [1] - 23:11
**dry** [1] - 51:19
**ducking** [2] - 115:20, 133:14
**due** [4] - 65:3, 69:8, 77:17, 153:2
**duly** [2] - 4:2, 176:7
**during** [33] - 23:19, 24:11, 24:14, 24:19, 33:9, 39:23, 48:15, 48:23, 69:2, 69:13, 77:12, 81:1, 84:1, 84:3, 95:15, 96:5, 96:16, 97:19, 99:13, 124:12, 133:12, 137:24, 138:12, 141:10, 141:19, 143:1, 146:21, 148:2, 166:17, 172:16, 176:18
**duties** [5] - 17:3, 17:7, 26:19, 28:4, 90:17
**Duty** [1] - 174:6
**duty** [38] - 7:6, 7:7, 18:15, 23:19, 23:21, 24:12, 36:10, 36:13, 37:9, 37:10, 51:7, 51:13, 53:3, 53:21, 54:10, 54:16, 55:19, 59:11, 66:6, 67:13, 67:15, 67:17, 68:7, 75:21, 76:10, 77:22, 78:6, 84:15, 96:12, 108:12, 126:16, 126:20, 127:4, 133:7, 133:15, 135:4, 137:22,

MATTHEW MONTANINO - 07/27/17

165:8, 167:12
DWI [2] - 48:19, 56:6
dying [1] - 138:3

## E

early [4] - 18:10,
32:11, 33:2, 68:11
eastbound [6] - 94:5,
98:15, 98:18, 99:5,
99:7, 99:8
easy [1] - 116:12
eat [1] - 75:10
edge [1] - 98:22
Edson [14] - 5:5, 9:6,
43:2, 60:5, 60:7,
60:10, 60:14, 61:1,
100:15, 116:9,
116:17, 116:22,
117:2, 159:9
EDSON [2] - 1:3, 1:3
effect [1] - 3:15
eight [1] - 150:10
either [12] - 6:5, 8:5,
8:8, 20:15, 24:11,
63:2, 67:4, 67:24,
85:22, 171:12,
171:13, 171:17
email [2] - 44:22, 45:1
emergency [4] -
14:10, 110:14,
110:23
employ [1] - 4:12
employed [17] - 12:4,
12:6, 12:12, 12:15,
13:11, 15:11, 15:17,
15:21, 26:10, 26:13,
34:10, 34:18, 34:22,
36:18, 37:1, 89:14,
89:17
EMS [11] - 144:15,
144:18, 145:19,
146:4, 146:6,
146:11, 146:17,
147:2, 147:10,
171:22
EMT [1] - 143:2
encompasses [2] -
58:5, 58:7
end [10] - 12:24, 13:1,
16:5, 89:24, 90:1,
90:2, 98:23, 124:9,
125:3
ended [1] - 77:13
ends [1] - 171:19
enforcement [2] -
12:9, 12:21
engine [2] - 111:22,
112:12
enter [2] - 70:14,

129:5
entered [2] - 63:10,
170:17
entire [5] - 55:9,
55:23, 65:20, 65:21,
135:16
entitled [1] - 173:20
entrance [2] - 98:17,
100:23
entrances [1] - 99:4
entries [1] - 136:17
equipment [1] - 67:17
erase [1] - 51:19
Eric [2] - 43:12, 43:17
especially [1] - 137:19
ESQ [2] - 2:5, 174:23
established [2] - 31:1,
164:1
Estate [1] - 1:3
estimate [2] - 121:3,
121:7
et [2] - 155:2
evaluation [5] - 28:7,
28:10, 28:19, 28:22,
29:3
evaluations [5] -
28:11, 28:12, 29:19,
29:23, 31:7
event [7] - 6:2, 30:6,
54:16, 87:3, 87:21,
87:23, 146:21
events [7] - 46:21,
69:23, 74:6, 76:22,
81:1, 84:1, 110:4
eventually [1] - 139:18
evictions [1] - 13:4
evidence [4] - 67:23,
104:18, 151:18,
151:19
evolving [1] - 125:6
exact [14] - 9:9, 14:16,
33:23, 41:4, 88:23,
89:23, 92:2, 92:22,
99:16, 107:4,
122:24, 125:7,
144:19, 145:1
exactly [8] - 79:20,
90:8, 92:2, 98:2,
104:4, 124:19,
126:8, 164:11
examination [1] -
173:19
EXAMINATION [2] -
4:18, 174:2
examine [2] - 153:16,
159:17
examined [3] - 4:3,
154:24, 176:6
example [2] - 50:20,
56:10

exceed [1] - 100:16
except [1] - 3:8
excuse [2] - 157:13,
157:19
excused [2] - 86:1,
157:24
exhausted [1] - 77:20
Exhibit [21] - 39:24,
59:12, 59:13, 63:17,
76:5, 78:15, 82:5,
82:6, 84:20, 89:4,
152:5, 159:24,
165:12, 167:4,
167:5, 167:18,
168:3, 174:11,
174:12, 174:15,
174:18
exhibit [7] - 174:13,
174:14, 174:16,
174:17, 174:19,
174:20, 174:21
Exhibits [2] - 9:24,
147:16
EXHIBITS [1] - 174:10
eXHIBITS [1] - 174:23
exist [1] - 22:11
existed [1] - 110:13
exit [3] - 98:18, 109:9,
130:8
exited [13] - 108:7,
109:3, 109:5, 109:6,
109:19, 109:20,
111:12, 112:10,
115:3, 115:5,
142:13, 168:17,
168:18
expect [1] - 50:22
experience [3] -
77:18, 77:20, 166:14
expired [1] - 51:18
explain [2] - 19:16,
171:22
extended [1] - 87:13
extent [1] - 57:19
extra [6] - 21:20, 22:1,
22:8, 59:18, 64:16
extras [1] - 51:10
eye [4] - 49:4, 49:12,
50:14, 128:22
eyes [1] - 135:11

## F

face [3] - 116:22,
117:2, 165:3
facedown [1] - 159:1
facing [5] - 109:10,
114:10, 133:5,
163:12
fact [7] - 11:16, 72:2,

7:17, 85:6, 104:6,
169:15, 169:19
fair [3] - 100:18,
119:24, 160:15
fairly [1] - 64:21
fall [1] - 22:22
Falls [2] - 1:14, 2:10
familiar [5] - 5:6,
13:22, 29:6, 34:21,
43:11
far [14] - 8:13, 35:6,
35:14, 35:20, 54:22,
56:1, 66:21, 68:23,
97:23, 106:19,
107:15, 117:19,
148:15, 164:7
fast [8] - 121:3, 121:9,
121:10, 124:14,
125:4, 125:6,
132:13, 133:19
fatalities [1] - 33:9
father [3] - 71:4,
71:19, 71:23
FBI [2] - 43:4, 43:7
fear [1] - 128:8
Feeley [1] - 68:16
feet [5] - 106:22,
107:11, 108:5,
115:24, 150:15
felt [6] - 129:22,
129:23, 163:15,
163:16, 163:17,
171:3
few [8] - 27:22, 44:2,
62:3, 64:23, 92:1,
107:11, 110:11
fiberglass [3] -
131:12, 131:13
field [6] - 29:12, 57:6,
57:7, 57:10, 58:15,
58:18
file [2] - 30:5, 50:3
filed [1] - 9:5
filing [3] - 3:3, 35:13,
84:17
fill [7] - 21:22, 51:11,
51:12, 54:6, 69:10,
86:8, 158:3
filled [8] - 64:5, 64:8,
69:8, 84:14, 84:24,
87:16
filling [6] - 22:2, 22:4,
22:5, 86:2, 157:14,
157:20
final [1] - 51:2
fine [2] - 91:20, 97:17
finish [1] - 112:23
finished [2] - 167:16,
167:17
finishing [1] - 172:22

FINS [1] - 23:1
fire [1] - 130:1
Fire [2] - 171:20,
172:2
firearm [1] - 27:24
firearms [5] - 23:1,
27:12, 27:14, 27:23,
28:2
fired [12] - 128:10,
130:5, 130:6,
137:22, 144:15,
145:18, 160:20,
161:4, 161:5, 162:7,
162:19, 164:5
firing [3] - 125:17,
157:3, 167:9
first [58] - 4:2, 12:6,
14:13, 15:20, 18:5,
20:14, 20:23, 29:9,
34:5, 34:7, 34:16,
37:3, 37:20, 39:17,
40:19, 43:23, 57:5,
58:3, 58:23, 60:13,
60:17, 61:3, 63:10,
65:7, 71:10, 74:14,
76:10, 76:21, 84:6,
93:21, 97:7, 109:21,
110:6, 110:24,
111:11, 111:15,
122:10, 124:2,
124:5, 129:16,
129:22, 131:23,
132:23, 133:2,
133:4, 133:6, 143:8,
143:13, 143:16,
146:16, 148:1,
162:14, 162:20,
163:13, 164:22,
165:2, 167:23,
173:10
First [2] - 64:2, 174:15
FIRTH [1] - 2:8
Firth [1] - 1:14
fit [1] - 56:9
Fitzgerald [1] - 1:13
FITZGERALD [1] - 2:8
five [3] - 41:9, 92:1,
106:21
flash [2] - 129:8,
163:16
flashing [2] - 111:1,
111:2
flee [2] - 157:1, 168:22
fleet [1] - 154:20
flex [1] - 25:3
floor [1] - 139:15
flush [1] - 113:19
focus [1] - 56:5
focused [1] - 98:2
folder [1] - 50:3

MATTHEW MONTANINO - 07/27/17

**follow** [6] - 6:11, 29:23, 30:6, 54:23, 70:19, 97:2
**following** [5] - 60:21, 96:21, 99:13, 100:4, 100:14
**follows** [1] - 4:3
**foot** [3] - 115:16, 165:19, 165:22
**FOR** [1] - 4:18
**forbid** [1] - 145:16
**force** [16] - 3:15, 11:12, 11:13, 11:18, 11:19, 14:9, 73:19, 84:18, 155:8, 155:12, 156:7, 156:14, 156:19, 156:23, 157:2, 157:6
**foregoing** [2] - 175:4, 176:7
**forehand** [2] - 158:13, 158:19
**forever** [1] - 140:9
**forget** [1] - 64:6
**form** [14] - 3:8, 21:3, 28:20, 28:22, 28:23, 30:22, 84:8, 119:12, 120:4, 123:18, 138:6, 174:5, 174:12, 176:12
**Form** [1] - 29:2
**forms** [1] - 66:12
**forth** [3] - 30:10, 139:4, 139:10
**forward** [21] - 28:17, 44:23, 52:20, 87:6, 112:4, 112:5, 114:14, 114:16, 118:12, 118:13, 118:22, 120:11, 125:22, 161:19, 163:6, 163:10, 164:18, 165:3, 165:24, 168:22, 168:23
**four** [9] - 9:16, 11:8, 19:14, 21:17, 41:9, 64:24, 96:2, 115:24, 127:19
**four-block** [1] - 96:2
**four-door** [1] - 127:19
**fourth** [3] - 10:24, 65:8, 152:6
**frankly** [1] - 144:10
**free** [1] - 65:20
**FRENCH** [1] - 1:9
**French** [149] - 29:6, 29:8, 29:14, 29:15, 29:19, 31:24, 33:17, 36:5, 36:10, 36:12,

39:4, 43:1, 48:8, 52:1, 55:20, 55:24, 56:21, 57:3, 57:5, 58:23, 59:1, 59:8, 61:5, 61:11, 85:12, 85:14, 85:18, 85:23, 86:4, 86:10, 86:12, 87:16, 87:22, 88:15, 88:24, 89:19, 90:9, 90:22, 91:5, 91:7, 91:9, 91:21, 91:23, 92:5, 92:20, 94:10, 94:17, 94:23, 95:6, 95:15, 96:5, 96:15, 98:5, 98:15, 102:24, 103:9, 105:15, 105:21, 106:15, 106:17, 109:4, 109:7, 109:13, 109:20, 110:6, 110:7, 110:10, 111:16, 111:20, 114:21, 114:22, 115:1, 115:2, 115:11, 117:5, 120:15, 120:18, 120:20, 120:23, 122:11, 122:16, 122:19, 122:22, 123:5, 123:7, 124:11, 125:11, 125:12, 125:17, 126:5, 126:11, 126:19, 128:18, 128:22, 130:1, 130:9, 130:14, 130:16, 130:19, 130:22, 131:4, 131:6, 131:7, 131:9, 132:19, 135:1, 136:14, 136:15, 136:18, 138:2, 138:12, 140:1, 140:7, 140:19, 141:13, 142:9, 142:12, 142:17, 142:20, 143:6, 143:9, 144:5, 144:17, 145:12, 145:14, 148:21, 149:1, 149:5, 149:9, 155:4, 157:13, 157:20, 160:22, 161:9, 161:20, 162:2, 162:3, 162:8, 162:10, 162:13, 163:7, 163:22, 164:4, 164:19, 166:1, 168:24, 169:8, 169:14, 174:8
**French's** [40] - 35:11,

35:20, 58:18, 62:14, 62:17, 93:3, 93:22, 94:2, 94:12, 95:16, 96:20, 96:22, 101:3, 102:11, 102:14, 105:12, 106:20, 106:23, 108:1, 109:17, 118:4, 118:17, 118:20, 119:8, 119:19, 123:23, 124:2, 124:6, 124:8, 124:16, 124:22, 124:24, 140:12, 149:4, 149:20, 152:18, 152:20, 153:16, 155:20, 156:1
**fresh** [1] - 103:7
**Friday** [5] - 19:24, 20:3, 22:7, 41:5, 74:18, 74:21
**front** [16] - 79:1, 90:19, 97:1, 103:1, 104:1, 106:17, 111:2, 113:17, 115:5, 115:6, 115:11, 124:9, 126:6, 128:23, 139:22, 142:15, 152:9, 153:13, 168:20
**FURTHER** [2] - 3:7, 3:12
**future** [1] - 158:2

**G**

**gear** [2] - 139:11, 139:20
**general** [6] - 11:10, 11:11, 31:22, 43:14, 48:11, 157:3
**general's** [5] - 43:20, 43:24, 44:6, 45:11, 45:24
**generalization** [1] - 162:18
**generally** [34] - 21:16, 21:18, 21:23, 22:6, 25:1, 29:10, 29:11, 47:15, 47:22, 48:3, 49:17, 50:5, 50:7, 51:5, 51:17, 52:4, 54:1, 58:2, 64:5, 64:8, 64:19, 64:23, 66:12, 68:14, 73:23, 73:24, 75:7, 75:11, 75:14, 75:20, 90:16, 92:16, 97:5, 154:22

**gentleman** [2] - 5:22, 139:23
**George** [1] - 25:14
**George's** [1] - 25:16
**given** [15] - 6:5, 6:13, 7:22, 8:2, 18:12, 22:8, 27:6, 30:10, 34:1, 51:4, 56:1, 65:20, 66:21, 79:19, 172:23
**glad** [1] - 54:14
**glass** [7] - 129:10, 129:12, 129:15, 129:16, 129:22, 129:23, 163:19
**Glens** [2] - 1:14, 2:10
**God** [1] - 145:16
**grab** [4] - 75:6, 135:6, 141:24, 159:4
**grabbed** [3] - 159:8, 159:13, 171:8
**grabbing** [1] - 159:2
**grand** [17] - 40:23, 41:3, 41:10, 41:13, 41:24, 42:2, 42:6, 42:8, 42:14, 42:16, 42:21, 86:13, 104:19, 106:4, 148:5, 148:6, 148:8
**gray** [2] - 153:7, 154:7
**great** [6] - 59:22, 79:12, 79:14, 80:2, 148:16, 173:16
**Green** [11] - 71:24, 72:1, 72:3, 72:6, 73:1, 73:6, 73:8, 73:10, 73:12, 73:15, 73:21
**grille** [4] - 113:18, 114:1, 122:1, 122:3
**Gross** [18] - 70:23, 71:1, 71:2, 71:3, 71:4, 71:5, 71:10, 71:15, 72:12, 72:14, 72:20, 74:6, 106:6, 106:7, 139:23, 142:8
**Gross's** [2] - 71:6, 71:19
**ground** [9] - 115:24, 136:4, 136:9, 141:2, 141:23, 142:3, 159:1, 159:7, 171:11
**group** [1] - 18:5
**guardian** [2] - 1:4, 1:4
**guess** [10] - 59:24, 77:19, 87:21, 103:24, 104:24, 115:8, 121:6, 137:7, 162:11, 164:20
**guidance** [1] - 68:10

**guide** [1] - 157:7
**guideline** [1] - 157:5
**guidelines** [1] - 157:6
**gun** [11] - 14:11, 108:19, 128:24, 129:9, 130:12, 130:13, 170:18, 171:3, 171:9, 171:11, 171:13
**guns** [1] - 23:11
**gunshot** [1] - 136:21
**gunshots** [27] - 125:8, 125:10, 125:12, 125:14, 125:19, 126:8, 126:10, 126:13, 126:17, 127:8, 127:11, 128:3, 128:10, 129:3, 136:15, 145:9, 160:20, 161:4, 161:5, 162:7, 162:9, 166:4, 166:8, 167:9, 167:15, 167:16, 167:17
**guys** [2] - 17:23, 18:10

**H**

**half** [3] - 75:17, 95:24, 137:2
**half-hour** [1] - 75:17
**hand** [16] - 94:4, 98:3, 100:22, 101:9, 109:17, 109:22, 109:23, 130:13, 135:5, 135:6, 171:4, 171:8, 171:10, 171:12, 171:13, 174:16
**handcuff** [3] - 170:7, 170:11, 171:18
**handcuffed** [5] - 145:20, 145:21, 170:9, 170:14, 171:14
**handcuffs** [3] - 146:3, 146:5, 171:24
**handed** [3] - 48:14, 48:22, 51:2
**handle** [2] - 68:14, 117:8
**hands** [4] - 134:14, 136:8, 159:7, 171:5
**handwrite** [1] - 160:4
**handwriting** [3] - 80:24, 81:3, 160:11
**handwritten** [3] - 64:18, 64:19, 160:1
**hard** [1] - 153:4
**HARFENIST** [1] - 2:3

MATTHEW MONTANINO - 07/27/17

head [6] - 5:13, 28:24, 116:10, 138:18, 165:5, 170:24
headed [2] - 90:7, 97:11
heading [2] - 93:2, 175:6
headlight [1] - 150:8
health [1] - 14:13
hear [28] - 36:2, 61:7, 91:8, 91:22, 110:5, 110:9, 110:10, 110:11, 114:22, 122:22, 122:24, 123:4, 123:6, 123:10, 125:8, 125:10, 125:14, 128:2, 128:17, 131:3, 133:24, 146:17, 160:24, 161:11, 161:12, 164:20, 169:7, 169:8
heard [49] - 60:10, 61:9, 61:16, 62:1, 67:6, 89:18, 89:22, 91:1, 91:7, 91:18, 91:21, 92:4, 92:6, 92:24, 96:4, 110:11, 111:15, 113:5, 122:24, 123:16, 123:24, 125:12, 125:19, 126:4, 126:7, 127:8, 127:11, 128:20, 129:21, 131:5, 132:4, 133:4, 133:6, 133:9, 162:9, 162:12, 163:6, 163:7, 163:11, 163:13, 163:15, 164:1, 164:3, 164:6, 165:2, 165:5, 165:6, 166:4, 166:8
hearing [7] - 61:10, 61:22, 61:23, 62:5, 90:21, 91:4, 162:20
heart's [1] - 128:11
heat [2] - 163:18, 163:19
heavy [2] - 123:9, 123:11
hold [11] - 13:8, 35:9, 42:4, 60:2, 63:14, 65:23, 76:2, 93:16, 106:11, 149:17, 159:21
help [8] - 92:7, 92:8, 92:9, 92:10, 92:23, 94:22, 95:1, 157:7
helped [2] - 142:8,

142:18
HEREBY [1] - 3:1
hereby [3] - 3:3, 175:6, 176:6
herein [1] - 3:2
hereof [1] - 175:6
hereto [1] - 176:18
high [5] - 99:22, 100:2, 100:9, 100:11, 121:21
high-speed [3] - 99:22, 100:9, 100:11
higher [1] - 15:7
highest [1] - 99:14
himself [2] - 41:18, 60:19
hired [2] - 15:13, 15:19
historically [1] - 99:23
hit [14] - 102:1, 102:4, 103:10, 103:14, 107:14, 107:17, 118:11, 123:16, 123:21, 129:10, 131:4, 131:22, 142:5, 164:19
hits [2] - 102:16, 102:24
hitting [6] - 123:14, 129:16, 131:6, 131:7, 131:14, 163:19
hold [5] - 15:2, 16:14, 16:19, 16:24, 32:17
holding [2] - 122:16, 165:17
holds [1] - 108:23
holes [1] - 129:14
Hollywood [1] - 119:3
holster [7] - 108:16, 108:18, 108:19, 108:22, 109:14, 114:17, 122:20
home [1] - 4:8
Honda [7] - 115:23, 139:13, 148:12, 149:3, 165:23, 166:4, 167:13
hood [10] - 104:2, 110:2, 121:2, 122:13, 130:12, 130:14, 130:15, 130:18, 130:20, 138:15, 138:17, 149:9, 155:5
Hoosick [19] - 93:9, 93:24, 94:3, 94:5, 95:17, 95:24, 96:3, 96:8, 96:20, 98:15, 98:16, 98:21, 99:4,

99:6, 99:9, 99:10, 105:10, 105:13, 105:14
hope [1] - 90:18
hospital [3] - 89:1, 147:4, 147:5
hospitals [1] - 160:23
hour [2] - 75:17, 100:13
hours [6] - 6:20, 17:21, 27:12, 68:21, 73:21, 76:7
house [2] - 36:3, 90:6
hunched [2] - 126:23, 127:1
hundred [4] - 54:12, 54:13, 85:21, 93:13
hurt [2] - 136:24, 137:13
hypothetical [2] - 155:17, 155:24
hypothetically [2] - 155:20, 155:23

---

**I**

---

identification [5] - 10:1, 63:18, 78:16, 84:21, 147:17
identified [1] - 76:20
identify [4] - 31:3, 38:12, 54:19, 148:9
II [1] - 71:2
III [1] - 71:3
illness [1] - 69:8
immediate [2] - 5:11, 5:23
immediately [2] - 142:14, 159:7
impact [11] - 131:3, 162:23, 163:2, 163:4, 163:21, 164:2, 164:3, 164:7, 164:15, 164:23, 169:13
impacted [1] - 152:21
important [2] - 5:10, 6:10
in-service [2] - 27:5, 27:11
inaccurate [2] - 159:11, 161:6
incident [46] - 5:4, 9:12, 10:5, 31:9, 34:1, 36:24, 37:6, 37:7, 37:21, 37:22, 37:23, 39:7, 39:9, 39:12, 39:18, 40:5, 40:20, 40:21, 41:6, 65:10, 71:13, 77:1,

71:3, 77:4, 77:7, 79:13, 79:17, 81:22, 82:4, 85:12, 86:6, 86:20, 98:3, 124:12, 148:3, 155:21, 155:23, 159:23, 166:10, 166:17, 167:5, 167:20, 167:21, 167:23
Incident [1] - 174:11
incline [1] - 98:16
including [1] - 155:8
independently [1] - 81:18
Index [1] - 1:7
INDEX [1] - 174:1
indicate [5] - 50:14, 90:22, 92:14, 95:6, 169:4
indicated [6] - 65:7, 65:15, 85:8, 89:7, 96:6, 103:16
indicates [5] - 38:18, 66:13, 67:19, 158:12, 161:14
indicating [2] - 51:8, 111:24
indications [1] - 65:5
individual [2] - 31:20, 100:3
individually [1] - 1:2
individuals [5] - 26:8, 89:6, 89:8, 89:10, 89:13
Infant [2] - 1:4, 1:4
influence [1] - 6:15
informal [1] - 39:5
information [5] - 49:1, 50:12, 51:23, 53:16, 97:23
INFORMATION/ REQUESTED [1] - 174:4
initial [7] - 15:16, 61:17, 123:1, 162:9, 163:13, 164:16, 165:1
initiating [1] - 168:6
injured [4] - 128:9, 137:3, 137:4, 137:8, 138:5, 157:22
injury [1] - 137:18
input [1] - 80:18
inside [1] - 116:10
instance [2] - 20:9, 156:21
instances [1] - 6:8
instead [1] - 68:12
instruct [1] - 146:2
instructed [3] - 6:9,

7:19, 44:3
instruction [2] - 6:6, 156:24
instructions [7] - 6:11, 6:12, 100:4, 110:5, 111:13, 117:8, 117:11
instructor [1] - 28:1
instructors [1] - 27:23
insurance [1] - 122:8
intended [1] - 120:13
interacted [2] - 60:13, 71:19
interaction [2] - 71:18, 71:22
interchangeably [1] - 29:16
interested [1] - 176:19
interim [1] - 96:5
Internal [4] - 86:18, 86:19, 87:8, 87:17
internal [1] - 88:7
interplay [1] - 45:23
interrupt [1] - 164:11
interruption [1] - 136:2
intersection [4] - 93:24, 96:23, 97:1, 105:14
investigated [2] - 33:18, 36:19
investigating [2] - 23:7, 40:7
investigation [7] - 31:17, 31:22, 33:8, 33:20, 37:5, 45:21, 88:8
investigations [2] - 32:5, 33:4
investigators [1] - 44:12
invitation [2] - 45:24, 46:1
involve [2] - 8:10, 33:11
involved [30] - 7:14, 31:12, 31:15, 32:5, 33:3, 33:6, 33:16, 36:20, 39:3, 40:12, 42:20, 43:5, 43:9, 43:21, 44:1, 46:3, 46:10, 46:16, 52:23, 57:13, 57:15, 69:24, 77:6, 79:9, 85:12, 88:8, 88:12, 105:21, 168:5, 170:10
involvement [5] - 35:11, 35:14, 48:9, 81:22, 168:7
involving [4] - 5:5,

MATTHEW MONTANINO - 07/27/17

14:8, 33:17, 39:4
IS [3] - 3:1, 3:7, 3:12
Island [11] - 71:24,
72:1, 72:3, 72:6,
73:1, 73:6, 73:8,
73:10, 73:12, 73:15,
73:22
issue [4] - 14:22,
45:13, 49:6, 134:23
issued [4] - 66:3,
66:13, 66:24, 108:12
issues [2] - 17:6, 67:1
IT [3] - 3:1, 3:7, 3:12
itself [7] - 64:2, 65:5,
77:20, 104:22,
149:7, 153:3, 153:6

### J

Jacob [1] - 144:20
Jay [1] - 95:22
jda@fmbf.law.com [1]
- 2:12
job [5] - 53:6, 53:7,
57:18, 75:10
jobs [1] - 17:8
Joel [1] - 40:16
JOHN [1] - 2:11
John [1] - 25:7
joins [1] - 57:21
Jr [1] - 71:2
JR [1] - 2:11
judge [3] - 30:5,
30:13, 30:15
July [2] - 1:13, 16:22
jump [1] - 140:7
jumped [3] - 113:10,
114:8, 136:12
June [6] - 16:16,
16:17, 16:22, 17:10,
19:3, 26:20
jury [17] - 40:23, 41:3,
41:10, 41:13, 41:24,
42:2, 42:6, 42:8,
42:14, 42:16, 42:22,
86:13, 104:19,
106:4, 148:5, 148:6,
148:9
justify [5] - 155:14,
156:6, 156:13,
156:18, 156:22

### K

keep [5] - 49:3, 49:12,
50:13, 102:19,
107:20
kept [1] - 50:8
kind [26] - 7:4, 14:5,
33:12, 66:22, 79:12,

92:16, 107:21,
108:11, 108:23,
110:24, 115:6,
115:19, 115:20,
122:6, 125:6,
129:23, 131:11,
133:14, 133:16,
137:17, 139:16,
140:4, 153:11,
164:16, 164:17,
169:16
Kind [1] - 18:8
knee [2] - 136:10,
140:23
knowledge [20] - 25:1,
26:2, 26:4, 26:6,
35:19, 62:14, 62:17,
63:7, 67:12, 69:15,
77:8, 85:24, 99:15,
106:6, 108:1, 108:3,
112:8, 137:9,
137:11, 154:16
known [2] - 4:13,
66:14
knows [1] - 73:14
KRAUT [1] - 2:3

### L

lace [2] - 140:13,
140:15
lady [2] - 5:11, 72:18
Lake [1] - 2:4
lane [13] - 98:17,
98:18, 98:21, 99:5,
99:6, 99:7, 99:8,
100:21, 101:8,
101:10, 101:20,
101:21
lanes [2] - 101:9,
101:21
large [1] - 90:5
last [17] - 4:13, 6:20,
9:18, 25:17, 34:14,
70:3, 70:6, 70:9,
82:12, 82:18, 85:3,
154:6, 168:13,
168:15, 169:21,
170:6
latch [2] - 108:23,
109:1
latched [2] - 109:1,
109:9
late [4] - 68:2, 68:3,
68:7, 68:13
lateral [2] - 15:13,
15:19
latter [2] - 32:11, 33:1
law [4] - 1:13, 12:9,
12:20, 14:10

Law [3] - 14:12, 14:13
lawsuit [4] - 6:22, 7:2,
7:4, 7:13
lawsuits [1] - 8:5
lawyer [3] - 45:3, 45:5,
45:8
laying [2] - 110:1,
121:1
learn [1] - 140:12
learned [3] - 60:23,
60:24, 139:23
least [6] - 64:24,
100:12, 104:1,
107:5, 119:3, 137:2
leave [17] - 4:11, 15:5,
18:10, 36:5, 36:7,
39:9, 39:11, 68:20,
69:4, 69:7, 69:9,
106:9, 106:13,
107:13, 110:20,
135:16, 151:8
leaves [1] - 122:12
leaving [4] - 68:13,
68:18, 107:10
left [23] - 5:11, 44:19,
62:6, 62:8, 72:18,
82:8, 93:1, 95:16,
100:22, 100:24,
101:8, 101:9,
101:21, 104:3,
114:10, 115:4,
115:7, 135:6, 135:7,
136:9, 171:8, 171:9
left-hand [1] - 100:22
leg [2] - 141:24, 159:3
less [1] - 68:10
letter [1] - 18:13
letting [2] - 97:13,
103:7
level [1] - 84:14
license [1] - 122:5
life [1] - 121:17
light [4] - 111:3,
111:4, 111:5, 153:11
lighting [2] - 153:7,
154:13
lights [5] - 93:18,
110:14, 110:23,
111:1, 111:2
limit [1] - 100:16
limited [2] - 59:6,
79:23
limiting [1] - 107:20
line [5] - 18:18, 41:18,
153:11, 157:9, 160:6
lines [3] - 50:11, 92:6,
92:11
lineup [2] - 52:3, 52:4
listed [2] - 89:13,
149:19

lived [1] - 15:8
lives [1] - 72:3
LLP [1] - 2:3
locate [3] - 9:16,
54:18, 88:1
located [1] - 144:24
location [3] - 49:4,
89:23, 93:1
look [22] - 9:19, 10:3,
30:9, 33:14, 63:21,
70:11, 78:18, 81:12,
104:9, 104:13,
104:16, 112:3,
112:20, 119:6,
119:9, 119:14,
125:5, 147:20,
149:23, 158:8,
162:16, 170:1
looked [13] - 11:18,
30:15, 70:3, 70:6,
70:10, 76:19,
119:15, 120:6,
124:12, 124:13,
129:13, 130:9, 154:6
looking [11] - 9:8,
33:12, 44:23, 49:3,
54:10, 114:4,
125:20, 125:21,
143:16, 148:11,
150:7
looks [1] - 79:3
loosely [2] - 31:8,
36:17
loud [4] - 158:22,
160:16, 165:21,
168:12
louder [1] - 169:12
low [6] - 99:23, 99:24,
100:2, 100:11,
121:21, 121:23
low-speed [1] - 99:23,
99:24, 121:21
lower [2] - 137:2,
153:9
lying [3] - 130:18,
143:9, 159:1

### M

Madden [2] - 46:6,
46:9
maintained [1] - 69:18
man [1] - 43:11
manual [4] - 157:13,
157:16, 157:17,
157:19
Marble [1] - 67:20
Marcus [1] - 2:3
mark [6] - 9:16, 9:19,
63:15, 78:14, 84:19,

153:7
marked [24] - 10:1,
10:3, 10:11, 10:19,
11:1, 38:10, 38:13,
39:23, 63:18, 63:20,
68:22, 76:5, 78:16,
78:18, 81:7, 84:21,
84:23, 147:16,
147:20, 150:6,
150:13, 158:9,
159:24, 165:16
married [1] - 59:5
materials [1] - 9:17
matter [2] - 173:21,
176:20
MATTHEW [5] - 1:12,
4:1, 173:20, 175:4,
175:14
mayor [4] - 46:5, 46:6,
46:7, 46:14
Mayor [1] - 46:9
mayor's [2] - 46:12,
46:15
McAvoy [6] - 25:13,
26:2, 26:5, 26:9,
32:2, 37:18
McMahon [3] - 79:5,
79:7, 79:8
McMahon's [1] - 79:3
McNall [1] - 54:13
MDT [2] - 62:10, 62:15
meal [8] - 74:10,
74:23, 75:4, 75:5,
75:8, 75:14, 75:17,
75:21
mean [20] - 20:9,
31:13, 36:18, 41:14,
44:16, 46:13, 49:22,
50:9, 58:11, 66:1,
68:2, 68:7, 68:15,
72:19, 93:12,
112:16, 117:16,
117:17, 139:5, 153:8
meaning [4] - 11:11,
66:3, 130:14, 141:3
means [9] - 19:17,
66:4, 66:5, 68:3,
141:16, 160:13,
160:14, 162:17,
173:4
meant [1] - 82:6
mechanic [2] -
154:18, 155:1
medic [3] - 143:2,
143:8, 144:6
medical [3] - 36:6,
39:9, 88:15
Medical [2] - 88:19,
142:22
medically [1] - 172:17

## MATTHEW MONTANINO - 07/27/17

medications [1] - 6:19
medium [1] - 132:14
meet [4] - 52:11, 57:5, 60:7, 71:10
meeting [1] - 44:13
member [4] - 4:6, 13:19, 14:3, 72:5
members [3] - 41:23, 42:2, 42:8
memorialized [1] - 76:22
memory [2] - 166:12, 166:14
mental [1] - 14:13
mention [3] - 140:15, 162:18, 162:19
mentioned [8] - 25:10, 27:1, 28:20, 42:7, 51:9, 89:18, 122:10, 162:14
mentions [1] - 66:16
message [1] - 44:20
met [4] - 43:17, 57:12, 58:23, 71:15
metal [2] - 51:20, 131:13
MICHELE [3] - 1:15, 176:4, 176:24
microphone [2] - 107:23, 108:2
middle [3] - 20:17, 21:1, 139:16
midnight [34] - 17:5, 17:12, 17:23, 18:2, 18:6, 18:18, 18:18, 18:21, 18:22, 18:23, 19:4, 20:21, 23:13, 23:19, 23:22, 23:23, 24:10, 47:12, 47:15, 47:23, 49:22, 52:10, 52:18, 54:1, 54:9, 57:2, 68:4, 76:12, 76:15, 76:16, 76:17, 77:12, 81:1, 173:9
midnights [1] - 173:9
might [9] - 50:21, 63:4, 75:6, 135:23, 136:5, 163:24, 170:24, 171:16, 172:24
miles [1] - 100:13
mind [2] - 120:1, 149:11
minute [7] - 42:3, 82:21, 93:5, 93:15, 140:10, 150:12, 155:3
minutes [2] - 92:1, 92:2
MINUTES [1] - 1:11

mischief [1] - 23:7
modified [1] - 68:23
moment [6] - 35:1, 106:10, 140:7, 141:11, 149:23, 162:16
moments [2] - 103:3, 103:4
Monday [5] - 19:22, 20:1, 20:3, 20:6, 76:15
Montanino [27] - 4:6, 9:24, 10:3, 10:12, 10:19, 11:2, 38:14, 63:17, 63:21, 68:22, 78:4, 78:15, 78:18, 80:3, 81:12, 82:5, 82:6, 82:8, 84:20, 84:23, 147:16, 147:20, 149:22, 150:13, 152:5, 159:4, 167:24
MONTANINO [6] - 1:12, 4:1, 173:20, 174:10, 175:4, 175:14
Montanino's [1] - 159:2
months [6] - 52:15, 58:3, 58:9, 58:10, 58:12, 166:6
morning [23] - 4:20, 4:21, 5:1, 5:2, 20:11, 20:16, 20:22, 24:3, 24:6, 24:7, 37:22, 37:24, 38:2, 38:15, 40:5, 68:11, 68:17, 68:19, 68:20, 77:14, 166:10, 167:1, 172:22
Morris [1] - 1:13
MORRIS [1] - 2:8
most [2] - 23:21, 53:3
mother [2] - 1:3, 1:4
motion [2] - 120:12, 125:23
motor [1] - 137:19
move [11] - 107:22, 114:16, 117:16, 117:22, 139:1, 140:5, 149:15, 149:22, 159:3, 159:6, 163:6
moved [8] - 115:7, 139:19, 148:24, 149:3, 149:7, 149:13, 149:15, 151:5
movement [1] - 107:21

movements [3] - 141:15, 141:18, 141:21
movies [1] - 119:1
moving [14] - 102:17, 113:9, 114:14, 127:9, 133:11, 133:12, 133:13, 139:10, 146:6, 146:9, 146:10, 157:4, 159:2, 170:22
MR [87] - 4:4, 4:16, 4:19, 13:7, 13:9, 21:3, 29:22, 30:8, 30:11, 30:20, 30:21, 30:24, 31:4, 35:8, 35:10, 35:13, 35:14, 35:16, 35:17, 42:3, 42:5, 54:14, 54:21, 54:22, 55:1, 59:10, 59:13, 59:15, 59:17, 59:20, 59:22, 60:3, 63:13, 63:15, 63:19, 65:22, 65:24, 70:17, 70:21, 71:11, 71:12, 76:1, 76:3, 84:19, 87:19, 88:3, 88:4, 91:15, 93:15, 93:17, 94:10, 104:22, 104:23, 106:12, 112:16, 112:19, 112:22, 113:3, 119:11, 119:20, 119:24, 120:3, 121:6, 123:11, 123:13, 123:18, 131:15, 132:1, 138:6, 138:7, 147:12, 147:14, 147:18, 149:18, 154:10, 154:11, 155:15, 155:18, 155:22, 159:20, 159:22, 163:23, 164:10, 169:16, 172:19, 173:16, 174:2
municipal [1] - 73:18
municipality [1] - 72:8
muzzle [2] - 129:8, 163:16

## N

N.T [1] - 1:4
name [21] - 5:6, 18:17, 25:12, 25:14, 25:17, 28:19, 28:21, 28:23, 29:9, 34:8, 34:14, 34:16, 37:3, 38:14,

44:19, 60:15, 60:19, 60:20, 70:23, 78:21, 130:23
named [7] - 43:11, 67:19, 71:4, 71:5, 72:14, 176:7, 176:11
names [6] - 14:16, 34:5, 51:13, 64:17, 64:18, 64:19
narcotic [1] - 23:2
narrative [7] - 46:21, 160:1, 160:7, 162:15, 166:5, 166:6, 172:13
natural [2] - 1:4, 1:4
nature [10] - 11:14, 13:5, 22:14, 48:20, 56:6, 75:1, 111:18, 111:19, 143:3, 153:3
near [3] - 126:6, 154:15, 165:10
necessary [1] - 77:21
need [3] - 5:24, 30:15, 30:16, 45:16, 53:14, 92:6, 92:9, 92:10, 92:23, 121:8, 152:2, 157:9, 171:14
needed [6] - 75:19, 81:20, 92:8, 92:20, 94:19, 94:20, 94:22, 144:15
needing [1] - 145:19
needs [3] - 81:17, 92:14, 92:17
NEIL [2] - 2:5, 174:23
neil [1] - 59:10
never [6] - 32:7, 71:15, 71:16, 71:17, 71:21, 154:20
NEW [2] - 1:1, 175:1
new [1] - 88:21
New [16] - 1:15, 1:17, 2:4, 2:10, 4:24, 13:14, 13:16, 16:9, 43:14, 176:5
next [27] - 30:12, 37:13, 46:23, 57:1, 59:24, 67:20, 80:12, 91:23, 92:4, 96:19, 98:11, 100:20, 106:15, 108:4, 114:7, 119:17, 120:20, 120:23, 126:14, 134:23, 142:11, 145:13, 160:19, 161:20, 166:2, 168:13, 168:15
next-to-last [2] - 168:13, 168:15

night [42] - 20:10, 20:15, 20:21, 21:6, 21:21, 22:6, 24:9, 39:6, 47:3, 47:18, 47:20, 48:5, 52:4, 52:5, 52:6, 52:14, 53:1, 54:11, 54:16, 55:5, 55:21, 55:23, 60:18, 62:9, 63:10, 67:13, 67:23, 70:5, 70:9, 71:13, 74:7, 74:18, 74:20, 74:22, 76:14, 76:17, 76:23, 78:6, 79:21, 125:8, 151:17, 167:22
nightly [2] - 17:8, 51:7
nightly-duty [1] - 51:7
nights [1] - 53:3
nightshift [1] - 25:4
nightstick [1] - 67:5
nightsticks [1] - 67:11
noise [5] - 123:11, 131:5, 131:6, 132:5, 165:6
normal [1] - 100:12
north [6] - 16:5, 89:24, 90:1, 95:24, 105:10
northbound [2] - 94:2, 96:7
NORTHERN [1] - i:1
Notary [4] - 1:16, 4:2, 175:23, 176:5
note [6] - 21:3, 60:4, 119:11, 120:3, 138:6, 154:10
notebook [1] - 74:24
noted [2] - 154:11, 175:5
notes [1] - 174:16
nothing [3] - 36:22, 66:16, 176:8
ntorczyner@hkplaw. com [1] - 2:6
number [11] - 9:9, 19:8, 28:21, 54:20, 55:13, 78:4, 89:6, 90:5, 108:5, 158:6
Number [2] - 154:18, 158:7
numbers [1] - 21:12
numerous [2] - 33:21, 169:2

## O

oath [1] - 3:14
object [1] - 123:18
objection [6] - 6:3, 21:3, 119:11, 120:3, 138:6, 154:10

MATTHEW MONTANINO - 07/27/17

**objections** [1] - 3:8
**observation** [1] -
169:6
**observations** [2] -
146:18, 155:4
**observe** [1] - 171:11
**observed** [9] - 8:14,
53:15, 94:1, 98:20,
101:7, 109:24,
122:11, 163:5
**observing** [1] - 97:8
**obtain** [2] - 86:18,
151:16
**obvious** [1] - 64:21
**obviously** [12] - 7:17,
12:3, 24:17, 30:14,
46:22, 73:14, 87:24,
127:23, 138:3,
148:21, 157:6,
166:13
**OC** [4] - 14:18, 14:19,
27:2, 66:14
**occasion** [1] - 56:20
**occur** [1] - 69:13
**occurs** [1] - 90:19
**October** [4] - 12:8,
12:10, 12:17, 16:16
**OF** [5] - 1:1, 1:9, 1:11,
175:1, 175:2
**off-the-record** [11] -
13:8, 35:9, 42:4,
60:2, 63:14, 65:23,
76:2, 93:16, 106:11,
149:17, 159:21
**offhand** [1] - 54:10
**office** [15] - 38:7,
40:11, 40:15, 42:20,
43:20, 43:24, 44:6,
44:11, 44:22, 45:11,
45:24, 46:3, 46:13,
46:15, 75:6
**officer** [96] - 3:14, 7:8,
14:8, 15:22, 16:15,
18:15, 20:20, 23:18,
23:21, 31:12, 31:15,
32:5, 33:3, 33:6,
33:16, 36:17, 36:20,
39:3, 40:12, 42:20,
43:5, 43:9, 43:21,
44:1, 46:3, 46:10,
46:16, 50:5, 50:6,
50:9, 50:10, 50:20,
52:23, 57:11, 57:15,
57:17, 58:14, 58:16,
58:19, 65:18, 66:19,
67:15, 67:19, 68:3,
69:2, 69:24, 73:5,
73:7, 73:9, 73:11,
73:15, 73:18, 75:11,
77:6, 77:9, 79:9,
83:20, 85:1, 85:24,
86:23, 88:8, 88:12,
92:14, 92:17, 97:9,
112:17, 136:10,
137:24, 139:21,
139:24, 141:4,
141:6, 141:7, 141:8,
142:8, 142:17,
143:21, 143:23,
146:20, 146:22,
147:6, 155:10,
156:5, 156:9,
156:10, 156:12,
156:16, 156:21,
161:16, 161:17,
161:18, 168:4,
168:6, 170:7,
170:10, 171:23,
172:5, 172:7, 172:15
**Officer** [12] - 65:18,
88:14, 88:24,
102:24, 141:9,
143:24, 144:2,
144:7, 144:8,
158:18, 159:12,
161:9
**officer's** [4] - 83:22,
83:23, 92:12, 97:14
**officer-involved** [24] -
31:12, 31:15, 32:5,
33:3, 33:6, 33:16,
36:20, 39:3, 40:12,
42:20, 43:5, 43:9,
43:21, 44:1, 46:3,
46:10, 46:16, 52:23,
69:24, 77:6, 79:9,
88:8, 88:12, 170:10
**officers** [42] - 7:14,
17:8, 18:1, 18:5,
18:7, 20:14, 21:17,
21:18, 21:20, 21:23,
21:24, 22:8, 22:22,
23:5, 27:6, 28:5,
28:14, 31:6, 31:7,
31:8, 33:10, 48:24,
51:8, 51:10, 52:9,
52:13, 53:13, 55:16,
65:7, 65:15, 66:21,
67:13, 75:14, 90:3,
96:9, 96:12, 97:19,
142:20, 147:9,
157:1, 166:15,
172:12
**officers'** [1] - 29:13
**offices** [1] - 1:13
**official** [6] - 4:9, 4:22,
15:20, 16:11, 29:14,
73:2
**officials** [1] - 35:24
**older** [1] - 67:10

**once** [3] - 8:18, 130:7,
141:22
**one** [46] - 10:7, 10:21,
15:16, 16:1, 16:3,
16:4, 16:5, 16:7,
22:6, 33:6, 33:8,
38:6, 38:10, 39:13,
41:21, 51:16, 56:12,
57:21, 61:13, 64:6,
66:4, 74:16, 79:6,
80:22, 81:7, 84:15,
85:9, 85:20, 85:22,
86:8, 87:23, 88:1,
104:18, 110:24,
112:20, 115:20,
116:13, 129:23,
132:1, 150:12,
154:6, 157:14,
159:5, 171:22,
172:12
**ones** [1] - 28:17
**open** [7] - 51:11,
64:15, 103:5, 103:6,
124:21, 135:1,
142:18
**opened** [2] - 142:18
**operability** [1] - 155:2
**operate** [1] - 16:7
**operates** [2] - 48:13,
71:6
**operating** [2] - 31:16,
49:15
**operation** [3] - 14:11,
14:14, 14:15
**operator** [3] - 156:8,
167:13, 169:1
**opinion** [2] - 137:14,
137:16
**opportunity** [2] - 15:7,
173:2
**opposed** [2] - 56:16,
68:5
**option** [1] - 131:17
**order** [15] - 4:7, 9:1,
11:4, 11:7, 11:10,
11:11, 11:16, 11:23,
13:24, 15:10, 15:16,
26:23, 99:19, 101:6,
151:15
**ordered** [9] - 30:4,
160:17, 160:24,
161:1, 161:2, 161:3,
161:23, 161:24,
169:1
**orders** [3] - 130:8,
161:7, 162:4
**original** [2] - 78:12,
82:9
**originally** [1] - 14:19
**otherwise** [2] - 157:5,

173:4
**outcome** [1] - 176:20
**outside** [13] - 27:15,
49:2, 59:2, 105:16,
105:21, 110:7,
113:4, 116:7,
117:13, 135:20,
140:20, 157:8, 157:9
**overnight** [2] - 17:16,
74:3
**oversee** [1] - 17:5
**own** [1] - 80:24

**P**

**p.m** [8] - 17:21, 17:22,
18:4, 47:7, 47:9,
74:19, 74:20, 173:21
**P.O** [2] - 1:14, 2:9
**P220** [1] - 108:12
**pace** [4] - 133:11,
133:18, 133:19
**page** [17] - 59:11,
59:13, 83:12, 83:16,
85:3, 158:9, 158:11,
158:15, 158:16,
158:21, 159:23,
162:16, 165:15,
165:16, 168:13,
169:21, 170:4
**PAGE** [2] - 174:4,
174:10
**pages** [3] - 9:10,
54:17, 174:16
**panel** [3] - 42:8,
124:20, 154:8
**paper** [1] - 51:22
**paperwork** [3] - 33:12,
39:8, 40:3
**paragraph** [4] -
158:22, 168:13,
168:15, 168:16
**parallel** [1] - 103:20
**park** [4] - 110:17,
110:21, 110:22,
117:18
**Parker** [1] - 65:18
**parole** [1] - 100:1
**part** [22] - 20:11,
20:22, 28:4, 32:11,
32:12, 33:1, 33:2,
67:17, 72:6, 73:10,
89:19, 90:17,
103:12, 113:12,
113:14, 124:7,
124:16, 124:24,
131:23, 148:8,
152:13, 156:16
**partially** [1] - 58:5
**particular** [20] - 28:19,

28:21, 50:3, 52:7,
55:3, 55:7, 55:21,
56:4, 56:10, 56:19,
56:22, 57:3, 65:16,
74:17, 78:4, 78:24,
92:13, 94:21, 100:5,
110:22
**parties** [1] - 3:2
**party** [1] - 8:5
**pass** [1] - 32:23
**pass-through** [1] -
32:23
**passed** [5] - 32:7,
127:18, 132:22,
166:22, 166:23
**passenger** [8] - 115:6,
115:9, 115:11,
124:19, 144:9,
150:7, 150:22, 154:3
**passes** [1] - 134:4
**past** [1] - 44:15
**patrick** [1] - 34:17
**Patrick** [2] - 34:18,
46:6
**patrol** [45] - 13:3, 17:9,
25:15, 48:4, 48:6,
51:17, 52:5, 53:1,
53:4, 53:7, 54:6,
55:22, 56:13, 58:15,
62:23, 62:24, 66:2,
66:5, 69:4, 75:16,
84:6, 84:8, 84:11,
84:12, 85:8, 85:9,
85:11, 90:13, 90:16,
94:2, 101:3, 109:8,
118:2, 118:23,
121:1, 124:15,
142:17, 142:19,
142:21, 143:10,
145:12, 161:17,
161:18, 161:21,
168:24
**patrolman** [1] - 19:20
**patrolme** [1] - 27:6
**patrolmen** [4] - 27:22,
28:13, 32:20, 48:24
**pavement** [2] -
135:19, 140:20
**pay** [2] - 15:7, 97:9
**payroll** [1] - 17:6
**Pearl** [2] - 1:14, 2:9
**Penal** [1] - 14:12
**pending** [1] - 6:2
**people** [10] - 46:13,
48:17, 48:18, 53:14,
53:22, 72:14, 90:5,
97:22, 123:16,
171:18
**pepper** [1] - 66:13
**perceived** [1] - 166:19

MATTHEW MONTANINO - 07/27/17

**percent** [3] - 54:12, 54:13, 85:21
**perform** [2] - 28:8, 47:18, 47:22, 52:1
**performance** [2] - 7:6, 7:7
**performed** [2] - 145:3, 145:6
**perhaps** [1] - 48:18
**period** [16] - 12:15, 16:14, 16:19, 57:21, 57:23, 87:13, 92:1, 95:15, 96:5, 96:16, 97:19, 133:12, 141:20, 160:8, 172:16, 176:18
**periodic** [1] - 27:5
**PERLSTEIN** [1] - 2:3
**perpendicular** [2] - 107:2, 124:10
**person** [16] - 45:3, 50:11, 50:12, 50:16, 50:17, 51:3, 60:14, 60:17, 116:13, 116:18, 126:18, 131:14, 141:19, 142:7, 156:15, 156:20
**person's** [2] - 156:11, 156:17
**personal** [4] - 4:7, 29:11, 30:3, 69:9
**personally** [1] - 123:20
**personnel** [1] - 30:5
**persuing** [1] - 97:5
**pertaining** [1] - 36:8
**Phil** [20] - 70:23, 71:1, 71:2, 71:3, 71:4, 71:5, 71:6, 71:10, 71:15, 71:19, 72:12, 72:14, 72:20, 74:6, 106:6, 106:7, 139:23, 142:8
**phone** [4] - 44:8, 96:13, 96:16, 136:2
**photo** [4] - 147:19, 147:23, 148:1, 148:14
**Photograph** [5] - 174:17, 174:18, 174:19, 174:20, 174:21
**photos** [6] - 104:5, 104:9, 104:13, 104:16, 148:7, 148:9
**physical** [10] - 11:13, 11:19, 84:18, 155:8, 155:12, 156:6, 156:13, 156:19,

156:22, 157:2
**physically** [1] - 135:13
**picture** [23] - 114:4, 148:11, 148:17, 148:19, 148:21, 150:3, 150:4, 150:5, 150:11, 150:13, 150:22, 151:21, 152:6, 152:8, 152:17, 152:23, 153:1, 153:3, 153:6, 154:2, 154:5, 154:12
**Picture** [1] - 153:24
**pictures** [1] - 152:3
**pin** [1] - 156:16
**pinned** [33] - 109:24, 120:24, 125:1, 125:11, 125:13, 125:15, 126:11, 130:9, 130:10, 130:16, 131:1, 131:2, 135:2, 135:3, 136:23, 137:1, 137:2, 137:6, 137:7, 137:18, 155:10, 156:5, 156:9, 156:11, 162:2, 162:3, 162:8, 162:10, 162:13, 168:23, 169:14, 169:18
**pinning** [2] - 141:2, 161:19
**pistol** [1] - 167:12
**place** [18] - 5:4, 31:10, 37:8, 37:23, 40:4, 46:22, 65:10, 70:12, 74:7, 77:3, 79:19, 81:1, 84:1, 108:23, 115:8, 147:13, 175:5, 176:11
**placed** [3] - 22:1, 50:7, 51:5
**places** [1] - 18:18
**plaintiff** [2] - 6:22, 8:7
**Plaintiffs** [2] - 1:5, 2:2
**PLAINTIFFS** [1] - 4:18
**PLAINTIFFS'** [1] - 174:10
**Plaintiffs'** [5] - 9:24, 63:17, 78:15, 84:20, 147:16
**plate** [3] - 61:20, 122:5
**platoon** [4] - 173:10, 173:13, 173:15, 174:15
**Platoon** [1] - 64:2
**plus** [1] - 171:15
**point** [93] - 5:14, 11:22, 14:6, 27:2,

30:12, 30:17, 33:3, 33:5, 38:2, 40:8, 43:1, 44:3, 59:10, 84:16, 86:15, 89:21, 94:23, 95:21, 96:1, 98:3, 99:2, 100:5, 100:14, 101:1, 101:18, 103:5, 103:18, 104:11, 106:21, 107:3, 107:9, 108:20, 109:1, 109:14, 109:15, 109:16, 110:4, 110:6, 111:20, 113:5, 114:5, 114:15, 114:21, 115:1, 115:2, 115:13, 115:18, 116:7, 116:20, 117:3, 117:4, 117:24, 118:9, 118:18, 119:6, 120:11, 120:18, 122:16, 124:22, 126:3, 126:23, 127:9, 128:2, 128:7, 128:18, 130:4, 130:17, 130:19, 134:6, 134:22, 135:11, 135:18, 135:22, 136:7, 136:12, 138:2, 142:23, 142:24, 145:4, 145:19, 146:6, 146:20, 149:4, 150:9, 158:2, 162:7, 164:18, 165:11, 167:15, 167:16, 167:17, 172:2, 172:15
**pointed** [3] - 127:5, 135:5, 167:12
**pointing** [3] - 126:21, 126:22, 129:1
**police** [43] - 4:6, 4:10, 4:12, 7:8, 14:8, 14:9, 15:12, 15:22, 15:23, 16:15, 17:14, 19:6, 22:15, 22:17, 22:20, 23:24, 48:9, 50:8, 53:2, 53:20, 53:22, 59:2, 66:24, 69:12, 69:19, 73:3, 73:5, 73:7, 73:9, 73:11, 73:18, 75:11, 79:6, 88:11, 96:9, 108:13, 120:22, 150:6, 151:9, 151:14, 151:15, 155:1, 166:15

**Police** [37] - 4:23, 8:10, 11:12, 12:4, 12:7, 12:13, 15:6, 15:11, 17:4, 17:19, 18:19, 19:10, 22:11, 27:7, 27:15, 27:17, 31:16, 31:20, 32:15, 33:18, 34:11, 34:19, 34:22, 35:5, 35:19, 36:19, 40:7, 43:8, 53:19, 57:22, 69:15, 89:14, 89:17, 157:12, 157:17, 157:19, 174:14
**policies** [4] - 11:10, 11:11, 11:16, 155:7
**policy** [8] - 11:18, 11:19, 83:8, 155:19, 155:24, 157:5, 168:4
**portion** [3] - 64:22, 104:3, 153:9
**portions** [2] - 61:9, 65:19
**position** [9] - 51:11, 54:4, 98:12, 107:16, 117:5, 128:24, 149:8, 149:11, 149:13
**positioned** [1] - 118:21
**positions** [1] - 26:11
**possession** [1] - 88:5
**possibility** [3] - 87:18, 170:22, 171:2
**possible** [8] - 50:18, 54:18, 63:7, 63:11, 77:9, 87:15, 137:7, 170:13
**possibly** [2] - 100:13, 105:6
**post** [1] - 82:9
**posting** [1] - 18:15
**PPR** [1] - 82:9
**precincts** [1] - 69:12
**prepare** [14] - 9:1, 10:8, 10:22, 11:4, 11:7, 11:17, 11:23, 78:23, 78:24, 81:19, 82:16, 84:4, 86:5, 168:3
**prepared** [23] - 64:22, 76:6, 76:20, 76:22, 77:2, 77:7, 77:10, 77:11, 79:2, 82:19, 82:24, 83:3, 83:7, 83:9, 85:14, 86:23, 87:21, 87:23, 167:19, 167:21, 167:23, 168:2, 174:8
**prepares** [1] - 48:22

**preparing** [3] - 78:3, 94:4, 168:9
**prescription** [1] - 6:19
**presence** [1] - 29:13
**present** [6] - 39:22, 40:1, 42:13, 62:21, 146:21, 151:4
**presented** [2] - 41:13, 41:20
**press** [1] - 99:24
**pretty** [1] - 149:12
**prevent** [1] - 6:16
**previous** [1] - 28:1
**previously** [4] - 74:14, 76:5, 81:8, 173:3
**print** [2] - 59:16, 59:20
**privacy** [1] - 4:7
**private** [1] - 73:3
**probable** [1] - 50:15
**probation** [3] - 57:21, 57:23, 58:4
**probes** [1] - 57:24
**problem** [1] - 56:11
**Procedure** [1] - 14:13
**procedure** [6] - 31:16, 49:16, 83:8, 107:15, 107:19, 171:15
**proceeded** [4] - 96:22, 118:12, 118:13, 125:22
**proceedings** [1] - 176:14
**process** [2] - 4:14, 28:7
**production** [4] - 29:23, 30:15, 70:18, 87:20
**promoted** [2] - 16:23, 17:10
**pronounce** [1] - 40:17
**pronouncing** [1] - 25:20
**propelled** [1] - 102:7
**proper** [1] - 4:14
**property** [2] - 22:13, 49:12
**protect** [1] - 4:7
**provided** [6] - 9:17, 30:5, 30:9, 30:13, 70:19, 176:17
**Public** [4] - 1:16, 4:2, 175:23, 176:5
**pull** [5] - 100:4, 102:24, 135:7, 135:13, 140:5
**pulled** [10] - 107:10, 108:4, 111:4, 111:8, 135:9, 141:11, 142:16, 142:17, 171:7, 171:10

pulling [2] - 140:1,
171:1
pulls [2] - 106:16,
106:17
pumping [1] - 128:11
purposeful [1] -
141:15
purposes [3] - 29:1,
116:16, 144:1
pursuant [2] - 1:12,
155:24
pursue [1] - 120:14
pursuing [4] - 97:14,
98:5, 98:10, 117:14
pursuit [16] - 82:10,
97:4, 97:20, 100:2,
100:9, 100:11,
104:21, 104:22,
105:2, 111:8, 126:2,
143:1, 167:2, 168:4,
168:5, 168:8
pursuits [3] - 99:22,
99:23, 99:24
pushed [1] - 111:23
put [15] - 10:10, 10:18,
38:23, 51:21, 80:2,
81:10, 82:11, 96:1,
117:18, 136:9,
138:24, 141:22,
142:20, 153:19,
159:16

**Q**

quarter [2] - 124:20,
154:8
question's [1] - 64:21
questioned [1] - 41:23
questions [8] - 5:3,
5:8, 6:16, 6:17, 42:1,
42:7, 48:12, 100:18
quick [4] - 9:19,
100:10, 125:5,
132:14
quickly [2] - 124:13,
139:10
quite [2] - 144:9,
153:21

**R**

R-A-M-E-R [1] - 25:18
racing [1] - 128:12
radar [1] - 14:14
radio [18] - 61:8,
61:22, 75:3, 89:19,
89:22, 91:10, 91:19,
92:14, 94:17, 95:9,
95:11, 96:10, 97:3,
97:18, 98:1, 98:7,

103:12, 144:6
radioed [2] - 144:14,
145:18
radioing [1] - 103:15,
103:18, 143:2
ran [1] - 98:8
RANDALL [1] - 1:9
Randy [23] - 29:12,
29:16, 35:7, 35:11,
35:20, 36:5, 39:4,
55:19, 58:18, 58:23,
59:1, 59:8, 62:14,
62:17, 86:10,
130:23, 131:19,
132:6, 134:3, 156:1
Randy's [3] - 131:23,
132:6, 132:10
rank [7] - 16:14,
16:17, 16:18, 16:19,
16:23, 16:24, 32:17
rare [1] - 6:8
rate [2] - 99:14, 121:21
rather [1] - 119:2
ratings [1] - 28:16
raucous [1] - 50:23
Raymond [1] - 34:9
reach [2] - 135:3,
135:6
reached [2] - 165:23,
171:17
reaching [1] - 127:23
read [1] - 51:15,
52:17, 80:11, 91:12,
91:14, 91:17, 132:1,
132:3, 136:3,
158:21, 160:15,
165:21, 166:2,
166:9, 166:18,
168:12, 175:4
reads [1] - 72:17
realize [2] - 130:4,
166:5, 172:24
realized [1] - 145:23
really [1] - 33:14
rear [9] - 111:1, 111:2,
113:16, 115:12,
150:7, 150:21,
153:1, 153:10, 154:8
reason [5] - 36:12,
77:11, 77:16, 83:18,
170:14
reasons [1] - 65:3
receive [5] - 29:24,
42:7, 48:24, 50:21,
85:20
received [3] - 50:11,
50:19, 53:16
receiving [1] - 97:18
recertification [1] -
27:13

recess [1] - 14:15
recollection [17] -
8:20, 33:4, 33:15,
35:1, 35:2, 47:8,
47:19, 49:19, 58:12,
100:19, 128:6,
132:22, 142:24,
148:15, 162:22,
163:1, 166:21
record [22] - 4:9, 13:7,
13:8, 35:8, 35:9,
42:4, 60:2, 63:9,
63:14, 65:22, 65:23,
69:13, 72:17, 74:23,
76:2, 93:15, 93:16,
106:11, 149:17,
159:20, 159:21,
175:5
recorded [2] - 63:12,
69:5
records [1] - 30:3
Records [1] - 87:7
red [1] - 111:4
redirect [1] - 53:14
reduced [1] - 176:12
refer [8] - 29:8, 29:9,
29:10, 29:11, 29:15,
47:1, 92:21, 144:2
reference [8] - 9:6,
33:24, 70:5, 72:24,
155:20, 158:22,
158:23, 173:8
referred [2] - 10:15,
82:12
referring [4] - 30:22,
38:21, 63:24, 64:3
reflect [1] - 123:11
refresher [1] - 27:12
regular [1] - 51:20
rein [1] - 65:20
related [1] - 7:5
relating [1] - 5:4
relation [3] - 39:3,
43:1, 104:10
relied [1] - 172:8
relief [1] - 22:3
remain [1] - 51:16
remember [8] - 7:12,
61:18, 62:6, 79:18,
132:10, 140:16,
145:21, 166:15
remove [4] - 146:2,
151:6, 170:17,
171:23
removed [5] - 64:14,
149:5, 151:3,
153:17, 172:16
Rensselaer [5] -
12:14, 12:16, 12:19,
12:23, 13:11

rep [4] - 45:4, 45:5,
45:8, 45:10
repaired [1] - 153:22
repairs [1] - 154:17
repeat [1] - 156:4
rephrase [1] - 91:16
Report [1] - 10:20
report [63] - 9:12,
10:5, 11:1, 25:23,
25:24, 28:6, 46:13,
77:2, 77:23, 78:3,
78:9, 78:12, 78:22,
81:6, 81:15, 81:17,
81:20, 81:23, 82:4,
82:9, 82:10, 82:14,
82:22, 82:23, 83:7,
83:10, 83:24, 84:5,
84:13, 84:17, 84:24,
85:3, 85:6, 85:10,
85:13, 85:15, 85:18,
86:2, 86:5, 86:23,
87:6, 87:16, 87:20,
92:21, 157:15,
157:21, 157:23,
158:6, 159:11,
159:24, 162:20,
167:2, 167:5,
167:20, 167:21,
167:23, 168:2,
169:22, 174:8,
174:11, 174:13,
174:14
reporter [1] - 176:17
Reporter [3] - 1:16,
176:4, 176:24
reporting [3] - 17:7,
161:17, 161:18
reports [17] - 9:5, 9:7,
9:8, 9:10, 9:13, 9:16,
17:5, 17:7, 26:1,
26:3, 57:19, 77:7,
77:21, 78:2, 87:11,
157:11, 157:14
represent [1] - 17:15
representative [2] -
44:18, 45:2
representing [1] -
5:23
request [3] - 54:15,
86:14, 151:11
requested [6] - 91:14,
95:1, 132:3, 136:3,
176:16
REQUESTED [4] -
31:5, 55:2, 70:22,
88:6
require [2] - 69:4,
84:16
required [5] - 47:11,
69:7, 81:21, 84:4,

94:18
requirement [1] - 77:1
requires [1] - 84:13
reserved [1] - 3:9
resistance [25] - 9:12,
11:1, 82:13, 83:6,
83:10, 83:24, 84:3,
84:10, 84:13, 84:24,
85:15, 85:18, 86:2,
86:5, 86:23, 87:6,
87:15, 87:20,
157:10, 157:15,
157:21, 158:5,
169:22, 174:8,
174:14
resource [2] - 22:21,
22:22
respect [1] - 115:21
respective [1] - 3:2
respond [6] - 92:17,
113:2, 130:24,
134:15, 134:24,
174:8
responded [3] - 90:3,
93:22, 146:24
responding [7] -
74:11, 93:18, 95:12,
96:17, 97:23,
134:10, 161:15
responds [1] - 84:3
response [27] - 9:11,
11:1, 82:13, 83:6,
83:9, 84:9, 84:13,
84:14, 84:23, 85:15,
85:17, 86:2, 86:5,
86:23, 87:5, 87:15,
87:20, 91:4, 113:8,
120:10, 134:11,
157:10, 157:14,
157:20, 158:5,
169:22, 174:14
responses [1] - 83:24
responsibilities [2] -
17:3, 26:19
responsibility [2] -
52:6, 83:23
responsible [1] - 77:9
rest [3] - 52:10, 68:19,
86:16
result [3] - 88:11,
114:3, 121:14
RETAINED [1] -
174:23
return [1] - 40:2
returned [4] - 36:10,
36:13, 39:6, 77:22
reverse [12] - 112:9,
113:17, 117:10,
117:19, 138:21,
139:1, 139:3, 139:5,

MATTHEW MONTANINO - 07/27/17

**S**

139:9, 139:11, 139:18, 139:21
**reversing** [1] - 116:21
**review** [18] - 8:24, 9:4, 9:7, 11:16, 17:5, 28:5, 28:15, 30:6, 30:14, 83:15, 83:19, 83:24, 84:5, 84:7, 85:6, 87:1, 176:15
**reviewed** [10] - 9:5, 10:7, 10:13, 10:22, 11:3, 11:6, 11:23, 87:8, 155:6, 155:18
**reviews** [2] - 28:6, 28:16
**revving** [2] - 111:22, 112:13
**Richard** [4] - 25:12, 26:1, 26:5, 37:4
**ride** [2] - 53:10, 57:13
**ride-along** [1] - 57:13
**riding** [1] - 57:17
**rifle** [3] - 66:2, 66:3, 66:5
**right-hand** [2] - 94:4, 101:9
**River** [4] - 90:4, 90:11, 93:1, 95:22
**rO** [1] - 168:17
**RO** [8] - 161:15, 168:18, 168:21, 169:1, 170:6, 171:23
**road** [3] - 13:3, 54:5, 173:1
**roadway** [1] - 140:20
**role** [1] - 54:2
**roll** [18] - 47:15, 47:18, 47:20, 47:22, 48:15, 48:23, 49:14, 49:17, 49:21, 51:4, 51:14, 52:1, 52:7, 52:11, 52:12, 55:18, 64:1, 68:23
**room** [7] - 25:21, 42:16, 51:6, 52:3, 106:10, 107:11, 107:13
**roster** [1] - 64:1
**rotation** [1] - 20:5
**roughly** [1] - 27:11
**round** [3] - 162:12, 162:20, 162:21
**rounded** [1] - 101:2
**run** [5] - 21:5, 95:21, 98:9, 117:10, 156:20
**running** [1] - 133:11
**runs** [3] - 17:22, 98:16, 99:4

**safety** [4] - 50:6, 50:9, 50:10, 50:20
**Saturday** [15] - 19:19, 19:21, 20:1, 20:3, 20:6, 20:7, 20:10, 20:15, 20:21, 21:5, 47:3, 74:18, 74:20, 74:22
**Sauer** [1] - 108:12
**saved** [6] - 49:17, 49:19, 50:3, 50:4, 50:6, 50:23
**saw** [34] - 86:12, 93:21, 94:14, 94:15, 95:16, 109:7, 110:7, 113:5, 116:15, 120:20, 120:23, 124:5, 125:1, 125:10, 125:12, 125:14, 126:10, 129:13, 130:9, 130:11, 131:5, 131:24, 132:4, 132:5, 136:8, 143:21, 146:8, 146:12, 148:6, 159:12, 163:16, 165:2, 169:14, 169:18
**scale** [1] - 15:7
**scenario** [1] - 117:12
**scene** [18] - 52:22, 60:21, 79:11, 79:18, 88:14, 90:11, 104:13, 144:15, 144:18, 146:22, 146:24, 147:6, 151:3, 151:4, 151:6, 151:8, 151:22, 152:3
**schedule** [1] - 65:1
**schedules** [1] - 65:1
**scheduling** [1] - 17:6
**Schneiderman** [2] - 43:12, 43:17
**school** [2] - 22:21, 22:22
**Scotland** [1] - 88:21
**scraping** [3] - 153:14, 154:7, 154:15
**sealing** [1] - 3:3
**search** [1] - 170:18
**seat** [4] - 136:12, 140:8, 140:24, 142:13
**seated** [4] - 5:11, 5:22, 46:23, 85:22
**second** [23] - 13:7, 63:13, 65:7, 76:1,

111:1, 127:11, 129:19, 129:21, 132:23, 133:3, 133:24, 134:2, 159:23, 162:10, 162:11, 162:12, 162:21, 162:24, 163:21, 164:4, 165:16, 172:7, 173:13
**seconds** [1] - 118:11
**secretary** [2] - 44:7, 44:19
**Sector** [2] - 67:19, 67:21
**sector** [2] - 55:4, 55:21
**sectors** [1] - 21:14
**secure** [1] - 107:20
**see** [89] - 53:13, 59:15, 65:6, 69:20, 85:4, 94:6, 94:8, 94:11, 96:19, 99:24, 102:1, 102:4, 104:21, 105:2, 105:24, 109:16, 109:21, 109:23, 111:11, 115:2, 115:17, 116:9, 116:10, 116:21, 117:1, 117:4, 119:1, 120:18, 122:19, 123:22, 124:1, 125:17, 126:14, 128:22, 129:3, 129:5, 129:7, 129:8, 130:1, 130:12, 130:19, 131:22, 132:18, 134:4, 135:11, 136:8, 136:15, 136:17, 136:19, 136:20, 138:2, 138:8, 141:21, 142:2, 142:5, 143:16, 143:19, 144:6, 144:8, 144:11, 145:22, 146:9, 146:10, 148:1, 148:11, 150:5, 150:6, 150:21, 152:6, 152:8, 152:12, 152:16, 152:20, 154:1, 154:9, 154:12, 155:2, 158:9, 158:12, 160:1, 160:7, 164:2, 165:18, 167:10, 169:13, 169:17,

170:6, 171:4, 172:14
**seeing** [3] - 53:11, 85:17, 148:14
**seeking** [1] - 4:8
**semi** [1] - 128:24
**semi-squatting** [1] - 128:24
**senior** [5] - 23:18, 23:21, 24:12, 24:17, 28:9, 147:6
**seniority** [1] - 54:5
**sent** [3] - 44:22, 45:1, 153:22
**sentence** [7] - 160:7, 160:16, 160:19, 165:21, 166:2, 167:10, 170:6
**separate** [4] - 15:15, 19:20, 67:22, 72:8
**sequence** [4] - 76:19, 82:18, 164:8, 164:9
**SERGEANT** [1] - 1:9
**sergeant** [36] - 16:18, 16:20, 27:18, 27:21, 28:16, 32:13, 32:16, 32:17, 32:19, 32:21, 48:4, 48:6, 51:4, 51:6, 52:5, 52:14, 53:21, 54:4, 54:6, 54:8, 55:22, 56:8, 56:15, 56:17, 80:12, 84:6, 84:9, 84:11, 84:12, 85:8, 85:9, 85:11, 87:5, 90:13, 90:16
**Sergeant** [203] - 29:6, 29:8, 29:14, 29:15, 29:19, 31:23, 33:17, 34:3, 34:4, 34:6, 34:7, 34:13, 34:22, 34:24, 35:3, 35:4, 35:7, 35:11, 36:10, 36:12, 36:15, 36:16, 37:21, 39:2, 39:15, 39:17, 39:19, 39:22, 40:2, 43:1, 46:18, 46:19, 48:8, 51:24, 54:12, 55:24, 56:21, 57:2, 57:5, 61:5, 61:11, 79:3, 79:5, 79:7, 79:8, 80:9, 80:10, 80:14, 80:18, 85:11, 85:14, 85:18, 85:23, 86:4, 86:12, 87:16, 87:22, 88:24, 89:19, 90:9, 90:21, 91:5, 91:7, 91:9, 91:21, 91:23, 92:5, 92:19, 93:2, 93:21, 94:2, 94:9, 94:12,

94:17, 94:23, 95:6, 95:14, 95:16, 96:5, 96:15, 96:19, 96:22, 98:5, 98:14, 101:3, 102:11, 102:13, 103:9, 105:6, 105:12, 105:15, 105:21, 106:3, 106:15, 106:17, 106:20, 106:23, 108:1, 109:4, 109:7, 109:13, 109:17, 109:20, 110:5, 110:7, 110:10, 111:15, 111:20, 114:21, 114:22, 114:24, 115:2, 115:10, 117:5, 118:3, 118:17, 118:20, 119:8, 119:19, 120:15, 120:18, 120:20, 120:23, 122:11, 122:16, 122:19, 122:22, 123:5, 123:7, 123:23, 124:2, 124:6, 124:8, 124:10, 124:16, 124:22, 124:24, 125:11, 125:12, 125:17, 126:5, 126:11, 126:19, 128:18, 128:22, 130:9, 130:14, 130:19, 130:22, 131:4, 131:8, 135:1, 136:14, 136:15, 136:17, 138:2, 138:12, 140:1, 140:7, 140:12, 140:19, 141:12, 142:9, 142:11, 142:16, 142:20, 143:6, 143:9, 144:5, 144:17, 145:12, 145:14, 148:21, 149:1, 149:4, 149:5, 149:9, 149:20, 152:17, 152:20, 153:16, 155:4, 155:20, 157:13, 157:20, 160:22, 161:19, 162:1, 162:3, 162:8, 162:10, 162:13, 163:6, 163:22, 164:3, 164:19, 166:1, 168:23, 169:8, 169:13, 174:8
**sergeants** [8] - 27:22, 28:11, 28:12, 29:3,

49:5, 51:17, 56:4,
90:16
**series** [2] - 5:3, 19:7
**seriously** [1] - 138:5
**serve** [1] - 15:8
**served** [2] - 4:14, 12:9
**service** [23] - 4:10,
13:10, 13:17, 15:12,
15:15, 27:5, 27:11,
75:19, 86:1, 108:9,
109:13, 109:16,
109:21, 109:23,
114:16, 122:17,
122:20, 137:21,
153:19, 153:21,
154:17, 154:20,
154:24
**set** [21] - 17:23, 18:7,
44:13, 44:17,
112:20, 127:11,
132:23, 133:2,
133:3, 133:4, 133:6,
133:24, 134:2,
162:12, 162:14,
162:22, 163:15,
163:21, 164:14,
164:22
**setting** [1] - 110:19
**several** [1] - 7:14
**SG** [1] - 66:8
**shall** [1] - 3:8
**sheet** [19] - 51:7,
51:13, 54:10, 54:16,
55:18, 55:19, 59:11,
64:13, 65:5, 67:22,
68:22, 69:6, 69:8,
69:10, 89:3, 89:13,
89:16, 174:6, 174:15
**Sheet** [1] - 64:2
**sheets** [1] - 64:22
**sheriff** [1] - 15:4
**Sheriff's** [5] - 12:14,
12:16, 12:20, 12:24,
13:12
**sheriff's** [5] - 13:19,
14:3, 14:22, 15:2,
15:5
**shift** [54] - 17:5, 17:11,
17:12, 17:16, 17:22,
18:1, 18:12, 18:17,
18:21, 18:23, 19:4,
19:21, 20:12, 20:15,
20:17, 20:22, 21:11,
23:14, 23:20, 23:22,
23:24, 24:14, 24:23,
25:4, 47:6, 47:12,
47:15, 49:22, 52:10,
64:9, 64:10, 64:23,
68:4, 68:19, 69:2,
69:14, 70:8, 73:24,

74:3, 76:8, 76:9,
77:12, 84:1, 84:4,
89:9, 139:10,
139:14, 139:18,
172:22, 173:9,
173:12, 173:14
**shifts** [8] - 17:19,
18:9, 18:11, 23:23,
24:2, 24:11, 47:23,
173:9
**shock** [1] - 144:10
**shoelace** [1] - 140:13
**shoot** [1] - 170:24
**shooter** [2] - 135:23,
136:5
**shooting** [38] - 31:12,
31:15, 31:18, 33:4,
33:6, 33:11, 33:17,
35:12, 35:15, 35:21,
36:5, 36:20, 39:3,
40:12, 42:21, 43:5,
43:9, 43:21, 44:1,
46:3, 46:10, 46:16,
52:23, 69:24, 70:12,
70:15, 77:6, 79:9,
86:11, 88:8, 88:12,
88:14, 127:3, 128:8,
133:22, 170:10,
170:13, 170:15
**shootings** [1] - 32:5
**short** [1] - 100:7
**shortened** [1] - 75:18
**shorthand** [1] -
176:11
**Shorthand** [2] - 1:16,
176:4
**shortly** [1] - 90:12
**shot** [7] - 137:24,
144:12, 145:16,
145:22, 145:24,
164:6, 170:20
**shotgun** [2] - 66:7,
66:9
**shots** [37] - 128:17,
128:21, 129:20,
129:21, 130:2,
130:5, 132:23,
132:24, 133:3,
133:10, 133:24,
134:2, 144:14,
145:18, 159:18,
162:12, 162:14,
162:19, 162:23,
162:24, 163:2,
163:4, 163:11,
163:13, 163:15,
163:21, 164:4,
164:7, 164:14,
164:20, 164:22,
165:2, 165:5, 165:11

**shoulder** [2] - 135:7,
171:8
**shoulders** [1] - 5:12
**shouted** [2] - 161:8,
161:9
**shouting** [1] - 161:10,
163:7
**show** [12] - 10:2,
63:20, 78:13, 78:17,
84:22, 105:15,
134:14, 147:1,
147:19, 149:23,
150:11, 150:12
**showed** [3] - 105:5,
106:2, 139:21
**showing** [4] - 10:11,
10:18, 79:11, 104:10
**shown** [1] - 11:9
**shows** [3] - 48:9,
146:6, 147:10
**shrugs** [1] - 5:12
**sick** [3] - 64:12, 65:3,
69:8
**side** [27] - 10:10,
55:14, 104:1,
109:10, 112:12,
113:19, 114:12,
115:6, 115:9,
115:11, 115:12,
117:1, 118:14,
124:18, 124:21,
125:2, 127:24,
128:16, 133:13,
133:16, 135:20,
140:21, 144:9,
153:13, 154:3,
158:24, 165:23
**side-stepping** [1] -
133:16
**Sig** [1] - 108:12
**sight** [1] - 131:10
**sign** [4] - 83:19, 85:10,
85:13, 87:5
**signature** [7] - 79:3,
80:10, 83:22, 85:4,
87:1, 87:13, 158:15
**signed** [9] - 3:13,
3:15, 80:4, 80:22,
83:12, 83:15, 83:21,
84:9, 84:12
**significant** [1] - 30:1
**simultaneously** [2] -
161:8, 164:17
**siren** [4] - 110:14,
111:6, 111:7, 126:7
**sirens** [3] - 93:18,
110:16, 169:9
**sit** [1] - 49:20
**sitting** [3] - 12:3,
140:24, 143:9

**situation** [2] - 86:22,
156:1
**six** [4] - 58:3, 58:10,
58:12, 115:16
**six-foot-three** [1] -
115:16
**skipping** [1] - 52:20
**slash** [1] - 24:20
**slightly** [2] - 139:19,
149:13
**slow** [7] - 99:18,
101:6, 121:9,
132:14, 132:16,
133:18
**slowed** [1] - 96:24
**slumped** [2] - 138:15,
138:17
**smaller** [1] - 94:16
**Smith** [4] - 34:22,
34:24, 35:4, 152:17
**Smith's** [1] - 94:9
**socialize** [1] - 59:1
**socially** [1] - 59:7
**softball** [1] - 62:20
**someone** [21] - 7:16,
20:24, 28:9, 36:2,
37:6, 42:16, 43:23,
48:1, 49:3, 49:4,
53:21, 54:3, 70:23,
72:17, 80:7, 84:16,
84:18, 100:1, 143:2,
143:19, 145:20
**sometime** [1] - 61:5
**sometimes** [2] -
19:16, 118:24
**somewhat** [4] - 60:5,
99:18, 124:14, 149:7
**somewhere** [3] -
50:23, 51:12, 125:2
**son** [5] - 71:5, 71:9,
71:11, 71:12, 71:15
**soon** [2] - 76:9, 77:9
**sorry** [10] - 16:21,
20:19, 35:18, 66:4,
94:11, 105:1,
112:17, 158:11,
161:18, 168:18
**sort** [1] - 57:20
**sound** [2] - 131:12,
131:14
**sounded** [2] - 92:23,
111:22
**sounds** [1] - 134:19
**sources** [1] - 51:2
**south** [5] - 16:5, 90:2,
90:4, 90:7, 114:11
**speaking** [10] - 21:16,
21:18, 32:24, 45:10,
50:5, 80:16, 80:17,
97:5, 134:17, 154:22

**special** [3] - 26:22,
67:21, 110:19
**specialized** [2] -
23:10, 23:11
**specific** [10] - 31:1,
31:23, 50:20, 56:23,
69:10, 94:18,
107:15, 107:19,
117:8, 117:11
**specifically** [4] -
30:21, 32:3, 40:22,
75:9
**speculate** [1] - 122:8
**speed** [18] - 99:14,
99:16, 99:22, 99:23,
99:24, 100:2, 100:3,
100:9, 100:11,
100:12, 100:16,
121:3, 121:10,
121:21, 121:22,
132:18
**speeding** [3] - 48:19,
56:5, 56:11
**spell** [1] - 34:13
**spelling** [1] - 25:16
**spinning** [8] - 111:24,
112:2, 112:4, 112:6,
112:7, 112:13
**spoken** [8] - 36:16,
37:14, 40:6, 42:24,
43:7, 43:19, 46:2,
46:14
**sport** [1] - 97:16
**spot** [5] - 54:7, 64:14,
83:21, 84:11, 137:16
**spouse** [1] - 59:8
**Sprague** [4] - 36:21,
37:1, 37:13, 37:16
**spray** [1] - 66:13
**Spring** [1] - 56:12
**spring** [1] - 50:21
**squad** [8] - 19:19,
21:23, 22:3, 23:3,
28:15, 51:11, 68:1
**Squad** [9] - 21:12,
21:16, 21:18, 22:4,
22:5, 23:15, 23:16
**squads** [7] - 19:20,
19:21, 21:10, 21:11,
22:10, 22:11, 22:12
**squat** [1] - 133:13
**squatting** [2] - 128:24,
133:15
**ss** [1] - 175:1
**stack** [6] - 10:18,
38:23, 80:2, 81:11,
82:11, 159:16
**staggering** [1] - 18:9
**standard** [4] - 31:16,
49:15, 66:24, 171:15

MATTHEW MONTANINO - 07/27/17

standard-issued [1] - 66:24
standing [6] - 116:7, 117:13, 126:24, 136:19, 152:3, 169:10
start [9] - 18:4, 18:22, 18:24, 34:6, 47:6, 78:3, 114:11, 126:3, 138:21
started [23] - 19:2, 47:3, 62:2, 76:8, 76:9, 76:16, 93:1, 101:4, 108:8, 109:6, 111:8, 112:10, 112:11, 114:14, 120:11, 120:12, 126:20, 127:7, 133:7, 163:14, 165:7, 166:12, 167:3
starting [3] - 20:10, 47:8, 132:16
starts [3] - 58:14, 114:16, 120:21
State [8] - 1:17, 4:24, 13:14, 13:16, 16:9, 23:19, 43:14, 176:5
STATE [1] - 175:1
state [3] - 13:18, 27:20, 144:10
statement [5] - 10:15, 31:2, 36:22, 38:15, 80:4
STATES [1] - 1:1
station [10] - 16:1, 16:3, 36:2, 53:23, 62:7, 62:8, 63:11, 151:9, 151:14, 151:15
stations [1] - 15:23
statistics [1] - 166:14
stay [1] - 104:6
STENOGRAPHIC [1] - 1:11
step [1] - 133:13
stepping [2] - 126:4, 133:16
stick [2] - 138:22, 139:13
sticker [1] - 38:13
still [24] - 25:8, 26:13, 34:10, 34:18, 37:1, 72:5, 101:17, 102:17, 110:15, 113:4, 114:17, 126:23, 127:1, 128:23, 130:6, 135:4, 135:22, 136:4, 143:17, 143:20, 148:16,

148:17, 149:11, 172:3
STIPULATED [3] - 3:1, 3:7, 3:12
stipulated [1] - 4:15
Stop [6] - 110:10, 111:16, 111:21, 114:20, 123:1, 161:11
stop [31] - 11:19, 50:15, 61:6, 61:7, 61:9, 61:17, 61:18, 74:11, 89:20, 90:10, 90:14, 90:22, 93:3, 102:17, 102:19, 111:16, 111:21, 114:20, 118:9, 120:22, 123:2, 127:6, 131:5, 145:8, 160:17, 161:11, 161:23, 162:1, 163:7, 168:14, 169:2
stopped [5] - 102:20, 103:1, 106:18, 117:10, 127:12
stops [2] - 61:23, 90:17
story [1] - 52:20
straight [7] - 113:20, 118:14, 118:20, 126:21, 127:5, 127:6, 133:16
street [2] - 88:22, 144:20
Street [35] - 1:14, 2:9, 4:24, 16:9, 23:19, 65:11, 88:20, 90:4, 90:5, 90:12, 93:1, 93:8, 93:9, 93:12, 94:1, 94:3, 94:5, 95:22, 95:24, 96:8, 96:20, 98:15, 98:16, 98:22, 99:4, 99:6, 99:9, 99:11, 100:8, 105:10, 105:13, 105:14
streets [1] - 93:13
stress [1] - 139:6
stretch [1] - 74:2
stretcher [1] - 146:13
strike [5] - 117:23, 158:13, 158:19, 159:5
struck [4] - 113:17, 158:18, 161:15, 168:20
stuck [2] - 137:4, 137:13
stuff [2] - 154:13, 154:15

stumble [1] - 1/3:11
subject [11] - 65:2, 95:20, 158:23, 159:5, 160:13, 160:24, 161:14, 170:7, 170:11, 171:23, 171:24
subjects [1] - 49:1
submit [1] - 84:5
submitted [1] - 86:24
subpoena [3] - 44:21, 45:13, 45:16
subpoenas [1] - 4:11
subsequent [1] - 43:2
subsequently [1] - 51:14
substantively [1] - 46:2
substations [1] - 16:4
subunits [1] - 16:2
Success [1] - 2:4
sued [3] - 6:23, 6:24, 7:2
Suite [1] - 2:3
Sunday [26] - 19:19, 19:21, 20:1, 20:3, 20:7, 20:9, 20:11, 20:15, 20:16, 20:21, 21:5, 21:7, 41:8, 47:2, 47:6, 48:7, 49:22, 52:1, 52:18, 54:9, 57:2, 64:6, 74:20, 167:1
superior [2] - 146:20, 146:22
supervise [1] - 26:5
supervised [1] - 17:11
supervises [1] - 26:7
supervising [2] - 23:14, 53:21
supervision [1] - 28:14
supplement [5] - 11:24, 81:23, 82:1, 82:2, 82:6
supplemental [6] - 9:13, 78:22, 81:6, 82:3, 82:22, 168:2
Supplemental [2] - 10:20, 174:13
supposed [5] - 52:17, 55:5, 66:19, 77:7, 92:13
suppression [1] - 23:2
suspect [20] - 97:8, 98:14, 98:20, 101:8, 101:10, 102:15, 102:16, 126:18, 127:3, 160:14, 160:15, 161:1,

161:21, 161:22, 161:23, 168:19, 168:21, 168:22, 168:24
suspect's [1] - 158:24
suspended [1] - 35:15
sustain [1] - 114:2
sustained [1] - 145:10
Sworn [1] - 175:19
sworn [5] - 3:13, 3:15, 4:2, 5:16, 176:7
system [1] - 19:10

**T**

tall [1] - 115:15
target [3] - 45:21, 127:2, 128:12
TAS [1] - 66:10
Taser [1] - 66:10
task [7] - 48:1, 48:3, 48:10, 56:17, 56:19, 56:22, 57:18
tasked [1] - 31:21
tasks [2] - 56:4, 57:3
technical [2] - 27:18, 27:20, 112:19
technically [3] - 21:7, 75:15, 173:10
technician [2] - 67:23, 151:19
technicians [1] - 104:19
Tedesco [3] - 25:7, 26:3, 26:9
ten [1] - 8:21
tense [1] - 44:15
term [18] - 13:22, 15:20, 18:13, 27:19, 30:9, 31:7, 31:12, 32:15, 36:17, 44:15, 58:2, 67:6, 67:10, 82:2, 98:13, 108:14, 108:17, 119:18
termination [1] - 4:12
test [7] - 13:10, 13:14, 13:17, 15:10, 15:12, 15:15
testified [11] - 4:3, 8:21, 41:2, 41:21, 42:11, 42:13, 42:17, 42:21, 148:4, 156:6, 164:12
testify [6] - 8:16, 40:23, 41:11, 148:7, 155:7, 176:8
testifying [1] - 8:13
testimony [7] - 91:14, 112:18, 132:3, 136:3, 148:8,

164:13, 175:5
TFD [1] - 171:19
THE [5] - 1:9, 4:18, 156:2, 173:6, 173:18
themselves [2] - 18:2, 25:3
theoretically [2] - 63:4, 158:3
thereafter [2] - 90:12, 176:12
therein [1] - 176:11
Thevenin [111] - 5:5, 9:6, 43:2, 60:5, 60:7, 60:10, 60:14, 61:1, 100:15, 107:10, 107:17, 108:5, 108:8, 109:7, 109:11, 110:2, 110:6, 111:9, 111:13, 111:21, 112:11, 113:11, 113:14, 113:16, 114:2, 114:6, 114:12, 114:13, 114:15, 115:7, 115:9, 115:13, 115:17, 115:23, 116:5, 116:8, 116:9, 116:17, 118:8, 118:21, 119:7, 119:15, 119:17, 121:4, 121:15, 121:19, 122:11, 122:13, 122:22, 123:7, 124:5, 124:7, 124:17, 125:22, 126:15, 127:13, 127:19, 129:2, 129:6, 129:18, 130:5, 130:18, 130:20, 130:21, 131:22, 133:8, 134:5, 134:7, 134:24, 135:5, 135:23, 136:4, 136:5, 136:11, 136:13, 140:14, 140:18, 141:3, 141:10, 141:18, 141:24, 142:3, 142:13, 142:15, 143:14, 143:19, 145:3, 145:6, 145:9, 145:21, 146:3, 146:6, 146:11, 147:2, 147:3, 147:5, 147:10, 149:2, 150:15, 150:21, 152:9, 152:21, 153:17, 158:19,

MATTHEW MONTANINO - 07/27/17

159:9, 159:13,
170:9, 170:24,
172:4, 172:16
THEVENIN [3] - 1:2,
1:3, 1:3
Thevenin's [7] -
106:18, 106:24,
116:22, 117:2,
143:16, 146:18,
159:18
they've [1] - 16:6
third [5] - 65:8, 111:5,
131:16, 160:6,
173:15
three [13] - 19:14,
19:20, 21:10, 21:11,
26:8, 59:18, 64:24,
74:16, 96:2, 110:23,
115:16, 144:21
thud [1] - 131:14
Thursday [3] - 19:23,
20:2, 20:5
tinted [2] - 116:3,
116:5
tires [7] - 111:23,
112:2, 112:3, 112:6,
112:7, 112:13, 113:5
title [3] - 15:20, 26:16,
31:1
titles [1] - 15:2
today [7] - 6:13, 8:24,
10:8, 36:10, 49:20,
155:7, 172:20
together [3] - 131:24,
132:4, 142:7
toggled [1] - 110:20
tonight [1] - 56:18
took [14] - 5:4, 15:12,
15:16, 37:23, 40:4,
46:21, 65:10, 70:12,
74:7, 81:1, 84:1,
105:7, 106:5, 171:10
top [4] - 10:20, 28:24,
51:21, 110:2
TORCZYNER [55] -
2:5, 4:4, 4:17, 4:19,
13:7, 13:9, 29:22,
30:11, 30:20, 30:24,
35:8, 35:10, 35:14,
35:17, 42:3, 42:5,
54:14, 54:22, 59:13,
59:17, 59:22, 60:3,
63:13, 63:15, 63:19,
65:22, 65:24, 70:17,
71:12, 76:1, 76:3,
84:19, 87:19, 88:4,
91:12, 93:15, 93:17,
104:23, 106:12,
112:16, 112:22,
119:24, 123:13,

138:7, 147:12,
147:18, 149:18,
154:11, 155:18,
159:20, 159:22,
164:10, 172:19,
173:16, 174:23
TORCZYNER............
..........PAGE [1] -
174:2
total [2] - 58:10, 75:13
touch [1] - 172:14
tour [11] - 18:18,
37:13, 52:2, 52:18,
54:1, 54:9, 57:2,
62:2, 76:12, 76:17,
81:2
tow [2] - 71:7, 72:20
toward [2] - 125:21,
166:7
towards [24] - 93:2,
107:7, 109:6, 113:9,
115:8, 115:12,
116:21, 117:10,
117:15, 118:1,
126:4, 126:15,
126:21, 126:22,
132:21, 133:5,
133:8, 141:21,
152:12, 153:4,
165:4, 165:15,
165:24, 167:8
towing [1] - 72:24
town [1] - 72:5
TPD [6] - 9:13, 28:20,
78:22, 167:24,
168:7, 168:10
traffic [20] - 11:19,
14:10, 22:19, 61:6,
61:7, 61:9, 61:18,
61:23, 63:2, 74:11,
89:20, 90:10, 90:14,
90:17, 90:22, 93:3,
98:1, 100:21,
101:17, 101:18
Traffic [1] - 14:12
train [1] - 52:12
trained [1] - 117:12
training [15] - 13:18,
14:5, 14:8, 14:11,
26:22, 27:1, 27:5,
27:10, 27:11, 27:24,
57:6, 57:11, 57:17,
58:16, 58:18
training's [1] - 57:7
transcript [2] - 175:7,
176:16
transcription [1] -
176:13
transfer [1] - 15:14
transmission [6] -

61:16, 61:17, 91:19,
94:21, 96:4, 98:7
transmissions [2] -
95:14, 95:19
transpired [1] - 166:17
transported [4] -
88:15, 88:18, 88:19,
160:22
trapped [1] - 138:16
traumatic [3] - 77:18,
77:19, 166:13
traveling [3] - 89:24,
99:15, 101:13
treat [3] - 145:8,
146:5, 171:23
treatment [1] - 88:16
trial [1] - 3:9
tried [4] - 95:21, 98:7,
98:9, 119:18
troopers [1] - 27:20
trouble [1] - 92:12
TROY [1] - 1:9
Troy [58] - 4:23, 4:24,
5:24, 7:6, 8:10,
11:11, 12:4, 12:7,
12:12, 15:6, 15:7,
15:11, 15:21, 15:24,
16:9, 17:4, 17:19,
18:19, 19:10, 22:11,
26:11, 26:14, 27:6,
27:15, 27:17, 31:16,
31:20, 32:15, 33:18,
34:11, 34:18, 34:22,
35:5, 35:19, 36:18,
37:1, 40:7, 43:8,
46:5, 48:13, 53:2,
53:19, 57:22, 69:15,
72:6, 72:10, 73:2,
73:14, 74:4, 82:13,
89:14, 89:17, 90:7,
157:16, 157:18,
171:20, 172:2,
174:14
truck [3] - 71:7, 72:21,
123:14
true [2] - 175:7,
176:13
truth [5] - 5:16,
166:20, 176:8, 176:9
try [7] - 56:14, 64:23,
107:20, 107:22,
117:21, 120:21,
139:11
trying [28] - 53:16,
112:1, 112:5,
118:16, 118:19,
119:7, 119:9,
119:15, 120:1,
120:6, 120:9,
120:17, 126:1,

133:20, 139:3,
139:7, 139:8, 139:9,
139:10, 139:20,
140:18, 149:15,
156:9, 156:15,
156:16, 156:17,
156:20, 164:10
Tuesday [6] - 19:22,
20:1, 20:6, 76:7,
76:14, 76:16, 76:17,
78:6
turn [17] - 94:4, 96:24,
97:1, 98:24, 99:17,
99:19, 99:21, 100:6,
100:23, 101:4,
101:6, 101:7,
102:12, 102:13,
158:21, 159:23,
170:4
turned [18] - 30:4,
54:17, 114:8, 114:9,
114:10, 114:11,
120:12, 125:23,
126:3, 126:15,
132:21, 133:6,
152:1, 163:14,
164:18, 165:1,
165:3, 165:7
turning [4] - 95:17,
96:7, 96:20, 105:12
twice [3] - 8:4, 27:13,
130:23
two [19] - 16:4, 40:6,
68:20, 72:14, 73:23,
79:15, 87:12, 93:5,
97:6, 99:4, 101:9,
101:21, 127:21,
127:22, 128:2,
130:10, 137:19,
144:21, 148:18
Two [1] - 174:16
two-door [2] - 127:21,
127:22
type [9] - 7:10, 23:2,
80:7, 80:8, 80:9,
81:4, 81:15, 82:9,
84:17
typed [6] - 64:17,
64:22, 80:4, 80:9,
80:15, 81:6
types [1] - 49:13
typewriter [1] - 81:4
typewritten [2] -
165:13, 176:12
typical [1] - 90:13
typing [2] - 80:14,
80:17

**U**

unable [1] - 157:22
unavailable [1] -
85:13
under [9] - 6:15,
22:22, 28:5, 28:12,
28:13, 30:8, 89:10,
139:7, 140:9
undergo [1] - 14:5
underneath [1] -
37:18
understood [1] -
154:20
unfortunately [1] -
121:18
uniform [3] - 12:3,
66:2, 151:16
union [6] - 44:18,
45:2, 45:4, 45:5,
45:8, 45:10
unit [3] - 23:1, 23:2,
150:6
UNITED [1] - 1:1
units [1] - 56:13
unlatched [1] - 109:1
unless [1] - 157:4
unmarked [8] - 53:2,
53:4, 55:10, 55:14,
161:17, 161:18
unwedged [1] - 140:3
up [45] - 29:23, 30:6,
44:17, 52:22, 54:15,
54:24, 60:20, 70:19,
77:17, 79:11, 98:15,
100:10, 103:19,
105:14, 107:12,
107:13, 109:6,
112:20, 116:8,
116:24, 117:14,
117:19, 117:24,
121:10, 127:7,
129:17, 135:18,
135:19, 138:8,
139:21, 141:4,
141:5, 142:17,
142:18, 142:19,
144:17, 145:12,
145:14, 146:7,
147:1, 147:10,
154:15, 161:14,
165:10, 168:20
upper [4] - 82:8,
110:1, 121:1, 159:5
UPR [1] - 66:1
urban [1] - 66:4
use-of-deadly [1] -
11:13
use-of-force [3] -
11:12, 11:18, 14:9

MATTHEW MONTANINO - 07/27/17

**uses** [1] - 18:20

**V**

**vacancy** [2] - 21:22, 22:2
**vacation** [3] - 21:4, 49:11, 65:3
**VAN** [1] - 25:18
**VanBramer** [12] - 25:14, 25:19, 25:24, 26:1, 26:10, 28:18, 78:1, 86:16, 146:23, 147:1, 151:10, 151:14
**vantage** [6] - 106:21, 107:3, 109:15, 118:18, 119:6, 150:9
**varies** [1] - 48:24
**various** [4] - 51:2, 65:3, 65:6, 89:7
**vary** [2] - 48:10, 73:23
**vehicle** [338] - 14:10, 53:1, 53:4, 61:12, 61:13, 61:14, 61:17, 61:19, 62:7, 62:9, 62:10, 62:12, 62:14, 62:17, 62:23, 63:10, 73:1, 89:20, 91:2, 91:5, 91:8, 91:22, 93:22, 94:2, 94:6, 94:8, 94:9, 94:11, 94:12, 94:14, 94:16, 94:24, 95:17, 96:6, 96:20, 96:21, 96:22, 97:2, 97:6, 97:7, 97:8, 98:6, 98:9, 98:10, 98:14, 98:20, 99:14, 99:17, 100:14, 100:15, 100:24, 101:4, 101:8, 101:10, 101:12, 102:1, 102:4, 102:7, 102:8, 102:11, 102:14, 102:15, 102:16, 102:23, 103:1, 103:10, 103:14, 103:19, 104:6, 105:3, 105:12, 105:13, 105:16, 105:22, 106:16, 106:17, 106:19, 106:20, 106:23, 106:24, 107:9, 107:10, 107:17, 107:21, 107:23, 108:1, 108:5, 108:6, 108:7, 108:8, 108:15, 109:3,

109:4, 109:5, 109:6, 109:7, 109:9, 109:11, 109:21, 110:1, 110:3, 110:7, 110:13, 110:17, 111:9, 111:12, 111:21, 112:10, 112:11, 112:14, 113:4, 113:6, 113:8, 113:9, 113:11, 113:12, 113:14, 113:15, 113:16, 113:18, 113:21, 113:23, 114:2, 114:7, 114:13, 114:15, 115:3, 115:5, 115:7, 115:9, 115:13, 115:17, 115:22, 115:23, 116:3, 116:4, 116:5, 116:8, 116:11, 116:14, 116:18, 116:21, 117:1, 117:9, 117:10, 117:13, 117:14, 117:15, 117:17, 117:22, 117:23, 117:24, 118:2, 118:6, 118:8, 118:9, 118:11, 118:16, 118:17, 118:20, 118:21, 118:23, 119:2, 119:7, 119:8, 119:15, 119:17, 119:19, 119:22, 119:23, 120:2, 120:9, 120:13, 120:14, 120:17, 120:21, 120:24, 121:4, 121:5, 121:12, 121:15, 121:19, 121:20, 122:1, 122:12, 122:13, 123:7, 123:22, 123:23, 124:1, 124:3, 124:6, 124:7, 124:8, 124:11, 124:15, 124:16, 124:17, 124:22, 124:24, 125:22, 125:23, 126:4, 126:15, 126:18, 126:20, 126:22, 127:3, 127:4, 127:5, 127:7, 127:9, 127:12, 127:13, 127:19, 127:24, 128:23, 129:1, 129:2, 129:6, 129:7, 129:13, 129:18, 130:8,

130:18, 130:20, 130:21, 131:6, 131:11, 131:22, 131:23, 132:5, 132:6, 132:9, 132:10, 132:13, 132:19, 133:5, 133:9, 133:17, 133:23, 134:8, 134:13, 134:14, 135:14, 135:16, 135:20, 136:11, 136:13, 136:14, 138:21, 139:17, 140:22, 142:14, 142:15, 142:16, 142:18, 142:19, 142:21, 143:7, 143:10, 143:12, 143:22, 144:6, 144:9, 144:18, 145:13, 145:15, 149:2, 149:4, 149:7, 149:14, 149:19, 149:20, 149:24, 150:5, 150:6, 150:8, 150:10, 150:16, 150:18, 152:9, 152:13, 152:16, 152:18, 152:21, 153:5, 153:16, 154:9, 154:16, 154:23, 156:8, 157:4, 158:24, 160:18, 161:1, 161:2, 161:4, 161:14, 161:17, 161:19, 161:21, 161:22, 161:24, 162:1, 163:14, 165:24, 167:2, 168:18, 168:19, 168:21, 168:23, 168:24, 169:1, 169:2, 169:11, 169:12, 170:17, 170:18, 171:1, 171:6, 171:7
**Vehicle** [4] - 14:12, 153:19, 154:1, 154:3
**vehicle's** [3] - 99:15, 112:5, 150:14
**vehicles** [14] - 62:22, 63:1, 63:5, 63:6, 97:6, 97:11, 107:16, 118:2, 119:1, 132:7, 137:19, 149:6, 155:10, 156:5
**verbal** [2] - 5:9, 5:10
**verify** [1] - 53:16

**version** [1] - 80:21
**vest** [1] - 128:14
**video** [14] - 104:24, 105:2, 105:5, 105:7, 105:8, 105:11, 105:15, 105:18, 105:20, 105:24, 106:2, 106:5, 106:7, 106:14
**videos** [1] - 104:21
**view** [3] - 115:21, 131:10, 154:3
**Village** [11] - 71:24, 72:1, 72:3, 72:6, 73:1, 73:6, 73:7, 73:9, 73:12, 73:15, 73:21
**villages** [1] - 72:10
**violation** [2] - 7:11, 90:19
**visit** [1] - 88:24
**visor** [2] - 111:3
**volley** [1] - 162:24
**volume** [1] - 30:1
**vouchered** [1] - 151:18

**W**

**waist** [3] - 115:19, 138:8, 138:11
**waistband** [1] - 171:16
**waived** [1] - 3:4
**wall** [4] - 112:14, 121:11, 123:14, 152:14
**warn** [1] - 122:22
**warrant** [1] - 49:2
**watch** [5] - 55:8, 119:1, 146:11, 146:15
**weapon** [31] - 14:11, 50:13, 50:18, 84:15, 86:1, 108:9, 108:11, 108:15, 109:13, 109:16, 109:21, 109:23, 114:16, 122:17, 122:20, 122:23, 125:17, 126:16, 126:21, 127:5, 133:7, 133:15, 134:6, 135:4, 136:7, 137:21, 165:9, 171:16, 172:4, 172:9, 172:10
**wearing** [2] - 128:14, 151:16
**Wednesday** [5] -

19:23, 20:2, 76:12, 76:14, 76:17
**week** [5] - 22:6, 40:21, 50:22, 73:23, 148:2
**weekend** [5] - 19:18, 20:4, 74:15, 74:17
**weekends** [1] - 74:16
**weeks** [2] - 9:18, 44:2
**welcome** [1] - 6:1
**west** [1] - 101:22
**westbound** [6] - 98:17, 98:21, 98:24, 99:6, 99:7, 101:15, 101:20, 103:17
**White** [17] - 34:3, 34:6, 34:7, 35:3, 36:15, 37:21, 39:2, 39:15, 39:19, 40:2, 46:18, 80:9, 80:14, 80:18, 105:6, 106:3
**White's** [1] - 80:10
**Whitehall** [1] - 88:20
**whole** [3] - 138:12, 146:21, 176:8
**wife** [2] - 1:2, 59:5
**wind** [1] - 135:18
**window** [5] - 103:6, 150:7, 165:10, 169:3, 169:5
**windows** [3] - 103:5, 116:3, 116:5
**winds** [4] - 135:19, 144:17, 145:12, 145:14
**windshield** [3] - 129:12, 129:14, 159:17
**withdrawn** [33] - 7:17, 14:1, 44:4, 45:19, 50:1, 60:23, 62:5, 64:20, 72:13, 81:24, 83:18, 85:23, 89:9, 94:7, 95:4, 101:24, 102:22, 105:19, 106:16, 109:19, 111:11, 118:7, 120:5, 120:16, 122:7, 123:5, 127:18, 129:4, 142:23, 143:14, 145:13, 148:7, 149:1
**WITNESS** [4] - 156:2, 173:6, 173:18, 174:1
**witness** [5] - 8:6, 80:11, 113:1, 174:12, 176:6
**Witness** [1] - 10:12
**witness's** [1] - 31:2
**wondering** [1] - 18:19
**wooden** [2] - 67:4,

MATTHEW MONTANINO - 07/27/17

67:10
word [2] - 77:19, 161:20
wording [1] - 92:22
words [4] - 92:19, 111:15, 123:1
work-related [1] - 7:5
works [1] - 24:5
worrying [1] - 139:7
wound [3] - 52:22, 60:20, 136:21
wrecks [1] - 121:18
write [1] - 80:24
writing [5] - 29:24, 30:7, 54:24, 70:20, 72:18
written [4] - 70:1, 92:21, 167:4, 167:6
wrote [1] - 167:2

**Y**

year [4] - 27:9, 27:13, 58:4, 58:5
yearly [1] - 28:7
years [3] - 58:11, 75:12, 75:14
yelled [1] - 130:23
yelling [17] - 110:10, 114:20, 114:22, 122:24, 123:3, 126:5, 127:6, 130:10, 131:19, 134:7, 135:2, 137:1, 161:11, 161:12, 161:13, 162:4, 163:6
yellow [1] - 38:13
YORK [2] - 1:1, 175:1
York [10] - 1:15, 1:17, 2:4, 2:10, 4:24, 13:14, 13:16, 16:9, 43:15, 176:5
young [2] - 5:11, 72:18
younger [1] - 71:8
yourself [10] - 16:11, 28:1, 32:4, 74:13, 75:20, 81:15, 83:10, 104:17, 145:15, 151:21

**Z**

Z.T [1] - 1:4
zero [1] - 125:6
Zone [18] - 13:21, 13:24, 14:2, 14:6, 21:19, 27:2, 56:11, 57:7, 57:9, 58:6, 58:8, 58:9, 65:14,

65:15, 65:19, 90:1, 90:8
zone [10] - 22:5, 22:6, 55:3, 56:10, 56:13, 65:5, 65:13, 65:20, 65:21, 89:7
zones [1] - 21:18
Zones [1] - 21:24

Volume II Montanino Continued Deposition is not referenced in the Motion and is marked
Confidential/Sealed therefore will not be included with these papers

1  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT COURT OF NEW YORK
2  ------------------------------------------------------------
   CINTHIA THEVENIN, individually, and as wife of
3  EDSON THEVENIN, Decedent, and as Administratrix of
   the Estate of EDSON THEVENIN, and as mother and
4  natural guardian of Infant N.T. and as mother and
   natural guardian of Infant Z.T.,
5                                    Plaintiffs,

6
            -against-                      Index No.
7                                 16-CV-1115(NAM/DJS)

8
   THE CITY OF TROY and SERGEANT RANDALL FRENCH,
9
                                   Defendants.
10 ------------------------------------------------------------

11         STENOGRAPHIC MINUTES OF DEPOSITION conducted of

12 DAVID DEAN, pursuant to Agreement, on the 14th day of

13 August, 2017, at the law offices of Fitzgerald Morris

14 Baker Firth, 16 Pearl Street, P.O. Box 2017, Glens Falls,

15 New York, commencing at 9:58 a.m.; before MICHELE

16 AMBROSINO, a Shorthand Reporter and Notary Public within

17 and for the State of New York.

18

19

20

21

22

23

24

2

```
 1     APPEARANCES:

 2     On behalf of Plaintiffs:

 3              HARFENIST KRAUT & PERLSTEIN, LLP
                3000 Marcus Avenue, Suite 11042
 4              Lake Success, New York 11042
                526.355.9612
 5
                BY:  NEIL TORCZYNER, ESQ.
 6                   Ntorczyner@hkplaw.com

 7
       On behalf of Defendants:
 8
                FITZGERALD MORRIS BAKER FIRTH
 9              16 Pearl Street
                P.O. Box 2017
10              Glens Falls, New York 12801
                518.745.1400
11
                BY:  JOHN D. ASPLAND, JR.
12                   Jda@fmbf.law.com

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1            IT IS HEREBY STIPULATED AND AGREED by and

 2      between the attorneys for the respective parties herein,

 3      that filing and sealing be and the same are hereby

 4      waived.

 5

 6

 7            IT IS FURTHER STIPULATED AND AGREED that all

 8      objections, except as to the form of the question, shall

 9      be reserved to the time of the trial.

10

11

12            IT IS FURTHER STIPULATED AND AGREED that the

13      within deposition may be signed and sworn to before any

14      officer authorized to administer an oath, with the same

15      force and effect as if signed and sworn to before the

16      Court.

17

18

19

20

21

22

23

24
```

```
 1                      DAVID DEAN,

 2               (first duly sworn by the Notary Public,

 3               was examined and testified as follows:)

 4               BY MR. TORCZYNER:  Before we start, by

 5     agreement of counsel, we're not seeking Officer Dean's

 6     home address.  We don't need your home address.  When you

 7     give your address, please give the address of the police

 8     department.  Should you leave the employ of the Troy

 9     Police Department, at that point we would ask for your

10     last known address so that we could serve if we needed to

11     bring you in to testify at trial.  But other than that,

12     as long you stay employed by the City of Troy, we don't

13     need your home address or personal information in this

14     record.

15               So stipulated?

16               MR. ASPLAND:  Yes.

17               MR. TORCZYNER:  Thank you.

18               EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

19     BY MR. TORCZYNER:

20       Q.   Good morning.

21       A.   Good morning.

22       Q.   My name is Neil Torczyner.  I'm an attorney with

23            the firm of Harfenist Kraut & Perlstein.  We

24            represent, along with Hach & Rose, the plaintiffs
```

DAVID DEAN - 08/14/17

1    in a lawsuit against the City of Troy and

2    Sergeant Randall French.

3        I'm going to be asking you some questions

4    this morning.  It's important that you keep your

5    voice up, as the young lady seated to your

6    immediate left cannot take down shrugs of the

7    shoulders or nods of the head, and needs to be

8    able to hear all of your answers, so please keep

9    them verbal.

10        If at any point you don't understand the

11    question that I'm asking you, let me know,

12    because we're going to assume that the question

13    was understood and the answer that you gave

14    accurately answered that question.

15        So again, if you don't understand, just let

16    one of us know.  As you know, John's seated to

17    your right.  He's the attorney representing the

18    defendants.  If at any time point you'd like to

19    speak to him, feel free to do so, except while

20    there's a question pending.  If you need a break,

21    go to the bathroom, get another bottle of water,

22    or answer a phone from your wife, whatever it is,

23    just let us know.  Of course, we'll accommodate,

24    just not while there's a question pending.

DAVID DEAN - 08/14/17

1              Do you understand those instructions as I've

2        given them to you?

3   A.   Yes.

4   Q.   Are you under the influence of anything that

5        would prevent you from understanding the

6        questions I'm asking and giving answers to those

7        questions?

8   A.   No.

9   Q.   Have you testified before in any capacity?

10  A.   Yes.

11  Q.   Have you testified in court?

12  A.   Yes.

13  Q.   In civil matters or criminal matters or both?

14  A.   Criminal, and I have had a previous deposition

15       for civil.

16  Q.   Okay.  So you've had a deposition, which was

17       where I was going beyond court.

18              Were you a party to that lawsuit?

19  A.   Yes.

20  Q.   Was that within in your capacity as an employee

21       in the City of Troy?

22  A.   No.

23  Q.   Was that in any capacity as a police officer?

24  A.   No.

──DAVID DEAN - 08/14/17──

```
 1   Q.   We don't want any information on that then.
 2             Did you review any documents before you came
 3        here to testify today?
 4   A.   No.
 5   Q.   Other than conversations with learned counsel,
 6        have you had conversations with anyone prior to
 7        testifying today about your testimony?
 8   A.   No.
 9   Q.   Are you aware that Randy French has testified
10        already?
11   A.   Yes.
12   Q.   How are you aware that Randy French has
13        testified?
14   A.   Captain Montanino had mentioned when himself and
15        Randy had testified, that it was a very long
16        time.
17   Q.   I'll let you know that you're not going to be
18        testifying as long as either Randy --
19   A.   I hope so.
20   Q.   -- or Sergeant Montanino.
21   A.   That would be nice.  Thank you.
22   Q.   I can't tell you that you're going to be done in
23        five minutes, but you're certainly not going to
24        be five hours.
```

8

—————DAVID DEAN - 08/14/17—————

1            Are you aware of anything about the

2       testimony given by Sergeant Montanino and/or

3       Randy French?

4  A.    No.

5  Q.    You have a duty officer that knows you're here to

6       testify; right?

7  A.    No.  Not necessarily, no.

8  Q.    Were you assigned by someone from the police

9       department to come here?

10  A.   No, I got an email from --

11  Q.   Counsel?

12  A.   Yes, their office.  I don't need to run it by

13       anybody.

14  Q.   I guess it just depends on the police department

15       that you're with.  Most of them have personnel

16       that it has to be run by them.

17  A.   I believe that the assistant chief was CC'd on

18       the email.  But as far as me having to make a

19       notification, I do not.

20  Q.   I'm not going to ask for production of the email.

21       We'll just leave that between you and John.

22            Are you currently employed?

23  A.   Yes.

24  Q.   And who are you employed by?

9

DAVID DEAN - 08/14/17

1    A.   City of Troy Police Department.

2    Q.   And how long have you been employed by the City

3         of Troy Police Department?

4    A.   About nine years.

5    Q.   Did you have to take a civil service test before

6         you joined the City of Troy Police Department?

7    A.   Yes.

8    Q.   How many times did you take that test?

9    A.   I took it twice, but I got hired off the first

10        one.

11   Q.   It was just that you were waiting for your turn

12        on the list?

13   A.   There was a lapse, yes.  They gave the new test

14        before the old test had expired.

15   Q.   What's your current title?

16   A.   Patrolman.

17   Q.   Have you had any other titles within your employ

18        with the City of Troy Police Department?

19   A.   No.

20   Q.   Were you ever a member of any other public safety

21        agency prior to joining the City of Troy Police

22        Department?

23   A.   As far as police officer, no.

24   Q.   Did you have some other public safety work?

DAVID DEAN - 08/14/17

1    A.   I worked public safety for Russell Sage College.

2    Q.   Are you allowed to carry a firearm as part of

3         that job?

4    A.   Yes.

5    Q.   Did you join Russell Sage College before or after

6         you became employed by the City of Troy?

7    A.   After.

8    Q.   Did you have to go through Zone 5 as part of your

9         training with the City of Troy?

10   A.   I did.

11   Q.   What time period did you do the Zone 5?

12   A.   I believe I was hired July 15th of 2007, I

13        believe, and it's 26 weeks from that.

14   Q.   Over the first 26 weeks that's when you did your

15        Zone 5?

16   A.   First 26 weeks, yes.

17   Q.   Do you have any certifications in relation to

18        your job with the Troy Police Department?

19   A.   Yes.

20   Q.   What certification do you hold?

21   A.   Several.  There's field training officer.  I am

22        certified for drug testing, field sobriety tests.

23        There's several.  I'm sure there's a bunch I'm

24        missing.

11

DAVID DEAN - 08/14/17

1    Q.   Have you taken CPR?

2    A.   I did in the academy, and I have once since then

3         about maybe a year-and-a-half ago.  Maybe not

4         quite that long.  Maybe a year.

5    Q.   Certifications in radar?

6    A.   Yes.

7    Q.   Any other certifications that you can think of?

8    A.   Nothing that springs to my mind currently,

9         although I'm sure there are more.

10   Q.   If I were to talk about the date April 17th,

11        2016, and I were to mention Edson Thevenin, would

12        you know what happened on that date involving

13        Edson Thevenin?

14   A.   Yes.

15   Q.   So if we speak generally about April 17th, 2016,

16        you will know what I'm speaking of; correct?

17   A.   Yes.

18   Q.   Were you working for the City of Troy Police

19        Department on duty on April 17th, 2016?

20   A.   Yes.

21   Q.   And which shift did you work that day?

22   A.   The midnight shift from 11:30 p.m. to 7:30 a.m.

23   Q.   So you were one of the early people --

24   A.   Yes.

─DAVID DEAN - 08/14/17─

```
 1    Q.    -- as opposed to the lates that come on at
 2          midnight?
 3    A.    Correct.
 4    Q.    And that midnight shift has a nickname, first
 5          platoon, something of that nature?
 6    A.    Yes.  First platoon, yes.
 7    Q.    For how long had you been working that midnight
 8          shift prior to April of 2016?
 9    A.    My entire career I've been on midnights.
10    Q.    So since you started with the police department
11          nine, ten years ago you've been on the first
12          platoon?
13    A.    With the exception of field training where I
14          moved from shift to shift, yes.
15    Q.    On April 17th, 2016, do you remember going to
16          roll call?
17    A.    Not specifically, no.
18    Q.    Do you remember who were the superior officers
19          who were actually on duty on April 17th, 2016?
20    A.    I know that Sergeant French was my direct
21          supervisor.  Beyond that, no.
22    Q.    You mentioned Captain Montanino.  Do you remember
23          him being on duty that night?
24    A.    Yes.  Yes, I do.
```

—DAVID DEAN - 08/14/17—

```
1    Q.   So he would have been Sergeant French's direct
2         supervisor as well; correct?
3    A.   Yes.
4    Q.   Did you have any officers that were training
5         under you as a field training officer on the
6         night of April 17th, 2016?
7    A.   No.
8    Q.   Do you remember which car you were assigned to
9         that night?
10   A.   I believe 62, Vehicle 62.
11   Q.   Were you riding alone, or was there somebody
12        riding with you?
13   A.   Alone.
14   Q.   When did you become a field training officer?
15   A.   I'd say three to four years ago.
16   Q.   That April 17th, 2016, if I were to mention a
17        rotation of ons-and-offs, do you know where that
18        sat in your schedule of on-and-off days?
19   A.   No, I would have look at a schedule.
20   Q.   Do you actually have something at home that would
21        give that schedule?
22   A.   I actually keep it in my phone.
23            MR. TORCZYNER:  Counsel, you okay if he
24        checks his phone?
```

14

─────DAVID DEAN - 08/14/17─────

1          MR. ASPLAND:  To see what days he was on and

2     off that week?

3          MR. TORCZYNER:  Yeah.

4          MR. ASPLAND:  Sure.

5   A.   April; right?

6          MR. ASPLAND:  Yeah.

7   A.   So I would have been off Thursday, the 14th.

8     Worked the 15th, 16th, 17th, and 18th.

9   Q.   That is all I needed.  Thank you.  So this

10    midnight tour where you came on at 11:30 when it

11    was still April 16th, that wasn't the first day

12    of your shift?

13  A.   No.

14  Q.   So we had spoken generically about Edson Thevenin

15    and the events that took place on April 17th,

16    2016.  After the traffic stop, which resulted in

17    Edson Thevenin's death, had concluded, did you

18    discuss your role in coming to the scene with

19    anyone employed by the Troy Police Department?

20  A.   Yes.

21  Q.   Who did you discuss that with?

22  A.   There were detectives.  Detective Sergeant White

23    and Sergeant Bornt were the detectives I spoke

24    to, and formally that was really it.

───── DAVID DEAN - 08/14/17 ─────

1    Q.   Okay.  Are sergeant -- we'll, break this down.

2           Is Sergeant White a detective sergeant, or

3        is he in the detective's bureau?

4    A.   Yes.  They're are both detective sergeants.  Yes,

5        they're both detective sergeants.

6    Q.   And neither of them are assigned to your platoon;

7        correct?

8    A.   Correct.

9    Q.   How long after you left the scene of the traffic

10       stop on April 17th, 2016, did you talk to

11       Sergeant White; was it the same day?

12   A.   No.  It was -- I'm not sure how long had passed.

13       I was -- Sergeant Bornt and -- had requested that

14       I do an additional report following that meeting.

15       That would have the date of when I spoke with

16       them, but I couldn't tell you if it was -- I

17       would like to say within a week.

18   Q.   Did you always talk to both of them about this

19       event together, or did you ever talk to them

20       separately?

21   A.   I don't remember.  I remember being upstairs in

22       the detective's office.  I do remember them both

23       being there at one time.  I can't remember if

24       there was a time when I only spoke with one them.

─DAVID DEAN - 08/14/17─

1    Q.    Okay.  So we'll get to your reports.  We'll mark

2          them, and we'll talk a little bit about the

3          reports you did.

4              Was it more than that one meeting after you

5          did your report where you met with them, or was

6          there another meeting beyond that?

7    A.    No, there was, I believe -- I believe I met with

8          them.  I went and did my report and brought it

9          back to them.

10   Q.    Okay.

11   A.    I just can't remember if they were both there

12         when I brought it back.  That's what I'm having

13         an issue with.  It was one meeting though.

14   Q.    Did you ever talk with anyone from the Troy

15         Districts Attorney's Office or more specifically

16         the Rensselaer County District Attorney's office?

17   A.    Yes.

18   Q.    Was that before or after your meeting with

19         Sergeant White and Sergeant Bornt?

20   A.    I don't recall.

21   Q.    Did you have more than one meeting with a member

22         of the district attorney's office?

23   A.    Yes, I believe I had two.

24   Q.    Did you ever testify before a grand jury?

—— DAVID DEAN - 08/14/17 ——

1   A.   Yes.

2   Q.   Did you testify before a grand jury in connection

3        with what happened with Edson Thevenin?

4   A.   Yes.

5   Q.   Were your conversations with the Rensselaer

6        County District Attorney's Office all prior to

7        that testimony before the grand jury, or were

8        some after?

9   A.   All prior.

10  Q.   Do you remember who you met with from that

11       district attorney's office?

12  A.   Yes, Joel Abelove.

13  Q.   I don't know if I asked this question already,

14       but if I did -- was the first meeting with Joel

15       Abelove before or after your last meeting with

16       Sergeants Bornt and White?

17  A.   I'm not sure when it was in correlation to that

18       meeting.

19  Q.   What do you recall about the meeting with Joel

20       Abelove?

21  A.   Nothing specific.  Just going through the

22       standard questions of what was going to go on for

23       grand jury, the standard run through series of

24       events.

─── DAVID DEAN - 08/14/17 ───

1  Q.   You had testified before a grand jury before?

2  A.   Yes.

3  Q.   So sometimes when you testify before a grand jury

4       the grand jurors themselves ask you questions or

5       submit questions.  Do you recall whether you were

6       asked any questions during your grand jury

7       testimony?

8  A.   I don't recall.

9  Q.   How long did you testify for?

10 A.   I also don't recall exactly.  I don't remember it

11      being exceedingly long.

12 Q.   Was it over one day, or more than one day?

13 A.   It was one day, yes.

14 Q.   And who was questioning you?

15 A.   Mr. Abelove.

16 Q.   Were you given a promise of anything in exchange

17      for your testimony?

18 A.   No.

19 Q.   Did anyone mention immunity in connection with

20      your testimony?

21 A.   No.

22 Q.   Did anyone mention waiver to you in connection

23      with your testimony?

24 A.   No.

19

—————— DAVID DEAN - 08/14/17 ——————

1  Q.  Did you ever speak with any members of any other

2      law enforcement agency in connection with the

3      events of April 17th, 2016, involving

4      Edson Thevenin?

5  A.  No.

6  Q.  Did you ever speak with anyone from the New York

7      State Attorney General's Office about the events

8      of April 17th, 2016?

9  A.  No.

10 Q.  Do you know who the mayor is of Troy?

11 A.  Yes.

12 Q.  Who was the mayor in April 17th, 2016?

13 A.  Trying to think of when it changed.  I believe it

14     was Lou Rosamilia.

15 Q.  I'm sorry?

16 A.  Lou Rosamilia.  I'm trying to think.  Or is it

17     the current mayor, Patrick Madden?  I'm not sure,

18     I guess, to tell you the truth.  I'm not sure

19     when the election cycle is.  It was in that area

20     of when we changed.

21 Q.  Do you remember speaking with the mayor about the

22     events that took place on April 17th, 2016?

23 A.  No.

24 Q.  How about the chief of the police department, who

DAVID DEAN - 08/14/17

1              was that on April 17th, 2016?

2       A.    The chief is John Tedesco.

3       Q.    Did you talk to him about those events?

4       A.    No.

5       Q.    Okay.  So April 17th, 2016, you got Chief

6              Tedesco.  And who's underneath him?

7       A.    Directly underneath him is Chief McAvoy.

8              MR. TORCZYNER:  Can we go off one second.

9              (An off-the-record discussion was held.)

10    BY MR. TORCZYNER:

11      Q.    Did you ever speak with Chief McAvoy about events

12             of April 17th, 2016, involving Edson Thevenin?

13      A.    No.

14      Q.    Okay.  When you were working first platoon, which

15             station were you working out of?

16      A.    Central Station.

17      Q.    You had mentioned Car 62, is the car that you

18             thought you were assigned to, is that your

19             regular car?

20      A.    Yes.

21      Q.    Is that car assigned to any particular sector?

22      A.    Zone 2.

23      Q.    And what are the geographical boundaries of Zone

24             2?

DAVID DEAN - 08/14/17

1    A.    They're basically Hoosick Street to Ferry Street,

2          the river, to Lake Street.

3    Q.    So if I were to ask you as far as square miles,

4          would you be able to --

5    A.    No.

6    Q.    Okay.  Were you the only car assigned to Zone 2

7          on first platoon?

8    A.    No.

9    Q.    Which other cars were assigned to Zone 2?

10   A.    I don't know which physical car, but my partner

11         -- my call assign would be 201, my partner would

12         be 202.

13   Q.    Who would be 202?

14   A.    Officer Parker.

15   Q.    I'm going to show you now a document, and I'd ask

16         you just to take a look at only the first page

17         that was previously marked French 1.  Actually,

18         it's the first platoon daily sheet for April

19         17th, 2016.

20              Have you ever seen this before?

21   A.    Possibly, yeah.

22   Q.    So you see where you're listed as Car 62 in

23         Sector 201?

24   A.    Yes.

─────── DAVID DEAN - 08/14/17 ───────

1   Q.   And it indicates 06 for the vehicle number with

2        202 for Parker?

3   A.   Yes.

4   Q.   What's the UPR mean?

5   A.   Urban patrol rifle.

6   Q.   So that's what you were assigned to your vehicle?

7   A.   Yes.  It means I have one in my vehicle, yes.

8   Q.   And the call numbers that are 101 and 102 for

9        zone assignments --

10  A.   Yes.

11  Q.   -- that's the different sector for South Station?

12           MR. ASPLAND:  Central Station.

13  Q.   Central Station.

14  A.   Yeah.  We all work out of the same station, and,

15       yes.  Correct.  The first number in each zone

16       indicates the zone that they are in.

17  Q.   And what does 3s mean?

18  A.   So the 3 would be Zone 3.  These 103 would just

19       be an extra car within that zone, so if there's

20       was -- say there was a bunch car larcenies

21       overnight, the night before, and we had an extra

22       guy that wasn't in zone, they may make up a 103

23       spot to have three cars in that area to watch out

24       for whatever problem they're having.

23

DAVID DEAN - 08/14/17

```
1    Q.   And what are the 4s?

2    A.   The 4s here are just Zone 4.  The city is divided

3         into four zones.  There's two vehicles standard

4         per zone.

5    Q.   During a daytime shift, I guess, would it be

6         second flat?

7    A.   Yes.

8    Q.   Is it also the same number of vehicles per zone,

9         or is there more?

10   A.   Same.  That's our minimum manning is eight.

11        Anything else would be extra.

12   Q.   And it doesn't matter what time of day?

13   A.   Correct.

14   Q.   Nobody does highway stops; right?

15   A.   No.

16   Q.   Thank you.  Did you ever work with Sergeant

17        Montanino prior to that night?

18   A.   Captain Montanino?

19   Q.   Thank you.

20   A.   Yes.  Prior to being promoted to captain he was

21        my direct supervisor for the entire time I was on

22        midnights.  So I've worked with him for nine

23        years in one capacity or another.

24   Q.   He was your supervisor, but it was a different
```

24

DAVID DEAN - 08/14/17

1     level?

2  A.  He was my sergeant until he was promoted.

3  Q.  Did you ever take the sergeant's test yourself?

4  A.  I did.

5  Q.  Are you on the list?

6  A.  I am.

7  Q.  Good for you.  How about Randy French, has he

8     ever been your sergeant prior to April 17th,

9     2016?

10  A.  He was my sergeant for, I want to say that was a

11     second bid on midnights, so about a

12     year-and-a-half prior to that in that area.

13  Q.  Do you remember seeing Randy French at roll call

14     that night?

15  A.  Yes.  I mean -- I guess, no.  Not specifically,

16     no.  This is something I do five nights a week.

17  Q.  So this is as good a point as any just to review

18     the instructions for a minute.  You've been a

19     police officer for nine years.  You've always

20     worked midnights.  If I were to ask you if you

21     had breakfast that morning, you'd probably say

22     yes, but you don't have an actual recollection of

23     having that morning a year-plus later.

24          I'm not asking you to answer questions based

| | |
|---|---|
| 1 | on what you think. I'm asking you to answer |
| 2 | questions based on what you know. So when I |
| 3 | asked you if you went to roll call that night, |
| 4 | you weren't sure. Here, I'm asking you if you |
| 5 | saw Randy French at roll call that night. If you |
| 6 | recall seeing him, then give me a yes, and we'll |
| 7 | talk about it. If you don't recall, just let me |
| 8 | know. |
| 9 | A. I'm sorry, I do not. |
| 10 | Q. Do you socialize with Randy French outside of the |
| 11 | police department? |
| 12 | A. Yes. |
| 13 | Q. Ever go to pistol ranges or gun ranges with Randy |
| 14 | French? |
| 15 | A. Only the city gun range at our biannual |
| 16 | qualification. |
| 17 | Q. Qualification and certifications? |
| 18 | A. Certification, yes. |
| 19 | Q. Right. |
| 20 | A. Yes. |
| 21 | Q. How about Sergeant Montanino, you ever socialize |
| 22 | with him outside of work? |
| 23 | A. Yes. |
| 24 | Q. Do you know his spouse? |

─── DAVID DEAN - 08/14/17 ───

1    A.   Yes.

2    Q.   Randy French, do you know his spouse?

3    A.   Yes.

4    Q.   So we've been mentioning Edson Thevenin.  Do you

5         know who Edson Thevenin was?

6    A.   Yes.

7    Q.   Edson Thevenin was the person who was in this

8         traffic stop who was shot and passed away that

9         evening or early morning.

10   A.   Yes.

11   Q.   Had you ever met Edson Thevenin prior to

12        April 17th, 2016?

13   A.   Not that I'm aware of.

14   Q.   Had you ever of heard Edson Thevenin prior to

15        April 17th, 2016?

16   A.   No.

17   Q.   When was the first time that you heard about the

18        vehicle, which you later learned was being driven

19        by Edson Thevenin?

20   A.   When Sergeant French called out on the traffic

21        stop with it.

22   Q.   Okay.  What do you recall about that call?

23   A.   Very little.  I recall that we were all dealing

24        with an issue in Lansingburgh, the majority of

1       the patrol officers.  Sergeant French stopped a

2       car.

3              We continued to deal with what we were

4       dealing with in Lansingburgh, and then radio

5       transmissions started to come over the air

6       indicating that Sergeant French needed help.  I

7       don't remember specifically what, other than the

8       transmissions specifically saying, He tried to

9       run me over.

10  Q.  All right.  What was the issue in Lansingburgh?

11  A.  Just a large house party we were trying to

12      disburse.

13  Q.  This came through a 911 call, or something else?

14  A.  I don't recall how it came in.

15  Q.  Who got assigned out to the house party?

16  A.  I don't know.  I know it was in Zone 4.  But I

17      don't know if Zone 4 was busy.  Zone 3 could have

18      been dispatched to it.  I'm not sure how it

19      worked out.

20  Q.  You had mentioned, We had all got assigned out to

21      Lansingburgh.  How many people were there --

22      withdrawn.

23              How many officers were there?

24  A.  Probably six of us or seven of us.

─── DAVID DEAN - 08/14/17 ───

1    Q.   To disburse one house party?

2    A.   It was a large group.

3    Q.   You said it was a large house party.  I didn't

4         think it was a large house; I figured it was a

5         large party.

6    A.   Large party, yes.  Large group at the party.  We

7         were trying figure out whose house it was, figure

8         out what was going on.

9    Q.   Do you know when you got sent out to that call to

10        the house party?

11   A.   I don't.

12   Q.   Do you have anything that would refresh your

13        recollection?

14   A.   I didn't complete any paperwork on that.  It

15        would have to be in shy of the radio

16        transmissions.

17   Q.   Did you ever see a listing of the radio

18        transmissions after the fact?

19   A.   I have not.

20   Q.   Did you ever hear of the radio transmissions

21        after the fact?

22   A.   I don't believe so.

23   Q.   You ever hear of Phil Gross?

24   A.   I've heard the name.

—————DAVID DEAN - 08/14/17—————

1    Q.    Okay.  Are you aware that Phil Gross took a cell

2           phone video pursuant of what took place that

3           night?

4    A.    Yes.

5    Q.    Did you see that video?

6    A.    Yes.

7    Q.    Who showed it to you?

8    A.    Sergeant Bornt and White.

9    Q.    Why?

10    A.    They were trying to ask me if I could recollect

11           how I got from one side of the vehicle -- or one

12           side of Mr. Thevenin's vehicle to the other side

13           of Mr. Thevenin's vehicle.

14    Q.    Did you see yourself in the video?

15    A.    I did.

16           (An off-the-record discussion was held.)

17  BY MR. TORCZYNER:

18    Q.    Had you taken a meal break yet at the time you

19           went on this call?

20    A.    No.

21    Q.    So you heard the radio call that French had

22           stopped a car?

23    A.    Yes.

24    Q.    Did you have your radio on your belt at that

─── DAVID DEAN - 08/14/17 ───

1          point?

2     A.   Yes.

3     Q.   At that point you were in the middle of

4          disbursing the house party; right?

5     A.   Yes.

6     Q.   Do you have recollection sitting here today of

7          hearing the call that French had stopped a car,

8          or was that something that you read that tells

9          you that you said that?

10    A.   No, I do remember it.

11    Q.   What do remember about it?

12    A.   Nothing specifically other than kind of thinking,

13         I wish I wasn't as far -- I wish I was able to

14         leave here to go and back him up, which I wasn't

15         at the time.  That's why I remember it.

16    Q.   Do you generally back up your sergeant on a DWI

17         stop?

18    A.   I back up anybody who pulls a car over in my zone

19         regardless of who it is.

20    Q.   Is that something that you're supposed to do, or

21         that's just something of a personal

22         responsibility thing?

23    A.   It's just -- I don't know that it's something not

24         written anywhere.  It's just a safety thing, I

─────── DAVID DEAN - 08/14/17 ───────

1      guess.  We try do it as much possible.  If we're

2      available, we do it.

3   Q.   Okay.  If another car in your zone had already

4      gone to Sergeant French, would you have still

5      wanted to have gone?

6   A.   If it was in my zone, that would lend to where

7      it's more personal preference.  I like to be --

8      anything that's going on in my zone I like to

9      know.  I like to --

10  Q.   Do you bid on that zone, or you just get randomly

11      assigned to it, or they just know you like it but

12      it's not a bid process, or something else?

13  A.   I bid on it yearly.  We bid once a year, so I'm

14      always that same exact number.

15  Q.   So you bid on the platoon and you bid on the

16      zone?

17  A.   Yes.

18  Q.   So you heard him say that he stopped the car, and

19      you continued with this disbursal?

20  A.   Yes.

21  Q.   About how much time passed after you heard him

22      say he stopped the car until the next time you

23      heard a transmission from him?

24  A.   I don't remember.

──────── DAVID DEAN - 08/14/17 ────────

1   Q.   Did you say to anybody in this Zone 4

2        Lansingburgh house party, You know, I need to go

3        back up my sarge, I got to get out of here?

4   A.   No, because I was kind of hanging back, watching

5        the overall disbursal as opposed to -- there were

6        officers trying to figure out, ascertain who

7        lived there, who was responsible for the place.

8        I was just kind of hanging back, just making sure

9        as they were leaving, everything was nice, nobody

10       was --

11  Q.   Nobody getting in the car drunk?

12  A.   That, nobody causing any damage, everybody was

13       leaving, no fighting.  So I was kind of hanging

14       back until at some point somebody asked, they did

15       finally locate an owner or occupant, and somebody

16       asked me if I had a ticket on me, a uniform

17       appearance ticket for city ordinance.

18  Q.   For having too many people there or noise?

19  A.   Noise violation, yes.

20  Q.   It was either one or the other?

21  A.   Noise violation.  So I got that.

22  Q.   Nobody under age?

23  A.   Not that we saw, no.  With six officers and 120

24       people it's hard to check everybody's ID, but we

——————DAVID DEAN - 08/14/17——————

1        do the best we can.

2   Q.   Okay.  And you heard the next call from Sergeant

3        French, what do you recall about that next call?

4   A.   I remember being surprised because I -- and,

5        again, I haven't listened to the radio

6        transmissions to see if it was something I

7        misheard or something I didn't hear, but I was

8        under the impression that Sergeant French had

9        cleared that traffic stop.

10            So when I started hearing the radio calls of

11       Sergeant French, I actually said -- I think my

12       partner, Officer Parker at the time, I said like,

13       Is that Sergeant French?  Where is he?  Because I

14       thought he had cleared and stopped at something

15       else that I'd missed.  So he said no.  He said

16       that the traffic stop --

17  Q.   What did you hear that prompted you to say, I

18       thought he cleared that call?

19  A.   I don't remember specifically what it was.  I

20       think something along the lines of Sergeant

21       French saying, I need a little help here.  I need

22       help here.  Something along those lines.  Not

23       specifically that, but something along that.

24  Q.   Do you know what OC is?

─DAVID DEAN - 08/14/17─

1    A.   Yes.

2    Q.   Carry it on your belt often?

3    A.   Yes.

4    Q.   Did you hear Sergeant French say that he used OC?

5    A.   Not that I recall.

6    Q.   So you said something to your partner that you

7         thought it was cleared.  What did he say to you?

8    A.   He said, I thought he was on that traffic stop.

9    Q.   Okay.  As this point are you still hanging back

10        or are you heading to your car or something else?

11   A.   At this point I'm just waiting to get my ticket

12        book back from the officer I had given it to.

13   Q.   Who did you give it to?

14   A.   Officer Fitch.  When the more -- when the radio

15        transmissions came over, whatever they were,

16        indicated Sergeant French was in trouble, I got

17        in the car and left without my ticket book.

18   Q.   I heard you say something or you testified that

19        you heard him say, He tried to run me over?

20   A.   Yes.

21   Q.   To your knowledge, did -- withdrawn.

22        Did Sergeant French ever tell you that

23        Thevenin had tried to run him over?

24   A.   The way I recall it, is I heard it over the

35

DAVID DEAN - 08/14/17

```
 1           radio.
 2      Q.   You've already given your testimony about what
 3           you heard over the radio.  I'm talking about
 4           after the fact.
 5      A.   After the fact, not that I can specifically
 6           recall, no.
 7      Q.   Did you talk to Sergeant French after the traffic
 8           stop ended that resulted in the death of
 9           Edson Thevenin?
10      A.   Yes.
11      Q.   What did you talk to him about?
12      A.   I was trying -- I was the one that transported
13           him to the hospital.  I was trying to get a feel
14           for what he thought his injuries were.  I was
15           trying to get his mind off of his injuries.
16                I remember actually -- it must have been
17           from dragging Sergeant French from the car, I got
18           pepper spray on me or OC.  And when I finally got
19           in the car and started driving, I kind of did one
20           of these (indicating) and felt the -- or brushed
21           my arm against my head, and I could feel the burn
22           of the OC.  And I remember saying, like not
23           giggling, but like, Hey, so you had to pepper
24           spray him; right?  Because I had gotten it on me.
```

─ DAVID DEAN - 08/14/17 ─

1          That is when I had learned that shots were

2     fired.  And in response to my trying to lighten

3     the situation, get his mind off the injuries, he

4     said, Yeah.  I had to shoot him.  I said, You

5     did?  I did not know at that point.  He said,

6     Yeah.  He said, I didn't have a choice.

7  Q.  Okay.  I'd like to actually get back to that

8     conversation.  It's a little out of order for

9     where we're going with this, so just keep that in

10    the back of your head.

11 A.  Sure.

12 Q.  But I would like to talk to you about it.

13          After you heard, Tried to run me over, where

14    did you go?

15 A.  I went towards 6th and Hoosick.

16 Q.  Which route did you drive to take 6th and

17    Hoosick?

18 A.  Well, the location of where they were started

19    changing as I was driving, but I came south on

20    River Street.  The address of the party was an

21    address on 2nd Avenue.  So I came south from 2nd

22    Avenue, which turns into River Street, and then

23    at this point they are saying they are on the

24    bridge.

—DAVID DEAN - 08/14/17—

1    Q.   Which bridge is that?

2    A.   That was what I tried to get over the radio to

3         make sure we were talking about the Collar City

4         Bridge.  And I don't know whether somebody

5         answered me or not, but that was the closest

6         bridge.  So I went up Jay Street, got on the

7         on-ramp, and when I got to the Collar City Bridge

8         I saw that they were east of where the on-ramp

9         meets.

10   Q.   So we'll get into what you saw.  But who was

11        giving you the instructions as far as where they

12        were?

13   A.   I don't remember.

14   Q.   So you go east on the bridge, and you said you

15        saw them.  What exactly is the "them" that you

16        saw?

17   A.   I saw Sergeant French's car, Mr. Thevenin's car,

18        and Captain Montanino's car.

19   Q.   Were you heading in the correct lane of traffic

20        on the bridge when you saw those cars?

21   A.   I was until I saw the cars, then I went the wrong

22        way.

23   Q.   So when you were in the correct lane of traffic,

24        which direction were you driving on the bridge?

───DAVID DEAN - 08/14/17───

1    A.   West.

2    Q.   You were west in the westbound lane?

3    A.   Yes.

4    Q.   About how long after you got on the bridge did

5         you see those three cars?

6    A.   As soon as the lanes started to merge I could see

7         the lights and cars.

8    Q.   Which car was closest to you?

9    A.   Sergeant French's.

10   Q.   And Sergeant French's car was positioned in which

11        way; was it parallel to the cement median on the

12        left side, perpendicular to it, at an angle?

13   A.   It was at an angle.

14   Q.   Was Sergeant French in his vehicle at that point?

15   A.   No.

16   Q.   Were his lights on?

17   A.   Yes.

18   Q.   When I say "lights," I need to be more specific.

19        You have lights, like headlights, and lights like

20        red lights that come on top of the car,

21        multi-colored lights.  Which lights were on?

22   A.   I don't know about headlights, but the emergency

23        lights I believe were on.

24   Q.   How many lanes of traffic is eastbound at that

DAVID DEAN - 08/14/17

1          point of the bridge?

2     A.   I believe two.

3     Q.   Was Sergeant French's car blocking both lanes of

4          traffic eastbound on the bridge?

5     A.   No.

6     Q.   So which lane of traffic was it blocking?

7     A.   The southern-most lane.

8     Q.   The southern-most lane?  The lanes are going east

9          and west.  Are you talking about towards the

10         median; is that what you mean by southern-most?

11    A.   Yeah, you could put it that way, towards --

12    Q.   Okay.  So if you're driving eastbound, it's the

13         left lane that he's blocking?

14    A.   No.  If you're driving eastbound, it would be the

15         right lane.

16    Q.   Okay.  He was going -- his car was in the

17         westbound lane of traffic?

18    A.   Both lanes are westbound.

19    Q.   Okay.

20    A.   He was in -- if you were westbound on the road,

21         he would be in the left-most lane against the

22         jersey barriers for medians.

23    Q.   And the right lane was not occupied by his car?

24    A.   No, I don't believe so.  I believe I was parked

———DAVID DEAN - 08/14/17———

1              in the right lane.

2      Q.    Was his car parallel to the jersey barrier, to

3              use the term you used?

4      A.    No, it was at an angle to it.

5      Q.    But even though it was at an angle, it wasn't

6              blocking any other lanes; it was just in one

7              lane?

8      A.    Well, there's a significant shoulder beyond the

9              lane.

10     Q.    Okay.

11     A.    Probably half the vehicle was on that shoulder,

12             and then some of it in the actual driving lane

13             leaving another driving lane and another

14             significant shoulder on the other side.

15     Q.    And at that point was Edson Thevenin's vehicle in

16             contact with Sergeant French's car when you first

17             saw it?

18     A.    Yes.

19     Q.    Which part of Sergeant French's car was in

20             contact with it?

21     A.    The way I recall, it was the area just behind or

22             in the area of the rear driver's side door,

23             slash, quarter panel, in that area.

24     Q.    Sergeant French's car was a four-door car?

─DAVID DEAN - 08/14/17─

1   A.   Yes.

2   Q.   Okay.  When you say "the rear driver's side

3        door," are you talking the passenger door?

4   A.   Yes, the passenger door on -- the rear passenger

5        door on the driver's side.

6   Q.   So when you first see Thevenin car it's in

7        contact with the rear or the passenger door on

8        the driver's side of the vehicle, and then the

9        rear quarter panel beyond that on his vehicle?

10  A.   Well, that area, yes.  Like I said, I don't know

11       specifically whether it was the door or the

12       quarter panel, but that was the area, yes.

13  Q.   At this point where was Sergeant Montanino's car

14       when you saw Thevenin's vehicle in contact with

15       those portions of Sergeant French's car?

16  A.   Behind Mr. Thevenin's car.

17  Q.   Was it in contact with Mr. Thevenin's car?

18  A.   No.

19  Q.   Was it parallel with the jersey barrier, or was

20       it also at an angle?

21  A.   Parallel.

22  Q.   And Thevenin's car, was it parallel with the

23       jersey barrier although in contact with French's

24       car, or was it at an angle?

——DAVID DEAN - 08/14/17——

1    A.   It was at an angle.

2    Q.   How much of an angle?

3    A.   I don't know.

4    Q.   So you're pulling your car and you're driving

5         towards Sergeant French's car as it's sitting at

6         this somewhat of an angle in the median and into

7         that travel lane.  Are you hearing Sergeant

8         French speak at this point?

9    A.   Once I got out, yes.

10   Q.   Before you got out did you hear Sergeant French?

11   A.   No.

12   Q.   Do you recall hearing anything on the radio at

13        that point?

14   A.   No.

15   Q.   Were your windows open or closed, if you

16        remember?

17   A.   I don't.

18   Q.   Were you talking on the radio to say you were

19        responding?

20   A.   I don't remember.  I know I was trying to ask

21        questions, I don't know whether they got over it

22        or not.

23   Q.   Did you hear Sergeant Montanino giving

24        play-by-play?

───────DAVID DEAN - 08/14/17───────

1    A.    Yes.

2    Q.    What do you recall hearing Sergeant Montanino

3          saying?

4    A.    Well, now that I think about it, I believe he was

5          the one that said they were on the bridge.

6    Q.    Okay.  And that's when you said you wanted to

7          figure out if it was Collar City?

8    A.    Collar City or westbound, eastbound, which side,

9          you know, did I want to go up the ramp like I

10         did, or should I be going through.  There's -- I

11         don't know if you're familiar with it, but

12         there's two sections of that highway divided by a

13         road that you can drive through underneath.  So

14         it was important where I was coming from to get

15         there efficiently to know which side of the

16         bridge they were on.

17   Q.    Do you know what time you left where you were

18         coming from at the Lansingburgh party?

19   A.    I don't.

20   Q.    Do you know what time you stopped your car on the

21         bridge?

22   A.    I don't.

23   Q.    Some point around the middle of your shift?

24   A.    Without looking, I couldn't even tell you what

─DAVID DEAN - 08/14/17─

1          time.

2     Q.   Okay.  At some point we'll get to the reports

3          that you filled out; we'll see if that refreshes

4          your recollection about time.

5               Okay.  So you're now pulling your car, and

6          did you eventually park your car?

7     A.   Yes.

8     Q.   And position-wise, are you parallel to the jersey

9          barrier or at an angle or something else?

10    A.   Parallel.

11    Q.   About how far from Sergeant French's car were you

12         when you stopped your car?

13    A.   I'm not sure exactly.

14    Q.   Did you ever hear gunshots that night?

15    A.   I did not.

16    Q.   So you stopped your car, and you don't remember

17         if the windows were open; correct?

18    A.   I don't.

19    Q.   So after you stopped your car you got out of your

20         car?

21    A.   Yes.

22    Q.   Through the driver's door?

23    A.   Yes.

24    Q.   At this point you're basically facing against

—— DAVID DEAN - 08/14/17 ——

1       traffic; correct?

2   A.  Yes.

3   Q.  What happens next after you get out of your

4       driver's door?

5   A.  I ran around my vehicle towards the scene of the

6       vehicles.

7   Q.  Well, if your vehicle is facing theirs, why would

8       you be running around your vehicle?

9   A.  My vehicle was next to theirs, so I was getting

10      -- they were on the -- of the two lanes, they

11      were on the south side.  My driver's side door

12      would have been on the north side.

13  Q.  So you were to the left, I guess, as you were

14      driving; correct?

15          MR. ASPLAND:  To the left of what?

16  A.  Yeah, to the --

17  Q.  If there were two lanes of traffic, you would be

18      in the left lane of traffic; correct?

19  A.  If you were going the wrong way, yes.

20  Q.  But that's the way you were driving; right?

21  A.  Yes.

22  Q.  Okay.  So you were in the left lane when you

23      stopped your car?

24  A.  Yes.

—DAVID DEAN - 08/14/17—

1    Q.    So you got out of your door.  And when you say

2          you went around your car, did you go around

3          towards the back and around the other side, or

4          you went some other way?

5    A.    I'm not sure.  I don't know if I went around the

6          front or around the back, but I know that I had

7          to get around.

8    Q.    Okay.  So after you get around the car, what did

9          you see?

10   A.    I saw Sergeant French pinned between his vehicle

11         and Mr. Thevenin's vehicle.  I saw Captain

12         Montanino on the driver's side of Mr. Thevenin's

13         vehicle.  That's what I saw.

14   Q.    Which part of Sergeant French's vehicle is in

15         contact with his own vehicle?

16              MR. ASPLAND:  I'm sorry?

17   A.    Yeah, sorry.

18   Q.    You said Sergeant French was pinned between

19         Thevenin's vehicle and his own car?

20   A.    Yes.

21   Q.    Which part of Sergeant French's vehicle was he

22         pinned against?

23   A.    The same area that I spoke of before, by the rear

24         passenger driver's side door and quarter panel.

──── DAVID DEAN - 08/14/17 ────

1    Q.    Sergeant French conscious at this point?

2    A.    Yes.

3    Q.    Which part of Sergeant French's body was in

4          contact with the Thevenin vehicle?

5    A.    I found out later that it was his --

6    Q.    I don't want to know about later.  I want to know

7          what you saw.

8    A.    What I saw?

9    Q.    Yes.

10   A.    If I had to guess, at the time I thought his hip

11         area, lower torso was pinned.

12   Q.    Okay.  Which hip, or was it both?

13   A.    Both.

14   Q.    So both hips are in contact with -- the back of

15         his hips are in contact with his vehicle?

16   A.    Yes.

17   Q.    And the front of his hips or pelvis is in contact

18         with the Thevenin vehicle?

19   A.    Yes.

20   Q.    Conscious the whole time, as far as you can see;

21         correct?

22   A.    Yes.

23   Q.    Was he saying anything at this point?

24   A.    He was screaming for us to please get the

─── DAVID DEAN - 08/14/17 ───

| | | |
|---|---|---|
| 1 | | vehicles, please move the vehicle off of him. |
| 2 | Q. | Was he actually saying "please"? |
| 3 | A. | I think at one point he did, actually. |
| 4 | Q. | And did you see a driver inside Thevenin's |
| 5 | | vehicle at this point? |
| 6 | A. | No. |
| 7 | Q. | And you said you saw Sergeant Montanino by the |
| 8 | | driver's side door of Thevenin's vehicle? |
| 9 | A. | Yes. |
| 10 | Q. | What was Sergeant Montanino doing? |
| 11 | A. | He was standing there yelling at the driver, what |
| 12 | | I thought -- the way -- I don't know exactly what |
| 13 | | he was doing.  What I inferred from what I saw is |
| 14 | | that he was actively yelling at this driver to |
| 15 | | get out of the vehicle. |
| 16 | Q. | At this point you couldn't see the driver at all? |
| 17 | A. | Correct. |
| 18 | Q. | Was the windshield tinted on Thevenin's vehicle? |
| 19 | A. | Not that I can recall. |
| 20 | Q. | You just didn't see him? |
| 21 | A. | Right. |
| 22 | Q. | So you see Sergeant Montanino -- Captain |
| 23 | | Montanino by the driver's side door, you see |
| 24 | | Randy French.  Do you see any other police |

```
 1          officers at this point?

 2     A.   No.

 3     Q.   Any civilians?

 4     A.   No.

 5     Q.   So what do you do after you come around your car

 6          and hear Randy French say, Please get this car

 7          off of me?

 8     A.   I walk between Mr. Thevenin's car and

 9          Captain Montanino's car around to where Captain

10          Montanino is standing near the driver's side door

11          of Mr. Thevenin's door.

12     Q.   You were able to fit in that area?

13     A.   Yes.

14     Q.   Do you hear the tires spinning on Thevenin's car?

15     A.   No.

16     Q.   Do you hear the engine racing?

17     A.   No.

18     Q.   Was Thevenin's car on at that point?

19     A.   I cannot say.

20     Q.   What did you do next?

21     A.   When I got over to the driver's side I saw that

22          Mr. Thevenin was on the ground facedown.

23     Q.   Was he moving?

24     A.   Yes.
```

DAVID DEAN - 08/14/17

1    Q.   Was he bleeding?

2    A.   Not that I saw.

3    Q.   Was he making any sounds?

4    A.   Not that I heard.

5    Q.   What was he doing that you said he was moving?

6    A.   His arm, forearm, hand areas were moving.

7    Q.   Both hands?

8    A.   Not that I recall now.  I only remember one

9         moving.

10   Q.   Which one?

11   A.   I guess it would be the right.

12   Q.   Did he have anything in his hands?

13   A.   No.

14   Q.   At that point you had not heard anything about

15        shots fired?

16   A.   No.

17   Q.   Even over the radio?

18   A.   No.

19   Q.   Did you see Thevenin exit his vehicle?

20   A.   No.

21   Q.   Do you know if Mr. Thevenin was ejected from his

22        vehicle?

23   A.   No, I don't.  I don't know.

24   Q.   How tall are you?

—DAVID DEAN - 08/14/17—

1    A.    Five-ten.

2    Q.    Thevenin's on the ground.  When you see him on

3          the ground, did he appear to be taller than you?

4    A.    I have no idea.

5    Q.    Was he flat on his stomach or was he curled or

6          something else?

7    A.    Flat on his stomach.

8    Q.    So what did you do next?

9    A.    I inferred that he -- his hand movements led me

10         to believe that he was either grabbing after

11         Captain Montanino's leg or attempting to get up.

12         The way that he was positioned on the ground is

13         exactly the way that -- if we're going to order

14         somebody out of the vehicle, is exactly how we

15         would position somebody.

16   Q.    Okay.

17   A.    I ordered him to stop moving, stop moving, keep

18         your hands where they are, keep your hands where

19         they are.  His hand continued to move.

20   Q.    Was his hand moving on the ground, up in the air,

21         something else?

22   A.    Kind of up in the air.

23   Q.    Whole arm or just from the elbow or something

24         else?

1    A.   More from the elbow forward.

2    Q.   So from the elbow his hand is reaching up?

3    A.   Yes.

4    Q.   It's his right hand, you said?

5    A.   Yes.

6    Q.   You still couldn't see his face at this point?

7    A.   Could not.

8    Q.   Didn't see any blood?

9    A.   Nope.

10   Q.   Didn't hear him say anything?

11   A.   No.

12   Q.   Okay.  So you instructed him to stop moving.  And

13        did he respond to you in any way?

14   A.   No.

15   Q.   Sirens still going on?

16   A.   Yes.

17   Q.   Loud?

18   A.   Yes.

19   Q.   Did you have a thought that he couldn't hear you?

20   A.   No.

21   Q.   So after you told him to stop moving and he

22        continued to move his hands, what did you do

23        next?

24   A.   As I said before, my -- the way that

———— DAVID DEAN - 08/14/17 ————

1        Captain Montanino was over near that area, I

2        assumed that the driver was still in the vehicle

3        even though I did not see him.  On the way

4        through I got my collapsible baton out, in which

5        in my head I'm going to go wrap it around this

6        guy and drag him out of the car so we can get the

7        car moved back, you know, once this guy is out.

8            When he doesn't move, I swing the baton

9        towards him.  I couldn't tell you where I hit

10       him.  The movement in hand -- hands stopped, and

11       that was it.

12    Q.   How close was the hand to Sergeant Montanino --

13       or Captain Montanino's leg?

14    A.   It was touching his pant leg.

15    Q.   So Thevenin has contact with Captain Montanino's

16       leg?

17    A.   Yes.

18    Q.   Which part of his leg?

19    A.   His -- I'm sorry, his pant leg.  Not his physical

20       leg.  His pant --

21    Q.   Okay.  Which -- the pant leg is on his pants;

22       right?  Not off?

23    A.   Right.

24    Q.   Which part of the leg is the pant leg on?  Ankle?

─── DAVID DEAN - 08/14/17 ───

1    A.   By his ankle, yes.  Yes.  By his ankle, yes.

2    Q.   Is Sergeant Montanino saying anything to

3         Thevenin?

4    A.   I don't recall what he was saying.

5    Q.   So you fully expended your baton?

6    A.   Yes.

7    Q.   And then you struck Thevenin, but you don't know

8         where?

9    A.   I do not.

10   Q.   How many times?

11   A.   Once.

12   Q.   And after you struck him once, then the hand

13        stopped moving?

14   A.   Yes.

15   Q.   Did you say anything to him after that?

16   A.   Don't move.

17   Q.   Did you cuff him?

18   A.   I did not.

19   Q.   What did you do next?

20   A.   I was closest to the driver's side, the driver

21        area of Sergeant French's car.  At this point

22        there were other officers there.  I made my way

23        over to Sergeant French's vehicle, got in the

24        driver's seat thinking that I was going to have

DAVID DEAN - 08/14/17

1      enough room to maneuver away from Mr. Thevenin's

2      vehicle and release Sergeant French from being

3      stuck.

4           I got in, looked and saw where I was,

5      realized that it wasn't going -- the angles

6      weren't going to work.  It was just going to

7      either crush him further or slide him one way or

8      another, so I got back.  At that point somebody

9      was screaming to, Let's just pick the car up.

10     We'll just pick the car up and move it.

11          So a bunch of us grabbed the car, we moved

12     it.  As soon as it started to move, I jumped over

13     the hood and grabbed Sergeant French and dragged

14     him from in between the two cars.

15   Q.   Did you check Sergeant French for any kind of

16     injury before you started to move his car?

17   A.   No.

18   Q.   How close was Thevenin on the ground to

19     Sergeant French's car?

20   A.   I don't know.  I'm not sure.

21   Q.   Less than a foot?

22   A.   No.  To Sergeant French's car?

23   Q.   Yes.

24   A.   No, I would say closer to -- if I had to put an

──── DAVID DEAN - 08/14/17 ────

1           area on it, from five to ten feet.

2     Q.    Is Thevenin along the driver's side of his car,

3           or he's further back along his car?

4     A.    Driver's side.

5     Q.    Driver's side.  Is it a four-door or two-door; do

6           you remember?

7     A.    I don't.

8     Q.    But his hands are out, they're reaching up from

9           the ground towards the pant leg.  Are they past

10          the front driver's side wheel of the car?

11    A.    No.

12    Q.    So he's further back?

13    A.    Driver's side door was open; he was to the rear

14          of that.

15    Q.    His hands were to the rear of that?

16    A.    Yes.

17    Q.    And the rest of his body was further back than

18          that?

19               MR. ASPLAND:  Just note objection to form.

20               MR. TORCZYNER:  Sure.

21    A.    I don't recall which way he was facing.  I don't

22          know whether his -- I don't know whether his feet

23          were under the car or towards the wheel or the

24          back or the front.  I'm not sure.

DAVID DEAN - 08/14/17                    57

1    Q.    As you're standing over Thevenin and giving him
2          instructions to put his hand down or stop moving,
3          are you facing him on the ground, or are you
4          alongside him?
5    A.    I don't remember.  I'm not sure.
6    Q.    Are you right- or left-hand dominant?
7    A.    Right.
8    Q.    Which hand did you swing the baton with?
9    A.    I would have to look back at my paperwork.  I'm
10         not sure.
11   Q.    Were you crouching when you swung the baton, or
12         were you standing?
13   A.    Standing.
14   Q.    Other than Thevenin's hand, was there any part of
15         his body that was off of the ground when you
16         swung the baton?
17   A.    Not that I recall.
18   Q.    Did you see Thevenin's eyes before you swung the
19         baton?
20   A.    No.
21   Q.    Which way was Thevenin's head?
22   A.    Facedown.
23   Q.    So when he's grasping, he can't even see what
24         he's grasping at; right?

─ DAVID DEAN - 08/14/17 ─

1    A.   Right.

2    Q.   Okay.  When you entered Randy French's car, did

3         you enter through the driver door or passenger

4         door?

5    A.   Driver.

6    Q.   Were the keys in the car?

7    A.   I don't remember.

8    Q.   How long did you sit in the car for?

9    A.   It was quick.  Maybe five or six seconds, got in,

10        realized it wasn't going to work, got out.

11   Q.   Who said to move the car off of him?

12   A.   The way I recall it, Officer Marble was the one

13        who was trying to get everybody to do that.

14   Q.   And what did you do after you heard Officer

15        Marble say, Let's move the car off of him?

16   A.   I grabbed the car.

17   Q.   Which part?

18   A.   The front bumper.

19   Q.   And this is the front bumper.  When you say "the

20        car," that's Thevenin's car; right?

21   A.   Yes, sir.

22   Q.   Was Thevenin still moving at this point?

23   A.   I'm not in a position to see him at this point.

24   Q.   You have your hands underneath the bumper?

──────── DAVID DEAN - 08/14/17 ────────

1    A.   Not sure exactly where they were.

2    Q.   Did you try to pick it up or did you try to push

3         it back or something else?

4    A.   A little bit of both.

5    Q.   Is there anybody sitting in the driver's seat at

6         this point?

7    A.   Not that I recall.

8    Q.   Did somebody try to put the car in neutral, to

9         your recollection, or reverse?

10   A.   No, not that I'm -- not that I'm aware of.

11   Q.   How many people are trying to move that car?

12   A.   All I could tell you for sure is that there's

13        three of us: myself, my partner Officer Parker,

14        and Officer Marble were all there for sure.

15        That's all, a hundred percent, I know.

16   Q.   We talked before about Phil Gross.  Do you

17        remember seeing Phil Gross trying to move the

18        car?

19   A.   I do not.

20   Q.   Were you able to move the car together with your

21        other two officers?

22   A.   Yes.

23   Q.   About how much did you move the car in distance?

24   A.   Just enough to get him loose.  I would say no

─────DAVID DEAN - 08/14/17─────

1          more a than foot.

2     Q.   And after Randy French gets loose, as you use

3          that term, does he fall on the ground, or

4          something else?

5     A.   I don't remember exactly what happened to him.  I

6          know that I jumped -- I jumped over the hood of

7          the car and grabbed him by the top of his uniform

8          and dragged him further away, but I don't know if

9          he just fell when we moved it or if there was

10         somebody else over -- I'm not sure.

11    Q.   Was he walking when you dragged him, or was he

12         being dragged?

13    A.   No, we dragged him.

14    Q.   Who else is "we"?

15    A.   Me and Officer Parker.  His shoelaces were cut --

16         were caught on the -- some part of the vehicle.

17    Q.   "The vehicle," meaning Thevenin's vehicle?

18    A.   Yes.  Somebody asked for a knife.  I think I gave

19         them my knife.  They cut the shoelaces.  Then my

20         vehicle was right there parallel to -- basically

21         in between where we were, to put him in the back,

22         and drove away.

23    Q.   Was Randy French walking under his own power to

24         get into your car or did you physically have to

———DAVID DEAN - 08/14/17———

 1              pick him up and put him in your car or something

 2              else?

 3     A.       We, myself and Officer Parker, kind of acted as

 4              his crutches, and we kind of -- he sort of

 5              hobbled, slash, we picked him up and stuffed him

 6              in.

 7     Q.       And at no point did he lose consciousness;

 8              correct?

 9     A.       No.

10     Q.       At the time that you and Officer Parker put Randy

11              French in your car, was anyone attending to

12              Thevenin?

13     A.       There -- I couldn't say.

14     Q.       You couldn't say because you couldn't identify

15              who was there, or you have no recollection of

16              seeing it?

17     A.       I couldn't say because once I moved on from the

18              driver's side door of the Thevenin's vehicle, my

19              view of -- one, my view of what was going on over

20              there was obstructed.  I knew that there were --

21              there were other officers behind me who were

22              taking over that area of responsibility, and I

23              didn't really look that way again, to tell you

24              the truth.

─────DAVID DEAN - 08/14/17─────

```
 1    Q.   Did anyone else go with you and Sergeant French
 2         when you left the Collar City Bridge?
 3    A.   No.
 4    Q.   So Officer Parker was not in your car with you;
 5         correct?
 6    A.   Correct.
 7    Q.   Where did you go when you left the Collar City
 8         Bridge?
 9    A.   I turned around, facing west, and got on 787,
10         went to Albany Med.
11    Q.   That's New Scotland Avenue, or that's a different
12         hospital?
13    A.   Correct.  New Scotland Avenue, I believe.  I'm
14         not familiar with Albany Med.
15    Q.   Why did you choose Albany Med?
16    A.   We're told from the academy on if you ever have
17         an issue with an officer to bring him to Albany
18         Med.
19    Q.   Is it a Level 1 trauma center?
20    A.   Yes.
21    Q.   That's probably why?
22    A.   It's engrained in me.  If there's a SWAT team
23         activation or anything like that near the
24         ambulance car, it's just go, face towards Albany
```

—DAVID DEAN - 08/14/17—

1         Med, and go.  So that's where I went.

2   Q.  Did you radio to Albany Med that you were coming?

3   A.  I radioed to dispatch to make that notification.

4   Q.  What did you radio to dispatch?

5   A.  Just that I had -- I don't know whether I said

6       112 or Sergeant French, and that we were headed

7       to Albany Med.

8   Q.  And did you say that they needed to have any kind

9       of special people on-site, people that needed to

10      be ready?

11  A.  No.

12  Q.  Had you ever transported to Albany Med before?

13  A.  No.

14  Q.  Did anyone offer to sit in the back with

15      Sergeant French?

16  A.  No.

17  Q.  Was Sergeant French sitting up, lying down,

18      something else?

19  A.  Somewhere in between, from what I recall.

20  Q.  The in between, was it butt in the seat?

21  A.  I think he was -- I say in between.  I think he

22      was kind of laying down when we put him in there.

23      And then I think once he settled down a little

24      bit he kind of inched up and was sitting.

————DAVID DEAN - 08/14/17————

1    Q.    How long did it take to get from the bridge to

2          Albany Med?

3    A.    I don't know.

4    Q.    How long does it usually take at 3 in the

5          morning?

6    A.    I mean, probably six minutes.  Somewhere in

7          there.

8              MR. TORCZYNER:  Off the record for a minute.

9              (An off-the-record discussion was held.)

10   BY MR. TORCZYNER:

11   Q.    Did you go into the hospital with

12         Sergeant French?

13   A.    Yes.

14   Q.    At what time did you get to the hospital; do you

15         know?

16   A.    I don't.

17   Q.    How long did you stay at the hospital for?

18   A.    Couple hours.  I don't know specifically.  It was

19         a little bit.

20   Q.    Were you with Sergeant French in the treatment

21         room?

22   A.    Some of the time, yes.

23   Q.    What else were you doing there?

24   A.    I collected all of his clothing, equipment.  I --

1      that was about it.  I notified the PBA president.

2      And just updated people to his condition as I got

3      updates.  That was about it.

4   Q.  Was there OC on his uniform?

5   A.  Yes.

6   Q.  You noticed OC on his uniform?

7   A.  I noticed it because I touched his uniform and

8      touched --

9   Q.  You mentioned that you got OC on your hand, but

10     I'm asking you if you noticed OC on his uniform.

11  A.  No.  I guess, no.  Not specifically, no.

12  Q.  Is it possible that the OC that you got on you

13     could have been from the canister puncturing at

14     some point?

15  A.  I suppose.

16  Q.  Do you know that you got OC on you from his

17     uniform?

18  A.  No, I just assumed because it was only on my

19     hands, and he was the only one I had touched.

20  Q.  Okay.  Let's start talking about those reports.

21     I'm going to show you a couple of documents that

22     we're going to mark as Dean, and then we'll have

23     a number after that.  It's meant as a

24     disrespectful way.  But we're using your name and

─────DAVID DEAN - 08/14/17─────

1              a number as opposed to Officer Dean or something

2              like that.  That's just the way we identify

3              exhibits.

4        A.    No problem.

5              (Plaintiffs' Dean Exhibits 1, 2, and 3 were

6              marked for identification.)

7        Q.    All right.  I show you now a document that's

8              marked as Dean 1.  Take a look at it, and let me

9              know when you're done.

10       A.    Okay.

11       Q.    So this is a report indicating it's TPD 120,

12             which is a standard Troy Police Department

13             report; correct?

14       A.    Yes.

15       Q.    And it has a signature underneath, D. Dean 7696.

16             Is that your signature?

17       A.    Yes.

18       Q.    Did you prepare this report?

19       A.    Yes.

20       Q.    Where were you when you prepared this report?

21       A.    Police station.

22       Q.    Was anyone with you when you prepared this

23             report?

24       A.    There were several people around.  Nobody was

—DAVID DEAN - 08/14/17—

```
 1          assisting me.
 2     Q.   Did you have any written notes that you used in
 3          order to prepare this report?
 4     A.   No.
 5     Q.   So this report was from your recollection?
 6     A.   Yes.
 7     Q.   Do you know what time it was when you typed this
 8          report?
 9     A.   No.
10     Q.   It indicates the date of the report is April 17,
11          2016?
12     A.   Yes.
13     Q.   And it's signed off by a sergeant whose name I
14          can't read.  Do you know which sergeant that is?
15     A.   Appears to be Keler.
16     Q.   Was Sergeant Keler on duty on April 17th, 2016?
17     A.   He would have started at 7 a.m. that morning.
18     Q.   So he's the second platoon sergeant?
19     A.   Yes.  One of the them, yes, second.
20     Q.   Had you already returned from the hospital when
21          you filled out this report?
22     A.   Yes.
23     Q.   Did you go back to the hospital again after you
24          filled out this report?
```

——————DAVID DEAN - 08/14/17——————

1    A.    No.

2    Q.    It's a type of original report 32.05, what does

3          that mean?

4    A.    That's the DCJS number for New York standard

5          incident report.

6    Q.    Okay.  So this is not the standard incident; this

7          is something else?

8    A.    This is a supplemental to that report.  Although

9          I didn't have it at the time, that would be the

10         -- that's our general standard incident report

11         that goes to the media that -- all that stuff.

12   Q.    Did someone ask you to fill out this report?

13   A.    No.

14   Q.    How did you know there already was a different

15         standard report?

16   A.    I didn't.  I just made the assumption that there

17         was going to be one, and this was going to be a

18         supplemental to that report.  Whether it had been

19         filled out or not, or ultimately this was going

20         to be an attachment of that report.  At some

21         point whether eventually or not it was going to

22         be completed.

23   Q.    You mentioned before that you had been contacted

24         by Sergeants White and/or Bornt around the time

────────────── DAVID DEAN - 08/14/17 ──────────────

1            that you did another written report?

2     A.    Yes.

3     Q.    I'm going to show now a document that's marked

4           Dean 2.  Let me know if this is the other report.

5     A.    Yes.

6     Q.    Did you in fact sign the other report?

7     A.    Doesn't looks like I did.

8     Q.    But you filled this report on or about April

9           21st, 2016?

10    A.    Yes.

11    Q.    This second report, which is marked as Dean 2,

12          indicate -- you know what, can you read the

13          first.  Do you mind?

14    A.    "At the request of Sergeant White and Sergeant

15          Bornt, I am clarifying my previous TPD 120

16          originated on 4/17/2016."

17    Q.    So going back to Document 1, which is still in

18          front of you, which part of the Dean 1 is being

19          clarified, which sentence or sentences?

20    A.    I guess it would be, "I headed over to the

21          driver's side of the suspect vehicle or where

22          Captain Montanino was and the suspect was

23          grabbing at Captain Montanino's legs, clarifying

24          my route to how I got there.

DAVID DEAN - 08/14/17

1   Q.   Who asked you to clarify that route?

2   A.   Sergeant White and Sergeant Bornt.

3   Q.   Why?

4   A.   I got -- I wasn't told why exactly.  I made an

5        inference of why, but I wasn't told why.

6   Q.   Well, if you have belief as to why, please tell

7        me.

8   A.   It was my understanding that they were trying to

9        confirm whether Captain Montanino's vehicle was

10       up against Mr. Thevenin's vehicle, or if there

11       was an area in between.

12  Q.   Okay.  But you were coming from the other side

13       anyway; correct?  You weren't coming around

14       Montanino's vehicle to get to Thevenin's car;

15       correct?

16  A.   Well, that was their question.

17  Q.   I'm asking you:  You were not coming around it;

18       right?

19  A.   No, I did not.  But when they asked me, I didn't

20       know.  That is what they asked me:  How did you

21       get from your patrol vehicle to the driver's side

22       of Mr. Thevenin's car?  They said, Did you go

23       around in between the two cars, or did you go

24       around the rear of Captain Montanino's car?

DAVID DEAN - 08/14/17

1    Q.   And you answered them what?

2    A.   I didn't know.

3    Q.   Okay.  As we sit here today, you testified that

4         you went in between, not around; correct?

5    A.   Yes.

6    Q.   There's also something here about -- can you read

7         out loud the last sentence in Dean 2 where it

8         begins "also."

9    A.   "Also, I approximate that suspect vehicle was

10        moved about six inches backwards from TPD Vehicle

11        30 -- Sergeant French."

12    Q.   Away from TPD vehicle; right?

13    A.   Yes.

14    Q.   And was this something else they asked you to put

15        in?

16    A.   I don't recall.  I don't recall.

17    Q.   Had you already spoken to the district attorney's

18        office or to the district attorney himself even

19        before you prepared this report?

20    A.   I don't know.  I'm not sure of the order of that.

21    Q.   Do you know which day you testified before the

22        grand jury?

23    A.   I don't.

24    Q.   Okay.  April 17th was a Sunday; right?

─────DAVID DEAN - 08/14/17─────

```
 1    A.    Yes.

 2    Q.    You had looked at it on your phone in order to

 3          clarify it?

 4    A.    Yes.

 5    Q.    April 21st then would have been Thursday;

 6          correct?

 7    A.    Yes.

 8    Q.    Do you know which day you testified before the

 9          grand jury?

10    A.    I do not.

11    Q.    Let's take a look please Dean 3.  Take a look at

12          it, and let me know when you're done.

13              MR. TORCZYNER:  Off the record.

14              (An off-the-record discussion was held.)

15  BY MR. TORCZYNER:

16    Q.    So I had asked you to take a look at the document

17          marked Dean Exhibit 3, and you looked it over and

18          took a quick break for the facilities.

19              Do you see on the page of the document

20          marked page 3 of 5, that there's a circle on the

21          back of suspect?

22    A.    Yes.

23    Q.    Who drew that?

24    A.    I did.
```

─DAVID DEAN - 08/14/17─

1    Q.   Does that refresh your recollection as far as

2         where you struck Mr. Thevenin with the baton?

3    A.   No.

4    Q.   Do you remember drawing the circle?

5    A.   Yes.

6    Q.   But you just don't remember, as we sit here

7         today, that that's where you struck him?

8    A.   I mean, it's a big area.  I don't know.  You

9         know, I don't know specifically, no.

10   Q.   You're right.  I mean, the area extends from

11        midway down the back of his head to almost

12        two-thirds of the way down his back and both of

13        his shoulders.

14   A.   Exactly.

15   Q.   So somewhere in this circle is the area where you

16        made the contact?

17   A.   Yes.

18   Q.   It says suspect factors on page 2?

19   A.   Yes.

20   Q.   You see it indicates Mr. Thevenin was six-two,

21        255?

22   A.   Yes.

23   Q.   Where did you get that information from?

24   A.   I don't know.  I believe Sergeant McMahon had

DAVID DEAN - 08/14/17

1        given me the information, the name of

2        Mr. Thevenin, and I don't know where I got that

3        from.

4   Q.   Okay.   There is an indication there, verbal

5        commands, on page 319, the same page that has

6        six-two, 255.   Do you see that?

7   A.   Yes.

8   Q.   What verbal commands did you give?

9   A.   Stop moving.

10  Q.   Were the verbal commands before or after you

11       struck him with the baton?

12  A.   Before and after.   Before and after.

13  Q.   If you gave verbal commands without using a

14       baton, would you be filling this report to

15       resistance report?

16  A.   No, probably not.

17  Q.   If you turn please to the page that's been marked

18       321 at the bottom, and I'll represent to you that

19       these numbers are provided by the lawyers, so you

20       don't have worry about what the numbers means for

21       significance.   It's just to let us read it.

22       There's a signature there on the bottom.   Is that

23       your signature?

24  A.   Yes.

——DAVID DEAN - 08/14/17——

```
1    Q.   Do you normally sign PT something Dean?

2    A.   PTLM, yes.

3    Q.   Do you normally sign Patrolman Dean?

4    A.   Generally, yes.

5    Q.   It's dated April 21, 2016.  Do you see that?

6    A.   Yes.

7    Q.   Is that you who dated that?

8    A.   Yes.

9    Q.   Did you prepare this before or after the

10        supplemental report that's Number 2?

11   A.   I don't recall.

12   Q.   Did you fill out this report that's Dean 3 before

13        or after you spoke with Sergeant White?

14   A.   I don't know.  It was after I had --

15        Sergeant White had called me earlier that day to

16        let me know he was going to be there to meet with

17        me.  It was after that speaking with him.  But I

18        don't know -- there was no contacts in that phone

19        call.  I don't know whether it was after our

20        meeting upstairs or before.

21   Q.   In telling -- withdrawn.

22             The response to resistance narrative, which

23        is on that page, page 321, can you read out loud

24        the first sentence, please.
```

──────DAVID DEAN - 08/14/17──────

1   A.   "In reference to the subject, when I got to the

2        driver's side of the suspect's vehicle, he was

3        laying facedown on the ground with both arms

4        moving."

5   Q.   Stop please.  I know it's a comma, not a period.

6        I just need you to stop there.

7   A.   Yes.

8   Q.   As you read this, does this refresh your

9        recollection that both of his arms were moving,

10       or do you still believe it was only one.

11  A.   I, at this point, only remember the one.

12  Q.   Okay.

13  A.   I realize that I wrote this, and this was much

14       closer to the time of when it happened.  As it

15       sits right now, I only remember the one.

16  Q.   The questions today are to the best of your

17       recollection.  If you could please read what

18       would be the next sentence, even though it's

19       after the comma.

20  A.   "He was grabbing at Captain Montanino's leg.  I

21       told him not to move, and he continued to grab at

22       Captain Montanino.  I used my collapsible baton

23       to strike the subject in the upper body one time,

24       and told him again not to move.  Both of his

—DAVID DEAN - 08/14/17—

1           hands dropped to the ground immediately."

2   Q.   Okay.  This indicates grabbing at

3           Captain Montanino's leg.  Did you mean the pant

4           leg, or does this indicate to you that you

5           actually thought it was the leg?

6   A.   Again, what I picture now is I see the -- the

7           hand and the pant leg is what I see when I think

8           about it now.

9   Q.   Okay.  Turn to the last page of the report,

10          please.  This report is signed off by whom?

11  A.   Captain Montanino.

12  Q.   Were you present when he signed off on this?

13  A.   Not that I recall.

14  Q.   Did anyone ask you questions about this report

15          other than me?

16  A.   Not that I recall.

17  Q.   Are there any prior versions of this report?

18  A.   Not that I recall.

19  Q.   Did you have anything handwritten that you used

20          to assist you in preparing this report?

21  A.   I remember that I handwrote Mr. Thevenin's name

22          on a scrap piece of paper, but that was it.

23  Q.   Are there any prior versions of any of the other

24          reports that we looked at today, Dean 1 and Dean

```
                  ─DAVID DEAN - 08/14/17─
 1         2?

 2    A.   Not that I'm aware of, no.

 3    Q.   Okay.

 4              (An off-the-record discussion was held.)

 5  BY MR. TORCZYNER:

 6    Q.   I'm going to show you now a document that's

 7         marked Montanino 8.  Take a look at it, and let

 8         me know when you're done.

 9    A.   Yes.

10    Q.   Have you seen this document before?

11    A.   No.

12    Q.   Have you seen this picture before?

13    A.   No.

14    Q.   Do you see your vehicle in the picture?

15    A.   No.

16    Q.   Can you put the picture down so we can all look

17         with you.

18    A.   Sorry.

19    Q.   Thanks.  No problem.  Do you see the vehicle that

20         you now know as Edson Thevenin's vehicle?

21    A.   Yes.

22    Q.   Is the Thevenin's vehicle in the same position it

23         was in when you first observed it that evening?

24    A.   With the exception of the amount that we moved
```

—DAVID DEAN - 08/14/17—

```
 1            it, it appears to be.
 2      Q.    So it's the same angle, but just not as close to
 3            the French car?
 4      A.    I would say that's accurate.
 5      Q.    Okay.  And the French is the police Vehicle 30
 6            that's in this picture?
 7      A.    Yes.
 8      Q.    Did you see any other police vehicles in this
 9            picture?
10      A.    I see the tail end of one.
11      Q.    Do you know which vehicle that is?
12      A.    No.
13      Q.    Show you another picture that's been marked as
14            Montanino 10.  Take a look at it, and let me know
15            when you're done, please.  And again I'll ask you
16            to leave it down on the table just so that
17            learned counsel can see it, and I can see it
18            also.  Thanks.
19                 Do you see the Thevenin vehicle in this
20            picture?
21      A.    Yes.
22      Q.    Do you see the Montanino vehicle in this picture?
23      A.    Yes.
24      Q.    Okay.  The Montanino vehicle is on the left side
```

——DAVID DEAN - 08/14/17——

```
 1            of the page?
 2    A.    Yes.
 3    Q.    An unmarked Troy City Police Department vehicle?
 4    A.    Yes.
 5    Q.    Is the Montanino vehicle in the same position
 6          that it was in relative to the Thevenin vehicle
 7          that night?
 8    A.    I don't believe so.
 9    Q.    You think it's been moved back quite a bit?
10    A.    I feel that way, yes.
11    Q.    Okay.  And the front two vehicles, the Thevenin
12          vehicle and the French vehicle, are in the same
13          positions they were in, just moved back slightly?
14    A.    It appears that way, yes.
15    Q.    And the last question on pictures.  I show you
16          now a picture marked Montanino 11.  Take a look
17          at it and let me know when you're done, please.
18              Have you seen this picture before?
19    A.    No.
20    Q.    Okay.  And I didn't ask you this, but the other
21          picture that you saw, Montanino 10, have you seen
22          that one before?
23    A.    No.
24    Q.    I know that the picture is a little bright on the
```

—————DAVID DEAN - 08/14/17—————

1        police vehicle and a little dark on the Thevenin

2        vehicle, but I'll draw your attention to the

3        French vehicle.  Is the door of the French

4        vehicle in the same position it was in when you

5        first saw -- withdrawn.

6             Is the driver's side door of the French

7        vehicle in the same position it was in when you

8        arrived on the scene?

9   A.   I don't remember if it was open or closed.

10  Q.   Did you notice when you first saw Randy French

11       that night whether any part of his body was

12       inside the car?

13  A.   No.

14  Q.   Did you see Randy French's service weapon when

15       you first saw him?

16  A.   No.

17  Q.   Did you ever see Randy French's service weapon?

18  A.   Not until I collected it at the hospital.

19  Q.   How did it get to the hospital?

20  A.   Him.

21  Q.   It was on his belt when he was taken by you to

22       the hospital?

23  A.   Yes.

24  Q.   Do you recall when you transported Randy French

─DAVID DEAN - 08/14/17─

```
 1            along with Officer Parker into your vehicle, do

 2            you recall whether Randy French's service weapon

 3            was in its holster?

 4   A.   It was.

 5   Q.   This is the last picture I'm going to show you,

 6            which is Montanino 9.  Have you ever seen this

 7            picture before?

 8   A.   No.

 9   Q.   Do you see your vehicle in this picture?

10   A.   No.

11   Q.   Yet you didn't see your vehicle in any of these

12            pictures --

13   A.   No.

14   Q.   -- correct?

15   A.   No.

16   Q.   In all likelihood probably because these pictures

17            were taken after you left the scene; right?

18   A.   I'm sure well after I left the scene, yes.

19   Q.   Did you ever talk to Sergeant Montanino about

20            what happened that night afterwards?

21   A.   Not really.

22   Q.   Not really doesn't really answer --

23   A.   Yes.

24   Q.   What do you recall about conservations with
```

—DAVID DEAN - 08/14/17—

1           Sergeant Montanino about the events that took

2           place that night?

3     A.    I don't remember anything specific.  The majority

4           of what we -- the majority of -- the gist of what

5           I remember us talking about was we both kind of

6           thought the same thing in reference to Randy's

7           injuries.

8     Q.    What did Sergeant Montanino tell you -- or

9           Captain Montanino tell about you Randy's

10          injuries?

11    A.    We were just both surprised that the injuries

12          were -- the injuries were so minimal.  He had

13          said he thought the same -- you know, the same

14          that I thought that it was more of a -- the pinch

15          point was further up the body than where it was.

16    Q.    Where did you originally think the pinch point

17          was?

18    A.    I assumed it was somewhere in his hip area.

19    Q.    And what did you learn later?

20    A.    It was down near his knee.

21    Q.    And Captain Montanino also had that same initial

22          view, and was surprised by the result?

23    A.    I just remember when I got back from the hospital

24          he was still there, and I had said something.  I

———DAVID DEAN - 08/14/17———

1        said, You know, we lucked out with the injuries,

2        and Sergeant French it was -- they were minimal.

3        I remember him saying, you know, I can't believe

4        that.  That's not what it looked like to me, type

5        of thing.  That was really the extent of it.

6  Q.  Did you ever learn what Sergeant French's injury

7        was?

8  A.  The night of the hospital I could have told you.

9        I'm not sure exactly what it was now.

10  Q.  Did they tell you that he broke any bones?

11  A.  I believe they said that he didn't.

12  Q.  Did not?

13  A.  Did not.

14  Q.  When you were transporting Sergeant French to the

15        hospital, did you notice whether he was bleeding

16        from any part of his body?

17  A.  I didn't.  I didn't notice.

18  Q.  Did you notice any blood on Sergeant French's

19        uniform?

20  A.  I didn't.

21  Q.  Well, I'm going to ask you:  Was there blood on

22        any part of his uniform?

23  A.  Not that I ever came across.

24  Q.  Sergeant French return to duty yet?

———DAVID DEAN - 08/14/17———

```
 1    A.   No.

 2    Q.   Have you spoken to Sergeant French after the

 3         night at the hospital?

 4    A.   Yes.

 5    Q.   Have you asked Sergeant French when he's going to

 6         return to duty?

 7    A.   Yes.

 8    Q.   What's the response that he gave you?

 9    A.   I doesn't really know, from what he tells me.

10    Q.   All right.  Let's talk about the conversations

11         when you were taking him to the hospital.

12              You indicated that you were talking to him

13         to try -- to try to get his mind off what was

14         going on; correct?

15    A.   Uh-huh.

16    Q.   What do you recall saying to him, and him

17         responding to you?

18    A.   I remember him saying to me that I didn't need to

19         super rush to the hospital, that he wasn't that

20         hurt, which I didn't believe.  I remember him

21         saying -- that was when I said, you know, pepper

22         spray the guy, I just it got all in my eye.

23    Q.   And what did he respond to you?

24    A.   He said, Yeah, I had to shoot him.  I said, You
```

DAVID DEAN - 08/14/17

1        did?  I didn't know.  That was the first that I

2        had heard of any shots fired, any -- that was the

3        first I learned of that.

4   Q.  Okay.  You said you did, and what did he respond

5        to you?

6   A.  He said, Yeah, he wouldn't -- he wouldn't stop.

7        He wouldn't stop coming.  He wouldn't stop the

8        car.

9   Q.  Did he say he wouldn't stop coming, he wouldn't

10      stop the car, or is that a paraphrase?

11  A.  Yes, it's a paraphrase.

12  Q.  Do you remember specifically what Sergeant French

13      said?

14  A.  I don't.

15  Q.  Did you ask him how many shots he fired?

16  A.  I didn't.

17  Q.  Did you ask him how many volleys of fire there

18      were?

19  A.  I didn't.

20  Q.  Did you ask him whether Thevenin had a gun

21      himself?

22  A.  I didn't.  As soon as he said that I switched the

23      conversation to maybe we should -- before you get

24      any x-rays and this and that, I said, Why don't

──── DAVID DEAN - 08/14/17 ────

```
 1          you call your wife before, you know, two police
 2          officers knock at her door at whatever time it
 3          was.  So he called his wife said that he was
 4          fine, but she needed to get some clothes and come
 5          to Albany Medical.  And that was basically the
 6          extent of our car conversation.
 7     Q.   Did you hear him mention to his wife that he had
 8          fired shots?
 9     A.   No, I remember the conversation being brief.  I
10          don't remember that, no.
11     Q.   Did you ever learn -- withdrawn.
12               When did you learn that Thevenin died that
13          night?
14     A.   While we were at the hospital.
15     Q.   So when you were transporting Randy French to the
16          hospital you didn't know yet that Thevenin was
17          dead?
18     A.   I didn't.
19     Q.   How did you find out that he died?
20     A.   I was on the phone -- I don't remember who I was
21          talking to, but somebody was giving me
22          instructions to make sure I got all
23          Sergeant French's equipment, clothing, everything
24          that he had on him, I needed to bag up and secure
```

--- DAVID DEAN - 08/14/17 ---

1          for an evidence technician to take.

2     Q.   Who was the evidence technician?

3     A.   There ended being several.  I ended up turning

4          all of the clothing that I had over to

5          Officer Furciniti.

6     Q.   Did you ever talk to Sergeant French later about

7          the shooting, or was it only when you were in the

8          car?

9     A.   Really just in the car.

10    Q.   Sergeant French the first officer that you knew

11         who had fired his weapon on duty?

12    A.   With the exception of animals, yes.

13    Q.   So I'll make the question clearer:

14              Is Sergeant French the first person you know

15         who ever shot a person?

16    A.   Yes.

17    Q.   And you didn't have any questions for him about

18         the shooting?

19    A.   No.

20    Q.   Was that because you were worried for him?

21    A.   No, something very similar to if a cop has an

22         incident, take him to Albany Med.  It's the same

23         from the academy with that, that if a cop has an

24         incident you don't want them to be asking

─DAVID DEAN - 08/14/17─

1          questions, you don't to want ask questions, you

2          don't want to know.  So, again, that's what I

3          did.

4     Q.   All right.  So we have the next contestant

5          present with the video that you had mentioned

6          previously.

7     A.   Yes.

8     Q.   I'm going to ask you to take a look at something

9          that has been marked for our discovery purposes

10         as Exhibit 9.

11              (Playing video recording.)

12    Q.   Let me know when you see yourself in the video.

13    A.   (Indicating.)

14    Q.   Back this up.  We've already gotten beyond it?

15    A.   Yes.

16    Q.   We're already at 15, and I've gotten beyond it.

17         So we're now at approximately seven seconds in

18         the video, and there's someone standing alongside

19         what appears to be Thevenin's driver side door.

20         Is that you?

21    A.   No.

22    Q.   Okay.  I'm going to hit play again.  Let me know

23         -- you can see the numbers running here on the

24         bottom when you see yourself.

DAVID DEAN - 08/14/17

1           (Playing video recording.)

2     Q.    Is that you now at ten seconds right by the door?

3     A.    No, I'm on the far side of the vehicle.

4     Q.    So you're pointing to the passenger side of the

5           vehicle?

6     A.    Yes.  In that frame we were just in --

7     Q.    Yes.

8     A.    -- you see my face behind on the other side of

9           the vehicle.

10    Q.    Okay.  So you're on the passenger side of the

11          vehicle in between the vehicle and not only -- it

12          looks almost like another police vehicle --

13    A.    That's my police vehicle.

14    Q.    That's your police vehicle?

15    A.    Yes.

16    Q.    Okay.  So you're not -- at this point, you're not

17          in between the Thevenin vehicle and the French

18          vehicle; you're between the Thevenin vehicle and

19          your own vehicle?

20    A.    Correct.  I'm running.  I'm behind, it looks like

21          the -- I would be on the passenger side rear door

22          of the Thevenin vehicle right now.  You see my

23          head right there, and I'm running this way.

24    Q.    Now, it appears that you're running backwards

DAVID DEAN - 08/14/17

1           towards the Montanino vehicle; correct?

2      A.   Yes.

3      Q.   And in about a second we're going to lose

4           everything in this video?

5      A.   Right.

6               (Playing video recording.)

7      Q.   And that's the sum total of what you see yourself

8           in this video; correct?

9      A.   Correct.  And that's where that report comes

10          from.

11              (An off-the-record discussion was held.)

12   BY MR. TORCZYNER:

13     Q.   So you were shown this video now, and you were

14          previously shown it one time, at least, by

15          Sergeant White --

16     A.   Yes.

17     Q.   -- or Sergeant Bornt?

18     A.   Yes.

19     Q.   What do you recall about your conversations with

20          Sergeant Bornt and White when you were shown that

21          video?

22     A.   They asked me if I could clarify my route from my

23          vehicle to the driver's side of Thevenin's

24          vehicle, and I said I couldn't.  They asked me to

—————DAVID DEAN - 08/14/17—————

1            watch this video and see if that helps me clarify

2            that, which I could clearly see myself running

3            between Thevenin's vehicle and Captain

4            Montanino's vehicle to that side.

5   Q.    Were you ever asked to appear before the Troy

6            version of internal affairs?

7   A.    Regarding this?

8   Q.    Yes.

9   A.    No.

10   Q.    Okay.  If were you asked to appear in front of

11            the Troy Internal Affairs on something else, I'm

12            not inquiry about that.  It's all relating to

13            this.

14   A.    No.

15   Q.    Did you know whether Troy conducted, the City of

16            Troy Police Department, conducted an

17            investigation separate and apart from the

18            district attorney's presentation to the grand

19            jury?

20   A.    From what I understand, it was not the Internal

21            Affairs Division; it was just the Detective

22            Bureau.

23   Q.    And that was Sergeant Bornt and Sergeant White?

24   A.    Yes.

93

—DAVID DEAN - 08/14/17—

```
 1      Q.    And you have not been contacted by the Attorney
 2            General's Office; correct?
 3      A.    Correct.
 4      Q.    Did you see Phil Gross in that video?
 5      A.    I didn't.  I was under the impression he was
 6            taking that video.
 7      Q.    Ever talk to Phil Gross about the events that
 8            took place that night?
 9      A.    No.
10      Q.    Did you ever talk to Phil Gross about the video
11            itself?
12      A.    I have never spoken to Phil Gross ever.
13      Q.    There's more than one Phil Gross; right?
14      A.    I don't know.
15      Q.    Okay.  Did you know there's a Phil Gross the dad,
16            and Phil Gross the son?
17      A.    I did not.
18      Q.    Okay.  Then you didn't know.  The Phil Gross, the
19            tow truck driver, that's the one that we're
20            talking about that you've heard of; correct?
21      A.    I hadn't heard of him until this -- yes, until
22            this night, yes.
23      Q.    Okay.  But when you say "this night," you're not
24            talking about the 14th of August?
```

94

———————DAVID DEAN - 08/14/17 ———————

1    A.    No.   The 17th, right.   And even then, I still

2          don't -- I mean, I couldn't pick this person out.

3          I have no idea what they look like.

4                MR. TORCZYNER:   I thank you for coming down

5          today.

6                THE WITNESS:   No problem.

7                (Whereupon, the examination of

8                DAVID DEAN, in the above-entitled

9                matter was concluded at 12:10 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

—————DAVID DEAN – 08/14/17—————

1                    WITNESS INDEX

2    EXAMINATION BY MR. TORCZYNER.....................PAGE 4

3

4

5    PLAINTIFFS' DEAN EXHIBITS                    PAGE

6
     Exhibit 1   Supplemental Report page 335        66
7
     Exhibit 2   Supplemental Report page 334        66
8
     Exhibit 3   City of Troy Police Department      66
9                Response to Resistance Form

10

11        (EXHIBITS RETAINED BY NEIL TORCZYNER, ESQ.)

12

13

14

15

16

17

18

19

20

21

22

23

24

─────DAVID DEAN - 08/14/17─────

```
 1    STATE OF NEW YORK          )
                                 ss:
 2    COUNTY OF                  )

 3

 4          I, DAVID DEAN, have read the foregoing record of

 5    my testimony taken at the time and place noted in the

 6    heading hereof, and I do hereby acknowledge it to be a

 7    true and accurate transcript of same.

 8

 9

10

11

12

13                          David Dean

14                          DAVID DEAN

15

16

17    DATED:      17th September, 2018

18

19    Sworn to before me this  17th

20    day of September , 20 18

21

22    Katie M Vandetta

23    Notary Public

24
```

—DAVID DEAN - 08/14/17—

1              C E R T I F I C A T I O N

2

3

4          I, MICHELE AMBROSINO, a Shorthand Reporter and

5      Notary Public within and for the State of New York, do

6      hereby CERTIFY that prior to being examined, the witness

7      named in the foregoing deposition was duly sworn to

8      testify the truth, the whole truth and nothing but the

9      truth.

10          That said deposition was taken down by me in

11      shorthand at the time and place therein named and

12      thereafter reduced by me to typewritten form and that the

13      same is a true, correct and complete transcription of

14      said proceedings.

15          Before completion of the deposition, review of the

16      transcript was requested.  If requested, any changes

17      made by the deponent (and provided to the reporter)

18      during the period allowed are appended hereto.

19          I further certify that I am not interested in the

20      outcome of this matter.

21

22

23

24
                    MICHELE AMBROSINO
                    Court Reporter

DAVID DEAN - 08/14/17

**0**

**06** [1] - 22:1

**1**

**1** [8] - 21:17, 62:19, 66:5, 66:8, 69:17, 69:18, 77:24, 95:8
**10** [2] - 79:14, 80:21
**101** [1] - 22:8
**102** [1] - 22:8
**103** [2] - 22:18, 22:22
**11** [1] - 80:16
**11042** [2] - 2:3, 2:4
**112** [1] - 63:8
**11:30** [2] - 11:22, 14:10
**120** [3] - 32:23, 66:11, 69:15
**12801** [1] - 2:10
**12:10** [1] - 94:9
**14th** [3] - 11:2, 14:7, 93:24
**15** [1] - 89:16
**16th** [2] - 10:12, 14:8
**16** [2] - 1:14, 2:9
**16-CV-1115(NAM/DJS** [1] - 1:7
**16th** [2] - 14:8, 14:11
**17** [1] - 67:10
**17th** [24] - 11:10, 11:15, 11:19, 12:15, 12:19, 13:6, 13:16, 14:8, 14:15, 15:10, 19:3, 19:8, 19:12, 19:22, 20:1, 20:5, 20:12, 21:19, 24:8, 26:12, 26:15, 67:16, 71:24, 94:1
**18th** [1] - 14:8

**2**

**2** [12] - 20:22, 20:24, 21:6, 21:9, 66:5, 69:4, 69:11, 71:7, 73:18, 75:10, 78:1, 95:7
**20** [1] - 96:20
**2007** [1] - 10:12
**201** [2] - 21:11, 21:23
**2016** [26] - 11:11, 11:15, 11:19, 12:8, 12:15, 12:19, 13:6, 13:16, 14:16, 15:10, 19:3, 19:8, 19:12, 19:22, 20:1, 20:5, 20:12, 21:19, 24:9, 26:12, 26:15, 67:11,

**2017** [9] - 1:13, 1:14, 2:9
**202** [3] - 21:12, 21:13, 22:2
**21** [1] - 75:5
**21st** [2] - 69:9, 72:5
**255** [2] - 73:21, 74:6
**26** [3] - 10:13, 10:14, 10:16
**2nd** [1] - 36:21

**3**

**3** [10] - 22:18, 27:17, 64:4, 66:5, 72:11, 72:17, 72:20, 75:12, 95:8
**30** [2] - 71:11, 79:5
**3000** [1] - 2:3
**319** [1] - 74:5
**32.05** [1] - 66:2
**321** [2] - 74:18, 75:23
**334** [1] - 95:7
**335** [1] - 95:6
**3s** [1] - 22:17

**4**

**4** [5] - 23:2, 27:16, 27:17, 32:1, 95:2
**4/17/2016** [1] - 69:16
**4s** [2] - 23:1, 23:2

**5**

**5** [4] - 10:8, 10:11, 10:15, 72:20
**518.745.1400** [1] - 2:10
**526.355.9612** [1] - 2:4

**6**

**62** [4] - 13:10, 20:17, 21:22
**66** [3] - 95:6, 95:7, 95:8
**6th** [2] - 36:15, 36:16

**7**

**7** [1] - 67:17
**7696** [1] - 66:15
**787** [1] - 62:9
**7:30** [1] - 11:22

**8**

**8** [1] - 78:7

**9**

**9** [2] - 82:6, 89:10
**911** [1] - 27:13
**9:58** [1] - 1:15

**A**

**a.m** [3] - 1:15, 11:22, 67:17
**Abelove** [4] - 17:12, 17:15, 17:20, 18:15
**able** [5] - 5:8, 21:4, 30:13, 49:12, 59:20
**above-entitled** [1] - 94:8
**academy** [3] - 11:2, 62:16, 88:23
**accommodate** [1] - 5:23
**accurate** [2] - 79:4, 96:7
**accurately** [1] - 5:14
**acknowledge** [1] - 96:6
**acted** [1] - 61:3
**activation** [1] - 62:23
**actively** [1] - 48:14
**actual** [2] - 24:22, 40:12
**additional** [1] - 15:14
**address** [6] - 4:6, 4:7, 4:10, 4:13, 36:20, 36:21
**administer** [1] - 3:14
**Administratrix** [1] - 1:3
**affairs** [1] - 92:6
**Affairs** [2] - 92:11, 92:21
**afterwards** [1] - 82:20
**age** [1] - 32:22
**agency** [2] - 9:21, 19:2
**ago** [3] - 11:3, 12:11, 13:15
**AGREED** [3] - 3:1, 3:7, 3:12
**Agreement** [1] - 1:12
**agreement** [1] - 4:5
**air** [3] - 27:5, 51:20, 51:22
**Albany** [11] - 62:10, 62:14, 62:15, 62:17, 62:24, 63:2, 63:7, 63:12, 64:2, 87:5, 88:22
**allowed** [2] - 10:2, 97:18
**almost** [2] - 73:11, 90:12

**alone** [2] - 13:11, 13:13
**alongside** [2] - 57:4, 89:18
**AMBROSINO** [3] - 1:16, 97:4, 97:24
**ambulance** [1] - 62:24
**amount** [1] - 78:24
**AND** [3] - 3:1, 3:7, 3:12
**angle** [11] - 38:12, 38:13, 40:4, 40:5, 41:20, 41:24, 42:1, 42:2, 42:6, 44:9, 79:2
**angles** [1] - 55:5
**animals** [1] - 88:12
**ankle** [3] - 53:24, 54:1
**answer** [5] - 5:13, 5:22, 24:24, 25:1, 82:22
**answered** [3] - 5:14, 37:5, 71:1
**answers** [2] - 5:8, 6:6
**anyway** [1] - 70:13
**apart** [1] - 97:8
**appear** [3] - 51:3, 92:5, 92:10
**appearance** [1] - 32:17
**APPEARANCES** [1] - 2:1
**appended** [1] - 97:18
**approximate** [1] - 71:9
**April** [20] - 11:10, 11:15, 11:19, 12:8, 12:15, 12:19, 13:6, 13:16, 14:5, 14:11, 14:15, 15:10, 19:3, 19:8, 19:12, 19:22, 20:1, 20:5, 20:12, 21:18, 24:8, 26:12, 26:15, 67:10, 67:16, 69:8, 71:24, 72:5, 75:5
**area** [20] - 19:19, 22:23, 24:12, 40:21, 40:22, 40:23, 41:10, 41:12, 46:23, 47:11, 49:12, 53:1, 54:21, 56:1, 61:22, 70:11, 73:8, 73:10, 73:15, 83:18
**areas** [1] - 50:6
**arm** [3] - 35:21, 50:6, 51:23
**arms** [2] - 76:3, 76:9
**arrived** [1] - 81:8
**ascertain** [1] - 32:6
**ASPLAND** [9] - 2:11,

**alone** column right...

**4:16, 14:1, 14:4, 14:6, 22:12, 45:15, 46:16, 66:19
**assign** [1] - 21:11
**assigned** [11] - 8:8, 13:8, 15:6, 20:18, 20:21, 21:6, 21:9, 22:6, 27:15, 27:20, 31:11
**assignments** [1] - 22:9
**assist** [1] - 77:20
**assistant** [1] - 8:17
**assisting** [1] - 67:1
**assume** [1] - 5:12
**assumed** [3] - 53:2, 65:18, 83:18
**assumption** [1] - 68:18
**attachment** [1] - 68:20
**attempting** [1] - 51:11
**attending** [1] - 61:11
**attention** [1] - 81:2
**Attorney** [2] - 19:7, 93:1
**attorney** [3] - 4:22, 5:17, 71:18
**Attorney's** [3] - 16:15, 16:16, 17:6
**attorney's** [4] - 18:22, 17:11, 71:17, 92:18
**attorneys** [1] - 3:2
**August** [2] - 1:13, 93:24
**authorized** [1] - 3:14
**available** [1] - 31:2
**Avenue** [5] - 2:3, 36:21, 36:22, 62:11, 62:13
**aware** [7] - 7:9, 7:12, 8:1, 26:13, 29:1, 59:10, 78:2

**B**

**backwards** [2] - 71:10, 90:24
**bag** [1] - 87:24
**Baker** [1] - 1:14
**BAKER** [1] - 2:8
**barrier** [4] - 40:2, 41:19, 41:23, 44:9
**barriers** [1] - 39:22
**based** [2] - 24:24, 25:2
**bathroom** [1] - 5:21
**baton** [11] - 53:4, 53:8, 54:5, 57:8, 57:11, 57:16, 57:19, 73:2, 74:11, 74:14, 76:22
**became** [1] - 10:6

DAVID DEAN - 08/14/17

become [1] - 13:14
begins [1] - 71:8
behalf [2] - 2:2, 2:7
behind [6] - 40:21,
41:16, 61:21, 90:8,
90:20
belief [1] - 70:6
belt [3] - 29:24, 34:2,
81:21
best [2] - 33:1, 76:16
between [17] - 3:2,
8:21, 46:10, 46:18,
49:8, 55:14, 60:21,
63:19, 63:20, 63:21,
70:11, 70:23, 71:4,
90:11, 90:17, 90:18,
92:3
beyond [7] - 6:17,
12:21, 16:6, 40:8,
41:9, 89:14, 89:16
biannual [1] - 25:15
bid [7] - 24:11, 31:10,
31:12, 31:13, 31:15
big [1] - 73:8
bit [6] - 16:2, 59:4,
63:24, 64:19, 80:9
bleeding [2] - 50:1,
84:15
blocking [4] - 39:3,
39:6, 39:13, 40:6
blood [3] - 52:8,
84:18, 84:21
body [7] - 47:3, 56:17,
57:15, 76:23, 81:11,
83:15, 84:16
bones [1] - 84:10
book [2] - 34:12,
34:17
Born [11] - 14:23,
15:13, 16:19, 17:16,
29:8, 68:24, 69:15,
70:2, 91:17, 91:20,
92:23
bottle [1] - 5:21
bottom [3] - 74:18,
74:22, 89:24
boundaries [1] - 20:23
Box [2] - 1:14, 2:9
break [4] - 5:20, 15:1,
29:18, 72:18
breakfast [1] - 24:21
bridge [13] - 36:24,
37:1, 37:6, 37:14,
37:20, 37:24, 38:4,
39:1, 39:4, 43:5,
43:16, 43:21, 64:1
Bridge [4] - 37:4, 37:7,
62:2, 62:8
brief [1] - 87:9
bright [1] - 80:24

bring [2] - 4:11, 62:17
broke [1] - 84:10
brought [2] - 16:8,
16:12
brushed [1] - 35:20
bumper [3] - 58:18,
58:19, 58:24
bunch [3] - 10:23,
22:20, 55:11
bureau [1] - 15:3
Bureau [1] - 92:22
burn [1] - 35:21
busy [1] - 27:17
butt [1] - 63:20
BY [13] - 2:5, 2:11, 4:4,
4:18, 4:19, 20:10,
29:17, 64:10, 72:15,
78:5, 91:12, 95:2,
95:11

## C

canister [1] - 65:13
cannot [2] - 5:6, 49:19
capacity [4] - 6:9,
6:20, 6:23, 23:23
captain [1] - 23:20
Captain [23] - 7:14,
12:22, 23:18, 37:18,
46:11, 48:22, 49:9,
51:11, 53:1, 53:13,
53:15, 69:22, 69:23,
70:9, 70:24, 76:20,
76:22, 77:3, 77:11,
83:9, 83:21, 92:3
car [103] - 13:8, 20:17,
20:19, 20:21, 21:6,
21:10, 22:19, 22:20,
27:2, 29:22, 30:7,
30:18, 31:3, 31:18,
31:22, 32:11, 34:10,
34:17, 35:17, 35:19,
37:17, 37:18, 38:8,
38:10, 38:20, 39:3,
39:16, 39:23, 40:2,
40:16, 40:19, 40:24,
41:6, 41:13, 41:15,
41:16, 41:17, 41:22,
41:24, 42:4, 42:5,
43:20, 44:5, 44:6,
44:11, 44:12, 44:16,
44:19, 44:20, 45:23,
46:2, 46:8, 46:19,
49:5, 49:6, 49:8,
49:9, 49:14, 49:18,
53:6, 53:7, 54:21,
55:9, 55:10, 55:11,
55:16, 55:19, 55:22,
56:2, 56:3, 56:10,
56:23, 58:2, 58:6,

58:8, 58:11, 58:15,
58:16, 58:20, 59:8,
59:11, 59:18, 59:20,
59:23, 60:7, 60:24,
61:1, 61:11, 62:4,
62:24, 70:14, 70:22,
70:24, 79:3, 81:12,
86:8, 86:10, 87:6,
88:8, 88:9
Car [2] - 20:17, 21:22
career [1] - 12:9
carry [2] - 10:2, 34:2
cars [8] - 21:9, 22:23,
37:20, 37:21, 38:5,
38:7, 55:14, 70:23
caught [1] - 60:16
causing [1] - 32:12
CC'd [1] - 8:17
cell [1] - 29:1
cement [1] - 38:11
center [1] - 62:19
Central [9] - 20:16,
22:12, 22:13
certainly [1] - 7:23
certification [2] -
10:20, 25:18
certifications [4] -
10:17, 11:5, 11:7,
25:17
certified [1] - 10:22
CERTIFY [1] - 97:6
certify [1] - 97:19
changed [2] - 19:13,
19:20
changes [1] - 97:16
changing [1] - 36:19
check [2] - 32:24,
55:15
checks [1] - 13:24
Chief [2] - 20:5, 20:7,
20:11
chief [3] - 8:17, 19:24,
20:2
choice [1] - 36:6
choose [1] - 62:15
CINTHIA [1] - 1:2
circle [3] - 72:20, 73:4,
73:15
City [20] - 4:12, 5:1,
6:21, 9:1, 9:2, 9:6,
9:18, 9:21, 10:6,
10:9, 11:18, 37:3,
37:7, 43:7, 43:8,
62:2, 62:7, 80:3,
92:15, 95:8
city [3] - 23:2, 25:15,
32:17
CITY [1] - 1:8
civil [3] - 6:13, 6:15,
9:5

civilians [1] - 49:3
clarified [1] - 69:19
clarify [4] - 70:1, 72:3,
91:22, 92:1
clarifying [2] - 69:15,
69:23
cleared [4] - 33:9,
33:14, 33:18, 34:7
clearer [1] - 88:13
clearly [1] - 92:2
close [3] - 53:12,
55:18, 79:2
closed [2] - 42:15,
81:9
closer [2] - 55:24,
78:14
closest [3] - 37:5,
38:8, 54:20
clothes [1] - 87:4
clothing [3] - 64:24,
87:23, 88:4
collapsible [2] - 53:4,
76:22
Collar [5] - 37:3, 37:7,
43:7, 62:2, 62:7
collar [1] - 43:8
collected [2] - 64:24,
81:18
College [2] - 10:1,
10:5
colored [1] - 38:21
coming [10] - 14:18,
43:14, 43:16, 63:2,
70:12, 70:13, 70:17,
86:7, 86:9, 94:4
comma [2] - 76:5,
76:19
commands [4] - 74:5,
74:8, 74:10, 74:13
commencing [1] -
1:15
complete [2] - 28:14,
97:13
completed [1] - 68:22
completion [1] - 97:15
concluded [2] - 14:17,
94:9
condition [1] - 65:2
conducted [3] - 1:11,
92:15, 92:16
confirm [1] - 70:9
connection [4] - 17:2,
18:19, 18:22, 19:2
conscious [2] - 47:1,
47:20
consciousness [1] -
61:7
conservations [1] -
82:24
contact [13] - 40:16,

40:20, 41:7, 41:14,
41:17, 41:23, 46:15,
47:4, 47:14, 47:15,
47:17, 53:15, 73:16
contacted [2] - 68:23,
93:1
contacts [1] - 75:18
contestant [1] - 89:4
continued [5] - 27:3,
31:19, 51:19, 52:22,
76:21
conversation [4] -
36:8, 86:23, 87:6,
87:9
conversations [5] -
7:5, 7:6, 17:5, 85:10,
91:19
cop [2] - 88:21, 88:23
correct [34] - 11:16,
12:3, 13:2, 15:7,
15:8, 22:15, 23:13,
37:19, 37:23, 44:17,
45:1, 45:14, 45:18,
47:21, 48:17, 61:8,
62:5, 62:8, 62:13,
66:13, 70:13, 70:15,
71:4, 72:8, 82:14,
85:14, 90:20, 91:1,
91:8, 91:9, 93:2,
93:3, 93:20, 97:13
correlation [1] - 17:17
counsel [5] - 4:5, 7:5,
8:11, 13:23, 79:17
COUNSEL [1] - 4:18
COUNTY [1] - 96:2
County [2] - 16:16,
17:6
couple [2] - 64:18,
65:21
course [1] - 5:23
COURT [2] - 1:1, 1:1
Court [2] - 3:16, 97:24
court [2] - 6:11, 6:17
CPR [1] - 11:1
criminal [2] - 6:13,
6:14
crouching [1] - 57:11
crush [1] - 55:7
crutches [1] - 61:4
cuff [1] - 54:17
curled [1] - 51:5
current [2] - 9:15,
19:17
cut [2] - 60:15, 60:19
cycle [1] - 19:19

## D

dad [1] - 93:15
daily [1] - 21:18

## DAVID DEAN - 08/14/17

damage [1] - 32:12
dark [1] - 81:1
date [4] - 11:10, 11:12, 15:15, 67:10
dated [2] - 75:5, 75:7
DATED [1] - 96:17
DAVID [4] - 1:12, 94:8, 96:4, 96:14
dAVID [1] - 4:1
days [2] - 13:18, 14:1
daytime [1] - 23:5
DCJS [1] - 68:4
dead [1] - 87:17
deal [1] - 27:3
dealing [2] - 26:23, 27:4
DEAN [6] - 1:12, 4:1, 94:8, 95:5, 96:4, 96:14
Dean [16] - 65:22, 66:1, 66:5, 66:8, 69:4, 69:11, 69:18, 71:7, 72:11, 72:17, 75:1, 75:3, 75:12, 77:24
dean [1] - 66:15
Dean's [1] - 4:5
death [2] - 14:17, 35:8
Decedent [1] - 1:3
defendants [1] - 5:18
Defendants [2] - 1:9, 2:7
department [6] - 4:8, 8:9, 8:14, 12:10, 19:24, 25:11
Department [13] - 4:9, 9:1, 9:3, 9:6, 9:18, 9:22, 10:18, 11:19, 14:19, 66:12, 80:3, 92:16, 95:8
deponent [1] - 97:17
deposition [5] - 3:13, 6:14, 6:16, 97:7, 97:10, 97:15
DEPOSITION [1] - 1:11
Detective [2] - 14:22, 92:21
detective [3] - 15:2, 15:4, 15:5
detective's [2] - 15:3, 15:22
detectives [2] - 14:22, 14:23
died [2] - 87:12, 87:19
different [4] - 22:11, 23:24, 62:11, 66:14
direct [3] - 12:20, 13:1, 23:21
direction [1] - 37:24

directly [1] - 20:7
disbursal [2] - 31:19, 32:5
disburse [2] - 27:12, 28:1
disbursing [1] - 30:4
discovery [1] - 89:9
discuss [2] - 14:18, 14:21
discussion [6] - 20:9, 29:16, 64:9, 72:14, 78:4, 91:11
dispatch [2] - 63:3, 63:4
dispatched [1] - 27:18
disrespectful [1] - 65:24
distance [1] - 59:23
DISTRICT [2] - 1:1, 1:1
District [2] - 16:16, 17:8
district [5] - 16:22, 17:11, 71:17, 71:18, 92:18
Districts [1] - 16:15
divided [2] - 23:2, 43:12
Division [1] - 92:21
Document [1] - 69:17
document [7] - 21:15, 66:7, 69:3, 72:16, 72:19, 78:6, 78:10
documents [2] - 7:2, 65:21
dominant [1] - 57:6
done [6] - 7:22, 66:9, 72:12, 78:8, 79:15, 80:17
door [29] - 40:22, 40:24, 41:3, 41:4, 41:5, 41:7, 41:11, 44:22, 45:4, 45:11, 46:1, 46:24, 46:8, 48:23, 49:10, 49:11, 56:5, 56:13, 58:3, 58:4, 61:18, 81:3, 81:8, 87:2, 89:19, 90:2, 90:21
down [13] - 5:6, 15:1, 57:2, 63:17, 63:22, 63:23, 73:11, 73:12, 78:16, 79:16, 83:20, 94:4, 97:10
drag [1] - 53:6
dragged [5] - 55:13, 60:8, 60:11, 60:12, 60:13
dragging [1] - 35:17
draw [1] - 81:2
drawing [1] - 73:4

drew [1] - 72:23
drive [2] - 36:16, 43:13
driven [1] - 26:18
driver [10] - 48:4, 48:11, 48:14, 48:16, 53:2, 54:20, 58:3, 58:5, 89:19, 93:19
driver's [27] - 40:22, 41:2, 41:5, 41:8, 44:22, 45:4, 45:11, 46:12, 46:24, 46:8, 48:23, 49:10, 49:21, 54:20, 54:24, 56:2, 56:4, 56:5, 56:10, 56:13, 59:5, 61:18, 69:21, 70:21, 76:2, 81:6, 91:23
driving [10] - 35:19, 36:19, 37:24, 39:12, 39:14, 40:12, 40:13, 42:4, 45:14, 45:20
dropped [1] - 77:1
drove [1] - 60:22
drug [1] - 10:22
drunk [1] - 32:11
duly [2] - 4:2, 97:7
during [3] - 18:6, 23:5, 97:18
duty [8] - 8:5, 11:19, 12:19, 12:23, 67:16, 84:24, 85:6, 88:11
DWI [1] - 30:16

## E

early [2] - 11:23, 26:9
east [3] - 37:8, 37:14, 39:8
eastbound [6] - 38:24, 39:4, 39:12, 39:14, 43:8
Edson [16] - 11:11, 11:13, 14:14, 14:17, 17:3, 19:4, 20:12, 26:4, 26:5, 26:7, 26:11, 26:14, 26:19, 35:9, 40:15, 78:20
EDSON [2] - 1:3, 1:3
effect [1] - 3:15
efficiently [1] - 43:15
eight [1] - 23:10
either [4] - 7:18, 32:20, 51:10, 55:7
ejected [1] - 50:21
elbow [3] - 51:23, 52:1, 52:2
election [1] - 19:19
email [3] - 8:10, 8:18, 8:20
emergency [1] - 38:22

employ [2] - 4:8, 9:17
employed [5] - 4:12, 8:22, 8:24, 9:2, 10:6, 14:19
employee [1] - 6:20
end [1] - 79:10
ended [3] - 35:8, 88:3
enforcement [1] - 19:2
engine [1] - 49:16
engrained [1] - 62:22
enter [1] - 58:3
entered [1] - 58:2
entire [2] - 12:9, 23:21
entitled [1] - 94:8
equipment [2] - 64:24, 87:23
ESQ [2] - 2:5, 95:11
Estate [1] - 1:3
evening [2] - 26:9, 78:23
event [1] - 31:14
events [9] - 14:15, 17:24, 19:3, 19:7, 19:22, 20:3, 20:11, 83:1, 93:7
eventually [2] - 44:6, 68:21
evidence [2] - 88:1, 88:2
exact [1] - 31:14
exactly [11] - 18:10, 37:15, 44:13, 48:12, 51:13, 51:14, 59:1, 60:5, 70:4, 73:14, 84:9
EXAMINATION [2] - 4:18, 95:2
examination [1] - 94:7
examined [2] - 4:3, 97:6
exceedingly [1] - 18:11
except [2] - 3:6, 5:19
exception [3] - 12:13, 78:24, 88:12
exchange [1] - 16:16
exhibit [1] - 95:8
Exhibit [4] - 72:17, 89:10, 95:6, 95:7
exhibits [2] - 66:3, 95:11
EXHIBITS [1] - 95:5
Exhibits [1] - 66:5
exit [1] - 50:19
expended [1] - 54:5
expired [1] - 9:14
extends [1] - 73:10
extent [2] - 84:5, 87:6
extra [3] - 22:19, 22:21, 23:11

eye [1] - 85:22
eyes [1] - 57:18

## F

face [3] - 52:6, 62:24, 90:8
facedown [3] - 49:22, 57:22, 76:3
facilities [1] - 72:18
facing [5] - 44:24, 45:7, 56:21, 57:3, 62:9
fact [5] - 28:18, 28:21, 35:4, 35:5, 69:6
factors [1] - 73:18
fail [1] - 60:3
Falls [2] - 1:14, 2:10
familiar [2] - 43:11, 62:14
far [9] - 8:18, 9:23, 21:3, 30:13, 37:11, 44:11, 47:20, 73:1, 90:3
feet [2] - 56:1, 56:22
fell [1] - 60:9
felt [1] - 36:20
Ferry [1] - 21:1
field [5] - 10:21, 10:22, 12:13, 13:5, 13:14
fighting [1] - 32:13
figure [4] - 28:7, 32:6, 43:7
figured [1] - 28:4
filing [1] - 3:3
fill [2] - 68:12, 75:12
filled [5] - 44:3, 67:21, 67:24, 68:19, 69:8
filling [1] - 74:14
finally [2] - 32:15, 35:18
fine [1] - 87:4
fire [1] - 86:17
firearm [1] - 10:2
fired [5] - 36:2, 50:15, 86:2, 86:15, 87:8, 88:11
firm [1] - 4:23
first [27] - 4:2, 9:9, 10:14, 10:16, 12:4, 12:6, 12:11, 14:11, 17:14, 20:14, 21:7, 21:16, 21:18, 22:15, 26:17, 40:16, 41:6, 69:13, 75:24, 78:23, 81:5, 81:10, 81:15, 86:1, 86:3, 88:10, 88:14
Firth [1] - 1:14
FIRTH [1] - 2:8

# DAVID DEAN - 08/14/17

fit [1] - 49:12
Fitch [1] - 34:14
FITZGERALD [1] - 2:8
Fitzgerald [1] - 1:13
five [8] - 7:23, 7:24,
24:16, 51:1, 56:1,
58:9
five-ten [1] - 51:1
flat [3] - 23:6, 51:5,
51:7
following [1] - 15:14
follows [1] - 4:3
foot [2] - 55:21, 60:1
FOR [1] - 4:18
force [1] - 3:15
forearm [1] - 50:6
foregoing [2] - 96:4,
97:7
form [3] - 3:8, 58:19,
97:12
Form [1] - 95:9
formally [1] - 14:24
forward [1] - 52:1
four [4] - 13:15, 23:3,
40:24, 56:5
four-door [2] - 40:24,
56:5
frame [1] - 90:6
free [1] - 6:19
FRENCH [1] - 1:8
French [88] - 5:2, 7:9,
7:12, 8:3, 12:20,
21:17, 24:7, 24:13,
25:5, 25:10, 25:14,
26:2, 26:20, 27:1,
27:6, 29:21, 30:7,
31:4, 33:3, 33:8,
33:11, 33:13, 33:21,
34:4, 34:16, 34:22,
35:7, 35:17, 38:14,
42:8, 42:10, 46:10,
46:18, 47:1, 48:24,
49:6, 55:2, 55:13,
55:15, 60:2, 60:23,
61:11, 62:1, 63:6,
63:15, 63:17, 64:12,
64:20, 71:11, 79:3,
79:5, 80:12, 81:3,
81:6, 81:10, 81:24,
84:2, 84:14, 84:24,
85:2, 85:5, 86:12,
87:15, 88:6, 88:10,
88:14, 90:17
French's [28] - 13:1,
37:17, 38:9, 38:10,
39:3, 40:16, 40:19,
40:24, 41:15, 41:23,
42:5, 44:11, 46:14,
46:21, 47:3, 54:21,
54:23, 55:19, 55:22,

58:2, 81:14, 81:17,
82:2, 84:6, 84:18,
87:23
front [9] - 46:6, 47:17,
56:10, 56:24, 58:18,
58:19, 69:18, 80:11,
92:10
fully [1] - 54:5
Furcinitl [1] - 88:5
FURTHER [2] - 3:7,
3:12

# G

general [1] - 68:10
General's [2] - 19:7,
93:2
generally [3] - 11:15,
30:16, 75:4
generically [1] - 14:14
geographical [1] -
20:23
giggling [1] - 35:23
gist [1] - 83:4
given [8] - 6:2, 8:2,
18:16, 34:12, 35:2,
74:1
Glens [2] - 1:14, 2:10
grab [1] - 76:21
grabbed [4] - 56:11,
55:13, 58:16, 60:7
grabbing [4] - 51:10,
69:23, 76:20, 77:2
grand [11] - 16:24,
17:2, 17:7, 17:23,
18:1, 18:3, 18:4,
18:6, 71:22, 72:9,
92:18
grasping [2] - 57:23,
57:24
Gross [12] - 28:23,
29:1, 59:16, 59:17,
93:4, 93:7, 93:10,
93:12, 93:13, 93:15,
93:16, 93:18
ground [12] - 49:22,
51:2, 51:3, 51:12,
51:20, 55:18, 56:9,
57:3, 57:15, 60:3,
76:3, 77:1
group [2] - 28:2, 28:6
guardian [2] - 1:4, 1:4
guess [10] - 6:14,
19:18, 23:5, 24:15,
31:1, 45:13, 47:10,
50:11, 65:11, 69:20
gun [3] - 25:13, 25:15,
86:20
gunshots [1] - 44:14
guy [4] - 22:22, 53:6,

53:7, 85:22

# H

Hach [1] - 4:24
half [3] - 11:3, 24:12,
40:11
hand [16] - 50:6, 51:9,
51:19, 51:20, 52:2,
52:4, 53:10, 53:12,
54:12, 57:2, 57:6,
57:8, 57:14, 65:9,
77:7
hands [11] - 50:7,
50:12, 51:18, 52:22,
53:10, 56:8, 56:15,
58:24, 65:19, 77:1
handwritten [1] -
77:19
handwrote [1] - 77:21
hanging [4] - 32:4,
32:8, 32:13, 34:9
hard [1] - 32:24
HARFENIST [1] - 2:3
Harfenist [1] - 4:23
head [7] - 5:7, 35:21,
36:10, 53:5, 57:21,
73:11, 90:23
headed [2] - 63:6,
69:20
heading [3] - 34:10,
37:19, 96:6
headlights [2] - 38:19,
38:22
hear [16] - 5:8, 28:20,
28:23, 33:7, 33:17,
34:4, 42:10, 42:23,
44:14, 49:6, 49:14,
49:16, 52:10, 52:19,
87:7
heard [19] - 28:14,
26:17, 28:24, 29:21,
31:18, 31:21, 31:23,
33:2, 34:18, 34:19,
34:24, 35:3, 36:13,
50:4, 50:14, 58:14,
86:2, 93:20, 93:21
hearing [6] - 30:7,
33:10, 42:7, 42:12,
43:2
held [6] - 20:9, 29:16,
64:9, 72:14, 78:4,
91:11
help [3] - 27:6, 33:21,
33:22
helps [1] - 92:1
HEREBY [1] - 3:1
hereby [3] - 3:3, 96:6,
97:6
herein [1] - 3:2

hereof [1] - 96:6
hereto [1] - 97:18
highway [2] - 23:14,
43:12
himself [3] - 7:14,
71:18, 86:21
hip [3] - 47:10, 47:12,
83:18
hips [3] - 47:14, 47:15,
47:17
hired [2] - 9:9, 10:12
hit [2] - 53:9, 89:22
hobbled [1] - 61:5
hold [1] - 10:20
holster [1] - 82:3
home [4] - 4:6, 4:13,
13:20
hood [2] - 55:13, 60:6
Hoosick [3] - 21:1,
36:15, 36:17
hope [1] - 7:19
hospital [18] - 35:13,
62:12, 64:11, 64:14,
64:17, 67:20, 67:23,
81:18, 81:19, 81:22,
83:23, 84:8, 84:15,
85:3, 85:11, 85:19,
87:14, 87:16
hours [2] - 7:24, 84:18
house [9] - 27:11,
27:15, 28:1, 28:3,
28:4, 28:7, 28:10,
30:4, 32:2
hundred [1] - 59:15
hurt [1] - 85:20

# I

ID [1] - 32:24
Idea [2] - 51:4, 94:3
identification [1] -
66:6
identify [2] - 61:14,
66:2
immediate [1] - 5:6
immediately [1] - 77:1
immunity [1] - 18:19
important [2] - 5:4,
43:14
impression [2] - 33:8,
93:5
inched [1] - 63:24
inches [1] - 71:10
incident [5] - 68:5,
68:6, 68:10, 88:22,
88:24
index [1] - 1:6
INDEX [1] - 95:1
indicate [2] - 69:12,
77:4

indicated [2] - 34:16,
85:12
indicates [5] - 22:1,
22:16, 67:10, 73:20,
77:2
indicating [4] - 27:6,
35:20, 66:11, 89:13
indication [1] - 74:4
individually [1] - 1:2
infant [2] - 1:4, 1:4
inference [1] - 70:5
inferred [2] - 48:13,
51:9
influence [1] - 6:4
information [4] - 4:13,
7:1, 73:23, 74:1
initial [1] - 83:21
injuries [8] - 35:14,
35:15, 36:3, 83:7,
83:10, 83:11, 83:12,
84:1
injury [2] - 55:16, 84:8
inquiry [1] - 92:12
inside [2] - 48:4, 81:12
instructed [1] - 52:12
instructions [5] - 6:1,
24:16, 37:11, 57:2,
87:22
interested [1] - 97:19
internal [1] - 92:6
internal [2] - 92:11,
92:20
investigation [1] -
92:17
involving [3] - 11:12,
19:3, 20:12
is [3] - 3:1, 3:7, 3:12
issue [4] - 16:13,
26:24, 27:10, 62:17
IT [3] - 3:1, 3:7, 3:12
itself [1] - 93:11

# J

Jay [1] - 37:6
jda@fmbf.law.com [1]
- 2:12
jersey [5] - 39:22,
40:2, 41:19, 41:23,
44:8
job [2] - 10:3, 10:18
Joel [3] - 17:12, 17:14,
17:19
JOHN [1] - 2:11
John [2] - 8:21, 20:2
John's [1] - 5:16
join [1] - 10:5
joined [1] - 9:6
joining [1] - 9:21
JR [1] - 2:11

DAVID DEAN - 08/14/17

**July** [1] - 10:12
**jumped** [1] - 55:12, 60:6
**jurors** [1] - 18:4
**Jury** [10] - 16:24, 17:2, 17:7, 17:23, 18:1, 18:3, 18:6, 71:22, 72:9, 92:19

**K**

**keep** [6] - 5:4, 5:8, 13:22, 36:9, 51:17, 51:18
**Keler** [2] - 67:15, 67:16
**keys** [1] - 58:8
**kind** [13] - 30:12, 32:4, 32:8, 32:13, 35:19, 51:22, 55:15, 61:3, 61:4, 63:8, 63:22, 63:24, 83:5
**knee** [1] - 83:20
**knife** [2] - 60:18, 60:19
**knock** [1] - 87:2
**knowledge** [1] - 34:21
**known** [1] - 4:10
**knows** [1] - 8:5
**KRAUT** [1] - 2:3
**Kraut** [1] - 4:23

**L**

**lady** [1] - 5:5
**Lake** [2] - 2:4, 21:2
**lane** [19] - 37:19, 37:23, 38:2, 39:6, 39:7, 39:8, 39:13, 39:15, 39:17, 39:21, 39:23, 40:1, 40:7, 40:9, 40:12, 40:13, 42:7, 45:18, 45:22
**lanes** [6] - 38:6, 38:24, 39:3, 39:8, 39:18, 40:6, 45:10, 45:17
**Lansingburgh** [6] - 26:24, 27:4, 27:10, 27:21, 32:2, 43:18
**lapse** [1] - 9:13
**larcenies** [1] - 22:20
**large** [7] - 27:11, 28:2, 28:3, 28:4, 28:5, 28:6
**last** [8] - 4:10, 17:15, 71:7, 77:9, 80:15, 82:5
**lates** [1] - 12:1
**law** [2] - 1:13, 19:2
**lawsuit** [2] - 5:1, 6:18
**lawyers** [1] - 74:19

**laying** [2] - 63:22, 76:3
**learn** [4] - 83:19, 84:6, 87:11, 87:12
**learned** [5] - 7:5, 26:18, 36:1, 79:17, 86:3
**least** [1] - 91:14
**leave** [4] - 4:8, 8:21, 30:14, 79:16
**leaving** [3] - 32:9, 32:13, 40:13
**led** [1] - 51:9
**left** [17] - 5:6, 15:9, 34:17, 38:12, 39:13, 39:21, 43:17, 45:13, 45:15, 45:18, 45:22, 57:6, 62:2, 62:7, 79:24, 82:17, 82:18
**left-hand** [1] - 57:6
**left-most** [1] - 39:21
**leg** [16] - 51:11, 53:13, 53:14, 53:16, 53:18, 53:19, 53:20, 53:21, 53:24, 56:9, 76:20, 77:3, 77:4, 77:5, 77:7
**legs** [1] - 69:23
**lend** [1] - 31:6
**less** [1] - 55:21
**level** [1] - 24:1
**Level** [1] - 62:19
**lighten** [1] - 36:2
**lights** [9] - 38:7, 38:16, 38:18, 38:19, 38:20, 38:21, 38:23
**likelihood** [1] - 82:16
**lines** [2] - 33:20, 33:22
**list** [2] - 9:12, 24:5
**listed** [1] - 21:22
**listened** [1] - 33:5
**listing** [1] - 28:17
**lived** [1] - 32:7
**LLP** [1] - 2:3
**locate** [1] - 32:15
**location** [1] - 36:18
**look** [14] - 13:19, 21:16, 57:9, 61:23, 66:8, 72:11, 72:16, 78:7, 78:16, 79:14, 80:16, 89:8, 94:3
**looked** [5] - 55:4, 72:2, 72:17, 77:24, 84:4
**looking** [1] - 43:24
**looks** [3] - 69:7, 90:12, 90:20
**loose** [2] - 59:24, 60:2
**lose** [2] - 61:7, 91:3
**Lou** [1] - 19:14
**lou** [1] - 19:16

**loud** [3] - 52:17, 71:7, 75:23
**lower** [1] - 47:11
**lucked** [1] - 84:1
**lying** [1] - 63:17

**M**

**Madden** [1] - 19:17
**majority** [3] - 26:24, 83:3, 83:4
**maneuver** [1] - 55:1
**manning** [1] - 23:10
**Marble** [3] - 58:12, 58:15, 59:14
**Marcus** [1] - 2:3
**mark** [2] - 16:1, 65:22
**marked** [12] - 21:17, 66:6, 66:8, 69:3, 69:11, 72:17, 72:20, 74:17, 78:7, 79:13, 80:16, 89:9
**matter** [3] - 23:12, 94:9, 97:20
**matters** [2] - 6:13
**mayor** [4] - 19:10, 19:12, 19:17, 19:21
**McAvoy** [2] - 20:7, 20:11
**McMahon** [1] - 73:24
**meal** [1] - 29:18
**mean** [10] - 22:4, 22:17, 24:15, 39:10, 64:6, 68:3, 73:8, 73:10, 77:3, 94:2
**meaning** [1] - 80:17
**means** [2] - 22:7, 74:20
**meant** [1] - 65:23
**Med** [10] - 62:10, 62:14, 62:15, 62:18, 63:1, 63:2, 63:7, 63:12, 64:2, 88:22
**media** [1] - 68:11
**median** [3] - 38:11, 39:10, 42:6
**medians** [1] - 39:22
**Medical** [1] - 87:5
**meet** [1] - 75:16
**meeting** [11] - 15:14, 16:4, 16:6, 18:13, 16:18, 16:21, 17:14, 17:15, 17:18, 17:19, 75:20
**meets** [1] - 37:9
**member** [2] - 9:20, 16:21
**members** [1] - 19:1
**mention** [5] - 11:11, 13:16, 18:19, 18:22,

87:7
**mentioned** [7] - 7:14, 12:22, 20:17, 27:20, 65:9, 68:23, 89:5
**mentioning** [1] - 26:4
**merge** [1] - 38:6
**met** [4] - 16:5, 16:7, 17:10, 26:11
**MICHELE** [3] - 1:15, 97:4, 97:24
**middle** [2] - 30:3, 43:23
**midnight** [5] - 11:22, 12:2, 12:4, 12:7, 14:10
**midnights** [4] - 12:9, 23:22, 24:11, 24:20
**midway** [1] - 73:11
**miles** [1] - 21:3
**mind** [5] - 11:8, 35:15, 36:3, 69:13, 85:13
**minimal** [2] - 83:12, 84:2
**minimum** [1] - 23:10
**minute** [2] - 24:18, 64:8
**minutes** [2] - 7:23, 64:6
**MINUTES** [1] - 1:11
**misheard** [1] - 33:7
**missed** [1] - 33:15
**missing** [1] - 10:24
**Montanino** [38] - 7:14, 7:20, 8:2, 12:22, 23:17, 23:18, 25:21, 42:23, 43:2, 46:12, 48:7, 48:10, 48:22, 48:23, 49:10, 53:1, 53:12, 54:2, 69:22, 76:22, 77:11, 78:7, 79:14, 79:22, 79:24, 80:5, 80:16, 80:21, 82:6, 82:19, 83:1, 83:8, 83:9, 83:21, 91:1
**Montanino's** [13] - 37:18, 41:13, 49:9, 51:11, 53:13, 53:15, 69:23, 70:9, 70:14, 70:24, 76:20, 77:3, 92:4
**morning** [8] - 4:20, 4:21, 5:4, 24:21, 24:23, 26:9, 64:5, 67:17
**MORRIS** [1] - 2:8
**Morris** [1] - 1:13
**most** [5] - 8:15, 39:7, 39:8, 39:10, 39:21
**mother** [2] - 1:3, 1:4

**move** [16] - 48:1, 51:19, 52:22, 53:8, 54:16, 55:10, 55:12, 55:16, 58:11, 58:15, 59:11, 59:17, 59:20, 59:23, 76:21, 76:24
**moved** [6] - 12:14, 53:7, 55:11, 60:9, 61:17, 71:10, 78:24, 80:9, 80:13
**movement** [1] - 53:10
**movements** [1] - 51:9
**moving** [15] - 49:23, 50:5, 50:6, 50:9, 51:17, 51:20, 52:12, 52:21, 54:13, 57:2, 58:22, 74:9, 76:4, 76:9
**MR** [26] - 4:4, 4:16, 4:17, 4:19, 13:23, 14:1, 14:3, 14:4, 14:6, 20:8, 20:10, 22:12, 29:17, 45:15, 46:16, 56:19, 56:20, 64:8, 64:10, 72:13, 72:15, 78:5, 91:12, 94:4, 96:2
**multi** [1] - 38:21
**multi-colored** [1] - 38:21
**must** [1] - 35:16

**N**

**N.T** [1] - 1:4
**name** [8] - 4:22, 28:24, 65:24, 67:13, 74:1, 77:21
**named** [2] - 97:7, 97:11
**narrative** [1] - 75:22
**natural** [2] - 1:4, 1:4
**nature** [1] - 12:5
**near** [4] - 49:10, 53:1, 62:23, 83:20
**necessarily** [1] - 8:7
**need** [10] - 4:6, 4:13, 5:20, 8:12, 32:2, 33:21, 38:18, 76:6, 85:18
**needed** [7] - 4:10, 14:9, 27:6, 63:8, 63:9, 87:4, 87:24
**needs** [1] - 5:7
**NEIL** [2] - 2:5, 95:11
**Neil** [1] - 4:22
**neutral** [1] - 59:8
**never** [1] - 93:12
**new** [2] - 9:13, 62:13
**NEW** [2] - 1:1, 96:1

## DAVID DEAN - 08/14/17

New [8] - 1:15, 1:17, 2:4, 2:10, 19:6, 62:11, 68:4, 97:5
next [11] - 31:22, 33:2, 33:3, 45:3, 45:9, 49:20, 51:8, 52:23, 54:19, 76:18, 89:4
nice [2] - 7:21, 32:9
nickname [1] - 12:4
night [20] - 12:23, 13:6, 13:9, 22:21, 23:17, 24:14, 25:3, 26:5, 29:3, 44:14, 80:7, 81:11, 82:20, 83:2, 84:8, 85:3, 87:13, 93:8, 93:22, 93:23
nights [1] - 24:16
nine [4] - 9:4, 12:11, 23:22, 24:19
nobody [3] - 23:14, 32:9, 32:11, 32:12, 32:22, 66:24
noise [3] - 32:18, 32:19, 32:21
normally [2] - 75:1, 75:3
north [1] - 45:12
NORTHERN [1] - 1:1
Notary [4] - 1:16, 4:2, 96:23, 97:5
note [1] - 58:19
noted [1] - 96:5
notes [1] - 67:2
nothing [4] - 11:8, 17:21, 30:12, 97:8
notice [4] - 81:10, 84:15, 84:17, 84:18
noticed [3] - 65:6, 65:7, 65:10
notification [2] - 8:19, 63:3
notified [1] - 65:1
ntorczayner@hkplaw. com [1] - 2:6
Number [1] - 75:10
number [7] - 22:1, 22:15, 23:8, 31:14, 65:23, 66:1, 68:4
numbers [4] - 22:8, 74:19, 74:20, 89:23

### O

oath [1] - 3:14
objection [1] - 58:19
objections [1] - 3:8
observed [1] - 78:23
obstructed [1] - 61:20
OC [10] - 33:24, 34:4,

35:18, 35:22, 65:4, 65:6, 65:9, 65:10, 65:12, 65:16
occupant [1] - 32:15
occupied [1] - 39:23
OF [5] - 1:1, 1:8, 1:11, 96:1, 96:2
off-the-record [5] - 20:9, 29:16, 64:9, 72:14, 78:4, 91:11
offer [1] - 63:14
Office [4] - 16:15, 17:6, 19:7, 93:2
office [8] - 8:12, 15:22, 16:16, 16:22, 17:11, 71:18
officer [13] - 3:14, 6:23, 8:5, 9:23, 10:21, 13:5, 13:14, 21:14, 24:19, 34:12, 34:14, 62:17, 88:10
Officer [13] - 4:5, 33:12, 58:12, 58:14, 59:13, 59:14, 60:15, 61:3, 61:10, 62:4, 66:1, 82:1, 88:5
officers [11] - 12:18, 13:4, 27:1, 27:23, 32:6, 32:23, 49:1, 54:22, 59:21, 61:21, 87:2
offices [1] - 1:13
offs [1] - 13:17
often [1] - 34:2
old [1] - 9:14
on-and-off [1] - 13:18
on-ramp [2] - 37:7, 37:8
on-site [1] - 63:9
once [8] - 11:2, 31:13, 42:9, 53:7, 54:11, 54:12, 61:17, 63:23
one [40] - 5:16, 9:10, 11:23, 15:23, 15:24, 16:4, 16:13, 16:21, 18:12, 18:13, 20:8, 22:7, 23:23, 28:1, 29:11, 32:20, 35:12, 35:19, 40:6, 43:5, 48:3, 50:8, 50:10, 55:7, 58:12, 61:19, 65:19, 67:19, 68:17, 76:10, 76:11, 76:15, 76:23, 79:10, 80:22, 91:14, 93:13, 93:19
ons [1] - 13:17
ons-and-offs [1] - 13:17
open [4] - 42:15, 44:17, 56:13, 81:9

opposed [3] - 12:1, 32:5, 66:1
order [5] - 36:8, 51:13, 67:3, 71:20, 72:2
ordered [1] - 51:17
ordinance [1] - 32:17
original [1] - 66:2
originally [1] - 83:16
originated [1] - 66:16
outcome [1] - 97:20
outside [2] - 25:10, 25:22
overall [1] - 32:5
overnight [1] - 22:21
own [4] - 46:15, 46:19, 60:23, 90:19
owner [1] - 32:15

### P

p.m [2] - 11:22, 94:9
P.O [2] - 1:14, 2:9
page [13] - 21:16, 72:19, 72:20, 73:18, 74:5, 74:17, 75:23, 77:9, 80:1, 95:6, 95:7
PAGE [1] - 95:5
panel [4] - 40:23, 41:9, 41:12, 46:24
pant [8] - 53:14, 53:19, 53:20, 53:21, 53:24, 56:9, 77:3, 77:7
pants [1] - 53:21
paper [1] - 77:22
paperwork [2] - 28:14, 57:9
parallel [6] - 38:11, 40:2, 41:19, 41:21, 41:22, 44:8, 44:10, 60:20
paraphrase [2] - 86:10, 86:11
park [1] - 44:8
parked [1] - 39:24
Parker [9] - 21:14, 22:2, 33:12, 59:13, 60:15, 61:3, 61:10, 62:4, 82:1
part [18] - 10:2, 10:8, 40:19, 46:14, 46:21, 47:3, 53:18, 53:24, 57:14, 58:17, 60:16, 69:18, 81:11, 84:16, 84:22
particular [1] - 20:21
parties [1] - 3:2
partner [5] - 21:10, 21:11, 33:12, 34:6,

59:13
party [13] - 6:18, 27:11, 27:15, 28:1, 28:3, 28:5, 28:6, 28:10, 30:4, 32:2, 36:20, 43:18
passed [3] - 15:12, 26:8, 31:21
passenger [9] - 41:3, 41:4, 41:7, 46:24, 58:3, 90:4, 90:10, 90:21
past [1] - 56:9
Patrick [1] - 19:17
patrol [3] - 22:5, 27:1, 70:21
patrolman [1] - 9:16
Patrolman [1] - 75:3
PBA [1] - 65:1
Pearl [2] - 1:14, 2:9
pelvis [1] - 47:17
pending [2] - 5:20, 5:24
people [5] - 11:23, 27:21, 32:18, 32:24, 59:11, 83:9, 66:2, 66:24
pepper [3] - 35:18, 35:23, 65:21
per [2] - 23:4, 23:8
percent [1] - 59:15
period [3] - 10:11, 76:5, 97:18
Perlstein [1] - 4:23
PERLSTEIN [1] - 2:3
perpendicular [1] - 38:12
person [4] - 26:7, 88:14, 88:15, 94:2
personal [3] - 4:13, 30:21, 31:7
personnel [1] - 8:15
Phil [12] - 28:23, 29:1, 59:16, 59:17, 93:4, 93:7, 93:10, 93:12, 93:13, 93:15, 93:16, 93:18
phone [7] - 5:22, 13:22, 13:24, 29:2, 72:2, 75:18, 87:20
physical [2] - 21:10, 53:19
physically [1] - 60:24
pick [5] - 55:9, 55:10, 59:2, 61:1, 94:2
picked [1] - 61:5
picture [16] - 77:6, 78:12, 78:14, 78:16, 79:6, 79:9, 79:13, 79:20, 79:22, 80:16,

80:18, 80:21, 80:24, 82:5, 82:7, 82:9
pictures [3] - 80:15, 82:12, 82:16
piece [1] - 77:22
pinch [2] - 83:14, 83:16
pinned [4] - 46:10, 46:18, 46:22, 47:11
pistol [1] - 25:13
place [8] - 14:15, 19:22, 29:2, 32:7, 83:2, 93:8, 96:5, 97:11
Plaintiffs [2] - 1:5, 2:2
PLAINTIFFS [1] - 4:18
plaintiffs [1] - 4:24
Plaintiffs' [1] - 66:5
PLAINTIFFS' [1] - 95:5
platoon [9] - 12:5, 12:6, 12:12, 15:6, 20:14, 21:7, 21:18, 31:15, 67:18
play [3] - 42:24, 89:22
play-by-play [1] - 42:24
playing [3] - 89:11, 90:1, 91:6
plus [1] - 24:23
point [41] - 4:9, 5:10, 5:18, 24:17, 30:1, 30:3, 32:14, 34:9, 34:11, 36:5, 36:23, 38:14, 39:1, 40:15, 41:13, 42:8, 42:13, 43:23, 44:2, 44:24, 47:1, 47:23, 48:3, 48:5, 48:16, 49:1, 49:18, 50:14, 52:8, 54:21, 55:8, 58:22, 58:23, 59:6, 61:7, 65:14, 68:21, 76:11, 83:15, 83:16, 90:16
pointing [1] - 90:4
police [18] - 4:7, 6:23, 8:8, 8:14, 9:23, 12:10, 19:24, 24:19, 25:11, 48:24, 66:21, 79:5, 79:8, 81:1, 87:1, 90:12, 90:13, 90:14
Police [13] - 4:9, 9:1, 9:3, 9:6, 9:18, 9:21, 10:18, 11:18, 14:19, 66:12, 80:3, 92:16, 95:8
portions [1] - 41:15
position [7] - 44:8, 51:15, 58:23, 78:22,

DAVID DEAN - 08/14/17

80:5, 81:4, 81:7
**position-wise** [1] - 44:8
**positioned** [2] - 38:10, 51:12
**positions** [1] - 80:13
**possible** [2] - 31:1, 65:12
**possibly** [1] - 21:21
**power** [1] - 60:23
**preference** [1] - 31:7
**prepare** [3] - 66:18, 67:3, 75:9
**prepared** [3] - 66:20, 66:22, 71:19
**preparing** [1] - 77:20
**present** [2] - 77:12, 89:5
**presentation** [1] - 92:18
**president** [1] - 65:1
**prevent** [1] - 6:5
**previous** [2] - 6:14, 69:15
**previously** [3] - 21:17, 89:6, 91:14
**problem** [4] - 22:24, 66:4, 78:19, 94:6
**proceedings** [1] - 97:14
**process** [1] - 31:12
**production** [1] - 8:20
**promise** [1] - 18:16
**promoted** [2] - 23:20, 24:2
**prompted** [1] - 33:17
**provided** [2] - 74:19, 97:17
**PT** [1] - 75:1
**PTLM** [1] - 75:2
**Public** [4] - 1:16, 4:2, 96:23, 97:5
**public** [3] - 9:20, 9:24, 10:1
**pulling** [2] - 42:4, 44:5
**pulls** [1] - 30:18
**puncturing** [1] - 65:13
**purposes** [1] - 89:9
**pursuant** [2] - 1:12, 29:2
**push** [1] - 59:2
**put** [10] - 39:11, 55:24, 57:2, 59:8, 60:21, 61:1, 61:10, 63:22, 71:14, 78:16

**Q**

**qualification** [2] - 25:16, 25:17

**quarter** [4] - 40:23, 41:9, 41:12, 48:24
**questioning** [1] - 18:14
**questions** [16] - 5:3, 6:6, 6:7, 17:22, 18:4, 18:5, 18:6, 24:24, 25:2, 42:21, 76:16, 77:14, 88:17, 89:1
**quick** [2] - 58:9, 72:18
**quite** [2] - 11:4, 80:9

**R**

**racing** [1] - 49:16
**radar** [1] - 11:5
**radio** [17] - 27:4, 28:15, 28:17, 28:20, 29:21, 29:24, 33:5, 33:10, 34:14, 35:1, 35:3, 37:2, 42:12, 42:18, 50:17, 63:2, 63:4
**radioed** [1] - 63:3
**ramp** [3] - 37:7, 37:8, 43:9
**ran** [1] - 45:5
**RANDALL** [1] - 1:8
**Randall** [1] - 5:2
**randomly** [1] - 31:10
**Randy** [23] - 7:9, 7:12, 7:15, 7:18, 8:3, 24:7, 24:13, 25:5, 25:10, 25:13, 26:2, 48:24, 49:6, 58:2, 60:2, 60:23, 61:10, 81:10, 81:14, 81:17, 81:24, 82:2, 87:15
**Randy's** [2] - 83:6, 83:9
**range** [1] - 25:15
**ranges** [2] - 25:13
**rays** [1] - 86:24
**reaching** [2] - 52:2, 56:8
**read** [9] - 30:8, 67:14, 69:12, 71:6, 74:21, 75:23, 76:8, 76:17, 96:4
**ready** [1] - 63:10
**realize** [1] - 76:13
**realized** [2] - 55:5, 58:10
**really** [8] - 14:24, 61:23, 82:21, 82:22, 84:5, 85:9, 88:9
**rear** [10] - 40:22, 41:2, 41:4, 41:7, 41:9, 46:23, 56:13, 56:15, 70:24, 90:21

**recollect** [1] - 29:10
**recollection** [10] - 24:22, 28:13, 30:6, 44:4, 59:9, 61:15, 67:5, 73:1, 76:9, 76:17
**record** [10] - 4:14, 20:9, 29:16, 64:8, 64:9, 72:13, 72:14, 78:4, 91:11, 96:4
**recording** [3] - 89:11, 90:1, 91:6
**red** [1] - 38:20
**reduced** [1] - 97:12
**reference** [2] - 76:1, 83:6
**refresh** [3] - 28:12, 73:1, 76:8
**refreshes** [1] - 44:3
**regarding** [1] - 92:7
**regardless** [1] - 30:19
**regular** [1] - 20:19
**relating** [1] - 92:12
**relation** [1] - 10:17
**relative** [1] - 80:6
**release** [1] - 55:2
**remember** [48] - 12:15, 12:18, 12:22, 13:8, 15:21, 15:22, 15:23, 16:11, 17:10, 18:10, 19:21, 24:13, 27:7, 30:10, 30:11, 30:15, 31:24, 33:4, 33:19, 35:16, 35:22, 37:13, 42:16, 42:20, 44:16, 50:8, 56:6, 57:5, 58:7, 59:17, 60:5, 73:4, 73:6, 76:11, 76:15, 77:21, 81:9, 83:3, 83:5, 83:23, 84:3, 85:18, 85:20, 86:12, 87:9, 87:10, 87:20
**Rensselaer** [2] - 16:16, 17:5
**report** [38] - 15:14, 16:5, 16:8, 66:11, 66:13, 66:18, 66:20, 66:23, 67:3, 67:5, 67:8, 67:10, 67:21, 67:24, 68:2, 68:5, 68:8, 68:10, 68:12, 68:15, 68:18, 68:20, 69:1, 69:4, 69:8, 69:8, 69:11, 71:19, 74:14, 74:15, 75:10, 75:12, 77:9, 77:10, 77:14, 77:17, 77:20, 91:9
**Report** [2] - 95:6, 95:7

**reporter** [1] - 97:17
**Reporter** [3] - 1:16, 97:4, 97:24
**reports** [5] - 16:1, 16:3, 44:2, 65:20, 77:24
**represent** [2] - 4:24, 74:18
**representing** [1] - 5:17
**request** [1] - 69:14
**requested** [3] - 15:13, 97:16
**reserved** [1] - 3:9
**Resistance** [1] - 95:9
**resistance** [2] - 74:15, 75:22
**respective** [1] - 3:2
**respond** [3] - 52:13, 85:23, 86:4
**responding** [2] - 42:19, 85:17
**Response** [1] - 95:9
**response** [3] - 36:2, 75:22, 85:8
**responsibility** [2] - 30:22, 61:22
**responsible** [1] - 32:7
**rest** [1] - 56:17
**result** [1] - 83:22
**resulted** [2] - 14:16, 35:8
**RETAINED** [1] - 95:11
**return** [2] - 84:24, 85:6
**returned** [1] - 67:20
**reverse** [1] - 59:9
**review** [3] - 7:2, 24:17, 97:15
**riding** [2] - 13:11, 13:12
**rifle** [1] - 22:5
**River** [2] - 36:20, 36:22
**river** [1] - 21:2
**road** [2] - 39:20, 43:13
**role** [1] - 14:18
**roll** [4] - 12:16, 24:13, 25:3, 25:5
**room** [2] - 55:1, 64:21
**Rosamilia** [2] - 19:14, 19:16
**Rose** [1] - 4:24
**rotation** [1] - 13:17
**route** [4] - 36:16, 69:24, 70:1, 91:22
**run** [7] - 8:12, 8:16, 17:23, 27:9, 34:19, 34:23, 36:13
**running** [6] - 45:8, 89:23, 90:20, 90:23,

**90:24, 92:2**
**rush** [1] - 85:19
**Russell** [2] - 10:1, 10:5

**S**

**safety** [4] - 9:20, 9:24, 10:1, 30:24
**Sage** [2] - 10:1, 10:5
**sarge** [1] - 32:3
**sat** [1] - 13:18
**saw** [26] - 25:5, 32:23, 37:8, 37:10, 37:15, 37:16, 37:17, 37:20, 37:21, 40:17, 41:14, 46:10, 46:11, 46:13, 47:7, 47:8, 48:7, 48:13, 49:21, 50:2, 55:4, 80:21, 81:5, 81:10, 81:15
**scene** [6] - 14:18, 15:9, 45:5, 81:8, 82:17, 82:18
**schedule** [3] - 13:18, 13:19, 13:21
**Scotland** [2] - 62:11, 62:13
**scrap** [1] - 77:22
**screaming** [2] - 47:24, 55:9
**sealing** [1] - 3:3
**seat** [3] - 54:24, 59:5, 63:20
**seated** [2] - 5:5, 5:18
**second** [7] - 20:8, 23:6, 24:11, 67:18, 67:19, 69:11, 91:3
**seconds** [3] - 58:9, 89:17, 90:2
**sections** [1] - 43:12
**sector** [2] - 20:21, 22:11
**Sector** [1] - 21:23
**secure** [1] - 87:24
**see** [53] - 14:1, 21:22, 28:17, 29:5, 29:14, 33:6, 38:5, 38:8, 41:6, 44:3, 46:9, 47:20, 48:4, 48:16, 48:20, 48:22, 48:23, 48:24, 50:19, 51:2, 52:6, 52:8, 53:3, 57:18, 57:23, 58:23, 72:19, 73:20, 74:6, 75:5, 77:6, 77:7, 78:14, 78:19, 79:8, 79:10, 79:17, 79:19, 79:22, 81:14, 81:17, 82:9, 82:11, 89:12,

DAVID DEAN - 08/14/17

89:23, 89:24, 90:8, 90:22, 91:7, 92:1, 92:2, 93:4
seeing [4] - 24:13, 25:6, 69:17, 61:16
seeking [1] - 4:5
sent [1] - 28:9
sentence [4] - 69:19, 71:7, 75:24, 76:18
sentences [1] - 69:19
separate [1] - 92:17
separately [1] - 15:20
SERGEANT [1] - 1:8
Sergeant [93] - 5:2, 7:20, 8:2, 12:20, 13:1, 14:22, 14:23, 15:2, 15:11, 15:13, 16:19, 23:16, 25:21, 26:20, 27:1, 27:6, 31:4, 33:2, 33:8, 33:11, 33:13, 33:20, 34:4, 34:16, 34:22, 35:7, 35:17, 37:17, 38:10, 38:14, 39:3, 40:16, 40:19, 41:13, 41:15, 42:5, 42:7, 42:10, 42:23, 43:2, 44:11, 46:10, 46:14, 46:18, 46:21, 47:1, 47:3, 48:7, 48:10, 48:22, 53:12, 54:2, 54:21, 54:23, 55:2, 55:13, 55:15, 55:19, 55:22, 62:1, 63:6, 63:15, 63:17, 64:12, 64:20, 67:16, 69:14, 70:2, 71:11, 73:24, 75:13, 75:15, 82:19, 83:1, 83:8, 84:2, 84:6, 84:14, 84:18, 84:24, 85:2, 85:5, 86:12, 87:23, 88:6, 88:14, 91:15, 91:17, 91:20, 92:23
sergeant [14] - 15:1, 15:2, 24:2, 24:8, 24:10, 29:8, 30:16, 38:9, 40:24, 67:13, 67:14, 67:18, 70:2, 88:10
sergeant's [1] - 24:3
sergeants [2] - 15:4, 15:5
Sergeants [2] - 17:16, 68:24
series [1] - 17:23
serve [1] - 4:10
service [4] - 9:5, 61:14, 81:17, 82:2
settled [1] - 63:23

seven [2] - 27:24, 89:17
several [4] - 10:21, 10:23, 66:24, 88:3
shall [1] - 3:8
sheet [1] - 21:18
shift [9] - 11:21, 11:22, 12:4, 12:8, 12:14, 14:12, 23:5, 43:23
shoelaces [2] - 60:15, 60:19
shoot [2] - 36:4, 85:24
shooting [2] - 88:7, 88:18
shorthand [1] - 97:11
Shorthand [2] - 1:16, 97:4
shot [2] - 26:8, 88:15
shots [5] - 36:1, 50:15, 86:2, 86:15, 87:8
shoulder [3] - 40:8, 40:11, 40:14
shoulders [2] - 5:7, 73:13
show [6] - 21:15, 65:21, 66:7, 69:3, 78:6, 79:13, 80:15, 82:5
showed [1] - 29:7
shown [3] - 91:13, 91:14, 91:20
shrugs [1] - 5:8
shy [1] - 28:15
side [42] - 29:11, 29:12, 38:12, 40:14, 40:22, 41:2, 41:5, 41:8, 43:8, 43:15, 45:11, 45:12, 46:3, 46:12, 46:24, 48:8, 48:23, 49:10, 49:21, 54:20, 56:2, 56:4, 56:5, 56:10, 56:13, 61:18, 69:21, 70:12, 70:21, 76:2, 79:24, 81:6, 89:19, 90:3, 90:4, 90:8, 90:10, 90:21, 91:23, 92:4
sign [3] - 69:6, 75:1, 75:3
signature [4] - 66:15, 66:16, 74:22, 74:23
signed [6] - 3:13, 3:15, 67:13, 77:10, 77:12
significance [1] - 74:21
significant [2] - 40:8, 40:14

similar [1] - 88:21
sirens [1] - 52:15
sit [4] - 58:8, 63:14, 71:3, 73:6
site [1] - 63:9
sits [1] - 76:15
sitting [5] - 30:8, 42:5, 59:5, 63:17, 63:24
situation [1] - 36:3
six [7] - 27:24, 32:23, 58:9, 64:8, 71:10, 73:20, 74:6
six-two [2] - 73:20, 74:6
slash [2] - 40:23, 61:5
slide [1] - 55:7
slightly [1] - 80:13
sobriety [1] - 10:22
socialize [2] - 25:10, 25:21
someone [3] - 8:8, 68:12, 89:18
sometimes [1] - 18:3
somewhat [1] - 42:6
somewhere [4] - 63:19, 64:6, 73:15, 83:18
son [1] - 93:16
soon [3] - 38:6, 55:12, 86:22
sorry [6] - 19:15, 25:9, 46:16, 46:17, 53:19, 78:18
sort [1] - 61:4
sounds [1] - 50:3
south [3] - 36:19, 36:21, 45:11
South [1] - 22:11
southern [3] - 39:7, 39:8, 39:10
southern-most [3] - 39:7, 39:8, 39:10
speaking [3] - 11:16, 19:21, 75:17
special [1] - 63:9
specific [3] - 17:21, 38:18, 83:3
specifically [14] - 12:17, 16:15, 24:15, 27:7, 27:8, 30:12, 33:19, 33:23, 35:5, 41:11, 64:18, 65:11, 73:9, 86:12
spinning [1] - 49:14
spoken [4] - 14:14, 71:17, 85:2, 93:12
spot [1] - 22:23
spouse [2] - 25:24, 26:2
spray [3] - 35:18,

35:24, 85:22
springs [1] - 11:8
square [1] - 21:3
ss [1] - 96:1
standard [3] - 17:22, 17:23, 23:3, 66:12, 68:4, 68:6, 68:10, 68:15
standing [5] - 48:11, 49:10, 57:1, 57:12, 57:13, 89:18
start [2] - 4:4, 65:20
started [3] - 12:10, 27:5, 33:10, 35:19, 36:18, 38:6, 55:12, 55:16, 67:17
State [3] - 1:17, 19:7, 97:5
STATE [1] - 96:1
STATES [1] - 1:1
station [5] - 20:15, 22:14, 66:21
Station [4] - 20:16, 22:11, 22:12, 22:13
stay [2] - 4:12, 64:17
STENOGRAPHIC [1] - 1:11
still [11] - 14:11, 31:4, 34:9, 52:6, 52:15, 53:2, 58:22, 69:17, 76:10, 83:24, 94:1
stipulated [1] - 4:15
STIPULATED [3] - 3:1, 3:7, 3:12
stomach [2] - 51:5, 51:7
stop [22] - 14:16, 15:10, 26:8, 26:21, 30:17, 33:9, 33:16, 34:8, 35:8, 51:17, 52:12, 52:21, 57:2, 74:9, 76:5, 76:8, 86:6, 86:7, 86:9, 86:10
stopped [13] - 27:1, 29:22, 30:7, 31:18, 31:22, 33:14, 43:20, 44:12, 44:16, 44:19, 45:23, 53:10, 54:13
stops [1] - 23:14
Street [8] - 1:14, 2:9, 21:1, 21:2, 36:20, 36:22, 37:6
strike [1] - 76:23
struck [5] - 54:7, 54:12, 73:2, 73:7, 74:11
stuck [1] - 55:3
stuff [1] - 68:11
stuffed [1] - 61:5

subject [2] - 76:1, 76:23
submit [1] - 18:5
Success [1] - 2:4
Suite [1] - 2:3
sum [1] - 91:7
Sunday [1] - 71:24
super [1] - 85:19
superior [1] - 12:18
supervisor [4] - 12:21, 13:2, 23:21, 23:24
supplemental [3] - 68:8, 68:18, 75:10
Supplemental [2] - 95:6, 95:7
suppose [1] - 65:15
supposed [1] - 30:20
surprised [3] - 33:4, 83:11, 83:22
suspect [5] - 69:21, 69:22, 71:9, 72:21, 73:18
suspect's [1] - 76:2
SWAT [1] - 62:22
swing [2] - 53:8, 57:8
switched [1] - 86:22
sworn [4] - 3:13, 3:15, 4:2, 97:7
Sworn [1] - 96:19
swung [3] - 57:11, 57:16, 57:18

**T**

table [1] - 79:16
tall [1] - 79:10
tall [1] - 50:24
taller [1] - 51:3
team [1] - 62:22
technician [2] - 88:1, 88:2
Tedesco [2] - 20:2, 20:6
ten [4] - 12:11, 51:1, 56:1, 90:2
term [2] - 40:3, 60:3
test [5] - 9:5, 9:8, 9:13, 9:14, 24:3
testified [11] - 4:3, 6:9, 6:11, 7:9, 7:13, 7:15, 18:1, 34:18, 71:3, 71:21, 72:8
testify [8] - 4:11, 7:3, 8:6, 16:24, 17:2, 18:3, 18:9, 97:8
testifying [2] - 7:7, 7:18
testimony [9] - 7:7, 8:2, 17:7, 18:7, 18:17, 18:20, 18:23,

DAVID DEAN - 08/14/17

35:2, 96:5
testing [1] - 10:22
tests [1] - 10:22
THE [3] - 1:8, 4:18, 94:6
theirs [2] - 45:7, 45:9
themselves [1] - 18:4
thereafter [1] - 97:12
therein [1] - 97:11
Thevenin [41] - 11:11, 11:13, 14:14, 17:3, 19:4, 20:12, 26:4, 26:5, 26:7, 26:11, 26:14, 26:19, 34:23, 35:9, 41:6, 47:4, 47:18, 49:22, 50:19, 50:21, 53:15, 54:3, 54:7, 55:18, 58:2, 57:1, 58:22, 61:12, 73:2, 73:20, 74:2, 79:19, 80:6, 80:11, 81:1, 86:20, 87:12, 87:16, 90:17, 90:18, 90:22
THEVENIN [3] - 1:2, 1:3, 1:3
thevenin's [2] - 29:12, 29:13
Thevenin's [34] - 14:17, 37:17, 40:15, 41:14, 41:16, 41:17, 41:22, 46:11, 46:12, 46:19, 48:4, 48:8, 48:18, 49:8, 49:11, 49:14, 49:18, 51:2, 55:1, 57:14, 57:18, 57:21, 58:20, 60:17, 61:18, 70:10, 70:14, 70:22, 77:21, 78:20, 78:22, 89:19, 91:23, 92:3
thinking [2] - 30:12, 54:24
thirds [1] - 73:12
three [4] - 13:15, 22:23, 38:5, 59:13
Thursday [2] - 14:7, 72:5
ticket [4] - 32:16, 32:17, 34:11, 34:17
tinted [1] - 48:18
tires [1] - 49:14
title [1] - 9:15
titles [1] - 9:17
today [6] - 7:3, 7:7, 30:6, 71:3, 73:7, 76:16, 77:24, 94:5
together [2] - 15:19, 59:20
took [6] - 9:9, 14:15,

19:22, 29:1, 29:2, 72:18, 83:1, 93:8
top [2] - 38:20, 60:7
Torczyner [1] - 4:22
TORCZYNER [16] - 2:5, 4:4, 4:17, 4:19, 13:23, 14:3, 20:8, 20:10, 29:17, 56:20, 64:8, 64:10, 72:13, 72:15, 78:5, 91:12, 94:4, 95:11
TORCZYNER............
...........PAGE [1] - 95:2
torso [1] - 47:11
total [1] - 91:7
touched [3] - 65:7, 65:8, 65:19
touching [1] - 53:14
tour [1] - 14:10
tow [1] - 93:19
towards [11] - 36:15, 39:9, 39:11, 42:5, 45:5, 46:3, 53:9, 56:9, 56:23, 62:24, 91:1
TPD [4] - 66:11, 69:15, 71:10, 71:12
traffic [17] - 14:16, 15:9, 26:8, 26:20, 33:9, 33:16, 34:8, 35:7, 37:19, 37:23, 38:24, 39:4, 39:6, 39:17, 45:1, 45:17, 45:18
training [5] - 10:9, 10:21, 12:13, 13:4, 13:5, 13:14
transcript [2] - 96:7, 97:16
transcription [1] - 97:13
transmission [1] - 31:23
transmissions [7] - 27:5, 27:8, 28:16, 28:18, 28:20, 33:6, 34:15
transported [3] - 35:12, 63:12, 81:24
transporting [2] - 84:14, 87:15
trauma [1] - 62:19
travel [1] - 42:7
treatment [1] - 64:20
trial [2] - 3:9, 4:11
tried [4] - 27:8, 34:19, 34:23, 37:2
Tried [1] - 36:13
trouble [1] - 34:16

TROY [1] - 1:8
Troy [23] - 4:8, 4:12, 5:1, 6:21, 9:1, 9:3, 9:6, 9:18, 9:21, 10:6, 10:9, 10:18, 11:18, 14:19, 16:14, 19:10, 66:12, 80:3, 92:5, 92:11, 92:15, 92:16, 95:8
truck [1] - 93:19
true [2] - 96:7, 97:13
truth [5] - 19:18, 61:24, 97:8, 97:9
try [5] - 31:1, 59:2, 59:8, 85:13
trying [15] - 19:13, 19:16, 27:11, 28:7, 29:10, 32:8, 35:12, 35:13, 35:15, 36:2, 42:20, 58:13, 59:11, 59:17, 70:8
turn [3] - 9:11, 74:17, 77:9
turned [1] - 82:9
turning [1] - 88:3
turns [1] - 38:22
twice [1] - 9:9
two [16] - 16:23, 23:3, 39:2, 43:12, 45:10, 45:17, 55:14, 56:5, 59:21, 70:23, 73:12, 73:20, 74:6, 80:11, 87:1
two-door [1] - 56:5
two-thirds [1] - 73:12
type [2] - 88:2, 84:4
typed [1] - 67:7
typewritten [1] - 97:12

**U**

ultimately [1] - 68:19
under [7] - 6:4, 13:5, 32:22, 33:8, 56:23, 60:23, 93:5
underneath [5] - 20:6, 20:7, 43:13, 58:24, 66:15
understood [1] - 5:13
uniform [9] - 32:16, 60:7, 65:4, 65:6, 65:7, 65:10, 65:17, 84:19, 84:22
UNITED [1] - 1:1
unmarked [1] - 80:3
up [26] - 5:5, 22:22, 30:14, 30:16, 30:18, 32:3, 37:6, 43:9, 51:11, 51:20, 51:22, 52:2, 55:9, 55:10,

56:8, 59:2, 61:1, 61:5, 63:17, 63:24, 70:10, 83:15, 87:24, 88:3, 89:14
updated [1] - 65:2
updates [1] - 65:3
upper [1] - 76:23
UPR [1] - 22:4
upstairs [2] - 15:21, 75:20
urban [1] - 22:5

**V**

Vehicle [3] - 13:10, 71:10, 79:5
vehicle [50] - 22:1, 22:6, 22:7, 26:18, 29:11, 29:12, 29:13, 38:14, 40:11, 40:15, 41:8, 41:9, 41:14, 45:5, 45:7, 45:8, 45:9, 46:10, 46:11, 46:13, 46:14, 46:15, 46:19, 46:21, 47:4, 47:15, 47:18, 48:1, 48:5, 48:8, 48:15, 48:18, 50:19, 50:22, 51:14, 53:2, 54:23, 55:2, 60:16, 60:17, 60:20, 61:18, 69:21, 70:9, 70:10, 70:14, 70:21, 71:9, 71:12, 76:2, 78:14, 78:19, 78:20, 78:22, 79:11, 79:19, 79:22, 79:24, 80:3, 80:5, 80:6, 80:12, 81:1, 81:2, 81:3, 81:4, 81:7, 82:1, 82:9, 82:11, 90:3, 90:5, 90:9, 90:11, 90:12, 90:13, 90:14, 90:17, 90:18, 90:19, 90:22, 91:1, 91:23, 91:24, 92:3, 92:4
vehicles [6] - 23:3, 23:8, 45:6, 48:1, 79:8, 80:11
verbal [5] - 5:9, 74:4, 74:8, 74:10, 74:13
version [1] - 92:6
versions [2] - 77:17, 77:23
video [17] - 29:2, 29:5, 29:14, 89:5, 89:11, 89:12, 89:18, 90:1, 91:4, 91:6, 91:8, 91:13, 91:21, 92:1, 93:4, 93:6, 93:10

view [3] - 61:19, 83:22
violation [2] - 32:19, 32:21
voice [1] - 5:5
volleys [1] - 86:17

**W**

waiting [2] - 9:11, 34:11
waived [1] - 3:4
waiver [1] - 18:22
walk [1] - 49:8
walking [2] - 60:11, 60:23
watch [2] - 22:23, 92:1
watching [1] - 32:4
water [1] - 5:21
weapon [4] - 81:14, 81:17, 82:2, 88:11
week [3] - 14:2, 15:17, 24:16
weeks [3] - 10:13, 10:14, 10:16
west [4] - 38:1, 38:2, 39:9, 62:9
westbound [5] - 38:2, 39:17, 39:18, 39:20, 43:8
wheel [2] - 56:10, 56:23
White [14] - 14:22, 15:2, 15:11, 16:19, 17:16, 29:8, 68:24, 69:14, 70:2, 75:13, 75:15, 91:15, 91:20, 92:23
whole [3] - 47:20, 51:23, 97:8
wife [5] - 1:2, 5:22, 87:1, 87:3, 87:7
windows [2] - 42:15, 44:17
windshield [1] - 48:18
wise [1] - 44:8
wish [2] - 30:13
withdrawn [5] - 27:22, 34:21, 75:21, 81:5, 87:11
witness [1] - 97:6
WITNESS [2] - 94:6, 95:1
worried [1] - 88:20
worry [1] - 74:20
wrap [1] - 53:5
written [3] - 30:24, 67:2, 69:1
wrote [1] - 76:13

DAVID DEAN - 08/14/17

## X

x-rays [1] - 86:24

## Y

year [6] - 11:3, 11:4, 24:12, 24:23, 31:13
year-and-a-half [2] - 11:3, 24:12
year-plus [1] - 24:23
yearly [1] - 31:13
years [5] - 9:4, 12:11, 13:15, 23:23, 24:19
yelling [2] - 48:11, 48:14
YORK [2] - 1:1, 96:1
York [7] - 1:15, 1:17, 2:4, 2:10, 19:6, 68:4, 97:5
young [1] - 5:5
yourself [5] - 24:3, 29:14, 89:12, 89:24, 91:7

## Z

Z.T [1] - 1:4
Zone [12] - 10:8, 10:11, 10:15, 20:23, 21:6, 21:9, 22:18, 23:2, 27:16, 27:17, 32:1
zone [14] - 20:22, 22:9, 22:15, 22:16, 22:19, 22:22, 23:4, 23:8, 30:18, 31:3, 31:6, 31:8, 31:10, 31:16
zones [1] - 23:3

File #: <u>11166-0001</u>

Title: <u>Cinthia Thevenin, et al. v. City of Troy, et al.</u>

Examination Before Trial of: <u>David Dean</u>

## TRANSCRIPT CORRECTION SHEET

| Page | Line | Correction and Reason for Correction: |
|------|------|---------------------------------------|
| 19 | 13 | MAYOR WAS PATRICK MADDEN, AFTER DEPOSITION, I RECALLED THE MAYOR RESPONDING TO ALBANY MED. |
| — | — | |
| — | — | |
| — | — | |
| — | — | |

Signature of Deponent

Sworn to before me this 17th
day of September, 2022

Notary Public – State of New York

KATIE M. VANDETTA
Notary Public, State of New York
No. 01VA6372564
Qualified in Saratoga County
Commission Expires March 19, 2022

## FITZGERALD MORRIS BAKER FIRTH P.C.

1    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT COURT OF NEW YORK
2    ------------------------------------------------------
     CINTHIA THEVENIN, individually, and as wife of
3    EDSON THEVENIN, Decedent, and as Administratrix of
     the Estate of EDSON THEVENIN, and as mother and
4    natural guardian of Infant N.T., and as mother and
     natural guardian of Infant Z.T.,

5
                                        Plaintiffs,
6

7       -against-                          Index No.
                                        16-CV-1115(NAM/DJS)
8

9    THE CITY OF TROY and SERGEANT RANDALL FRENCH,

10                                      Defendants.
     ------------------------------------------------------
11           STENOGRAPHIC MINUTES OF DEPOSITION conducted of

12   KEITH MILLINGTON, pursuant to Subpoena, on the 16th day

13   of November, 2017, at the law offices of Fitzgerald

14   Morris Baker Firth, 16 Pearl Street, P.O. Box 2017, Glens

15   Falls, New York, commencing at 1:10 p.m.; before MICHELE

16   AMBROSINO, a Shorthand Reporter and Notary Public within

17   and for the State of New York.

18

19

20

21

22

23

24

```
1    APPEARANCES:

2    On behalf of Plaintiffs:

3              HARFENIST KRAUT & PERLSTEIN, LLP
               3000 Marcus Avenue, 2nd Floor East
4              Lake Success, New York 11042
               526.355.9612
5
               BY:  NEIL TORCZYNER, ESQ.
6                   Ntorczyner@hkplaw.com

7

8    On behalf of Defendants:

9              FITZGERALD MORRIS BAKER FIRTH
               16 Pearl Street
10             P.O. Box 2017
               Glens Falls, New York 12801
11             518.745.1400

12             BY:  JOHN D. ASPLAND, JR.
                    Jda@fmbf.law.com
13

14

15         ALSO PRESENT:

16         SEAN MILLINGTON

17

18

19

20

21

22

23

24
```

 1           IT IS HEREBY STIPULATED AND AGREED by and

 2    between the attorneys for the respective parties herein,

 3    that filing and sealing be and the same are hereby

 4    waived.

 5

 6

 7           IT IS FURTHER STIPULATED AND AGREED that all

 8    objections, except as to the form of the question, shall

 9    be reserved to the time of the trial.

10

11

12           IT IS FURTHER STIPULATED AND AGREED that the

13    within deposition may be signed and sworn to before any

14    officer authorized to administer an oath, with the same

15    force and effect as if signed and sworn to before the

16    Court.

17

18

19

20

21

22

23

24

```
 1                          KEITH MILLINGTON,

 2              (first duly sworn by the Notary Public,

 3               was examined and testified as follows:)

 4         EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

 5    BY MR. TORCZYNER:

 6    Q.   Good afternoon.

 7    A.   Good afternoon.

 8    Q.   My name is Neil Torczyner.  I am an attorney with

 9         the law firm of Harfenist, Kraut & Perlstein.  We

10         along with the law firm of Hack & Rose represent

11         the former wife of Edson Thevenin.  Her name is

12         Cinthia Thevenin, and we filed a lawsuit against

13         the City of Troy and Sergeant Randal French.

14              The gentleman seated on the end of table

15         represents the City of Troy and Sergeant Randal

16         French.  I had previously served a subpoena on an

17         attorney with Kindlon Law Firm, and he had agreed

18         to accept it on your behalf and that's what's

19         bringing you here today.  I'm going to be asking

20         you some questions.  When I'm done the gentleman

21         who represents the defendants will be asking you

22         some questions as well.  Unfortunately, we can't

23         answer questions really.  It's our job just to

24         ask you questions.
```

KEITH MILLINGTON - 11/16/17

1        You've brought your brother with you, and as
2    long he has no personal knowledge of things we're
3    going to be asking about, it's perfectly fine if
4    he stays.  If at any point you don't understand
5    the question I'm asking you you got to let me
6    know, because since you're sworn to tell the
7    truth, we're going to assume that everything
8    you're saying is true.  And if you didn't
9    understand what I meant when I asked you
10   something, well, you're going to give an answer
11   that's not true and it may not be your fault, but
12   it still won't be true.
13       If at any point you need a break to go to
14   the bathroom, feel free to do so.  There's coffee
15   and water on the table if you want to have a
16   drink.  Of course you're welcome to do that, you
17   know, stretch your legs, whatever it is.  You can
18   do whatever during a break you want.  You just
19   need to let us know that you need a break since
20   you don't have a lawyer here with you.  And you
21   can't take a break while there's a question.  If
22   I ask you a question, you need to answer it
23   before we take whatever break it is you need.
24   But other than that, those are the basic

KEITH MILLINGTON - 11/16/17

```
 1          instructions that I'm going to give you.
 2               The young lady seated to your immediate left
 3          is taking everything down on a piece of equipment
 4          that stenographers use.  It will in the end
 5          create a booklet of your testimony.  It's
 6          important that when you answer a question that
 7          you answer verbally because she can't take down
 8          shrugs of the shoulders, nods of the head, and
 9          things like "huh-huh" or "unh-unh" don't really
10          come out very well either.
11    A.    Okay.
12    Q.    Those are the basic instructions that I'm going
13          to give you.  It's possible that before -- when
14          John asks you questions, he may give you
15          instructions.  You'll obviously listen to them as
16          well.
17               Do you understand those instructions that
18          I've given you?
19    A.    Yeah.
20    Q.    Are you under the influence of anything that
21          would prevent you from understanding my questions
22          and answering them?
23    A.    No.
24    Q.    The first thing that I'm going to do is I'm going
```

KEITH MILLINGTON - 11/16/17

```
 1              to show you a document that's a subpoena that I
 2              signed on November 1st.  And we're going to mark
 3              this with your last name and a number, and that
 4              way when we go through our documents, we'll know
 5              which documents relate to your deposition
 6              transcript.
 7              (Millington Exhibit 1 was marked for
 8              identification.)
 9      Q.      I'm going to show a document that is marked as
10              Millington 1.  Let me know if you've ever seen
11              this before.
12      A.      No, I've never seen this before.
13      Q.      Were you advised by a lawyer that you should come
14              here today?
15      A.      Yes.
16      Q.      And who was that lawyer?
17      A.      Lee Kindlon.
18      Q.      I'm going to tell that I spoke with a fellow -- I
19              don't know if he goes by Gennaro [ph.]?
20      A.      Yeah, Gennaro.  Yep.
21      Q.      Right.  So he was the one who accepted that on
22              your behalf, and that's what brings you here
23              today.
24                  Did Lee discuss with you -- and I don't want
```

——————KEITH MILLINGTON - 11/16/17——————

```
 1              to know exactly the conversations, but were you

 2              aware that Lee's office was accepting the

 3              subpoena that would bring you here today?

 4       A.     Yes.

 5       Q.     So besides coming here as a witness under a

 6              subpoena, there's also a fee that you get paid

 7              based upon the miles between the distance of

 8              where you're coming from and where you're going

 9              to.  Is the address that's listed there your

10              correct home address?

11       A.     Correct.

12       Q.     Okay.  And the address, 16 Pearl Street, I will

13              represent to you is the address where you are.

14              So I'm handing you now -- we're not marking it as

15              an Exhibit, but it's a check for $86 that's

16              payable to you that reimburses you, not for

17              testifying.  We're not paying you to testify, but

18              we are reimbursing you for the mileage to get

19              from your home here and back to where you're

20              coming from.  And that's yours.  You can do with

21              it as you wish.

22                  Have you ever testified in a deposition

23              before?

24       A.     No.
```

KEITH MILLINGTON - 11/16/17

1    Q.   Have you ever testified in court?

2    A.   Nope.

3    Q.   What's your date of birth?

4    A.   ████████.

5    Q.   And the address that is listed on the subpoena as

6         your home address at ████████████ in Cohoes,

7         how long have you lived there?

8    A.   About two years.

9    Q.   Were you living there in April of 2016?

10   A.   Correct; I was.

11   Q.   Who else was living there April of 2016?

12   A.   My dad, my mom, my little brother, and my little

13        sister.

14   Q.   Little brother's the guy sitting next to you?

15   A.   Yep.

16   Q.   What's your dad's name?

17   A.   Keith.

18   Q.   Do you ever go by something else besides Keith as

19        a nickname?

20   A.   I mean, my parents call me Keiffer.  That's about

21        it.

22   Q.   Okay.  Would you prefer that we call you Keiffer

23        or Keith?

24   A.   No, call me Keith.

─────────── KEITH MILLINGTON - 11/16/17 ───────────

1   Q.   Okay.  What's your mom's name?

2   A.   Valerie.

3   Q.   And what's your brother's name, since he's here?

4   A.   Sean.

5   Q.   And your sister's name?

6   A.   Kersten.

7   Q.   At some point before you came here today did you

8        discuss -- withdrawn.

9             Were you present when there was a shooting

10        on the Collar City Bridge?

11   A.   Correct; I was.

12   Q.   Did you ever discuss the shooting on the Collar

13        City Bridge with any member of the Troy Police

14        Department?

15   A.   No, I told -- I talked to a Troy police that I

16        said that I seen it.  I didn't say any details

17        about it.

18   Q.   Okay.  Who was the Troy police officer that you

19        told that you had seen the shooting?

20   A.   Colleen Goldstein.

21   Q.   And you exchanged text messages with her telling

22        her that you saw the shooting?

23   A.   Correct.

24             (Millington Exhibit 2 was marked for

───────KEITH MILLINGTON - 11/16/17───────

```
 1            identification.)

 2    Q.    I'm going to show you now a document that's

 3            marked Millington 2.  I will tell you that these

 4            text messages were given to us by the Troy Police

 5            Department.  Just take a quick look through this,

 6            and tell me if you've seen them before.

 7    A.    Uh-huh.

 8    Q.    Yes, you've seen them before?

 9    A.    Yeah.

10    Q.    And these are your text messages that you

11            exchanged with Colleen Goldstein?

12    A.    Correct.

13    Q.    How do you know Colleen?

14    A.    She's a family friend.  One of my dad's good

15            friend, Travis, dated her daughter that passed

16            away.  So I mean, we're real close with Colleen.

17    Q.    And the reason it says "Keiffer" across the top

18            is because your dad got you the phone?

19    A.    Well, she's a family friend so she knows that

20            they call me Keiffer, so that's probably her

21            contact in her phone.

22    Q.    That's the way you're contacted in her phone?

23    A.    Yeah.

24    Q.    On your phone it doesn't say that?
```

───── KEITH MILLINGTON - 11/16/17 ─────

```
 1    A.   No.

 2    Q.   Okay.  What's the 75 that you got a 75 on on the

 3         first page of this document?

 4    A.   The first time I took the Troy test I got a 75 on

 5         it.

 6    Q.   And the test is to be a Troy police officer?

 7    A.   Correct.

 8    Q.   And you were in the process or still are in the

 9         process of applying to be a Troy police officer?

10    A.   Yes.  I took the new exam that -- the recent one.

11    Q.   Have you ever been notified by the Troy Police

12         Department that you've been accepted to be a

13         police officer there?

14    A.   No.

15    Q.   When is the first time you applied to be a police

16         officer there?

17    A.   Not sure of the date of the test.

18    Q.   Okay.  So the shooting that you saw was April of

19         2016; right?

20    A.   Uh-huh.

21    Q.   And about two or three weeks before you texted

22         Colleen about your test results?

23    A.   Yes.

24    Q.   Was that the first time you took the test?
```

KEITH MILLINGTON - 11/16/17

```
 1    A.   Yes.

 2    Q.   Okay.  So the first time you took it was sometime

 3         before --

 4    A.   It was probably a few months before that because

 5         it takes a while to get your results back.

 6    Q.   Have you ever applied to be a member of any other

 7         law enforcement agency?

 8    A.   I just took the state trooper exam.  I took the

 9         Albany police exam, and I am taking the

10         Rensselaer County Sheriff on December 2nd.

11    Q.   Good luck.

12    A.   Thank you.

13    Q.   Did you graduate from high school?

14    A.   Yes, I did.

15    Q.   Where did you go to high school?

16    A.   Lansingburgh High School.

17    Q.   When did you graduate?

18    A.   2012.

19    Q.   Did you take any classes after high school?

20    A.   Yeah, Hudson Valley.

21    Q.   Do you have a degree from Hudson Valley?

22    A.   I will pretty soon.

23    Q.   What are you studying towards?

24    A.   Criminal justice.
```

─────────────── KEITH MILLINGTON - 11/16/17 ───────────────

1    Q.   And that's going to be an AB?

2    A.   It will be my bachelors -- or associates.

3    Q.   Right.  An associate's degree in --

4    A.   Yeah.

5    Q.   So this is a two-degree program?

6    A.   Yep.

7    Q.   Now, you probably have seen crime and legal

8         dramas on TV, and you've studied some criminal

9         work in the associate's program.  I'm going to

10        ask you to put aside in your head everything that

11        you've seen on TV because clearly this is not a

12        court room.  There's no judge here.  The purpose

13        of this deposition is for us to understand what

14        you saw.  Again, I'm asking you questions.  I was

15        the one that asked you to come down here, but

16        Mr. Aspland is going to ask you questions as

17        well.  And it's really just finding out the

18        facts.  We want to know what you saw and what you

19        heard.  Try not to think about what you see on TV

20        because we're not looking for the bloody glove or

21        anything else like that.  We just want to know

22        what it is that you've seen and that you've heard

23        spoken to you.

24             When you saw the shooting that we're talking

──────── KEITH MILLINGTON - 11/16/17 ────────

```
 1            about on the Collar City Bridge, do you remember
 2            what time it was?
 3      A.    It was about I believe 3:00 in the morning.  3
 4            a.m., somewhere around that time.
 5      Q.    Where were you coming from at 3 a.m.?
 6      A.    My friend had people over on Second Ave in Troy,
 7            and I was driving my friend home because he was
 8            intoxicated and he could not drive his Jeep,
 9            which was a standard.
10      Q.    A standard meaning, standard that he often was
11            drunk?
12      A.    No, I standard meaning the truck -- the Jeep was
13            a standard shift.
14      Q.    Okay.  Who's the friend who couldn't drive?
15      A.    Vince Laware.  He goes by Vinny, too.
16      Q.    Where does Vinny live?
17      A.    In Troy.
18      Q.    Do you know the address?
19      A.    No, not off the top of my head.
20      Q.    If I said 44 Bolivar Avenue, would that ring a
21            bell?
22      A.    I mean, if that's by RPI and Troy High then,
23            yeah.
24      Q.    Okay.  I don't know that it's correct where he
```

─────KEITH MILLINGTON - 11/16/17─────

```
 1              lives.  That's just an address that I'm asking if
 2              you know if that's where he lives.
 3                   Who else was at this party with you and
 4              Vinny?
 5    A.        There was a bunch of people I can't name off the
 6              top of my head.
 7    Q.        Where was the party?
 8    A.        Second Avenue in Troy and 101st.
 9    Q.        And when you left the party you were the
10              designated driver?
11    A.        Correct.
12    Q.        You didn't have anything to drink that night --
13    A.        No.
14    Q.        -- did you?  Good for you.  And you answered, no,
15              you did not have anything to drink?
16    A.        No, I did not have anything to drink.
17    Q.        What time did you leave the party?
18    A.        I don't know the exact time.
19    Q.        Who else was in car with you and Vinny?
20    A.        Me and Vinny.
21    Q.        Just the two of you?
22    A.        Correct.
23    Q.        Do you remember which route you drove when you
24              left the party?
```

KEITH MILLINGTON - 11/16/17

1    A.   We went down Second Avenue -- or I think they
2         call it River Street.  We got to the Hoosick
3         Street Bridge, we took a left going up towards
4         Hoosick Street between the Collar City Bridge,
5         and we hit the light between the on- and
6         off-ramp.  I stalled out, and --
7    Q.   You have a problem with driving standard?
8    A.   It was like my second time.
9    Q.   Okay.  One other quick thing:  If you and I were
10        hanging out watching a ball game, it wouldn't be
11        a big deal if we talked over each other because
12        you know what I'm saying and I know what you're
13        saying.  But because the young lady is taking
14        everything down, it's important that you wait for
15        me to finish speaking --
16   A.   All right.
17   Q.   -- before you speak.  And again, it's not that
18        you're doing something wrong.  You don't do this
19        every day.
20   A.   All right.
21   Q.   And you're just getting into a rhythm, which is
22        great, but it's important that you let me finish
23        before you start answering.
24   A.   All right.  Sorry.

KEITH MILLINGTON - 11/16/17

```
 1    Q.   No problem at all.  Okay.  So the car was a
 2         stick, and it stalled out because you don't
 3         generally drive stick?
 4    A.   Correct.
 5    Q.   At the time that the car stalled out did you hear
 6         police sirens?
 7    A.   No.
 8    Q.   Did you see any police flashing lights at that
 9         point?
10    A.   Nope.
11    Q.   So what did you do next after the car stalled
12         out?
13    A.   Well, the light was still green when I stalled
14         out.  And then it ended up going red, and I was
15         still stalling out, and that's when I seen a
16         Honda come up with its lights off behind me in my
17         rearview mirror.  I kind of laughed and made a
18         joke about because the dude was driving with his
19         lights off.  He went past us.  That's when two
20         cop cars were behind him with their lights on
21         following behind him.  And then he took a quick
22         U-turn onto the bridge, and then hit the side of
23         the wall.
24    Q.   Okay.  When you say "he took a quick U-turn onto
```

─────────KEITH MILLINGTON - 11/16/17─────────

1              the bridge," that's the driver of the Honda?

2        A.   Correct.

3        Q.   Could you see -- did you see the face of the

4              driver of the Honda when he past you?

5        A.   No.

6        Q.   Did you see the face of the driver of the Honda

7              when he made the U-turn onto the bridge?

8        A.   Nope.

9        Q.   About how fast was the driver of the Honda going

10             when he made the U-turn onto the bridge?

11       A.   I'm not sure of the exact speed, but I think he

12             was going pretty fast because he came right up on

13             the side of us.

14       Q.   Okay.  Have you ever had any kind of training in

15             recognizing speeds of cars?

16       A.   No.  Nope.

17       Q.   That's not part of the trooper's exam yet?

18       A.   No.

19       Q.   So he passes you, makes the U-turn around to get

20             onto the bridge, and then at that point the two

21             Troy police cars are behind him?

22       A.   Yes.  As soon as he turned behind me like -- when

23             I could see him in my rearview mirror, as soon he

24             turned that corner and was coming up, two cop

KEITH MILLINGTON - 11/16/17

```
 1                cars were right behind him.

 2       Q.   Did you ever see any of the Troy police cars pass

 3            his car?

 4       A.   What do you mean?

 5       Q.   Well, when you're driving sometimes --

 6       A.   Yeah, like --

 7       Q.   -- cars pass you.

 8       A.   No, I didn't see him -- I didn't see him -- the

 9            cop cars go past him until he crashed into the

10            wall.

11       Q.   So at the time that he had crashed into the wall,

12            the two Troy police cars were still behind him;

13            correct?

14       A.   Yes.

15       Q.   Can you describe the Troy police cars?

16       A.   White cruisers, four cruisers with Troy police on

17            the side.

18       Q.   Were both police cars marked cars?

19       A.   Yes.

20       Q.   Okay.  So both of the cars that you saw following

21            the Honda were white police cruisers?

22       A.   Yes.

23       Q.   Did they have their lights on?

24       A.   Yes.
```

KEITH MILLINGTON - 11/16/17

```
 1      Q.    Did they have their sirens on?

 2      A.    Yes.

 3      Q.    What happened -- what did you see happen next

 4            after the Honda hit the wall on that bridge?

 5      A.    I seen the first cop car that was directly behind

 6            him pull in front of him at an angle, and then I

 7            seen the back cop car pull behind him to try to

 8            close him in.

 9      Q.    Okay.  And did you hear the sounds of the

10            collision when the Honda hit the wall?

11      A.    Yes.

12      Q.    How loud was it?

13      A.    It was pretty loud.

14      Q.    Did you see the Troy police officers who were

15            driving those two vehicles when they passed you?

16      A.    I mean, I didn't see their faces.  I seen a

17            figure driving a car.

18      Q.    Okay.

19      A.    It all happened fast, too.

20      Q.    You're doing great, and the questions are to the

21            best of your recollection.

22                  Did you ever see a video of that night?

23      A.    No.

24      Q.    So this all based upon your memory?
```

KEITH MILLINGTON - 11/16/17

```
1    A.   Correct.

2    Q.   When the Honda hit the wall, which side of the

3         Honda hit the wall?

4    A.   The left side, front left.

5    Q.   So we're talking about the driver's side?

6    A.   Yep.

7    Q.   Did it hit the wall at an angle, or was it

8         straight parallel with the wall?  Do you

9         understand what I'm asking?

10   A.   Yes, I'm thinking.  I think it was at an angle.

11   Q.   Okay.  And then you indicated that one of the

12        marked cruisers pulled in front of him?

13   A.   Yes.

14   Q.   And then it also was at an angle to the wall?

15   A.   Yes.

16   Q.   And the other police car, what did that car do?

17   A.   Pulled behind him so he couldn't back up.

18   Q.   Okay.  Was that at an angle to the Honda, or was

19        it directly behind it?  Do you understand the

20        question I'm asking you?

21   A.   Yes.  I believe it was directly behind it, maybe

22        at sort of angle.  I don't know.

23   Q.   What was the distance, if you remember, between

24        the Honda and the car behind it when he pulled
```

─────────────── KEITH MILLINGTON - 11/16/17 ───────────────

 1            behind him?

 2    A.   Probably about a few feet.

 3    Q.   So say less than ten feet?

 4    A.   Yeah, less than ten feet.  Probably like a few,

 5            like one or two.  Like two or three.

 6    Q.   Somewhere between one and three feet?

 7    A.   Yeah, enough to like you could pull -- parallel

 8            park and -- parallel park in between them if you

 9            wanted to.

10    Q.   Parallel parking a car --

11    A.   Yeah, I'm saying if you were parallel parking,

12            you could parallel park between the two cars.

13    Q.   Right.  So if you were parallel parking a car

14            between two cars, it would be one to three feet

15            because a car length is longer than that; right?

16    A.   If the car's here, it was three feet to -- about

17            three feet behind him.

18    Q.   Okay.  And what was the distance between the car

19            that was blocking the Honda in the front and the

20            Honda, if you remember?

21    A.   I'm not sure.

22    Q.   Did you hear anybody using a loud speaker or a PA

23            from the car at that point?

24    A.   No.

KEITH MILLINGTON - 11/16/17

```
 1    Q.   What happened next after those two cars got into
 2         position, the positions you described?
 3    A.   The police officers got out of the car.  The guy
 4         in the front -- the first officer got out of the
 5         car first.  The guy was in front of him.
 6    Q.   Okay.  Let's talk about the first officer.  When
 7         you say the "first officer," you're talking about
 8         the car that was at an angle to the Honda?
 9    A.   Correct.
10              MR. ASPLAND:  Are you talking front or back?
11              THE WITNESS:  Front.
12    (Millington Exhibit 3 was marked for
13    identification.)
14    Q.   I'm going to show you now a picture that's been
15         marked as Millington 3.  Obviously, this was
16         taken during daylight so it wasn't taken at 3:00
17         in the morning when you saw it.
18              Is the police car in the picture that's
19         white at the same angle that it was at when you
20         saw it first pull in front of the Honda?
21    A.   Yes, I believe so.  But the other cars not there.
22         There was another white car behind it, was there
23         not?
24    Q.   Well, I can't answer questions.  But the
```

─────── KEITH MILLINGTON - 11/16/17 ───────

1      questions are best of your recollection.

2          MR. TORCZYNER:  John, bring your picture

3      down.  I think I gave you -- I want to make sure I

4      gave you the right one so we're all on the same

5      pages.  Yeah, we're working off the same one.

6      Okay.

7   Q.  Is the Honda in the same position that it was in,

8      or it is in a different position than when you

9      first saw it against the wall on the bridge?

10  A.  I mean, that's not him hitting the wall, but

11     that's him -- that's after -- that's how it was I

12     believe after the shooting.

13  Q.  Okay.  So what happens next after the --

14     withdrawn.

15          I don't know if I asked you this question,

16     but I'll ask it again:  What was the distance

17     between the white car that was in the front of

18     the Honda and the Honda when that white car first

19     pulled in front of it?

20  A.  I'm unsure.

21  Q.  What happened next after that car pulled in front

22     you; you were testifying that the officer got out

23     of that white car in the front?

24  A.  Yes.

─────────── KEITH MILLINGTON - 11/16/17 ───────────

1    Q.   And what happened next?

2    A.   He told the suspect to stop.

3    Q.   You heard him say "stop"?

4    A.   I heard him yelling "stop."

5    Q.   Okay.  And --

6    A.   At this time -- sorry to cut you off.  At this

7         time the other cop was out of the car, too.

8    Q.   When you say "the other cop," that was in the car

9         that was behind the Honda?

10   A.   Yes.

11   Q.   Can you describe, to the best you can remember,

12        the police officer who got out of white car that

13        was in front of the Honda?

14   A.   Can I describe him?

15   Q.   Yeah.  Do you remember what he looked like?

16   A.   White male probably in his 40s, probably like

17        five-eleven, six-foot.

18   Q.   Okay.  How tall are you?

19   A.   Five-eleven.

20   Q.   So about your height?

21   A.   Yeah.

22   Q.   Not your brother's height?

23   A.   No.

24   Q.   At the time that he was saying "stop," did he

KEITH MILLINGTON - 11/16/17

```
1              have his gun out?
2         A.   Yes, his weapon was drawn.
3         Q.   Which hand was his weapon in, if you remember?
4         A.   I believe his right.
5         Q.   Okay.  Did you hear the driver of the Honda
6              respond to the police officer when he said
7              "stop"?
8         A.   No.
9         Q.   How -- what happened next after the -- withdrawn.
10             What was other -- the driver of the other
11             police car doing when this officer was saying
12             "stop"?
13        A.   I believe he was yelling to stop, too.
14        Q.   Okay.  Can you describe the other officer?
15        A.   No, I cannot.
16        Q.   Now, you see in this picture there is a white
17             police car that's facing into the picture?
18        A.   Correct.
19        Q.   Were you in the spot where this white car is when
20             this took place?
21        A.   No, I was on the opposite side of that yellow
22             marker.  That would be the going-down ramp.  I'm
23             on the other side of that going up.
24        Q.   Okay.  So if I'm looking at this picture and the
```

KEITH MILLINGTON - 11/16/17

```
1              white police car is underneath where the sign
2              says "Hoosick Street"; correct?
3    A.   Uh-huh.  Yep.
4    Q.   Okay.  So there's a yellow median that's to the
5              left of that police car?
6    A.   Yes.
7    Q.   And you were on the other side of that yellow
8              median?
9    A.   Yes.
10   Q.   So what happened next after the officer gets out
11             of the first white car with the gun in his hand
12             and he says "stop"?
13   A.   The driver doesn't stop.  He backs up in reverse.
14             I think he hit the car behind him or went towards
15             the car behind him, and then went forward towards
16             the cop with his vehicle.
17   Q.   Okay.  When he hit the car behind him, did you
18             hear a collision?
19   A.   Not that I can remember, no.
20   Q.   Do you have a recollection of the Honda making
21             contact with the car behind it?
22   A.   I just seen him in reverse.
23   Q.   So you saw the Honda back up?
24   A.   Yes.
```

KEITH MILLINGTON - 11/16/17

```
 1    Q.   You testified though when we were talking a
 2         minute or two ago or you gave some indication
 3         that it had hit the car.  Do you remember it
 4         hitting the car behind it?
 5    A.   Yes, I believe he hit the car behind it.
 6    Q.   Did you hear that collision?
 7    A.   No.
 8    Q.   Was it light?
 9    A.   It might have been just like a little
10         fender-bender type of hit.
11    Q.   And what was the officer in the white car doing
12         when the Honda hit the police car behind it when
13         it backed up?
14    A.   Which white car?
15    Q.   What was the officer in the car that was in front
16         of the Honda who was holding his gun doing when
17         the Honda hit the car behind it?
18    A.   Telling him to stop, shouting.
19    Q.   And what did the officer who was in the car
20         behind the Honda do when the Honda hit that car?
21    A.   I believe he moved out of the way so he didn't
22         get hit by the car.
23    Q.   Did you see a gun in the hand of that other
24         officer, the driver of the car behind the Honda?
```

KEITH MILLINGTON - 11/16/17

1    A.   Yes, I did.

2    Q.   Okay.  What happened next after the Honda backed

3         into the police car behind it?

4    A.   He went towards the front cop with his car.

5    Q.   Okay.  He was driving straight or at an angle?

6    A.   It was like he was trying to get out from in

7         between the cars.

8    Q.   He was trying to get around the car in front him?

9    A.   Yeah.

10   Q.   Okay.  What happened -- withdrawn.

11             When the car -- when the Honda backed up and

12        hit the car behind it, did it stay in contact

13        with that car, or did it move off it right away?

14   A.   When he backed up and hit the car, it's kind of

15        like he just -- at the time he switched gears

16        right away and went forward.

17   Q.   And you saw the angle of the car turning to the

18        right -- withdrawn.

19             Was the angle of the car turning to the

20        right, the Honda?

21   A.   It was like straight-ish because he was into the

22        wall, and then he backed up to get out of the

23        wall, and then went forward.

24   Q.   When he was moving forward was the car driving

KEITH MILLINGTON - 11/16/17

1       straight, or was it driving towards an angle?

2   A.  I'm unsure.

3   Q.  Okay.  You said that the driver was trying to get

4       away.  So he was trying to drive -- from your

5       vantage point it looked like he was trying to

6       drive the police car that was in front of him?

7   A.  Either around him or through him.  I'm unsure.

8   Q.  Okay.  And what happened next?

9   A.  When he was going toward the cop with his car,

10      that's when -- that's when the shooting happened.

11  Q.  Did you see --

12  A.  I believe -- sorry to cut you off.

13  Q.  Sure.

14  A.  I believe it was simultaneously like as -- like

15      the cop started shooting as he was getting hit,

16      like it was like simultaneously happened.

17  Q.  Okay.  The cop starting the shooting as what was

18      getting hit?

19  A.  As he was getting hit by the driver.

20  Q.  So the car has already finished its reverse?

21  A.  Yes.  So he hit the car behind him and started

22      going forward.

23  Q.  And as he's moving forward, what's the distance

24      between where it was and the car in front?

──────KEITH MILLINGTON - 11/16/17──────

1    A.    I'm unsure.

2    Q.    And how many shots did you hear fired at that

3          point?

4    A.    I'm unsure.

5    Q.    Did you see -- withdrawn.

6                You testified that the shots were fired --

7          you know what?  I don't need to repeat what you

8          said.  Why don't you tell me how long after the

9          car started moving forward from having struck the

10         car behind it were the shots fired.

11   A.    I don't know how long.  It happened fast.  He was

12         trying to get away.

13   Q.    Okay.  Did you hear any of the shots fired before

14         the Honda made contact with the officer?

15   A.    No.  Like I said, it was like simultaneously --

16         happened.

17   Q.    So as the Honda was making contact with the

18         officer, the shots were being fired?

19   A.    Correct.

20   Q.    Okay.  Which part of the Honda hit the officer?

21   A.    The front.

22   Q.    Okay.  And which part of the officer was hit by

23         the Honda?

24   A.    His lower half.

—————————————— KEITH MILLINGTON - 11/16/17 ——————————————

```
 1    Q.   Okay.  Did the officer attempt to move out of the
 2         way?
 3    A.   Yes.
 4    Q.   Which way was he moving?
 5    A.   I'm unsure.
 6    Q.   Did the officer say anything as the Honda was
 7         moving forward?
 8    A.   I'm unsure.
 9    Q.   After the Honda made contact with the officer,
10         did the officer continue shooting?
11    A.   Yes, I believe so.
12    Q.   How many shots were fired after the Honda made
13         contact with the officer?
14    A.   Don't know.
15    Q.   Have you ever seen anyone shoot a gun?
16    A.   Yes.
17    Q.   So you know that guns have different capacities
18         for the magazines that they're holding; correct?
19    A.   Yep.
20    Q.   Have you ever fired a gun?
21    A.   Yes.
22    Q.   What kind of gun?
23    A.   A shotgun, a .22 cal -- or .22, a 9-millimeter.
24    Q.   You don't know sitting here today what the
```

KEITH MILLINGTON - 11/16/17

```
1              capacity for the magazine in this --

2     A.   No.

3     Q.   -- officer's gun; correct?

4     A.   Correct.

5     Q.   Were all of the shots fired in succession, or was

6              there a break at any point in the shooting before

7              the next shots were fired?

8     A.   Unsure.

9     Q.   Did you ever see the officer of the car that was

10             behind the Honda fire his gun?

11    A.   Yes, I believe he did.

12    Q.   So if you can estimate for me, how long was the

13             period of time that those shots were fired?

14    A.   I don't know, a few seconds.

15    Q.   Did you see the officer firing his gun --

16             withdrawn.

17             Did you see the officer behind the Honda

18             firing his gun before or after the Honda made

19             contact with officer that was in the front?

20    A.   I'm unsure.

21    Q.   These questions are about an event that took

22             place a year-and-a-half ago that you saw in a

23             short period of time, so "I don't know" and "I'm

24             not sure" is fine as an answer.  The answers are
```

───── KEITH MILLINGTON - 11/16/17 ─────

1              to the best of your recollection.

2                    Did you see the car move again after it made

3              contact with the officer, or did it stop after it

4              made contact with the officer?

5        A.    It stopped until they hit the car, until they hit

6              the police cruiser.  He was in front of the

7              Honda.  The guy was going forward and --

8        Q.    So the officer was outside of the police cruiser

9              in front of the cruiser, and after the Honda hit

10             the officer it hits the police cruiser?

11       A.    Yes, as if he was -- the police officer is in

12             between both vehicles.

13       Q.    Okay.  After that Honda hits the cruiser, did you

14             ever see the Honda move again?

15       A.    No.

16       Q.    Did you ever hear the officer issue any kind of

17             verbal warning when he started firing?

18       A.    I'm unsure.

19       Q.    I'm going to ask the question again only because

20             I wasn't precise in the way I asked it:  Did you

21             hear the officer of the police cruiser in front

22             of the Honda issue any kind of warning before he

23             started firing?

24       A.    I'm unsure.

─────────────── KEITH MILLINGTON - 11/16/17 ───────────────

1    Q.   You recall hearing something, but you don't know

2         what it was, or you don't know if he ever said

3         anything?

4    A.   All I can remember is him telling the guy to stop

5         his vehicle.

6    Q.   What happens next after the Honda makes contact

7         with the officer and the vehicle?

8    A.   The second cop that was behind him walked up to

9         the driver's side of the Honda, and I believe he

10        pulled the suspect out the vehicle.

11   Q.   Okay.  Did you see that person when he was pulled

12        out of the vehicle?

13   A.   I seen him get pulled out.  I didn't see him

14        after that.  There was a barrier to my left.

15   Q.   You ever see anybody try to give medical

16        attention to that guy -- withdrawn.

17             Instead saying "that guy," let's use a -- a

18        little more precise.  The driver of the Honda

19        gets pulled out of the vehicle?

20   A.   Correct.

21   Q.   Did you ever see anyone render medical attention

22        to the driver of the Honda?

23   A.   I'm unsure.  The barrier is about probably waist

24        high.  If he's on the ground when they pull him

KEITH MILLINGTON - 11/16/17

1          out, I can't see if --

2     Q.   So you can't see what he's doing because he's not

3          in your vision?

4     A.   Yeah, now that he's on the ground.

5     Q.   And what did the driver of the car that was

6          behind the Honda do after he pulled the driver of

7          the Honda out?

8     A.   I'm unsure.  I couldn't see when he was on the

9          ground.

10    Q.   Okay.  The driver of the police car behind the

11         Honda pulled the driver of the Honda out?

12    A.   Yes.

13    Q.   What did driver of that police car do after he

14         pulled the driver of the Honda out of the Honda?

15    A.   I'm unsure.  I believe he apprehended him.

16    Q.   Well, did you see the driver of the police car

17         that was behind the Honda try to move the Honda?

18    A.   I'm unsure.

19    Q.   What was officer that was in between the two cars

20         doing while the driver of the Honda was being

21         pulled out of the Honda?

22    A.   I believe he was yelling, but I don't remember

23         what he was yelling.

24    Q.   Did you get out of the car at this point?

KEITH MILLINGTON - 11/16/17

```
1    A.   No, I did not.

2    Q.   So what's the next thing that you saw happen

3         after the driver of the Honda gets pulled out of

4         the Honda?

5    A.   Well, I seen more -- I seen another police car

6         arrive on the scene, and they kind of told us to

7         keep it moving.

8    Q.   Okay.  Did you say anything to any police officer

9         at the scene?

10   A.   No, I did not.

11   Q.   Do you recall ever telling anyone -- withdrawn.

12             Do you recall ever telling any police

13        officer that they didn't have to kill the driver

14        of the car?

15   A.   That was my friend yelling.

16   Q.   Who's your friend?

17   A.   Vinny, but he was belligerent drunk.

18   Q.   Okay.  So you didn't say, You didn't have to kill

19        him?

20   A.   Correct; I did not say that.

21   Q.   What did you say to Vinny when he said that?

22   A.   Nothing.  He thought it was -- he thought he knew

23        the guy.  He thought it was one of his friends

24        based on the car, but it was not.
```

KEITH MILLINGTON - 11/16/17

1    Q.   How do know that?

2    A.   Because he told me.

3    Q.   Vinny told you that he thought he knew the driver

4         of the Honda?

5    A.   Well, after.  Yeah, that's why he kind of was

6         yelling because he thought that he knew him.  He

7         thought it was one of his friends which it was

8         not, come to find out.

9    Q.   Take a look at the texts that we have in front of

10        you that are Exhibit 2, if you don't mind.  And

11        if you don't mind, there are numbers that are on

12        the bottom of the text messages.  These are

13        numbers that were applied by lawyers, so you

14        don't have to worry about what the numbers mean.

15             On page 378, what's being discussed here

16        where it says "Okay.  That's fine.  I was just

17        wondering, but still going to court.  My lawyer

18        wants to go to trial so it just gets thrown out

19        that the kid that wrote a statement on me"?

20   A.   Well, there was an incident at a party where this

21        kid said that I had beat him up, which was false.

22        I never -- he only accused me of it.  He went to

23        the hospital.  They -- he ended up getting a

24        broken nose or a broken tooth.  He went to the

KEITH MILLINGTON - 11/16/17

```
 1              troopers, said that it was me.  They called me,

 2              asked me about it, I didn't answer them.  I

 3              called Lee, my lawyer, and I told him --

 4       Q.     I don't want to know about any conversation you

 5              had with Kindlon.

 6       A.     I know.  I'm not going to tell you anything that

 7              -- I told him about what had happened, what was

 8              going on.  He contacted the trooper and we went

 9              up there, and they pretty much arraigned me for

10              it.  I went to court for it and everything got

11              dropped.  And that's what I was talking about.

12       Q.     Okay.  Now, if you turn to page 379, which has

13              the next page in these papers, it says "Hey,

14              Colleen, I have to talk to you about," and then

15              it spills over to the next page, "something

16              whenever you're free."  Was that the shooting

17              that you were talking about?

18       A.     Correct.

19       Q.     And then the next time you tried to contact

20              her --

21       A.     What was the date?  No.  No.  No, I don't believe

22              so.

23       Q.     So the bottom of page 379, "Hey, Colleen, I have

24              to talk to you about," that's April 22nd;
```

───────KEITH MILLINGTON - 11/16/17───────

```
 1          correct?
 2     A.   Correct.
 3     Q.   Is that the shooting that you need to talk to her
 4          about?
 5     A.   I'm unsure.
 6     Q.   Do you know what date the shooting took place?
 7     A.   No, I don't remember.
 8     Q.   Okay.  If I tell you that it was April 17th, does
 9          that refresh your recollection?
10     A.   Yes.
11     Q.   But you don't know whether you wanted to talk to
12          Colleen about was the shooting?
13     A.   Well, now that I know the date, yes, I believe
14          that was about the shooting.
15     Q.   And then two weeks later is your next text
16          message to Colleen?
17     A.   Correct.
18     Q.   Did you wind up talking to Colleen about the
19          shooting between April 22nd and May 3rd?
20     A.   I believe I told her I witnessed the shooting.  I
21          didn't go into details about anything that I
22          seen.
23     Q.   Did any member of the Troy Police Department
24          contact you after you told Colleen that you saw a
```

─────KEITH MILLINGTON - 11/16/17─────

1          shooting?

2     A.   No.

3     Q.   And then on the May 3rd you say "Hey, Colleen,

4          call me ASAP."  Right; that's on page 380?

5     A.   Uh-huh.

6     Q.   "ASAP," means as soon as possible; right?

7     A.   Yes.  And she did not call me, I don't believe.

8     Q.   All right.  Why did you want her to call you as

9          soon as possible on May 3rd?

10    A.   I believe I was going to tell her how my meeting

11         went.

12    Q.   Okay.  Who was the meeting with?

13    A.   My lawyer, and I believe it was attorneys from --

14         the guy who was suing the guy from Troy, the

15         attorney from Troy.  I spoke to his lawyers.

16    Q.   Okay.  Who did you speak to?

17    A.   I'm unsure of his name.  I forgot it.

18    Q.   How did they find you?

19    A.   I don't remember.  They came to my house.

20    Q.   Okay.

21    A.   Same with the news and a bunch of other people.

22    Q.   Did you ever meet me before?

23    A.   I'm unsure.

24    Q.   Did you ever meet members of the attorney

KEITH MILLINGTON - 11/16/17

```
1              general's office?

2    A.   Yes.

3    Q.   Was the meeting with the attorney general's

4         office before or after the ASAP message that you

5         sent to Colleen on May 3rd?

6    A.   It might have been before.  I'm unsure of the

7         time of the meeting.

8    Q.   Who did you meet with from the lawyer for the

9         Thevenin family?

10   A.   Unsure.  I know a male came to my house before I

11        -- before I even talked to my lawyer, and he was

12        trying to talk to me at my door, and he was like

13        recording me with his phone.  He said he was a

14        private investigator.

15   Q.   But he's not the lawyer that you're talking

16        about?

17   A.   No, I'm unsure who the lawyer was.

18   Q.   But you're certain that the lawyer was from the

19        family?

20   A.   I don't know.  I had my lawyer, and then the

21        general attorney's lawyers were there.  I was

22        speaking to them.

23   Q.   So you were meeting with your lawyer and the

24        attorney general?
```

KEITH MILLINGTON - 11/16/17

1    A.   Yes.

2    Q.   But there was a lawyer from the family that was

3         there?

4    A.   I don't know.

5    Q.   Okay.

6    A.   You're the one who said that.

7    Q.   No, you said that you had -- contacted by the

8         lawyer for the family, which is why I asked.

9    A.   When?

10   Q.   That's why I asked if you saw me.

11   A.   I don't -- that was a mistake then.  I did not.

12   Q.   Let's start again.  Have you ever met with the

13        lawyers for the family of the person who was

14        killed?

15   A.   No, not that I recall.

16   Q.   Let's turn to page 381 -- actually, go to 382.  I

17        don't mind if you swear.  Can you read the box in

18        the middle of the page.

19   A.   Yeah, it says "This all going to fuck me over

20        with trying to be a Troy cop."

21   Q.   And then at the end of it it says "I know it";

22        right?

23   A.   Yeah, know it.

24   Q.   Okay.

─────────── KEITH MILLINGTON - 11/16/17 ───────────

1    A.    Dot dot dot.

2    Q.    Right.  You wrote that?

3    A.    Yes.

4    Q.    Why was this going to be problematic for you if

5          you wanted to be a Troy cop?

6    A.    I just felt that getting involved with this --

7          being involved with this whole situation would

8          vest on me being a police officer.  It's just

9          something I didn't even want to be at or present

10         at or seen.

11   Q.    Did you ever tell anyone at the scene who you

12         were?

13   A.    No, I did not.

14   Q.    And the car that you were driving was Vinny's

15         car; right?

16   A.    Yes, a Jeep.

17   Q.    Anyone ever tell you how they found you at your

18         house?

19   A.    I'm unsure.

20   Q.    You don't know if anyone told you?

21   A.    No, I don't believe they told me.

22   Q.    Did you ever testify in court in connection with

23         the shooting?

24   A.    No.

KEITH MILLINGTON - 11/16/17

```
1    Q.   Have you heard the term "grand jury"?

2    A.   Yes.

3    Q.   You ever been in front of a grand jury?

4    A.   No.

5    Q.   You ever see a grand jury?

6    A.   Not in person.

7    Q.   On TV?

8    A.   Yeah.

9    Q.   Okay.  Did you ever tell Colleen at any point

10        what you saw?

11   A.   Not that I recall.

12   Q.   Did you ever see the Honda get separated from the

13        police car that it was in contact with in front

14        of the Honda, or were you already gone before

15        that happened?

16   A.   Just like I said earlier, I'm unsure.  I believe

17        I might have been already gone.

18   Q.   Well, I'm just asking if you ever saw the Honda

19        separated from that police car that was in front

20        of it?

21   A.   No.

22   Q.   Did you ever see the police officer who had been

23        between those cars after he shot the driver of

24        the car?
```

─────────── KEITH MILLINGTON - 11/16/17 ───────────

```
 1    A.    No.

 2    Q.    Do you know his name?

 3    A.    No.

 4    Q.    Do you know the name of the guy who was the

 5          driver of the Honda?

 6    A.    Yes.

 7    Q.    What's his name?

 8    A.    Edison [sic].

 9    Q.    Did you ever hear the person you were describing

10          as Edison talk?

11    A.    Nope, I did not.

12    Q.    Did you ever see him walking?

13    A.    Nope.

14    Q.    Did you ever see him moving?

15    A.    Nope, there was a barrier in the way.  Unless he

16          was moving after he got pulled out of the

17          vehicle.

18    Q.    Well, I'm not asking you to guess.  I'm just

19          asking what you saw, if you saw him moving.

20    A.    No.  Besides when he was driving.

21    Q.    Were you able to see his profile from the side

22          when he was driving?

23    A.    I don't know.

24    Q.    Okay.  Was there anybody else in the car with
```

─────────── KEITH MILLINGTON - 11/16/17 ───────────

1              Edison?

2    A.    No.

3    Q.    Was there anyone else in the police car that was

4          in front of the Honda?

5    A.    Not that I seen.

6    Q.    Did you see fire trucks come to the scene?

7    A.    Not until I was on my way home after the scene.

8    Q.    How did you see the fire trucks, in your rearview

9          mirror?

10   A.    No, after I went and dropped Vinny off when I was

11         on my way home.

12   Q.    You came back?

13   A.    I drove back across it.

14   Q.    Okay.  About how long after you dropped Vinny did

15         you drive past -- withdrawn.

16             About what time did you drive past the scene

17         on your way back?

18   A.    I'm unsure.

19   Q.    Was it more than ten minutes after you left?

20   A.    Yes.

21   Q.    More than 20 minutes after you left?

22   A.    I'm unsure of that.

23   Q.    When you saw the shooting, did you say anything

24         to Vinny?

KEITH MILLINGTON - 11/16/17

1    A.   Not that I remember.

2    Q.   When Vinny said "you didn't have to shoot him,"

3         did you say anything to Vinny after that?

4    A.   I probably told him calm down because he was

5         freaking out because he thought it was one of his

6         friends.  He was kind of yelling, That was my

7         friend or something like that.  He was really

8         drunk.  I probably told him to relax.

9    Q.   Was it raining at the time?

10   A.   No.

11   Q.   Were your windows open or closed on the driver's

12        side?

13   A.   They were up, but they weren't real windows.

14        They were like Jeep plastic -- not plastic.  Kind

15        of like you can bend it.  Whatever they're

16        called.  You know the ones that zip up?  Those

17        ones.

18   Q.   This was a Wrangler.

19   A.   Yeah.  I'm not sure what year.

20   Q.   Soft top?

21   A.   Yep.

22   Q.   And when you came back through the second time,

23        you didn't talk to any police officers at that

24        point either; correct?

─────── KEITH MILLINGTON - 11/16/17 ───────

```
 1    A.   No.

 2    Q.   Did you ever discuss with Vinny what you saw?

 3    A.   We kind of just said that it was crazy what we

 4         just witnessed.

 5    Q.   What did Vinny tell you he saw?

 6    A.   I'm unsure.

 7    Q.   Do you not remember Vinny talking to about it, or

 8         you just can't remember what he said?

 9    A.   I can't remember what he said.

10    Q.   Did you see which part of the police vehicle in

11         front of the Honda was hit by the Honda when it

12         moved forward?

13    A.   I'm unsure.  I know it's just the left driver's

14         side.

15    Q.   Do you know if it was the front of the car, the

16         back of the car, the middle of the car?  And I

17         don't want you to -- I'm going to turn the

18         picture over because I rather you work based on

19         your recollection versus what's in this picture.

20    A.   I want to say near the driver's side door,

21         towards the front of the vehicle, maybe.

22    Q.   Was the driver's side door open at the time that

23         the Honda made contact with the police vehicle

24         that in front of it?
```

──────KEITH MILLINGTON - 11/16/17──────

1    A.   I'm unsure if it closed or not after the officer

2         got out of the car.

3    Q.   Did the officer look like he tried to get out of

4         the way as the car was moving forward towards

5         him?

6    A.   I don't know.

7    Q.   Did the officer have both hands on his gun when

8         he was firing, or just one?

9    A.   Both.

10   Q.   You know what a shooter's stance is; right?

11   A.   Correct.

12   Q.   Was he in a shooter's stance when the car was

13        moving forward towards him?

14   A.   Yes.

15   Q.   Was he still in the shooter's stance when you saw

16        the bullets being fired?

17   A.   I'm unsure because it was simultaneously as he

18        was being hit by the vehicle.

19        (Millington Exhibit 4 was marked for

20        identification.)

21   Q.   I'm going to show you now a document that's

22        marked as Millington 4.  Is that your signature

23        on the first page of the document?

24   A.   Yes.

KEITH MILLINGTON - 11/16/17

```
1    Q.   And on the second page of the document, do you

2         see your signature as well?

3    A.   Yes.

4    Q.   Anybody force you to sign this document?

5    A.   No.

6    Q.   Before you signed this document, was it explained

7         to you that this was your sworn statement?

8    A.   Yes.

9    Q.   Is everything in this document true?

10   A.   Yes.

11            MR. TORCZYNER:  Okay.  I have nothing further

12        for you at this point.  Thank you for coming down.

13        I'm certain that John is going to have some

14        questions and it's possible that I'll have some

15        follow-up for you after that.

16        EXAMINATION BY COUNSEL FOR THE DEFENDANTS

17   BY MR. ASPLAND:

18   Q.   How you doing, Keith?

19   A.   I'm doing all right.  How about you?

20   Q.   Good.  So same ground rules that Neal explained

21        to you apply to my questions.  All right?

22   A.   Okay.

23   Q.   I don't want you to guess or anything.  I want

24        you to tell me what you remember, and I want you
```

KEITH MILLINGTON - 11/16/17

1        to answer the questions to the best of your

2        ability.

3   A.   All right.

4   Q.   Fair enough?

5   A.   Uh-huh.

6   Q.   All right.  So you said you're five-eleven?

7   A.   What happened?

8   Q.   You're five-foot-eleven?

9   A.   Yeah, just about.

10  Q.   Okay.  So you're five-foot-eleven give or take;

11       right?

12  A.   Yeah, just about.

13  Q.   And what do you weight, about 235?

14  A.   Like 250.

15  Q.   250.  Was that about your weight on the day back

16       in April of 2016?

17  A.   No, probably like 220.

18  Q.   The officer who told you to move along, can you

19       physically describe what that officer looked

20       like?

21  A.   No, I cannot.  It was one of the other patrol

22       vehicles that showed up.

23  Q.   Now, in answers to counsel's question you

24       indicated that the officer that was at the rear

```
 1              of the Honda, you said -- did you say he fired

 2              his gun or you believe he fired his gun?

 3     A.    I believe he fired his gun.

 4     Q.    And can you physically describe the second

 5              officer?

 6     A.    No, I cannot.

 7     Q.    Have you ever been present at a shooting before?

 8     A.    No.

 9     Q.    Were you afraid?

10     A.    I was kind of -- not really.

11     Q.    What were you doing before you went to pick up

12              Vinny at that party?

13     A.    I was at the party myself, and I got there

14              looking for Vinny.  I was at my house.  I went

15              there.  I was looking for Vinny, and then he

16              asked me if I would drive his Jeep home for him

17              because he was too drunk to drive.

18     Q.    Your girlfriend drove you to the party?

19     A.    Yes.

20     Q.    And your girlfriend left separately?

21     A.    Correct.

22     Q.    She didn't follow you; correct?

23     A.    No, she was actually ahead of us.

24     Q.    She didn't stall out at the light?
```

KEITH MILLINGTON - 11/16/17

```
1    A.    No, not like me.
2    Q.    So you guys -- and if you look at -- you have in
3          front of you Exhibit 3, the photograph; right?
4    A.    Yep.
5    Q.    So you see where the white police SUV is going
6          the wrong way on Hoosick Street?
7    A.    Yes.
8    Q.    If I draw a line across this photograph, was your
9          Jeep, the front of your Jeep in line with the
10         front of that white SUV as you were stopped at
11         the light at the time you observed the events of
12         April 17th?
13   A.    Yes.
14   Q.    Does Vinny's Jeep have a lift kit in it, or is it
15         just a regular Wrangler height-wise?
16   A.    It might have a lift kit.  It's not that much of
17         a lift kit though, but he's got bigger tires on
18         it so you're kind of higher up.
19   Q.    And you said that it's got those zip around
20         plastic [ph.] windows?
21   A.    Correct.
22   Q.    And the windows were zipped closed?
23   A.    Yep.
24   Q.    The whole time?
```

─────────────KEITH MILLINGTON - 11/16/17─────────────

1    A.   Nope.  I unzipped it when I -- probably a few

2         minutes into it all happening and when the other

3         cop was walking up telling everybody to keep it

4         -- pretty much keep it moving, get out of there.

5    Q.   You unzipped the window down?

6    A.   Yeah.

7    Q.   At the time that the shots were fired were the

8         windows zipped up or down?

9    A.   Window was zipped up.

10   Q.   Okay.  And at the time that -- and so were you

11        looking through the plastic window?

12   A.   Yes.

13   Q.   In the classes that you've taken at Hudson

14        Valley, you ever take any classes on eyewitness

15        accounts and reliability of eyewitness events?

16   A.   Yes.

17   Q.   What have you learned in that respect?

18   A.   I mean, they're sometimes not always right; they

19        mess things up.

20   Q.   Did you ever watch any of the videos where they

21        give you the demonstration of after somebody's

22        described an event they show you what really

23        happened, and they're not particularly similar?

24   A.   Yeah, even on the test that I just took for

KEITH MILLINGTON - 11/16/17

```
 1               troopers they had questions like that.
 2     Q.   Right.  So you scored a 75 on the Troy PD test
 3          the first time you took it?
 4     A.   Yes.
 5     Q.   Did you ever get called in to do the
 6          psychological part?
 7     A.   Nope.
 8     Q.   The physical fitness part?
 9     A.   No.
10     Q.   Have you ever been through that process with any
11          law enforcement agency?
12     A.   No.
13     Q.   Do you have any family members that are on the
14          job?
15     A.   I am related to Mark Millington.
16     Q.   Is he a Troy police officer?
17     A.   Yeah.
18     Q.   What's your relationship to him?
19     A.   He's on my grandfather's side.  We don't really
20          communicate with him that much.
21     Q.   Like some kind of cousin or something like that?
22     A.   He's my dad's cousin, so that probably be like my
23          second cousin.
24     Q.   Second cousin.  Right.  When you observed what
```

KEITH MILLINGTON - 11/16/17

```
1            was going on, would you -- were the lighting
2            conditions dark or were they light?
3     A.    They were light.  It's pretty -- you can see it
4            down there pretty good.
5     Q.    And you had the flashing lights of the police
6            cars going at the time; right?
7     A.    Yep.
8     Q.    And both of those Troy police cars had their
9            lights activated, the two that you described, the
10           console as being in pursuit?
11    A.    Yes.
12    Q.    And do you wear glasses?
13    A.    No.
14    Q.    And you said Vinny's the one that yelled, You
15           didn't have to shoot him?
16    A.    Yeah.
17    Q.    He yelled that more than one time, didn't he?
18    A.    Yeah, pretty much.
19    Q.    And the Troy police officer actually told you to
20           get the fuck out of there, didn't he?
21    A.    Uh-huh.
22    Q.    Yes?
23    A.    Yep.
24    Q.    And you guys did?
```

KEITH MILLINGTON - 11/16/17

1    A.   Yeah, we left.

2    Q.   And you went up to McDonald's after that?

3    A.   Correct.

4    Q.   After then after you went to McDonald's you

5         dropped Vinny off at this house?

6    A.   Yes.

7    Q.   And how long did you stay at Vinny's house before

8         you drove back to the scene the second time?

9    A.   I'm unsure.

10   Q.   Now, when you observed the Honda driving towards

11        the police officer, was it your belief that the

12        police officer's life was in danger?

13             MR. TORCZYNER:  Objection.  You can answer.

14        Don't worry that I'm saying "objection."

15             MR. ASPLAND:  He's objecting to form and some

16        other things.  It's just --

17   A.   Yes, I believe the police officer's life was in

18        danger.

19   Q.   And the distance that the vehicle was driving

20        from the point where it hit the car behind it and

21        then it drove forward coming finally to rest

22        against the police vehicle you said was about

23        three feet, maybe?

24   A.   Yeah, just about.

KEITH MILLINGTON - 11/16/17

```
1    Q.   And he was driving in a fast manner?

2    A.   Correct.

3    Q.   Do you know Phil Gross?

4    A.   I'm unsure.

5    Q.   Did you ever see the video that was taken of the

6         incident that night?

7    A.   No.

8    Q.   Did you ever watch any of the street camera

9         videos that were collected?

10   A.   Nope.

11   Q.   Did you ever read any of the statements given by

12        other people?

13   A.   Nope.

14   Q.   Is -- Colleen Goldstein you said is a family

15        friend?

16   A.   Correct.

17   Q.   That's why you reached out to her?

18   A.   Yes.

19   Q.   Now, you're not sure what time you spoke to her

20        on May 3rd; is that fair?

21   A.   Yes.

22   Q.   And you would agree with me that it was before

23        you went to the attorney general's office though;

24        correct?
```

────────── KEITH MILLINGTON - 11/16/17 ──────────

```
 1     A.   Yes.

 2     Q.   So when -- before you went to attorney general's

 3          office, and at that time you were talking to

 4          Colleen, did you tell her you were going to the

 5          attorney general's office?

 6     A.   Yes, I believe so.

 7     Q.   All right.  And during the conversation you had

 8          with her, do you remember her telling you to tell

 9          the truth about what you saw?

10     A.   Correct.

11     Q.   And when you had that conversation with her, do

12          you remember her saying anything else to you?

13     A.   I can't remember.  All's I remember is her

14          telling me to tell exactly what I saw and tell

15          the truth.

16     Q.   Did you tell why you hadn't gone down to the Troy

17          Police Department to tell them what you had seen

18          that night?

19     A.   I'm unsure, but I was going to because I called a

20          detective -- or I tried calling him, left a

21          message, and he tried calling me back.  I didn't

22          answer it, and then I called my lawyer.

23     Q.   Okay.  So you tried calling him and left a

24          voicemail message?
```

KEITH MILLINGTON - 11/16/17

```
1    A.   Yeah, I was -- I'm not sure if I left a

2         voicemail.  I don't remember.  But I know that he

3         -- yeah, he must have called back, so he had my

4         number.  So when he called back I didn't answer

5         him, and I had already talked to my lawyer.

6    Q.   Why didn't you answer the officer that you called

7         in the first place?

8    A.   I don't know.  I felt it was better for my lawyer

9         to handle it than for me to talk to anybody else.

10   Q.   Okay.  So when did -- did Lee Kindlon arrange for

11        you to go meet with the attorney general's

12        office?

13   A.   Yes.

14   Q.   Do you know why he chose for you to go to the

15        attorney general's office over the Troy PD?

16   A.   No, I don't.

17   Q.   Do you know if they reached out to him, or if he

18        reached out to them?

19   A.   They might have reached out to them.

20   Q.   And you're not sure how anybody got your

21        information --

22   A.   No.

23   Q.   -- on the instance; right?

24   A.   No.
```

──────────── KEITH MILLINGTON - 11/16/17 ────────────

1    Q.   So did -- pull out Exhibit 4 there for a minute.

2         Now, the text messages that you were exchanging

3         with Colleen were at 2:07 and 2:08, and then I

4         7:39 p.m.  Do you see those in the text messages,

5         the time stamps there?  It's like pages 389, 381.

6         I'm talking about the text messages on May 3rd

7         into May 4.

8    A.   What did you want to know about them?

9    Q.   You sent those text messages at the times they

10        are reflected as they're being sent.  That's an

11        accurate statement; correct?

12   A.   Correct.

13   Q.   And that was in the early afternoon on May 3rd;

14        right?

15   A.   Correct.

16   Q.   So then on May 3 and in the early afternoon is

17        when you told Colleen that you had a meeting with

18        the attorney general's office later that day on

19        May 3rd?

20   A.   I can't remember if I let her know, based on my

21        text when I said "call ASAP."

22   Q.   Yep, that was at 2:08.

23   A.   Yeah, the 2:08.  So I don't believe that I spoke

24        to her, but I'm unsure this was before.

─────── KEITH MILLINGTON - 11/16/17 ───────

1    Q.   Okay.  If I told you that she filled out a

2         document that said she spoke to you at those

3         times on that day and described the conversation

4         much the same -- in the form of the questions I

5         just asked you, would you have any reason to

6         doubt Colleen?

7    A.   No, I would not.

8    Q.   So if in her statement she said that you told her

9         you were meeting with the attorney general at

10        3:30 p.m., would you have any reason to doubt

11        that you actually did tell her that?

12   A.   No.

13   Q.   Right?

14   A.   Yeah.

15   Q.   So let's talk about the meeting with the attorney

16        general's office.  You went to go see them at

17        their place; right?

18   A.   Yes.

19   Q.   Down in Albany?

20   A.   Yes.

21   Q.   Was it in the Justice Building?

22   A.   Like one of the big tower -- yeah.

23   Q.   Yeah.  Right by the egg?

24   A.   Yep.

KEITH MILLINGTON - 11/16/17

```
 1    Q.   And there's those big tall buildings?

 2    A.   Correct.

 3    Q.   Did you have to go through security to get in?

 4    A.   No.  No, I went right to the --

 5    Q.   Right to the floor?

 6    A.   -- right to the floor, and then it was right out

 7         of there.

 8    Q.   Now, it says that Mitch Porowski is the person

 9         that you met with?

10    A.   Yes.

11    Q.   Have you ever talked to Mr. Porowski prior to

12         going to see him on May 3rd?

13    A.   I believe they tried stopping by my house one day

14         I was at the gym, and my dad spoke to them.

15    Q.   What's your dad do for a living?

16    A.   He's a CLD truck driver, so he drives tractor

17         trailer.

18    Q.   What's your mom do?

19    A.   She is a RN, but she's not working right now.

20    Q.   So when Mr. Porowski -- did he leave his card

21         when he stopped by and talked to your dad?

22    A.   Yes.

23    Q.   Okay.  Did you give his card to Lee Kindlon?

24    A.   I believe I called Lee.  I might have called Lee
```

────── KEITH MILLINGTON - 11/16/17 ──────

```
1              -- I'm unsure when I called Lee, but I know I
2         called him after because my dad called me and
3         told me that they were there when I was at the
4         gym.
5    Q.   Got you.  What gym do you work out at?
6    A.   Vent.
7    Q.   Okay.  So you speak to Lee, there's a meeting
8         arranged to go to the attorney general's office,
9         and you're not sure why you're going there versus
10        the Troy PD, but you're going to the attorney
11        general's?
12   A.   Yes.
13   Q.   That document that's in front you is Exhibit 4.
14        Is that your handwriting?
15   A.   No, it is not.
16   Q.   And look at the top portion where it says "State
17        of New York, County of Albany."  And then it says
18        "location 146 State Street, Albany"; right?
19   A.   Uh-huh.
20   Q.   Do you see that?
21   A.   Yeah.
22   Q.   Then it says "time started 3:40 p.m."  Do you see
23        that?
24   A.   Yeah.
```

──────── KEITH MILLINGTON - 11/16/17 ────────

```
1    Q.   All right.  Is that -- your meeting was at 3:30

2         give or take, and at 3:40 someone starts creating

3         this document --

4    A.   Correct.

5    Q.   -- right?

6    A.   Yes.

7    Q.   So go to the bottom of the second page.  See at

8         the very bottom where it says "This voluntary

9         statement was completed at 5:10 p.m."?

10   A.   Yes.

11   Q.   Is that -- is that what time you left the office

12        that day?

13   A.   I'm unsure.

14   Q.   Is that your handwriting, the 5:10?

15   A.   No, it is not.

16   Q.   Okay.  Was that part filled out when you signed

17        it?

18   A.   I'm unsure.  I'm trying to think if it's my hand

19        -- I'm unsure if that's my handwriting or not.

20   Q.   All right.  But that's definitely your signature

21        on the bottom of both pages?

22   A.   Yes, that's my signature.

23   Q.   All right.  And the handwriting that is the

24        statement portion is not your handwriting?
```

KEITH MILLINGTON - 11/16/17

1    A.    No, that is not.

2    Q.    And let me ask you:  How did this process work?

3          This is a two-page statement; right?

4    A.    Uh-huh.

5    Q.    That was started at 3:40?

6    A.    Yes.

7    Q.    So it's, what, an hour and 40 minutes later give

8          or take, you're done with the statement; right?

9    A.    Yes.

10   Q.    Around 50 minutes almost.  So how long did it

11         take to actually, what is it?  Hour and 30, hour

12         and 30 minutes?  You see the math I'm doing here

13         on the fly.  Neil will help me out.  So you have

14         a two-page statement that's in front of you, and

15         this is the entire statement that you provided;

16         correct?

17   A.    Correct.

18   Q.    And it took an hour-and-a-half to write out these

19         two pages; does that sound right to you?

20   A.    Well, when I first got there I sat down with a

21         few people.  It was me, Lee, and I believe --

22         there was a few other people.  I'm unsure who.

23   Q.    Was Porowski one of them?

24   A.    Yes.

──────────────── KEITH MILLINGTON - 11/16/17 ────────────────

```
 1      Q.   Was Paul Klein one of them?

 2      A.   I believe so, yes.

 3      Q.   How about a guy named Enfield, was he also one of

 4           them?

 5      A.   Yeah.  Enfield, yep.

 6      Q.   What about a woman by the name of Jen Sommers,

 7           was she there?

 8      A.   There was a woman there.  I'm unsure if that's

 9           her name or not.

10      Q.   She was an attorney from the attorney general's

11           office; right?

12      A.   Yeah.

13      Q.   Did she seem like she was in charge?

14      A.   No, I was more talking to that Enfield guy and

15           Mitch.

16      Q.   What did Enfield talk to you about?

17      A.   They pretty much -- they asked what I seen.  And

18           then after I said my story, they pretty much were

19           just throwing questions, asking different things

20           about it.  And then like I showed him like --

21           like from the picture of the car, I showed them

22           like a -- I took like a pen, and I showed him how

23           I seen how it was set up so they had a visual of

24           it.
```

1    Q.   Okay.

2    A.   And then that was pretty much it.

3    Q.   Well, then did there come a time during that

4         period where they were asking you questions where

5         they called in the question what you said you

6         saw?  Do you understand my question?

7    A.   Yes.

8    Q.   Did they do that to you?

9    A.   Yes, I believe so.

10   Q.   And did there come times where you told them

11        something, and then they tried to make it --

12        re-word it so that it was different than how you

13        originally said it to them?

14   A.   Yes.

15   Q.   And did they write these things out into this

16        statement?

17   A.   Yes, they wrote everything down on here.

18   Q.   Right.  These are not all your words though;

19        correct?

20   A.   Yeah.  I mean, like "I would like to say that on

21        Sunday," I mean, I wouldn't have said that.  I

22        would have been like on Sunday, April 17th.

23   Q.   Right.

24   A.   So some of them -- some are, some aren't.

——— KEITH MILLINGTON - 11/16/17 ———

1    Q.   So they worded things the way they wanted them
2         worded based on what you said to them; is that a
3         fair statement?
4              MR. TORCZYNER:  Objection.  Don't worry about
5         my objection.  It's just for the record.
6    Q.   Is that a fair description of what occurred that
7         day?
8    A.   Some things in here.  Not all.  Most of it seems
9         like what I -- how I said my story was what they
10        wrote down.
11   Q.   All right.  Go to the first page.  Help me out
12        here because I think this is one of those
13        instances.  If you look at the first page, it's
14        one, two, three, four, five, six, seven, eight,
15        nine -- nine lines down beginning of the line it
16        says "Zip down."  And then next sentence reads "I
17        had my windows zipped down a little because it
18        was nice" --- it was a nice night."
19              Do you see where they put that?
20   A.   Yeah, I didn't say that.
21   Q.   Yeah.  That's different than what you told us;
22        right?
23   A.   Yeah.  That's funny.  I didn't even --
24   Q.   And then where it says "My girlfriend, Madelyn

KEITH MILLINGTON - 11/16/17

```
1              Bergmann," do you see that line?
2      A.   Yeah, Madelyn.
3      Q.   Madelyn.  I'm sorry.  "Madelyn Bergmann was
4           behind me with her car, and I motioned her to go
5           around me because I kept stalling out."
6                Do you see that, that sentence I just read?
7      A.   Yeah.
8      Q.   Is that what you told them?
9      A.   I'm unsure.  I can't remember if she was behind
10          me or not.  I remember she did go past us to go
11          up towards McDonald's.
12     Q.   Right.  But you don't remember saying those exact
13          words to them?
14     A.   I'm unsure.
15     Q.   Okay.
16     A.   I do remember saying that -- I do remember
17          telling my girlfriend -- I waved her past because
18          I was stalling out.
19     Q.   Okay.  Go to the second page for me.  15 lines
20          down on the far left you can see the word "cop
21          shot, Honda kept rolling forward."
22                Do you see that line?  The sentence reads
23          "after the cop shot that Honda kept rolling
24          forward."
```

─── KEITH MILLINGTON - 11/16/17 ───

```
 1    A.   Yeah, I see it.

 2    Q.   "And it looked like it could have hit the first

 3         cop car"?

 4    A.   Uh-huh.

 5    Q.   Now, what you described to us today is more

 6         specific; right?

 7    A.   Yeah, simultaneously.

 8    Q.   Right, but it's more specific, too.  You see it

 9         hit the cop car; didn't it?

10    A.   Yeah.

11    Q.   And it was accelerating towards the police

12         officer; correct?

13    A.   Yeah.

14    Q.   And then let's just go to the next sentence, it

15         says "The cop in the second car then ran up to

16         the Honda, pulled the guy who was driving the

17         Honda out of the car and onto the ground where it

18         looked like the cop gave the guy a kick."

19              Do you see where that's written there?

20    A.   Yeah, I do remember that now.  The cop did -- did

21         that.

22    Q.   Let's talk about that barrier that's in between

23         where you are and where the car is --

24    A.   Correct.
```

─────KEITH MILLINGTON - 11/16/17─────

1   Q.   -- that you couldn't see if anybody rendered him

2        any help.

3   A.   Uh-huh.

4   Q.   So you couldn't see if anybody rendered him any

5        help, but you could see that he gave him a kick?

6   A.   It looked like a motion, like if you were to

7        throw like a kicking motion.  But I mean, you

8        know, they were at -- the barrier was there.

9   Q.   Could it have easily been that he was stepping

10       over the person he pulled out of the car?

11  A.   Yep.

12  Q.   Because he got into the car; right, the second

13       officer?

14  A.   I'm unsure.

15  Q.   Well, go down a little bit.

16  A.   Yeah, I see that.

17  Q.   "After getting the guy out of the Honda, the

18       second cop got into the Honda, and it looked like

19       he was trying back the Honda up."

20  A.   Uh-huh.

21  Q.   So it could have just been he's stepping over the

22       guy to get into the car; right?

23  A.   Yeah.

24  Q.   You couldn't actually see that he was trying to

KEITH MILLINGTON - 11/16/17

1           kick him; correct?

2     A.    Correct.  I'm sure I said "unsure" if the cop got

3           in the car earlier.

4     Q.    And they didn't write any of that when you told

5           them that?  They wrote what appeared in this

6           document; correct?

7     A.    Restate that.

8     Q.    Porowski wrote down what he wrote down?  He

9           didn't write down everything he told you; isn't

10          that right?

11    A.    Correct.

12    Q.    And he changed some of what you told them when he

13          wrote it out in sentence form in this statement;

14          correct?

15    A.    Some of it, yes, like the nice night one.

16    Q.    And the beginning part?

17    A.    Yeah.

18    Q.    And then we can go down a little bit further, it

19          says "A couple minutes afterwards a bunch of

20          other cops showed up.  One of them said to me,

21          Get the fuck out of here.  I then drove away east

22          on Hoosick, and we went to McDonald's on Hoosick

23          Street and 15th across from Speedway gas station.

24          I want to say that my friend Vinny was drinking

─────── KEITH MILLINGTON - 11/16/17 ───────

```
 1            at that part that night, but I didn't have

 2            anything to drink.  That's why I went to the

 3            party to pick him up."

 4                 But you were at the party; weren't you?

 5       A.   Yes, I came -- I told you my girlfriend went and

 6            dropped me there.  I went inside to find him,

 7            yes.

 8       Q.   But you weren't at the party -- you weren't

 9            hanging out at the party --

10       A.   No, I was not.

11       Q.   -- before your girlfriend dropped you off?

12       A.   No, I was not.

13       Q.   Got you.  Okay.  And then it says here "I want to

14            say when the Honda backed up and hit the second

15            cop car he was going pretty fast, and when he

16            started pulling forward he was going pretty fast

17            to get away.  To me, it looked like he would have

18            had to either go all the way around the cop or go

19            through him to get away."  Do you see that?

20       A.   Yeah.

21       Q.   You remember saying that part; right?

22       A.   Yeah, I did, I signed it.

23       Q.   And then is that your signature at the end of

24            there, the initials KM?
```

────── KEITH MILLINGTON - 11/16/17 ──────

1    A.    Yep.

2    Q.    And then you drew a line down at the bottom of

3          the page and signed your name across the line;

4          correct?

5    A.    Correct.

6    Q.    Did you do that to indicate that this is the end

7          of the statement?

8    A.    Yes.

9    Q.    All right.  Now --

10   A.    He did reword that I went to say that my friend

11         Vinny was drinking.  I knew he was drinking.  I

12         knew he was drunk.  He asked me to drive him

13         home.

14   Q.    Right.  You described him today to us as being

15         belligerent drunk?

16   A.    Yeah, he probably wouldn't even remember the

17         night if you asked him about it.

18   Q.    Well, he may be asked about it.  You think he's

19         that intoxicated --

20   A.    Yeah.

21   Q.    Like he was pretty lit?

22   A.    Yeah, he was lit.

23   Q.    So what's the amount of time that you think you

24         spent sitting there while Porowski wrote this out

KEITH MILLINGTON - 11/16/17

```
 1              versus the total amount of time that you sat

 2              there while they questioned you and asked you

 3              things --

 4     A.   Not -- sorry to cut you off.  Not long.  He kind

 5              of went through it fast, too.

 6     Q.   Okay.  And you read it quickly, or did you take

 7              your time and read it?

 8     A.   I believe I -- I think I believe I read it

 9              quickly.

10     Q.   And then you signed it?

11     A.   Yeah.  I kind of thought it was all right, and I

12              sign it, yes.

13              MR. TORCZYNER:  Can you read back the

14              question and answer.

15         (The requested testimony was read back.)

16     Q.   So you gave it a read and you signed it.  Did you

17              guys leave right away?

18     A.   Yes, I shook their hand and left right after

19              that.

20     Q.   Now, have they talked to you since that day?

21     A.   I met with them twice.  And I don't -- can I look

22              at my lawyer's text to see something real quick?

23     Q.   Can you?

24     A.   Yeah.
```

KEITH MILLINGTON - 11/16/17

1    Q.   To refresh your recollection?

2    A.   Yeah, I want to see something.

3            MR. TORCZYNER:  No, you can't.

4    Q.   I can't mark it.

5            MR. TORCZYNER:  Not only can you not mark

6        it, but he's going to testify based upon --

7    A.   Well, I want to see -- I just want to look at a

8        date.

9            MR. TORCZYNER:  You know what, I'm going ask

10       you, if you don't mind, just let John and I step

11       out and don't look at the phone for a minute so

12       John and I can talk about it, and then we'll know

13       if you can.  Okay.

14           THE WITNESS:  All right.  If not, I won't.

15           MR. TORCZYNER:  No, it's fine.

16   Q.   No, it's fine.

17           MR. TORCZYNER:  We can decide whether you

18       can, and it's better if we talk about it

19       ourselves so that you don't hear our

20       conversation.  Just don't look at it yet.  We'll

21       let you know.

22       (An off-the-record discussion was held.)

23           MR. TORCZYNER:  The lawyers had a

24       conversation outside.  You can look at the text to

KEITH MILLINGTON - 11/16/17

1        see the date, but don't read the content of what's

2        in it.  Okay?

3           THE WITNESS:  All right.

4    A.   I might not even have it.  I deleted my text

5        messages.  All right.  I was getting the dates

6        mixed.

7    Q.   Okay.

8    A.   I met with him this year, June 22nd, I believe it

9        was.

10   Q.   Of 2017, this year?

11   A.   Yeah, let me just make sure that's right.  Yep.

12       Thursday, June 22nd, 3:44 p.m.

13   Q.   That's when you met --

14   A.   Hold on.  Hold on one sec.  Friday morning so it

15       be -- it be that Friday.  So he texted me on

16       Thursday, so it would be the next day.

17   Q.   So June 23rd -- Friday, June 23rd, is when --

18   A.   Is when I met him again.

19   Q.   And what did you speak to the attorney general

20       about on June 23rd?

21   A.   I think they were kind of going over this, like

22       trying to refresh my memory pretty much.

23   Q.   Did they say why?

24   A.   It was kind of just like this.  No, I'm not sure

KEITH MILLINGTON - 11/16/17

```
 1            why.  But I know Lee wasn't there.  He had

 2            someone -- my lawyer had someone else come with

 3            me.

 4    Q.   Were they preparing you for something?

 5    A.   It was as if they were.  It kind of seemed like

 6            it.

 7    Q.   Did they tell you why?

 8    A.   No, just after they said they would -- I would

 9            hear from them in a few.  I'm not sure how long

10            they said, but --

11    Q.   Did they call you back?

12    A.   No, I haven't heard from them since.

13    Q.   Now, you said Vinny was -- when you picked him up

14            you said he was intoxicated?

15    A.   Correct.

16    Q.   Slurred speech?

17    A.   Yeah.

18    Q.   Not making any sense?

19    A.   No.

20    Q.   Was he having difficulty walking even to the car?

21    A.   He was little -- probably could walk like decent.

22            He wasn't good enough to drive or anything else.

23    Q.   He was like stumble-drunk or just sideways?

24    A.   Sideways swaying.
```

KEITH MILLINGTON - 11/16/17

1  Q.  Okay.  So -- and he was in the passenger seat;
2      right?
3  A.  Correct.
4  Q.  Now, did he tell you that he went to the attorney
5      general's office and gave a statement?
6  A.  Yes, he did.  I believe so.
7  Q.  He went --
8  A.  They went to his house, they went to his work,
9      told me, and he didn't want to talk them.
10 Q.  Right.  About May 6th at 8:50 in the morning he
11     did talk to them?
12 A.  Yeah.
13 Q.  Did he tell you what he said to them?
14 A.  I'm unsure.  No.  I know he told me he was just
15     trying to pretty much shut them up, get them to
16     stop bothering him.  They kept coming to his
17     work, bothering him when he was trying to work.
18 Q.  Did anybody from the attorney general's office
19     tell you what Phil Gross said that he saw when
20     they were asking you questions about what you
21     saw?
22 A.  No, I really don't who that is.
23 Q.  You saw on the news that there was a guy who
24     helped out to get the car off the police officer;

```
 1            right?

 2       A.   I might have read it.  Correct.

 3       Q.   And you saw --

 4       A.   He seen him talking about a video, too.

 5       Q.   Yeah, same guy took a video.  Do you remember

 6            reading about that?

 7       A.   I actually think I read about that, yeah.

 8       Q.   Did the attorney general's office talk to you at

 9            all about any of the things that video showed?

10       A.   Nope.

11       Q.   When you were telling them stuff, did they say,

12            Hey, you know what, that's not what the video

13            shows?

14       A.   No.

15       Q.   Did you feel like you had a choice to not speak

16            to them?

17       A.   I felt like I was obligated to, kind of.

18       Q.   On -- did they promise with you anything?

19       A.   No.

20       Q.   Did they threaten you in any way?

21       A.   No.

22       Q.   Did -- has anyone promised you anything?

23       A.   No.

24       Q.   Has anyone threatened you?
```

─────────── KEITH MILLINGTON - 11/16/17 ───────────

1    A.   No.

2    Q.   What are you doing for work now?

3    A.   I work where my dad works in the office.

4    Q.   For the CDTF?

5    A.   No, he works for New Penn Motor Express.

6    Q.   New Penn?

7    A.   Yeah, behind Rensselaer County jail.

8    Q.   And what are you taking, a couple of classes this

9         semester at Hudson Valley?

10   A.   Yeah, online classes, two.

11   Q.   How many?

12   A.   I've got to take two, and I'm done with school, a

13        graduate.

14   Q.   What do you -- what did you work for work before

15        you went to New Penn?

16   A.   I was working -- I was on the dock driving a

17        forklift.  And I switched to the office, so now

18        I'm full time now.

19   Q.   So after you graduated from high school you

20        started at Hudson Valley?

21   A.   I took the first semester off, I started in

22        January.

23   Q.   Okay.  And then that first semester that you were

24        off, did you work at your dad's place?

─────── KEITH MILLINGTON - 11/16/17 ───────

1   A.   Yes.

2   Q.   And did you work there while you were going to

3        school the same time?

4   A.   Yeah, some days on and off.  It was part time, so

5        it was like dock casual so I could just go

6        whenever I wanted pretty much.

7   Q.   Right.  Right.  Did you ever have a conversation

8        with anyone about what your statement to the

9        attorney general's office said?

10  A.   No.

11  Q.   I mean anybody before today?

12  A.   I mean, I probably told my dad what I saw.  I

13       mean, probably had a closed conversation.

14  Q.   Did they give you a copy of your statement when

15       you left that day?

16  A.   I don't think they did.  They might have gave one

17       to my lawyer.

18  Q.   Okay.  Did they tell you not to talk to anyone

19       about your statement?

20  A.   I'm unsure.  I mean, I probably talked my dad

21       before though, like told him what I seen that

22       night.

23  Q.   Right.

24  A.   I'm sure I called him.

KEITH MILLINGTON - 11/16/17

```
 1    Q.   Did you ever follow-up -- do you know who from
 2         the police department returned your phone call?
 3    A.   I do not.
 4    Q.   Did you ever try and touch base with anybody from
 5         the PD?
 6    A.   No.  That's who I originally wanted to go to, and
 7         for some reason Lee told me to --
 8    Q.   That's fine.  Lawyers can make decisions all the
 9         time on behalf of their client for whatever.
10    A.   Yeah.
11    Q.   I'm just going to go back.  When the officer that
12         was in the car in the front, when he exited his
13         vehicle, was it your testimony that he had his
14         weapon already drawn at that point?
15    A.   Not like when he was in the car, I don't think he
16         had his weapon drawn.  I think after -- once he
17         opened the door and he got out, that's when he
18         drew his weapon.
19    Q.   Okay.  So he was outside the vehicle before he
20         drew his weapon out of his holster?
21    A.   Yes.
22    Q.   And I think you indicated, and correct me if I
23         misheard it, he was originally was holding the
24         weapon in his right hand?
```

KEITH MILLINGTON - 11/16/17

```
 1    A.    Correct; from what saw, I believe he was.

 2    Q.    And was the weapon that you saw a revolver or a

 3          semi-automatic handgun --

 4                MR. TORCZYNER:  Or something else.

 5    Q.    -- or something else?

 6    A.    Well, based -- I mean --

 7    Q.    Let me ask it this way:  It wasn't a long rifle;

 8          right?

 9    A.    No, it wasn't a long rifle.

10    Q.    So was it a revolver or a semi-automatic?

11    A.    It's going to be a semi-automatic pistol because

12          I mean, I never seen a Troy cop carrying around a

13          revolver.

14    Q.    It's possible.  I saw one the other day.  Not on

15          a Troy cop.  What was the -- when you heard the

16          first shot fired, right -- I want you to think

17          back to that moment -- how much time had elapsed

18          from the first point where you first saw the

19          Honda coming up from your rear to the point were

20          you heard the first shot fired?

21    A.    I'm unsure because, I mean, it all happened so

22          fast.

23    Q.    Were you at that red light for more or than less

24          than two minutes?
```

KEITH MILLINGTON - 11/16/17

```
 1    A.    More.  I stalled out.  I was there when it was
 2          green.
 3    Q.    So you were there more or less than six minutes
 4          total?
 5    A.    More.
 6    Q.    How many times did the light cycle go through
 7          before you were able to it to get out?
 8    A.    I think twice.  Two or three times.
 9    Q.    From the point in time where the vehicle, that
10          Honda came into contact with the bridge when the
11          guy crashed, how much time elapsed from that
12          moment when you observed that occurrence, right,
13          to when the shooting ended?
14    A.    Say that question one more time.
15    Q.    From the point in time when the Honda vehicle
16          hits the bridge, right, to point in time where
17          the shooting ends, how much time elapsed?
18    A.    Couple minutes.  I'm unsure.
19    Q.    Okay.  Is there anything that you can think that
20          you saw that night that we haven't asked you
21          about?
22    A.    No.
23          MR. ASPLAND:  Okay.  I don't have anything
24          further.  I appreciate it.
```

─────────── KEITH MILLINGTON - 11/16/17 ───────────

```
 1              MR. TORCZYNER:  I have a couple more

 2         follow-ups.  Thank you.

 3         FURTHER EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

 4    BY MR. TORCZYNER:

 5    Q.   The top of the document that's Millington 4, you

 6         see where says "I've been duly warned and advised

 7         by Mitchell Porowski a person who has identified

 8         himself, herself as a police officer."

 9              Do you see that?

10    A.   Yeah, I remember him telling me that he used to

11         be a police officer for Troy, I believe, maybe.

12    Q.   So you remember him identifying himself to you?

13    A.   Yeah.

14    Q.   Okay.  When it says "3:40" here as far as the

15         time started --

16    A.   Uh-huh.

17    Q.   -- did you see somebody write that time, 3:40?

18    A.   I'm unsure.

19    Q.   Okay.

20    A.   I didn't have this in front of me.  Mitch did.

21    Q.   Let's talk about this.  You were -- you walk in

22         and you start your meeting with a whole bunch of

23         people; correct?

24    A.   Correct.
```

KEITH MILLINGTON - 11/16/17

```
 1    Q.   And does Mitch advise you or warn you that he's a
 2         police officer at the beginning of the meeting,
 3         or a little further along?
 4    A.   I'm unsure.  It might not -- it might not have
 5         even have been at this meeting that I found out
 6         that he was a police officer.
 7    Q.   Okay.  Now, he's actually telling you in this
 8         statement that he's a police officer with the New
 9         York State Attorney General's Office?  He's not
10         telling you he was a Troy police officer?  That's
11         what it says that you were advised of?
12    A.   Yeah, I don't believe he used to be a Troy cop.
13         One of the guys there, I'm not sure who, I know
14         was a Troy cop.
15    Q.   Okay.  But Mitch Porowski at this meeting advised
16         you that he was an investigator or officer with
17         the New York State Attorney General's Office?
18    A.   Correct.
19    Q.   Okay.  Did he start writing before or after he
20         advised you that he was an officer?
21    A.   After.
22    Q.   So he advises you that he's an officer, and then
23         he starts writing.  And it has the 5:10 p.m. on
24         the first page and the second page of this
```

KEITH MILLINGTON - 11/16/17

1       document; right?

2   A.  Yes.  He didn't -- he wasn't like writing this --

3       like I was telling you the guys the story today,

4       he wasn't writing it as I was telling you the

5       story.  It would be like you writing it down as I

6       was going.  He did it toward the end pretty much.

7   Q.  Was he taking notes during your meeting, if you

8       saw?

9   A.  Yeah, I believe they all were.

10  Q.  Okay.  So you don't know if 3:40 means when he

11      started writing -- withdrawn.

12          You're telling me he didn't start writing at

13      3:40, this statement; right?

14  A.  I'm unsure.  He might have filled this out at

15      3:40.  Like the top part, that's the time we

16      probably started the meeting.  But he could have

17      wrote this.  I don't remember.  It was a while

18      ago.

19  Q.  It was a while ago.  When counsel asked you if

20      the officer's life was in danger and you said

21      yes, did the officer tell you that his life was

22      in danger?

23  A.  No, he did not.  But I mean, that's just from my

24      perspective.  I mean, my perspective doesn't

KEITH MILLINGTON - 11/16/17

```
 1            matter.  I think his life was in danger, from my
 2            point of view.
 3       Q.   Okay.  From your point of view, did it look like
 4            he had the ability to get out of the way of the
 5            car that was moving towards him?
 6       A.   I'm unsure.
 7       Q.   What did you mean that you thought that you were
 8            obligated to meet with the attorney general's
 9            office?
10       A.   That if -- like I had no other choice.
11       Q.   Well, did someone tell you you were going to jail
12            if you didn't meet with them?
13       A.   No, but I mean -- I mean, I don't know.  It's
14            just who my lawyer told me to meet with, but I
15            felt obligated to do it.
16       Q.   Not like an obligation like a moral obligation?
17            Like a legal obligation; is that what you mean?
18       A.   Just like I have to -- like I have to do it, or
19            they probably wouldn't have left me alone anyway.
20       Q.   Okay.  Do you see on the second page of the
21            statement where it says -- before we even read
22            it, you were talking about the kick.
23                At the time that you were talking to the
24            people from the attorney general's office, did
```

KEITH MILLINGTON - 11/16/17

```
 1              you have in your mind that you saw him try to

 2              kick the guy that was pulled out of the car?

 3     A.   Yes.

 4     Q.   Now, counsel pointed out to you, yes, there was a

 5              median, and it's possible that he was doing

 6              something else --

 7     A.   Sure.

 8     Q.   -- but your impression at the time was that he

 9              was trying to kick him?

10     A.   Yes, because he's probably still alive and doing

11              what he was doing.

12     Q.   You say in the statement that you thought he

13              emptied his clip.  Do you see that?

14     A.   I don't see it, but I remember saying it.

15     Q.   Okay.  About a dozen or so lines down, the last

16              words on the page -- on the line are "after the,"

17              and immediately before that is "clip," if you go

18              towards the right of the page.

19     A.   I see it.  I said it sounded like it.  I didn't

20              say he did empty his clip.

21     Q.   I'm just asking you.  Have you ever fired a

22              semi-automatic?

23     A.   Something like it.

24     Q.   Okay.  Have you ever fired a handgun to the point
```

KEITH MILLINGTON - 11/16/17

1           where you heard it's clicking on empty?

2      A.   Yes.

3      Q.   That's what you meant that you thought you heard?

4      A.   No, I couldn't hear a click from where I was, but

5           I mean, it just sounded like a lot of shots.

6      Q.   So you say it sounded like he emptied his clip.

7           It just sounded like he shot all the bullets; not

8           that you heard the clicking?

9      A.   Yeah, it sounded like he shot more than -- about

10          how many bullets carries in a clip.

11     Q.   Right.  But not the sound like you heard the

12          clicking on the chamber?

13     A.   No, I did not hear the clicking on the chamber.

14     Q.   Okay.  Having read over this statement, which I

15          asked you about and John had asked you about and

16          possibly he's going to ask you about again after

17          I'm asking you now, you talked about how they

18          used words that weren't your words in the sense

19          that they reworded things that you had said

20          because you would not normally say, I would like

21          to say; correct?

22     A.   That's just something that wouldn't come out of

23          my mouth.

24     Q.   But there are no facts in this statement that are

─────────── KEITH MILLINGTON - 11/16/17 ───────────

```
 1          not correct; is that true?

 2    A.    What was your question again?

 3    Q.    Are there any facts in this statement that are

 4          not true?

 5    A.    They're all true based on what I seen.

 6          MR. TORCZYNER:  Okay.  I've got nothing

 7          further for you.  I appreciate that you came down.

 8          If John is not done --

 9          MR. ASPLAND:  I've got a couple of

10          follow-ups.

11          FURTHER EXAMINATION BY COUNSEL FOR THE DEFENDANTS

12    BY MR. ASPLAND:

13    Q.    The impression that there was a kick thrown was

14          suggested to you by Porowski; correct?

15    A.    No.  I believe that when -- from what I seen when

16          he pulled the guy out of the car and he was on

17          the ground it looked like -- it looked liked he

18          threw him a kick, but like you said, there was a

19          barrier in the way.  I could have been seeing him

20          step over or -- or it could have been a kick.

21    Q.    Now, the things that we talked about today,

22          you've had the chance to answer those questions

23          without somebody else writing down what you were

24          telling like in this statement; correct?
```

─────────KEITH MILLINGTON - 11/16/17─────────

1    A.   Correct.

2    Q.   And you were able to describe for Neil and I your

3         recollections and understanding in your own

4         words; correct?

5    A.   Correct.

6    Q.   So in an instance, say, where there was

7         information that you told us today that's not

8         contained in Millington Exhibit 4, would it be

9         fair for us to rely on those statements that you

10        told us to be accurate?

11             MR. TORCZYNER:  I don't understand the

12        question.

13   Q.   Do you understand the question, Keith?

14   A.   Yes.

15   Q.   Then it would be fair for us to understand those

16        facts to be accurate even if they're not in

17        Millington 4, but you've answered the questions

18        today using those --

19   A.   So you're saying even if on those questions that

20        you guys asked today, and if I said some of them

21        to be unsure, but yet they're in here, they're

22        going to be true?

23   Q.   Or vice versa.

24   A.   Yes, true.

─────── KEITH MILLINGTON - 11/16/17 ───────

```
 1      Q.   So, for instance, like your statement doesn't
 2           talk about Randy French being in a shooter stance
 3           when he's in front of Thevenin's car as Thevenin
 4           is driving at him fast; correct?
 5      A.   Yes.  No, it does not.  It does not say that.
 6      Q.   And Mitch Porowski didn't ask you about that; did
 7           he?
 8      A.   No, did not.
 9      Q.   And he didn't ask you to describe those
10           conditions to him at all; correct?
11      A.   No.
12      Q.   So when you described them to Neil and I, you
13           were telling it truthfully and for the first
14           time?
15      A.   Yes.
16      Q.   And when you said that it was your belief that
17           Randy French, his life was in danger,
18           Mitch Porowski didn't ask you about that at all;
19           did he?
20      A.   I'm unsure.  I might have said it.  I definitely,
21           definitely said that -- I said it in like my
22           point of view, like put -- I said to them like if
23           I was that police officer, like it would have
24           been the same thing.  If I seen a man coming at
```

──────── KEITH MILLINGTON - 11/16/17 ────────

```
 1              me with a car, what are you going to do?  Your
 2              life's in danger.
 3        Q.    Right.  And you told them that?
 4        A.    Yeah, and you only got a split second to think,
 5              what are you -- you're not Spiderman.  What are
 6              you going to do, jump up in the air?
 7        Q.    Right.  But you told them, and they didn't write
 8              that down?
 9        A.    Yeah.  And they did not write it in here, like
10              you said.
11        Q.    But you thought it was important enough that you
12              were gong to tell them that because it was
13              important to you for them to know; right?
14        A.    Yes.
15        Q.    And the AG's office chose not to include that
16              important information?
17        A.    Correct.
18              MR. TORCZYNER:  No objection.
19        Q.    And, for example, when you referenced -- the --
20              when you told it was like one to three feet of
21              distance between the front of Thevenin's car and
22              that Troy PD cruiser where Randy French was
23              standing, they didn't ask you about that, to put
24              that in the statement; did they?
```

─────────────── KEITH MILLINGTON - 11/16/17 ───────────────

1    A.   I think it is in here.  Hold on.  Yeah, the only

2         thing that's in here, it says "The Honda backed

3         up only a couple of feet before it hit the second

4         cop car."  So they never said that.  They never

5         asked how many feet or if I seen that was between

6         them.

7    Q.   But when you were describing to them what was

8         going on, they never asked you that question, or

9         did you tell them that?

10   A.   They might have asked, but they didn't put it in

11        here.

12   Q.   Now, the whole thing about the clip, there were a

13        lot of shots fired in your recollection; correct?

14   A.   Yes.

15   Q.   That time when you fired a 9-millimeter, was it a

16        semi-automatic?

17   A.   Yes, I believe so.

18   Q.   So you know that when you fire to empty, the

19        slide sticks open --

20   A.   Yes.

21   Q.   -- and engage; correct?

22   A.   Uh-huh.

23   Q.   You didn't see that happen --

24   A.   No.

─────────────── KEITH MILLINGTON - 11/16/17 ───────────────

1    Q.   -- with respect to Randy French?

2    A.   No.

3              MR. ASPLAND:  I don't have anything further.

4         I appreciate you coming you down.

5              MR. TORCZYNER:  Two more questions.

6         FURTHER EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

7    BY MR. TORCZYNER:

8    Q.   The second shooter is not in this statement

9         that's Exhibit 4; right?

10   A.   Correct.

11   Q.   When you spoke to them and they prepared this

12        statement that's Exhibit 4, that was closer to

13        the date of the actual events; correct?

14   A.   Correct.

15   Q.   Why is the second shooter not in the statement?

16             MR. ASPLAND:  Note my objection.

17   Q.   Okay.  Withdrawn.

18             When you talk to them -- although, I don't

19        know that I need to withdraw it.

20             MR. ASPLAND:  Well, no, my objection is to

21        the form, but I have a different reason for the

22        form.

23   Q.   Did you tell the AG's office that the second

24        officer was also firing?

KEITH MILLINGTON - 11/16/17

1    A.    I might have said I was unsure.

2    Q.    Okay.  Do you -- when you say "I might have

3          said," do you remember telling --

4    A.    I don't remember.

5    Q.    Okay.

6    A.    Like I said earlier, I think he did, but I'm

7          unsure.

8              MR. TORCZYNER:  I got nothing further.

9              MR. ASPLAND:  I'm good.  We're done.

10             (Whereupon, the examination of

11             KEITH MILLINGTON, in the above-entitled

12             matter was concluded at 3:13 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

─────KEITH MILLINGTON - 11/16/17─────

1                    WITNESS INDEX

2    EXAMINATION BY MR. TORCZYNER....................PAGE 4

3    EXAMINATION BY MR. ASPLAND......................PAGE 52

4    FURTHER EXAMINATION BY MR. TORCZYNER............PAGE 89

5    FURTHER EXAMINATION BY MR. ASPLAND..............PAGE 95

6    FURTHER EXAMINATION BY MR. TORCZYNER............PAGE 100

7

8

9    MILLINGTON EXHIBITS                        PAGE

10
     Exhibit 1   Subpoena                         7
11
     Exhibit 2   Text message log                 10
12               log
13   Exhibit 3   Photograph                       24

14   Exhibit 4   Voluntary statement 5/23/16      51

15

16
            (EXHIBITS RETAINED BY NEIL TORCZYNER, ESQ.)
17

18

19

20

21

22

23

24

KEITH MILLINGTON - 11/16/17

1  STATE OF NEW YORK          )
                             ss:
2  COUNTY OF                  )

3

4        I, KEITH MILLINGTON, have read the foregoing

5  record of my testimony taken at the time and place noted

6  in the heading hereof, and I do hereby acknowledge it to

7  be a true and accurate transcript of same.

8

9

10

11

12

13                                    _____

14                                    KEITH MILLINGTON

15

16

17  DATED:         _____

18

19  Sworn to before me this _____

20  day of _____, 20__

21

22  _____

23  Notary Public

24

——KEITH MILLINGTON - 11/16/17——

1                C E R T I F I C A T I O N

2

3

4          I, MICHELE AMBROSINO, a Shorthand Reporter and

5     Notary Public within and for the State of New York, do

6     hereby CERTIFY that prior to being examined, the witness

7     named in the foregoing deposition was duly sworn to

8     testify the truth, the whole truth and nothing but the

9     truth.

10          That said deposition was taken down by me in

11    shorthand at the time and place therein named and

12    thereafter reduced by me to typewritten form and that the

13    same is a true, correct and complete transcription of

14    said proceedings.

15          Before completion of the deposition, review of the

16    transcript was requested.  If requested, any changes

17    made by the deponent (and provided to the reporter)

18    during the period allowed are appended hereto.

19          I further certify that I am not interested in the

20    outcome of this matter.

21

22                    *Michele Ambrosino*
                      MICHELE AMBROSINO
23                     Court Reporter

24

## $

**$86** [1] - 8:15

## 1

**1** [3] - 7:7, 7:10, 102:6
**10** [1] - 102:7
**10/11/1994** [1] - 9:4
**101st** [1] - 16:8
**11042** [1] - 2:4
**12801** [1] - 2:10
**146** [1] - 66:18
**15** [1] - 72:19
**15th** [1] - 75:23
**16** [3] - 1:14, 2:9, 8:12
**16-CV-1115(NAM/ DJS** [1] - 1:7
**16th** [1] - 1:12
**17th** [3] - 41:8, 55:12, 70:22
**1:10** [1] - 1:15
**1st** [1] - 7:2

## 2

**2** [4] - 10:24, 11:3, 39:10, 102:7
**20** [3] - 9:6, 48:21, 103:20
**2012** [1] - 13:18
**2016** [4] - 9:9, 9:11, 12:19, 53:16
**2017** [4] - 1:13, 1:14, 2:10, 80:10
**22** [2] - 33:23
**220** [1] - 53:17
**22nd** [4] - 40:24, 41:19, 80:8, 80:12
**235** [1] - 53:13
**23rd** [3] - 80:17, 80:20
**24** [1] - 102:9
**250** [2] - 53:14, 53:15
**2:07** [1] - 63:3
**2:08** [3] - 63:3, 63:22, 63:23
**2nd** [2] - 2:3, 13:10

## 3

**3** [7] - 15:3, 15:5, 24:12, 24:15, 55:3, 63:16, 102:9
**30** [2] - 68:11, 68:12
**3000** [1] - 2:3
**378** [1] - 39:15
**379** [2] - 40:12, 40:23
**380** [1] - 42:4
**381** [2] - 44:16, 63:5
**382** [1] - 44:16

## 4

**389** [1] - 63:5
**3:00** [2] - 15:3, 24:16
**3:13** [1] - 101:12
**3:30** [2] - 64:10, 67:1
**3:40** [8] - 66:22, 67:2, 68:5, 89:14, 89:17, 91:10, 91:13, 91:15
**3:44** [1] - 80:12
**3rd** [9] - 41:19, 42:3, 42:9, 43:5, 60:20, 63:6, 63:13, 63:19, 65:12

## 4

**4** [12] - 51:19, 51:22, 63:1, 63:7, 66:13, 89:5, 96:8, 96:17, 100:9, 100:12, 102:2, 102:10
**40** [1] - 68:7
**40s** [1] - 26:16
**44** [1] - 15:20

## 5

**5/23/16** [1] - 102:10
**50** [1] - 68:10
**51** [1] - 102:10
**518.745.1400** [1] - 2:11
**526.355.9612** [1] - 2:4
**5:10** [3] - 67:9, 67:14, 90:23

## 6

**6th** [1] - 82:10

## 7

**7** [1] - 102:6
**75** [4] - 12:2, 12:4, 57:2
**7:39** [1] - 63:4

## 8

**8:50** [1] - 82:10

## 9

**9-millimeter** [2] - 33:23, 99:15

## A

**a.m** [2] - 15:4, 15:5
**AB** [1] - 14:1
**ability** [3] - 53:2, 92:4
**able** [3] - 47:21, 88:7,

96:2
**above-entitled** [1] - 101:11
**accelerating** [1] - 73:11
**accept** [1] - 4:18
**accepted** [2] - 7:21, 12:12
**accepting** [1] - 8:2
**accounts** [1] - 56:15
**accurate** [4] - 63:11, 96:10, 96:16, 103:7
**accused** [1] - 39:22
**acknowledge** [1] - 103:6
**activated** [1] - 58:9
**actual** [1] - 100:13
**address** [8] - 8:9, 8:10, 8:12, 8:13, 9:5, 9:6, 15:18, 16:1
**administer** [1] - 3:14
**Administratrix** [1] - 1:3
**advise** [1] - 90:1
**advised** [5] - 7:13, 89:6, 90:11, 90:15, 90:20
**advises** [1] - 90:22
**afraid** [1] - 54:9
**afternoon** [4] - 4:6, 4:7, 63:13, 63:16
**afterwards** [1] - 75:19
**AG's** [2] - 98:15, 100:23
**agency** [2] - 13:7, 57:11
**ago** [4] - 29:2, 34:22, 91:18, 91:19
**agree** [1] - 60:22
**AGREED** [3] - 3:1, 3:7, 3:12
**agreed** [1] - 4:17
**ahead** [1] - 54:23
**air** [1] - 98:6
**Albany** [4] - 13:9, 64:19, 66:17, 66:18
**alive** [1] - 93:10
**all's** [1] - 61:13
**allowed** [1] - 104:18
**almost** [1] - 68:10
**alone** [1] - 92:19
**ALSO** [1] - 2:15
**AMBROSINO** [3] - 1:16, 104:4, 104:22
**Ambrosino** [1] - 104:22
**amount** [2] - 77:23, 78:1
**AND** [3] - 3:1, 3:7, 3:12

**angle** [12] - 21:6, 22:7, 22:10, 22:14, 22:18, 22:22, 24:8, 24:19, 30:5, 30:17, 30:19, 31:1
**answer** [15] - 4:23, 5:10, 5:22, 6:6, 6:7, 24:24, 34:24, 40:2, 53:1, 59:13, 61:22, 62:4, 62:6, 78:14, 95:22
**answered** [2] - 16:14, 96:17
**answering** [2] - 6:22, 17:23
**answers** [2] - 34:24, 53:23
**anyway** [1] - 92:19
**APPEARANCES** [1] - 2:1
**appeared** [1] - 75:5
**appended** [1] - 104:18
**applied** [2] - 12:15, 13:6, 39:13
**apply** [1] - 52:21
**applying** [1] - 12:9
**appreciate** [3] - 88:24, 95:7, 100:4
**apprehended** [1] - 37:15
**April** [9] - 9:9, 9:11, 12:18, 40:24, 41:8, 41:19, 53:16, 55:12, 70:22
**arraigned** [1] - 40:9
**arrange** [1] - 62:10
**arranged** [1] - 66:8
**arrive** [1] - 38:6
**ASAP** [4] - 42:4, 42:6, 43:4, 63:21
**aside** [1] - 14:10
**ASPLAND** [11] - 2:12, 24:10, 52:17, 59:15, 88:23, 95:9, 95:12, 100:3, 100:16, 100:20, 101:9
**aspland** [1] - 14:16
**associate's** [2] - 14:3, 14:9
**associates** [1] - 14:2
**assume** [1] - 5:7
**attempt** [1] - 33:1
**attention** [2] - 36:16, 36:21
**attorney** [25] - 4:8, 4:17, 42:15, 42:24, 43:3, 43:24, 60:23, 61:2, 61:5, 62:11, 62:15, 63:18, 64:9, 64:15, 66:8, 66:10,

69:10, 80:19, 82:4, 82:18, 83:8, 85:9, 92:8, 92:24
**Attorney** [2] - 90:9, 90:17
**attorney's** [1] - 43:21
**attorneys** [2] - 3:2, 42:13
**authorized** [1] - 3:14
**automatic** [5] - 87:3, 87:10, 87:11, 93:22, 99:16
**Ave** [1] - 15:6
**Avenue** [4] - 2:3, 15:20, 16:8, 17:1
**aware** [1] - 8:2

## B

**bachelors** [1] - 14:2
**backed** [7] - 29:13, 30:2, 30:11, 30:14, 30:22, 76:14, 99:2
**backs** [1] - 28:13
**Baker** [1] - 1:14
**BAKER** [1] - 2:9
**ball** [1] - 17:10
**barrier** [6] - 36:14, 36:23, 47:15, 73:22, 74:8, 95:19
**base** [1] - 86:4
**based** [9] - 8:7, 21:24, 38:24, 50:18, 63:20, 71:2, 79:6, 87:6, 95:5
**basic** [2] - 5:24, 6:12
**bathroom** [1] - 5:14
**beat** [1] - 39:21
**beginning** [3] - 71:15, 75:16, 90:2
**behalf** [5] - 2:2, 2:8, 4:18, 7:22, 86:9
**behind** [41] - 18:16, 18:20, 18:21, 19:21, 19:22, 20:1, 20:12, 21:5, 21:7, 22:17, 22:19, 22:21, 22:24, 23:1, 23:17, 24:22, 26:9, 28:14, 28:15, 28:17, 28:21, 29:4, 29:5, 29:12, 29:17, 29:20, 29:24, 30:3, 30:12, 31:21, 32:10, 34:10, 34:17, 36:8, 37:6, 37:10, 37:17, 59:20, 72:4, 72:9, 84:7
**belief** [2] - 59:11, 97:16
**bell** [1] - 15:21

**belligerent** [2] - 38:17, 77:15
**bend** [1] - 49:15
**bender** [1] - 29:10
**Bergmann** [2] - 72:1, 72:3
**best** [5] - 21:21, 25:1, 26:11, 35:1, 53:1
**better** [2] - 62:8, 79:18
**between** [20] - 3:2, 8:7, 17:4, 17:5, 22:23, 23:6, 23:8, 23:12, 23:14, 23:18, 25:17, 30:7, 31:24, 35:12, 37:19, 41:19, 46:23, 73:22, 98:21, 99:5
**big** [3] - 17:11, 64:22, 65:1
**bigger** [1] - 55:17
**birth** [1] - 9:3
**bit** [2] - 74:15, 75:18
**blocking** [1] - 23:19
**bloody** [1] - 14:20
**Bolivar** [1] - 15:20
**booklet** [1] - 6:5
**bothering** [2] - 82:16, 82:17
**bottom** [6] - 39:12, 40:23, 67:7, 67:8, 67:21, 77:2
**box** [1] - 44:17
**Box** [2] - 1:14, 2:10
**break** [6] - 5:13, 5:18, 5:19, 5:21, 5:23, 34:6
**Bridge** [5] - 10:10, 10:13, 15:1, 17:3, 17:4
**bridge** [9] - 18:22, 19:1, 19:7, 19:10, 19:20, 21:4, 25:9, 88:10, 88:16
**bring** [2] - 8:3, 25:2
**bringing** [1] - 4:19
**brings** [1] - 7:22
**broken** [2] - 39:24
**brother** [2] - 5:1, 9:12
**brother's** [3] - 9:14, 10:3, 26:22
**brought** [1] - 5:1
**Building** [1] - 64:21
**buildings** [1] - 65:1
**bullets** [3] - 51:16, 94:7, 94:10
**bunch** [4] - 16:5, 42:21, 75:19, 89:22
**BY** [11] - 2:5, 2:12, 4:4, 4:5, 52:16, 52:17, 89:4, 95:12, 100:7,
102:2, 102:12

## C

**cal** [1] - 33:23
**calm** [1] - 49:4
**camera** [1] - 60:8
**cannot** [3] - 27:15, 53:21, 54:6
**capacities** [1] - 33:17
**capacity** [1] - 34:1
**car** [115] - 16:19, 18:1, 18:5, 18:11, 20:3, 21:5, 21:7, 21:17, 22:16, 22:24, 23:10, 23:13, 23:15, 23:18, 23:23, 24:3, 24:5, 24:8, 24:18, 24:22, 25:17, 25:18, 25:21, 25:23, 26:7, 26:8, 26:12, 27:11, 27:17, 27:19, 28:1, 28:5, 28:11, 28:14, 28:15, 28:17, 28:21, 29:3, 29:4, 29:5, 29:11, 29:12, 29:14, 29:15, 29:17, 29:19, 29:20, 29:22, 29:24, 30:3, 30:4, 30:8, 30:11, 30:12, 30:13, 30:14, 30:17, 30:19, 30:24, 31:6, 31:9, 31:20, 31:21, 31:24, 32:9, 32:10, 34:9, 35:2, 35:5, 37:5, 37:10, 37:13, 37:16, 37:24, 38:5, 38:14, 38:24, 45:14, 45:15, 46:13, 46:19, 46:24, 47:24, 48:3, 50:15, 50:16, 51:2, 51:4, 51:12, 59:20, 69:21, 72:4, 73:3, 73:9, 73:15, 73:17, 73:23, 74:10, 74:12, 74:22, 75:3, 76:15, 81:20, 82:24, 86:12, 86:15, 92:5, 93:2, 95:16, 97:3, 98:1, 98:21, 99:4
**car's** [1] - 23:16
**card** [2] - 65:20, 65:23
**carries** [1] - 94:10
**carrying** [1] - 87:12
**cars** [21] - 18:20, 19:15, 19:21, 20:1, 20:2, 20:7, 20:9, 20:12, 20:15, 20:18, 20:20, 23:12, 23:14, 24:1, 24:21, 30:7, 37:19, 46:23, 58:6,
58:8
**casual** [1] - 85:5
**CDTF** [1] - 84:4
**certain** [2] - 43:18, 52:13
**CERTIFY** [1] - 104:6
**certify** [1] - 104:19
**chamber** [2] - 94:12, 94:13
**chance** [1] - 95:22
**changed** [1] - 75:12
**changes** [1] - 104:16
**charge** [1] - 69:13
**check** [1] - 8:15
**choice** [2] - 83:15, 92:10
**chose** [2] - 62:14, 98:15
**CINTHIA** [1] - 1:2
**Cinthia** [1] - 4:12
**CITY** [1] - 1:9
**City** [6] - 4:13, 4:15, 10:10, 10:13, 15:1, 17:4
**classes** [5] - 13:19, 56:13, 56:14, 84:8, 84:10
**CLD** [1] - 65:16
**clearly** [1] - 14:11
**click** [1] - 94:4
**clicking** [4] - 94:1, 94:8, 94:12, 94:13
**client** [1] - 86:9
**clip** [6] - 93:13, 93:17, 93:20, 94:6, 94:10, 99:12
**close** [2] - 11:16, 21:8
**closed** [4] - 49:11, 51:1, 55:22, 85:13
**closer** [1] - 100:12
**coffee** [1] - 5:14
**Cohoes** [1] - 9:6
**Collar** [4] - 10:10, 10:12, 15:1, 17:4
**collected** [1] - 60:9
**Colleen** [19] - 10:20, 11:11, 11:13, 11:16, 12:22, 40:14, 40:23, 41:12, 41:16, 41:18, 41:24, 42:3, 43:5, 46:9, 60:14, 61:4, 63:3, 63:17, 64:6
**collision** [3] - 21:10, 28:18, 29:6
**coming** [11] - 8:5, 8:8, 8:20, 15:5, 19:24, 52:12, 59:21, 82:16, 87:19, 97:24, 100:4
**commencing** [1] - 1:15

**communicate** [1] - 57:20
**complete** [1] - 104:13
**completed** [1] - 67:9
**completion** [1] - 104:15
**concluded** [1] - 101:12
**conditions** [2] - 58:2, 97:10
**conducted** [1] - 1:11
**connection** [1] - 45:22
**console** [1] - 58:10
**contact** [16] - 11:21, 28:21, 30:12, 32:14, 32:17, 33:9, 33:13, 34:19, 35:3, 35:4, 36:6, 40:19, 41:24, 46:13, 50:23, 88:10
**contacted** [3] - 11:22, 40:8, 44:7
**contained** [1] - 96:8
**content** [1] - 80:1
**continue** [1] - 33:10
**conversation** [8] - 40:4, 61:7, 61:11, 64:3, 79:20, 79:24, 85:7, 85:13
**conversations** [1] - 8:1
**cop** [32] - 18:20, 19:24, 20:9, 21:5, 21:7, 26:7, 26:8, 28:16, 30:4, 31:9, 31:15, 31:17, 36:8, 44:20, 45:5, 56:3, 72:20, 72:23, 73:3, 73:9, 73:15, 73:18, 73:20, 74:18, 75:2, 76:15, 76:18, 87:12, 87:15, 90:12, 90:14, 99:4
**cops** [1] - 75:20
**copy** [1] - 85:14
**corner** [1] - 19:24
**correct** [78] - 8:10, 8:11, 9:10, 10:11, 10:23, 11:12, 12:7, 15:24, 16:11, 16:22, 18:4, 19:2, 20:13, 22:1, 24:9, 27:18, 28:2, 32:19, 33:18, 34:3, 34:4, 36:20, 38:20, 40:18, 41:1, 41:2, 41:17, 49:24, 51:11, 54:21, 54:22, 55:21, 59:3, 60:2, 60:16, 60:24, 61:10, 63:11, 63:12, 63:15, 65:2, 67:4, 68:16,
68:17, 70:19, 73:12, 73:24, 75:1, 75:2, 75:6, 75:11, 75:14, 77:4, 77:5, 81:15, 82:3, 83:2, 86:22, 87:1, 89:23, 89:24, 90:18, 94:21, 95:1, 95:14, 95:24, 96:1, 96:4, 96:5, 97:4, 97:10, 98:17, 99:13, 99:21, 100:10, 100:13, 100:14, 104:13
**COUNSEL** [2] - 4:4, 52:16
**counsel** [2] - 91:19, 93:4
**counsel's** [1] - 53:23
**COUNTY** [1] - 103:2
**County** [3] - 13:10, 66:17, 84:7
**couple** [6] - 75:19, 84:8, 88:18, 89:1, 95:9, 99:3
**course** [1] - 5:16
**court** [5] - 9:1, 14:12, 39:17, 40:10, 45:22
**COURT** [2] - 1:1, 1:1
**Court** [2] - 3:16, 104:23
**cousin** [4] - 57:21, 57:22, 57:23, 57:24
**crashed** [2] - 20:9, 20:11, 88:11
**crazy** [1] - 50:3
**create** [1] - 6:5
**creating** [1] - 67:2
**crime** [1] - 14:7
**criminal** [2] - 13:24, 14:8
**cruiser** [7] - 35:6, 35:8, 35:9, 35:10, 35:13, 35:21, 98:22
**cruisers** [4] - 20:16, 20:21, 22:12
**cut** [3] - 26:6, 31:12, 78:4
**cycle** [1] - 88:6

## D

**dad** [9] - 9:12, 11:18, 65:14, 65:15, 65:21, 66:2, 84:3, 85:12, 85:20
**dad's** [4] - 9:16, 11:14, 57:22, 84:24
**danger** [7] - 59:12, 59:18, 91:20, 91:22, 92:1, 97:17, 98:2

KEITH MILLINGTON - 11/16/17

**dark** [1] - 58:2
**date** [8] - 9:3, 12:17, 40:21, 41:6, 41:13, 79:8, 80:1, 100:13
**dated** [1] - 11:15
**DATED** [1] - 103:17
**dates** [1] - 80:5
**daughter** [1] - 11:15
**daylight** [1] - 24:16
**days** [1] - 85:4
**deal** [1] - 17:11
**Decedent** [1] - 1:3
**December** [1] - 13:10
**decent** [1] - 81:21
**decide** [1] - 79:17
**decisions** [1] - 86:8
**defendants** [1] - 4:21
**DEFENDANTS** [1] - 52:16
**Defendants** [2] - 1:10, 2:8
**definitely** [3] - 67:20, 97:20, 97:21
**degree** [3] - 13:21, 14:3, 14:5
**deleted** [1] - 80:4
**demonstration** [1] - 56:21
**department** [1] - 86:2
**Department** [5] - 10:14, 11:5, 12:12, 41:23, 61:17
**deponent** [1] - 104:17
**deposition** [7] - 3:13, 7:5, 8:22, 14:13, 104:7, 104:10, 104:15
**DEPOSITION** [1] - 1:11
**describe** [8] - 20:15, 26:11, 26:14, 27:14, 53:19, 54:4, 96:2, 97:9
**described** [7] - 24:2, 56:22, 58:9, 64:3, 73:5, 77:14, 97:12
**describing** [2] - 47:9, 99:7
**description** [1] - 71:6
**designated** [1] - 16:10
**details** [2] - 10:16, 41:21
**detective** [1] - 61:20
**different** [6] - 25:8, 33:17, 69:19, 70:12, 71:21, 100:21
**difficulty** [1] - 81:20
**directly** [3] - 21:5, 22:19, 22:21
**discuss** [4] - 7:24,

10:8, 10:12, 50:2
**discussed** [1] - 39:15
**discussion** [1] - 79:22
**distance** [7] - 8:7, 22:23, 23:18, 25:16, 31:23, 59:19, 98:21
**DISTRICT** [2] - 1:1, 1:1
**dock** [2] - 84:16, 85:5
**document** [16] - 7:1, 7:9, 11:2, 12:3, 51:21, 51:23, 52:1, 52:4, 52:6, 52:9, 64:2, 66:13, 67:3, 75:6, 89:5, 91:1
**documents** [2] - 7:4, 7:5
**done** [5] - 4:20, 68:8, 84:12, 95:8, 101:9
**door** [4] - 43:12, 50:20, 50:22, 86:17
**dot** [3] - 45:1
**doubt** [2] - 64:6, 64:10
**down** [34] - 6:3, 6:7, 14:15, 17:1, 17:14, 25:3, 27:22, 49:4, 52:12, 56:5, 56:8, 58:4, 61:16, 64:19, 68:20, 70:17, 71:10, 71:15, 71:16, 71:17, 72:20, 74:15, 75:8, 75:9, 75:18, 77:2, 91:5, 93:15, 95:7, 95:23, 98:8, 100:4, 104:10
**dozen** [1] - 93:15
**dramas** [1] - 14:8
**draw** [1] - 55:8
**drawn** [3] - 27:2, 86:14, 86:16
**drew** [3] - 77:2, 86:18, 86:20
**drink** [5] - 5:16, 16:12, 16:15, 16:16, 76:2
**drinking** [3] - 75:24, 77:11
**drive** [11] - 15:8, 15:14, 18:3, 31:4, 48:15, 48:16, 54:16, 54:17, 77:12, 81:22
**driver** [27] - 16:10, 19:1, 19:4, 19:6, 19:9, 27:5, 27:10, 28:13, 29:24, 31:3, 31:19, 36:18, 36:22, 37:5, 37:6, 37:10, 37:11, 37:13, 37:14, 37:16, 37:20, 38:3, 38:13, 39:3, 46:23, 47:5, 65:16

**driver's** [2] - 22:5, 36:9, 49:11, 50:13, 50:20, 50:22
**drives** [1] - 65:16
**driving** [18] - 15:7, 17:7, 18:18, 20:5, 21:15, 21:17, 30:5, 30:24, 31:1, 45:14, 47:20, 47:22, 59:10, 59:19, 60:1, 73:16, 84:16, 97:4
**dropped** [6] - 40:11, 48:10, 48:14, 59:5, 76:6, 76:11
**drove** [6] - 16:23, 48:13, 54:18, 59:8, 59:21, 75:21
**drunk** [7] - 15:11, 38:17, 49:8, 54:17, 77:12, 77:15, 81:23
**dude** [1] - 18:18
**duly** [3] - 4:2, 89:6, 104:7
**during** [5] - 5:18, 24:16, 61:7, 70:3, 91:7, 104:18

**E**

**early** [2] - 63:13, 63:16
**easily** [1] - 74:9
**East** [1] - 2:3
**east** [1] - 75:21
**Edison** [3] - 47:8, 47:10, 48:1
**Edson** [1] - 4:11
**EDSON** [2] - 1:3, 1:3
**effect** [1] - 3:15
**egg** [1] - 64:23
**eight** [1] - 71:14
**either** [4] - 6:10, 31:7, 49:24, 76:18
**elapsed** [3] - 87:17, 88:11, 88:17
**eleven** [5] - 26:17, 26:19, 53:6, 53:8, 53:10
**emptied** [2] - 93:13, 94:6
**empty** [3] - 93:20, 94:1, 99:18
**end** [6] - 4:14, 6:4, 44:21, 76:23, 77:6, 91:6
**ended** [3] - 18:14, 39:23, 88:13
**ends** [1] - 88:17
**Enfield** [3] - 69:3, 69:14, 69:16
**enfield** [1] - 69:5

**enforcement** [2] - 13:7, 57:11
**engage** [1] - 99:21
**entire** [1] - 68:15
**entitled** [1] - 101:11
**equipment** [1] - 6:3
**ESQ** [2] - 2:5, 102:12
**Estate** [1] - 1:3
**estimate** [1] - 34:12
**event** [2] - 34:21, 56:22
**events** [3] - 55:11, 56:15, 100:13
**exact** [3] - 16:18, 19:11, 72:12
**exactly** [2] - 8:1, 61:14
**exam** [4] - 12:10, 13:8, 13:9, 19:17
**EXAMINATION** [6] - 4:4, 52:16, 89:3, 95:11, 100:6, 102:2
**examination** [1] - 101:10
**examined** [2] - 4:3, 104:6
**example** [1] - 98:19
**except** [1] - 3:8
**exchanged** [2] - 10:21, 11:11
**exchanging** [1] - 63:2
**exhibit** [1] - 102:10
**Exhibit** [15] - 7:7, 8:15, 10:24, 24:12, 39:10, 51:19, 55:3, 63:1, 66:13, 96:8, 100:9, 100:12, 102:6, 102:7, 102:9
**EXHIBITS** [1] - 102:5
**eXHIBITS** [1] - 102:12
**exited** [1] - 86:12
**explained** [2] - 52:6, 52:20
**Express** [1] - 84:5
**eyewitness** [2] - 56:14, 56:15

**F**

**face** [2] - 19:3, 19:6
**faces** [1] - 21:16
**facing** [1] - 27:17
**facts** [4] - 14:18, 94:24, 95:3, 96:16
**fair** [6] - 53:4, 60:20, 71:3, 71:6, 96:9, 96:15
**Falls** [2] - 1:15, 2:10
**false** [1] - 39:21
**family** [9] - 11:14, 11:19, 43:9, 43:19,

44:2, 44:8, 44:13, 57:13, 60:14
**far** [2] - 72:20, 89:14
**fast** [10] - 19:9, 19:12, 21:19, 32:11, 60:1, 76:15, 76:16, 78:5, 87:22, 97:4
**fault** [1] - 5:11
**fee** [1] - 8:6
**feet** [11] - 23:2, 23:3, 23:4, 23:6, 23:14, 23:16, 23:17, 59:23, 98:20, 99:3, 99:5
**fellow** [1] - 7:18
**felt** [4] - 45:6, 62:8, 83:17, 92:15
**fender** [1] - 29:10
**fender-bender** [1] - 29:10
**few** [8] - 13:4, 23:2, 23:4, 34:14, 56:1, 68:21, 68:22, 81:9
**figure** [1] - 21:17
**filed** [1] - 4:12
**filing** [1] - 3:3
**filled** [3] - 64:1, 67:16, 91:14
**finally** [1] - 59:21
**fine** [6] - 5:3, 34:24, 39:16, 79:15, 79:16, 86:8
**finish** [2] - 17:15, 17:22
**finished** [1] - 31:20
**fire** [4] - 34:10, 48:6, 48:8, 99:18
**fired** [21] - 32:2, 32:6, 32:10, 32:13, 32:18, 33:12, 33:20, 34:5, 34:7, 34:13, 51:16, 54:1, 54:2, 54:3, 56:7, 87:16, 87:20, 93:21, 93:24, 99:13, 99:15
**firing** [6] - 34:15, 34:18, 35:17, 35:23, 51:8, 100:24
**firm** [2] - 4:9, 4:10
**Firm** [1] - 4:17
**first** [31] - 4:2, 6:24, 12:3, 12:4, 12:15, 12:24, 13:2, 21:5, 24:4, 24:5, 24:6, 24:7, 24:20, 25:9, 25:18, 28:11, 51:23, 57:3, 62:7, 68:20, 71:11, 71:13, 73:2, 84:21, 84:23, 87:16, 87:18, 87:20, 90:24, 97:13

Firth [1] - 1:14
FIRTH [1] - 2:9
fitness [1] - 57:8
Fitzgerald [1] - 1:13
FITZGERALD [1] - 2:9
five [6] - 26:17, 26:19, 53:6, 53:8, 53:10, 71:14
five-eleven [3] - 26:17, 26:19, 53:6
five-foot-eleven [2] - 53:8, 53:10
flashing [2] - 18:8, 58:5
Floor [1] - 2:3
floor [2] - 65:5, 65:6
fly [1] - 68:13
follow [5] - 52:15, 54:22, 86:1, 89:2, 95:10
follow-up [2] - 52:15, 86:1
follow-ups [2] - 89:2, 95:10
following [2] - 18:21, 20:20
follows [1] - 4:3
foot [3] - 26:17, 53:8, 53:10
FOR [2] - 4:4, 52:16
force [2] - 3:15, 52:4
foregoing [2] - 103:4, 104:7
forgot [1] - 42:17
forklift [1] - 84:17
form [7] - 3:8, 59:15, 64:4, 75:13, 100:21, 100:22, 104:12
former [1] - 4:11
forward [16] - 28:15, 30:16, 30:23, 30:24, 31:22, 31:23, 32:9, 33:7, 35:7, 50:12, 51:4, 51:13, 59:21, 72:21, 72:24, 76:13
four [2] - 20:16, 71:14
freaking [1] - 49:5
free [2] - 5:14, 40:16
French [6] - 4:13, 4:16, 97:2, 97:17, 98:22, 100:1
FRENCH [1] - 1:9
Friday [3] - 80:14, 80:15, 80:17
friend [12] - 11:14, 11:15, 11:19, 15:6, 15:7, 15:14, 38:15, 38:16, 49:7, 60:15, 75:24, 77:10
friends [3] - 38:23,

39:7, 49:6
front [42] - 21:6, 22:4, 22:12, 23:19, 24:4, 24:5, 24:10, 24:11, 24:20, 25:17, 25:19, 25:21, 25:23, 26:13, 29:15, 30:4, 30:8, 31:6, 31:24, 32:21, 34:19, 35:6, 35:9, 35:21, 39:9, 46:3, 46:13, 46:19, 48:4, 50:11, 50:15, 50:21, 50:24, 55:3, 55:9, 55:10, 66:13, 68:14, 86:12, 89:20, 97:3, 98:21
fuck [3] - 44:19, 58:20, 75:21
full [1] - 84:18
funny [1] - 71:23
FURTHER [5] - 3:7, 3:12, 89:3, 95:11, 100:6

## G

game [1] - 17:10
gas [1] - 75:23
gears [1] - 30:15
general [4] - 43:21, 43:24, 64:9, 80:19
General's [2] - 90:9, 90:17
general's [18] - 43:1, 43:3, 60:23, 61:2, 61:5, 62:11, 62:15, 63:18, 64:16, 66:8, 66:11, 69:10, 82:5, 82:18, 83:8, 85:9, 92:8, 92:24
generally [1] - 18:3
Gennaro [2] - 7:19, 7:20
gentleman [2] - 4:14, 4:20
girlfriend [6] - 54:18, 54:20, 71:24, 72:17, 76:5, 76:11
given [3] - 6:18, 11:4, 60:11
glasses [1] - 58:12
Glens [2] - 1:14, 2:10
glove [1] - 14:20
going-down [1] - 27:22
Goldstein [3] - 10:20, 11:11, 60:14
gong [1] - 98:12
graduate [3] - 13:13, 13:17, 84:13

graduated [1] - 84:19
grand [3] - 46:1, 46:3, 46:5
grandfather's [1] - 57:19
great [2] - 17:22, 21:20
green [2] - 18:13, 88:2
Gross [2] - 60:3, 82:19
ground [6] - 36:24, 37:4, 37:9, 52:20, 73:17, 95:17
guardian [2] - 1:4, 1:4
guess [2] - 47:18, 52:23
gun [15] - 27:1, 28:11, 29:16, 29:23, 33:15, 33:20, 33:22, 34:3, 34:10, 34:15, 34:18, 51:7, 54:2, 54:3
guns [1] - 33:17
guy [22] - 9:14, 24:3, 24:5, 35:7, 36:4, 36:16, 36:17, 38:23, 42:14, 47:4, 69:3, 69:14, 73:16, 73:18, 74:17, 74:22, 82:23, 83:5, 88:11, 93:2, 95:16
guys [6] - 55:2, 58:24, 78:17, 90:13, 91:3, 96:20
gym [3] - 65:14, 66:4, 66:5

## H

Hack [1] - 4:10
half [3] - 32:24, 34:22, 68:18
Hamilton [1] - 9:6
hand [6] - 27:3, 28:11, 29:23, 67:18, 78:18, 86:24
handgun [2] - 87:3, 93:24
handing [1] - 8:14
handle [1] - 62:9
hands [1] - 51:7
handwriting [5] - 66:14, 67:14, 67:19, 67:23, 67:24
hanging [2] - 17:10, 76:9
HARFENIST [1] - 2:3
Harfenist [1] - 4:9
head [4] - 6:8, 14:10, 15:19, 16:6
heading [1] - 103:6
hear [15] - 18:5, 21:9,

23:22, 27:5, 28:18, 29:6, 32:2, 32:13, 35:16, 35:21, 47:9, 79:19, 81:9, 94:4, 94:13
heard [12] - 14:19, 14:22, 26:3, 26:4, 46:1, 81:12, 87:15, 87:20, 94:1, 94:3, 94:8, 94:11
hearing [1] - 36:1
height [3] - 26:20, 26:22, 55:15
height-wise [1] - 55:15
held [1] - 79:22
help [4] - 68:13, 71:11, 74:2, 74:5
helped [1] - 82:24
HEREBY [1] - 3:1
hereby [3] - 3:3, 103:6, 104:6
herein [1] - 3:2
hereof [1] - 103:6
hereto [1] - 104:18
herself [1] - 89:8
high [5] - 13:13, 13:15, 13:19, 36:24, 84:19
High [2] - 13:16, 15:22
higher [1] - 55:18
himself [2] - 89:8, 89:12
hit [34] - 17:5, 18:22, 21:4, 21:10, 22:2, 22:3, 22:7, 28:14, 28:17, 29:3, 29:5, 29:10, 29:12, 29:17, 29:20, 29:22, 30:12, 30:14, 31:15, 31:18, 31:19, 31:21, 32:20, 32:22, 35:5, 35:9, 50:11, 51:18, 59:20, 73:2, 73:9, 76:14, 99:3
hits [3] - 35:10, 35:13, 88:16
hitting [2] - 25:10, 29:4
hold [3] - 80:14, 99:1
holding [2] - 29:16, 33:18, 86:23
holster [1] - 86:20
home [8] - 8:10, 8:19, 9:6, 15:7, 48:7, 48:11, 54:16, 77:13
Honda [87] - 18:16, 19:1, 19:4, 19:6, 19:9, 20:21, 21:4, 21:10, 22:2, 22:3,

22:18, 22:24, 23:19, 23:20, 24:8, 24:20, 25:7, 25:18, 26:9, 26:13, 27:5, 28:20, 28:23, 29:12, 29:16, 29:17, 29:20, 29:24, 30:2, 30:11, 30:20, 32:14, 32:17, 32:20, 32:23, 33:6, 33:9, 33:12, 34:10, 34:17, 34:18, 35:7, 35:9, 35:13, 35:14, 35:22, 36:6, 36:9, 36:18, 36:22, 37:6, 37:7, 37:11, 37:14, 37:17, 37:20, 37:21, 38:3, 38:4, 39:4, 46:12, 46:14, 46:18, 47:5, 48:4, 50:11, 50:23, 54:1, 59:10, 72:21, 72:23, 73:16, 73:17, 74:17, 74:18, 74:19, 76:14, 87:19, 88:10, 88:15, 99:2
Hoosick [6] - 17:2, 17:4, 28:2, 55:6, 75:22
hospital [1] - 39:23
hour [4] - 68:7, 68:11, 68:18
hour-and-a-half [1] - 68:18
house [8] - 42:19, 43:10, 45:18, 54:14, 59:5, 59:7, 65:13, 82:8
Hudson [5] - 13:20, 13:21, 56:13, 84:9, 84:20
huh-huh [1] - 6:9

## I

identification [4] - 7:8, 11:1, 24:13, 51:20
identified [1] - 89:7
identifying [1] - 89:12
immediate [1] - 6:2
immediately [1] - 93:17
important [6] - 6:6, 17:14, 17:22, 98:11, 98:13, 98:16
impression [2] - 93:8, 95:13
incident [2] - 39:20, 60:6
include [1] - 98:15
Index [1] - 1:7
INDEX [1] - 102:1

indicate [1] - 77:6
indicated [3] - 22:11, 53:24, 86:22
indication [1] - 29:2
individually [1] - 1:2
Infant [2] - 1:4, 1:4
influence [1] - 6:20
information [3] - 62:21, 96:7, 98:16
initials [1] - 76:24
inside [1] - 76:6
instance [3] - 62:23, 96:6, 97:1
instances [1] - 71:13
instead [1] - 36:17
instructions [4] - 6:1, 6:12, 6:15, 6:17
interested [1] - 104:19
intoxicated [3] - 15:8, 77:19, 81:14
investigator [2] - 43:14, 90:16
involved [2] - 45:6, 45:7
IS [3] - 3:1, 3:7, 3:12
ish [1] - 30:21
issue [2] - 35:16, 35:22
IT [3] - 3:1, 3:7, 3:12

J

jail [2] - 84:7, 92:11
January [1] - 84:22
jda@fmbf.law.com [1] - 2:12
Jeep [8] - 15:8, 15:12, 45:16, 49:14, 54:16, 55:9, 55:14
Jen [1] - 69:6
job [2] - 4:23, 57:14
JOHN [1] - 2:12
John [7] - 6:14, 25:2, 52:13, 79:10, 79:12, 94:15, 95:8
joke [1] - 18:18
JR [1] - 2:12
judge [1] - 14:12
jump [1] - 98:6
June [5] - 80:8, 80:12, 80:17, 80:20
jury [3] - 46:1, 46:3, 46:5
justice [1] - 13:24
Justice [1] - 64:21

K

keep [3] - 38:7, 56:3, 56:4

Keiffer [4] - 9:20, 9:22, 11:17, 11:20
KEITH [5] - 1:12, 4:1, 101:11, 103:4, 103:14
keith [1] - 9:17
Keith [5] - 9:18, 9:23, 9:24, 52:18, 96:13
kept [4] - 72:5, 72:21, 72:23, 82:16
Kersten [1] - 10:6
kick [9] - 73:18, 74:5, 75:1, 92:22, 93:2, 93:9, 95:13, 95:18, 95:20
kicking [1] - 74:7
kid [2] - 39:19, 39:21
kill [2] - 38:13, 38:18
killed [1] - 44:14
kind [20] - 18:17, 19:14, 30:14, 33:22, 35:16, 35:22, 38:6, 39:5, 49:6, 49:14, 50:3, 54:10, 55:18, 57:21, 78:4, 78:11, 80:21, 80:24, 81:5, 83:17
Kindlon [5] - 4:17, 7:17, 40:5, 62:10, 65:23
kit [3] - 55:14, 55:16, 55:17
Klein [1] - 69:1
KM [1] - 76:24
knowledge [1] - 5:2
knows [1] - 11:19
KRAUT [1] - 2:3
Kraut [1] - 4:9

L

lady [2] - 6:2, 17:13
Lake [1] - 2:4
lansingburgh [1] - 13:16
last [2] - 7:3, 93:15
laughed [1] - 18:17
Law [1] - 4:17
law [5] - 1:13, 4:9, 4:10, 13:7, 57:11
Laware [1] - 15:15
lawsuit [1] - 4:12
lawyer [21] - 5:20, 7:13, 7:16, 39:17, 40:3, 42:13, 43:8, 43:11, 43:15, 43:17, 43:18, 43:20, 43:23, 44:2, 44:8, 61:22, 62:5, 62:8, 81:2, 85:17, 92:14

lawyer's [1] - 78:22
lawyers [6] - 39:13, 42:15, 43:21, 44:13, 79:23, 86:8
learned [1] - 56:17
leave [3] - 16:17, 65:20, 78:17
lee [1] - 7:17
Lee [11] - 7:24, 40:3, 62:10, 65:23, 65:24, 66:1, 66:7, 68:21, 81:1, 86:7
Lee's [1] - 8:2
left [21] - 6:2, 16:9, 16:24, 17:3, 22:4, 28:5, 36:14, 48:19, 48:21, 50:13, 54:20, 59:1, 61:20, 61:23, 62:1, 67:11, 72:20, 78:18, 85:15, 92:19
legal [2] - 14:7, 92:17
legs [1] - 5:17
length [1] - 23:15
less [4] - 23:3, 23:4, 87:23, 88:3
life [6] - 59:12, 59:17, 91:20, 91:21, 92:1, 97:17
life's [1] - 98:2
lift [3] - 55:14, 55:16, 55:17
light [9] - 17:5, 18:13, 29:8, 54:24, 55:11, 58:2, 58:3, 87:23, 88:6
lighting [1] - 58:1
lights [7] - 18:8, 18:16, 18:19, 18:20, 20:23, 58:5, 58:9
line [8] - 55:8, 55:9, 71:15, 72:1, 72:22, 77:2, 77:3, 93:16
lines [3] - 71:15, 72:19, 93:15
listed [2] - 8:9, 9:5
listen [1] - 6:15
lit [2] - 77:21, 77:22
live [1] - 15:16
lived [1] - 9:7
lives [2] - 16:1, 16:2
living [3] - 9:9, 9:11, 65:15
LLP [1] - 2:3
location [1] - 66:18
log [2] - 102:7, 102:8
look [12] - 11:5, 39:9, 51:3, 55:2, 66:16, 71:13, 78:21, 79:7, 79:11, 79:20, 79:24, 92:3

looked [10] - 26:15, 31:5, 53:19, 73:2, 73:18, 74:6, 74:18, 76:17, 95:17
looking [5] - 14:20, 27:24, 54:14, 54:15, 56:11
loud [3] - 21:12, 21:13, 23:22
lower [1] - 32:24
luck [1] - 13:11

M

Madelyn [2] - 71:24, 72:2
madelyn [1] - 72:3
magazine [1] - 34:1
magazines [1] - 33:18
male [2] - 26:16, 43:10
man [1] - 97:24
manner [1] - 60:1
Marcus [1] - 2:3
Mark [1] - 57:15
mark [3] - 7:2, 79:4, 79:5
marked [10] - 7:7, 7:9, 10:24, 11:3, 20:18, 22:12, 24:12, 24:15, 51:19, 51:22
marker [1] - 27:22
marking [1] - 8:14
math [1] - 68:12
matter [3] - 92:1, 101:12, 104:20
McDonald's [4] - 59:2, 59:4, 72:11, 75:22
mean [25] - 9:20, 11:16, 15:22, 20:4, 21:16, 25:10, 39:14, 56:18, 70:20, 70:21, 74:7, 85:11, 85:12, 85:13, 85:20, 87:6, 87:12, 87:21, 91:23, 91:24, 92:7, 92:13, 92:17, 94:5
meaning [2] - 15:10, 15:12
means [2] - 42:6, 91:10
meant [2] - 5:9, 94:3
median [3] - 28:4, 28:8, 93:5
medical [2] - 36:15, 36:21
meet [7] - 42:22, 42:24, 43:8, 62:11, 92:8, 92:12, 92:14
meeting [16] - 42:10, 42:12, 43:3, 43:7,

43:23, 63:17, 64:9, 64:15, 66:7, 67:1, 89:22, 90:2, 90:5, 90:15, 91:7, 91:16
member [3] - 10:13, 13:6, 41:23
members [2] - 42:24, 57:13
memory [2] - 21:24, 80:22
mess [1] - 56:19
message [5] - 41:16, 43:4, 61:21, 61:24, 102:7
messages [9] - 10:21, 11:4, 11:10, 39:12, 63:2, 63:4, 63:6, 63:9, 80:5
met [6] - 44:12, 65:9, 78:21, 80:8, 80:13, 80:18
MICHELE [3] - 1:15, 104:4, 104:22
Michele [1] - 104:22
middle [2] - 44:18, 50:16
might [16] - 29:9, 43:6, 46:17, 55:16, 62:19, 65:24, 80:4, 83:2, 85:16, 90:4, 91:14, 97:20, 99:10, 101:1, 101:2
mileage [1] - 8:18
miles [1] - 8:7
MILLINGTON [7] - 1:12, 2:16, 4:1, 101:11, 102:5, 103:4, 103:14
Millington [12] - 7:7, 7:10, 10:24, 11:3, 24:12, 24:15, 51:19, 51:22, 57:15, 89:5, 96:8, 96:17
mind [5] - 39:10, 39:11, 44:17, 79:10, 93:1
minute [3] - 29:2, 63:1, 79:11
minutes [10] - 48:19, 48:21, 56:2, 68:7, 68:10, 68:12, 75:19, 87:24, 88:3, 88:18
MINUTES [1] - 1:11
mirror [3] - 18:17, 19:23, 48:9
misheard [1] - 86:23
mistake [1] - 44:11
Mitch [7] - 65:8, 69:15, 89:20, 90:1, 90:15, 97:6, 97:18

**Mitchell** [1] - 89:7
**mixed** [1] - 80:6
**mom** [2] - 9:12, 65:18
**mom's** [1] - 10:1
**moment** [2] - 87:17, 88:12
**months** [1] - 13:4
**moral** [1] - 92:16
**morning** [4] - 15:3, 24:17, 80:14, 82:10
**Morris** [1] - 1:14
**MORRIS** [1] - 2:9
**most** [1] - 71:8
**mother** [2] - 1:3, 1:4
**motion** [2] - 74:6, 74:7
**motioned** [1] - 72:4
**Motor** [1] - 84:5
**mouth** [1] - 94:23
**move** [6] - 30:13, 33:1, 35:2, 35:14, 37:17, 53:18
**moved** [2] - 29:21, 50:12
**moving** [13] - 30:24, 31:23, 32:9, 33:4, 33:7, 38:7, 47:14, 47:16, 47:19, 51:4, 51:13, 56:4, 92:5
**MR** [31] - 4:5, 24:10, 25:2, 52:11, 52:17, 59:13, 59:15, 71:4, 78:13, 79:3, 79:5, 79:9, 79:15, 79:17, 79:23, 87:4, 88:23, 89:4, 95:6, 95:9, 95:12, 96:11, 98:18, 100:3, 100:5, 100:7, 100:16, 100:20, 101:8, 101:9, 102:2
**must** [1] - 62:3

**N**

**N.T** [1] - 1:4
**name** [15] - 4:8, 4:11, 7:3, 9:16, 10:1, 10:3, 10:5, 16:5, 42:17, 47:2, 47:4, 47:7, 69:6, 69:9, 77:3
**named** [3] - 69:3, 104:7, 104:11
**natural** [2] - 1:4, 1:4
**Neal** [1] - 52:20
**near** [1] - 50:20
**need** [8] - 5:13, 5:19, 5:22, 5:23, 32:7, 41:3, 100:19
**Neil** [4] - 4:8, 68:13, 96:2, 97:12
**NEIL** [2] - 2:5, 102:12

**never** [6] - 7:12, 39:22, 87:12, 99:4, 99:8
**new** [2] - 12:10, 84:6
**NEW** [2] - 1:1, 103:1
**New** [10] - 1:15, 1:17, 2:4, 2:10, 66:17, 84:5, 84:15, 90:8, 90:17, 104:5
**news** [2] - 42:21, 82:23
**next** [21] - 9:14, 18:11, 21:3, 24:1, 25:13, 25:21, 26:1, 27:9, 28:10, 30:2, 31:8, 34:7, 36:6, 38:2, 40:13, 40:15, 40:19, 41:15, 71:16, 73:14, 80:16
**nice** [3] - 71:18, 75:15
**nickname** [1] - 9:19
**night** [10] - 16:12, 21:22, 60:6, 61:18, 71:18, 75:15, 76:1, 77:17, 85:22, 88:20
**nine** [2] - 71:15
**normally** [1] - 94:20
**NORTHERN** [1] - 1:1
**nose** [1] - 39:24
**Notary** [4] - 1:16, 4:2, 103:23, 104:5
**note** [1] - 100:16
**noted** [1] - 103:5
**notes** [1] - 91:7
**nothing** [5] - 38:22, 52:11, 95:6, 101:8, 104:8
**notified** [1] - 12:11
**November** [2] - 1:13, 7:2
**ntorczyner@hkplaw. com** [1] - 2:6
**number** [2] - 7:3, 62:4
**numbers** [3] - 39:11, 39:13, 39:14

**O**

**oath** [1] - 3:14
**objecting** [1] - 59:15
**objection** [7] - 59:13, 59:14, 71:4, 71:5, 98:18, 100:16, 100:20
**objections** [1] - 3:8
**obligated** [3] - 83:17, 92:8, 92:15
**obligation** [3] - 92:16, 92:17
**observed** [4] - 55:11, 57:24, 59:10, 88:12

**obviously** [2] - 6:15, 24:15
**occurred** [1] - 71:6
**occurrence** [1] - 88:12
**OF** [5] - 1:1, 1:9, 1:11, 103:1, 103:2
**off-ramp** [1] - 17:6
**off-the-record** [1] - 79:22
**Office** [2] - 90:9, 90:17
**office** [23] - 8:2, 43:1, 43:4, 60:23, 61:3, 61:5, 62:12, 62:15, 63:18, 64:16, 66:8, 67:11, 69:11, 82:5, 82:18, 83:8, 84:3, 84:17, 85:9, 92:9, 92:24, 98:15, 100:23
**officer** [72] - 3:14, 10:18, 12:6, 12:9, 12:13, 12:16, 24:4, 24:6, 24:7, 25:22, 26:12, 27:6, 27:11, 27:14, 28:10, 29:11, 29:15, 29:19, 29:24, 32:14, 32:18, 32:20, 32:22, 33:1, 33:6, 33:9, 33:10, 33:13, 34:9, 34:15, 34:17, 34:19, 35:3, 35:4, 35:8, 35:10, 35:11, 35:16, 35:21, 36:7, 37:19, 38:8, 38:13, 45:8, 46:22, 51:1, 51:3, 51:7, 53:18, 53:19, 53:24, 54:5, 57:16, 58:19, 59:11, 62:6, 73:12, 74:13, 82:24, 86:11, 89:8, 89:11, 90:2, 90:6, 90:8, 90:10, 90:16, 90:20, 90:22, 91:21, 97:23, 100:24
**officer's** [4] - 34:3, 59:12, 59:17, 91:20
**officers** [3] - 21:14, 24:3, 49:23
**offices** [1] - 1:13
**often** [1] - 15:10
**once** [1] - 86:16
**one** [34] - 7:21, 11:14, 12:10, 14:15, 17:9, 22:11, 23:5, 23:6, 23:14, 25:4, 25:5, 38:23, 39:7, 44:6, 49:5, 51:8, 53:21, 58:14, 58:17, 64:22, 65:13, 68:23, 69:1, 69:3, 71:12, 71:14, 75:15, 75:20, 80:14,

85:16, 87:14, 88:14, 90:13, 98:20
**ones** [2] - 49:16, 49:17
**online** [1] - 84:10
**open** [3] - 49:11, 50:22, 99:19
**opened** [1] - 86:17
**opposite** [1] - 27:21
**originally** [3] - 70:13, 86:6, 86:23
**ourselves** [1] - 79:19
**outcome** [1] - 104:20
**outside** [3] - 35:8, 79:24, 86:19
**own** [1] - 96:3

**P**

**p.m** [8] - 1:15, 63:4, 64:10, 66:22, 67:9, 80:12, 90:23, 101:12
**P.O** [2] - 1:14, 2:10
**PA** [1] - 23:22
**PAGE** [1] - 102:5
**page** [23] - 12:3, 39:15, 40:12, 40:13, 40:15, 40:23, 42:4, 44:16, 44:18, 51:23, 52:1, 67:7, 68:3, 68:14, 71:11, 71:13, 72:19, 77:3, 90:24, 92:20, 93:16, 93:18
**pages** [4] - 25:5, 63:5, 67:21, 68:19
**paid** [1] - 8:6
**papers** [1] - 40:13
**parallel** [2] - 22:8, 23:7, 23:8, 23:10, 23:11, 23:12, 23:13
**parents** [1] - 9:20
**park** [3] - 23:8, 23:12
**parking** [3] - 23:10, 23:11, 23:13
**part** [12] - 19:17, 32:20, 32:22, 50:10, 57:6, 57:8, 67:16, 75:16, 76:1, 76:21, 85:4, 91:15
**particularly** [1] - 56:23
**parties** [1] - 3:2
**party** [13] - 16:3, 16:7, 16:9, 16:17, 16:24, 39:20, 54:12, 54:13, 54:18, 76:3, 76:4, 76:8, 76:9
**pass** [2] - 20:2, 20:7
**passed** [2] - 11:15, 21:15
**passenger** [1] - 82:1
**passes** [1] - 19:19

**past** [7] - 18:19, 19:4, 20:9, 48:15, 48:16, 72:10, 72:17
**patrol** [1] - 53:21
**Paul** [1] - 69:1
**payable** [1] - 8:16
**paying** [1] - 8:17
**PD** [5] - 57:2, 62:15, 66:10, 86:5, 98:22
**Pearl** [3] - 1:14, 2:9, 8:12
**pen** [1] - 69:22
**Penn** [3] - 84:5, 84:6, 84:15
**people** [8] - 15:6, 16:5, 42:21, 60:12, 68:21, 68:22, 89:23, 92:24
**perfectly** [1] - 5:3
**period** [4] - 34:13, 34:23, 70:4, 104:18
**Perlstein** [1] - 4:9
**PERLSTEIN** [1] - 2:3
**person** [7] - 36:11, 44:13, 46:6, 47:9, 65:8, 74:10, 89:7
**personal** [1] - 5:2
**perspective** [1] - 91:24
**ph** [2] - 7:19, 55:20
**Phil** [2] - 60:3, 82:19
**phone** [7] - 11:18, 11:21, 11:22, 11:24, 43:13, 79:11, 86:2
**photograph** [2] - 55:3, 55:8
**Photograph** [1] - 102:9
**physical** [1] - 57:8
**physically** [2] - 53:19, 54:4
**pick** [2] - 54:11, 76:3
**picked** [1] - 81:13
**picture** [9] - 24:14, 24:18, 25:2, 27:16, 27:17, 27:24, 50:18, 50:19, 69:21
**piece** [1] - 6:3
**pistol** [1] - 87:11
**Place** [1] - 9:6
**place** [8] - 27:20, 34:22, 41:6, 62:7, 64:17, 84:24, 103:5, 104:11
**Plaintiffs** [2] - 1:5, 2:2
**PLAINTIFFS** [1] - 4:4
**plastic** [3] - 49:14, 56:11
**plasticy** [1] - 55:20
**point** [24] - 5:4, 5:13,

KEITH MILLINGTON - 11/16/17

10:7, 18:9, 19:20, 23:23, 31:5, 32:3, 34:6, 37:24, 46:9, 49:24, 52:12, 59:20, 86:14, 87:18, 87:19, 88:9, 88:15, 88:16, 92:2, 92:3, 93:24, 97:22
**pointed** [1] - 93:4
**Police** [5] - 10:13, 11:4, 12:11, 41:23, 61:17
**police** [67] - 10:15, 10:18, 12:6, 12:9, 12:13, 12:15, 13:9, 18:6, 18:8, 19:21, 20:2, 20:12, 20:15, 20:16, 20:18, 20:21, 21:14, 22:16, 24:3, 24:18, 26:12, 27:6, 27:11, 27:17, 28:1, 28:5, 29:12, 30:3, 31:6, 35:6, 35:8, 35:10, 35:11, 35:21, 37:10, 37:13, 37:16, 38:5, 38:8, 38:12, 45:8, 46:13, 46:19, 46:22, 48:3, 49:23, 50:10, 50:23, 55:5, 57:16, 58:5, 58:8, 58:19, 59:11, 59:12, 59:17, 59:22, 73:11, 82:24, 86:2, 89:8, 89:11, 90:2, 90:6, 90:8, 90:10, 97:23
**Porowski** [10] - 65:8, 65:11, 65:20, 68:23, 77:24, 89:7, 90:15, 95:14, 97:6, 97:18
**porowski** [1] - 75:8
**portion** [2] - 66:16, 67:24
**position** [3] - 24:2, 25:7, 25:8
**positions** [1] - 24:2
**possible** [6] - 6:13, 42:6, 42:9, 52:14, 87:14, 93:5
**possibly** [1] - 94:16
**precise** [2] - 35:20, 36:18
**prefer** [1] - 9:22
**prepared** [1] - 100:11
**preparing** [1] - 81:4
**PRESENT** [1] - 2:15
**present** [3] - 10:9, 45:9, 54:7
**pretty** [18] - 13:22, 19:12, 21:13, 40:9, 56:4, 58:3, 58:4,

58:18, 69:17, 69:18, 70:2, 76:15, 76:16, 77:21, 80:22, 82:15, 85:6, 91:6
**prevent** [1] - 6:21
**previously** [1] - 4:16
**private** [1] - 43:14
**problem** [2] - 17:7, 18:1
**problematic** [1] - 45:4
**proceedings** [1] - 104:14
**process** [2] - 12:8, 12:9, 57:10, 68:2
**profile** [1] - 47:21
**program** [2] - 14:5, 14:9
**promise** [1] - 83:18
**promised** [1] - 83:22
**provided** [2] - 68:15, 104:17
**psychological** [1] - 57:6
**Public** [4] - 1:16, 4:2, 103:23, 104:5
**pull** [6] - 21:6, 21:7, 23:7, 24:20, 36:24, 63:1
**pulled** [19] - 22:12, 22:17, 22:24, 25:19, 25:21, 36:10, 36:11, 36:13, 36:19, 37:6, 37:11, 37:14, 37:21, 38:3, 47:16, 73:16, 74:10, 93:2, 95:16
**pulling** [1] - 76:16
**purpose** [1] - 14:12
**pursuant** [1] - 1:12
**pursuit** [1] - 58:10
**put** [5] - 14:10, 71:19, 97:22, 98:23, 99:10

## Q

**questioned** [1] - 78:2
**questions** [24] - 4:20, 4:22, 4:23, 4:24, 6:14, 6:21, 14:14, 14:16, 21:20, 24:24, 25:1, 34:21, 52:14, 52:21, 53:1, 57:1, 64:4, 69:19, 70:4, 82:20, 95:22, 96:17, 96:19, 100:5
**quick** [5] - 11:5, 17:9, 18:21, 18:24, 78:22
**quickly** [2] - 78:6, 78:9

## R

**raining** [1] - 49:9
**ramp** [2] - 17:6, 27:22
**ran** [1] - 73:15
**Randal** [2] - 4:13, 4:15
**RANDALL** [1] - 1:9
**Randy** [4] - 97:2, 97:17, 98:22, 100:1
**rather** [1] - 50:18
**re** [1] - 70:12
**re-word** [1] - 70:12
**reached** [4] - 60:17, 62:17, 62:18, 62:19
**read** [15] - 44:17, 60:11, 72:6, 78:6, 78:7, 78:8, 78:13, 78:15, 78:16, 80:1, 83:2, 83:7, 92:21, 94:14, 103:4
**reading** [1] - 83:6
**reads** [2] - 71:16, 72:22
**real** [3] - 11:16, 49:13, 78:22
**really** [8] - 4:23, 6:9, 14:17, 49:7, 54:10, 56:22, 57:19, 82:22
**rear** [2] - 53:24, 87:19
**rearview** [3] - 18:17, 19:23, 48:8
**reason** [5] - 11:17, 64:5, 64:10, 86:7, 100:21
**recent** [1] - 12:10
**recognizing** [1] - 19:15
**recollection** [8] - 21:21, 25:1, 28:20, 35:1, 41:9, 50:19, 79:1, 99:13
**recollections** [1] - 96:3
**record** [3] - 71:5, 79:22, 103:5
**recording** [1] - 43:13
**red** [2] - 18:14, 87:23
**reduced** [1] - 104:12
**referenced** [1] - 98:19
**reflected** [1] - 63:10
**refresh** [3] - 41:9, 79:1, 80:22
**regular** [1] - 55:15
**reimburses** [1] - 8:16
**reimbursing** [1] - 8:18
**relate** [1] - 7:5
**related** [1] - 57:15
**relationship** [1] - 57:18
**relax** [1] - 49:8

**reliability** [1] - 56:15
**rely** [1] - 96:9
**remember** [39] - 15:1, 16:23, 22:23, 23:20, 26:11, 26:15, 27:3, 28:19, 29:3, 36:4, 37:22, 41:7, 42:19, 49:1, 50:7, 50:8, 50:9, 52:24, 61:8, 61:12, 61:13, 62:2, 63:20, 72:9, 72:10, 72:12, 72:16, 73:20, 76:21, 77:16, 83:5, 89:10, 89:12, 91:17, 93:14, 101:3, 101:4
**render** [1] - 36:21
**rendered** [2] - 74:1, 74:4
**Rensselaer** [2] - 13:10, 84:7
**repeat** [1] - 32:7
**Reporter** [3] - 1:16, 104:4, 104:23
**reporter** [1] - 104:17
**represent** [2] - 4:10, 8:13
**represents** [2] - 4:15, 4:21
**requested** [3] - 78:15, 104:16
**reserved** [1] - 3:9
**respect** [2] - 56:17, 100:1
**respective** [1] - 3:2
**respond** [1] - 27:6
**rest** [1] - 59:21
**restate** [1] - 75:7
**results** [2] - 12:22, 13:5
**RETAINED** [1] - 102:12
**returned** [1] - 86:2
**reverse** [3] - 28:13, 28:22, 31:20
**review** [1] - 104:15
**revolver** [3] - 87:2, 87:10, 87:13
**reword** [1] - 77:10
**reworded** [1] - 94:19
**rhythm** [1] - 17:21
**rifle** [2] - 87:7, 87:9
**ring** [1] - 15:20
**River** [1] - 17:2
**RN** [1] - 65:19
**rolling** [2] - 72:21, 72:23
**room** [1] - 14:12
**Rose** [1] - 4:10
**route** [1] - 16:23
**RPI** [1] - 15:22

**rules** [1] - 52:20

## S

**sat** [2] - 68:20, 78:1
**saw** [38] - 10:22, 12:18, 14:14, 14:18, 14:24, 20:20, 24:17, 24:20, 25:9, 28:23, 30:17, 34:22, 38:2, 41:24, 44:10, 46:10, 46:18, 47:19, 48:23, 50:2, 50:5, 51:15, 61:9, 61:14, 70:6, 82:19, 82:21, 82:23, 83:3, 85:12, 87:1, 87:2, 87:14, 87:18, 88:20, 91:8, 93:1
**scene** [7] - 38:6, 38:9, 45:11, 48:6, 48:7, 48:16, 59:8
**school** [6] - 13:13, 13:15, 13:19, 84:12, 84:19, 85:3
**School** [1] - 13:16
**scored** [1] - 57:2
**sealing** [1] - 3:3
**sean** [1] - 10:4
**SEAN** [1] - 2:16
**seat** [1] - 82:1
**seated** [2] - 4:14, 6:2
**sec** [1] - 80:14
**Second** [3] - 15:6, 16:8, 17:1
**second** [21] - 17:8, 36:8, 49:22, 52:1, 54:4, 57:23, 57:24, 59:8, 67:7, 72:19, 73:15, 74:12, 74:18, 76:14, 90:24, 92:20, 98:4, 99:3, 100:8, 100:15, 100:23
**seconds** [1] - 34:14
**security** [1] - 65:3
**see** [76] - 14:19, 18:8, 19:3, 19:6, 19:23, 20:2, 20:8, 21:3, 21:14, 21:16, 21:22, 27:16, 29:23, 31:11, 32:5, 34:9, 34:15, 34:17, 35:2, 35:14, 36:11, 36:13, 36:15, 36:21, 37:1, 37:2, 37:8, 37:16, 46:5, 46:12, 46:22, 47:12, 47:14, 47:21, 48:6, 48:8, 50:10, 52:2, 55:5, 58:3, 60:5, 63:4, 64:16, 65:12, 66:20, 66:22, 67:7,

68:12, 71:19, 72:1, 72:6, 72:20, 72:22, 73:1, 73:8, 73:19, 74:1, 74:4, 74:5, 74:16, 74:24, 76:19, 78:22, 79:2, 79:7, 80:1, 89:6, 89:9, 89:17, 92:20, 93:13, 93:14, 93:19, 99:23
**seeing** [1] - 95:19
**seem** [1] - 69:13
**semester** [3] - 84:9, 84:21, 84:23
**semi** [5] - 87:3, 87:10, 87:11, 93:22, 99:16
**semi-automatic** [5] - 87:3, 87:10, 87:11, 93:22, 99:16
**sense** [2] - 81:18, 94:18
**sent** [3] - 43:5, 63:9, 63:10
**sentence** [5] - 71:16, 72:6, 72:22, 73:14, 75:13
**separated** [2] - 46:12, 46:19
**separately** [1] - 54:20
**Sergeant** [2] - 4:13, 4:15
**SERGEANT** [1] - 1:9
**served** [1] - 4:16
**set** [1] - 69:23
**seven** [1] - 71:14
**shall** [1] - 3:8
**Sheriff** [1] - 13:10
**shift** [1] - 15:13
**shook** [1] - 78:18
**shoot** [3] - 33:15, 49:2, 58:15
**shooter** [3] - 97:2, 100:8, 100:15
**shooter's** [3] - 51:10, 51:12, 51:15
**shooting** [25] - 10:9, 10:12, 10:19, 10:22, 12:18, 14:24, 25:12, 31:10, 31:15, 31:17, 33:10, 34:6, 40:16, 41:3, 41:6, 41:12, 41:14, 41:19, 41:20, 42:1, 45:23, 48:23, 54:7, 88:13, 88:17
**short** [1] - 34:23
**shorthand** [1] - 104:11
**Shorthand** [2] - 1:16, 104:4
**shot** [7] - 46:23, 72:21, 72:23, 87:16,

87:20, 94:7, 94:9
**shotgun** [1] - 33:23
**shots** [12] - 32:2, 32:6, 32:10, 32:13, 32:18, 33:12, 34:5, 34:7, 34:13, 56:7, 94:5, 99:13
**shoulders** [1] - 6:8
**shouting** [1] - 29:18
**show** [6] - 7:1, 7:9, 11:2, 24:14, 51:21, 56:22
**showed** [6] - 53:22, 69:20, 69:21, 69:22, 75:20, 83:9
**shows** [1] - 83:13
**shrugs** [1] - 6:8
**shut** [1] - 82:15
**sic]** [1] - 47:8
**side** [16] - 18:22, 19:13, 20:17, 22:2, 22:4, 22:5, 27:21, 27:23, 28:7, 36:9, 47:21, 49:12, 50:14, 50:20, 50:22, 57:19
**sideways** [2] - 81:23, 81:24
**sign** [3] - 28:1, 52:4, 78:12
**signature** [5] - 51:22, 52:2, 67:20, 67:22, 76:23
**signed** [9] - 3:13, 3:15, 7:2, 52:6, 67:16, 76:22, 77:3, 78:10, 78:16
**similar** [1] - 56:23
**simultaneously** [5] - 31:14, 31:16, 32:15, 51:17, 73:7
**sirens** [2] - 18:6, 21:1
**sister** [1] - 9:13
**sister's** [1] - 10:5
**sitting** [3] - 9:14, 33:24, 77:24
**situation** [1] - 45:7
**six** [3] - 26:17, 71:14, 88:3
**six-foot** [1] - 26:17
**slide** [1] - 99:19
**slurred** [1] - 81:16
**soft** [1] - 49:20
**someone** [4] - 67:2, 81:2, 92:11
**sometime** [1] - 13:2
**sometimes** [2] - 20:5, 56:18
**somewhere** [2] - 15:4, 23:6
**Sommers** [1] - 69:6

**soon** [5] - 13:22, 19:22, 19:23, 42:6, 42:9
**sorry** [5] - 17:24, 26:6, 31:12, 72:3, 78:4
**sort** [1] - 22:22
**sound** [2] - 68:19, 94:11
**sounded** [5] - 93:19, 94:5, 94:6, 94:7, 94:9
**sounds** [1] - 21:9
**speaker** [1] - 23:22
**speaking** [2] - 17:15, 43:22
**specific** [2] - 73:6, 73:8
**speech** [1] - 81:16
**speed** [1] - 19:11
**speeds** [1] - 19:15
**Speedway** [1] - 75:23
**spent** [1] - 77:24
**Spiderman** [1] - 98:5
**spills** [1] - 40:15
**split** [1] - 98:4
**spoken** [1] - 14:23
**spot** [1] - 27:19
**ss** [1] - 103:1
**stall** [1] - 54:24
**stalled** [6] - 17:6, 18:2, 18:5, 18:11, 18:13, 88:1
**stalling** [3] - 18:15, 72:5, 72:18
**stamps** [1] - 63:5
**stance** [4] - 51:10, 51:12, 51:15, 97:2
**standard** [6] - 15:9, 15:10, 15:12, 15:13, 17:7
**standing** [1] - 98:23
**start** [5] - 17:23, 44:12, 89:22, 90:19, 91:12
**started** [13] - 31:15, 31:21, 32:9, 35:17, 35:23, 66:22, 68:5, 76:16, 84:20, 84:21, 89:15, 91:11, 91:16
**starting** [1] - 31:17
**starts** [2] - 67:2, 90:23
**State** [6] - 1:17, 66:16, 66:18, 90:9, 90:17, 104:5
**state** [1] - 13:8
**STATE** [1] - 103:1
**statement** [32] - 39:19, 52:7, 63:11, 64:8, 67:9, 67:24, 68:3, 68:8, 68:14, 68:15,

70:16, 71:3, 75:13, 77:7, 82:5, 85:8, 85:14, 85:19, 90:8, 91:13, 92:21, 93:12, 94:14, 94:24, 95:3, 95:24, 97:1, 98:24, 100:8, 100:12, 100:15, 102:10
**statements** [2] - 60:11, 96:9
**STATES** [1] - 1:1
**station** [1] - 75:23
**stay** [2] - 30:12, 59:7
**stays** [1] - 5:4
**stenographers** [1] - 6:4
**STENOGRAPHIC** [1] - 1:11
**step** [2] - 79:10, 95:20
**stepping** [2] - 74:9, 74:21
**stick** [2] - 18:2, 18:3
**sticks** [1] - 99:19
**still** [8] - 5:12, 12:8, 18:13, 18:15, 20:12, 39:17, 51:15, 93:10
**STIPULATED** [3] - 3:1, 3:7, 3:12
**stop** [13] - 26:2, 26:3, 26:4, 26:24, 27:7, 27:12, 27:13, 28:12, 28:13, 29:18, 35:3, 36:4, 82:16
**stopped** [3] - 35:5, 55:10, 65:21
**stopping** [1] - 65:13
**story** [4] - 69:18, 71:9, 91:3, 91:5
**straight** [4] - 22:8, 30:5, 30:21, 31:1
**straight-ish** [1] - 30:21
**Street** [10] - 1:14, 2:9, 8:12, 17:2, 17:3, 17:4, 28:2, 55:6, 66:18, 75:23
**street** [1] - 60:8
**stretch** [1] - 5:17
**struck** [1] - 32:9
**studied** [1] - 14:8
**studying** [1] - 13:23
**stuff** [1] - 83:11
**stumble** [1] - 81:23
**stumble-drunk** [1] - 81:23
**Subpoena** [2] - 1:12, 102:6
**subpoena** [5] - 4:16, 7:1, 8:3, 8:6, 9:5
**Success** [1] - 2:4

**succession** [1] - 34:5
**suggested** [1] - 95:14
**suing** [1] - 42:14
**Sunday** [2] - 70:21, 70:22
**suspect** [2] - 26:2, 36:10
**SUV** [2] - 55:5, 55:10
**swaying** [1] - 81:24
**swear** [1] - 44:17
**switched** [2] - 30:15, 84:17
**Sworn** [1] - 103:19
**sworn** [6] - 3:13, 3:15, 4:2, 5:6, 52:7, 104:7

## T

**table** [2] - 4:14, 5:15
**tall** [2] - 26:18, 65:1
**ten** [3] - 23:3, 23:4, 48:19
**term** [1] - 46:1
**test** [7] - 12:4, 12:6, 12:17, 12:22, 12:24, 56:24, 57:2
**testified** [5] - 4:3, 8:22, 9:1, 29:1, 32:6
**testify** [4] - 8:17, 45:22, 79:6, 104:8
**testifying** [2] - 8:17, 25:22
**testimony** [4] - 6:5, 78:15, 86:13, 103:5
**text** [13] - 10:21, 11:4, 11:10, 39:12, 41:15, 63:2, 63:4, 63:6, 63:9, 63:21, 78:22, 79:24, 80:4
**Text** [1] - 102:7
**texted** [2] - 12:21, 80:15
**texts** [1] - 39:9
**THE** [6] - 1:9, 4:4, 24:11, 52:16, 79:14, 80:3
**thereafter** [1] - 104:12
**therein** [1] - 104:11
**Thevenin** [4] - 4:11, 4:12, 43:9, 97:3
**THEVENIN** [3] - 1:2, 1:3, 1:3
**Thevenin's** [2] - 97:3, 98:21
**thinking** [1] - 22:10
**threaten** [1] - 83:20
**threatened** [1] - 83:24
**three** [10] - 12:21, 23:5, 23:6, 23:14, 23:16, 23:17, 59:23,

71:14, 88:8, 98:20
threw [1] - 95:18
throw [1] - 74:7
throwing [1] - 69:19
thrown [2] - 39:18, 95:13
Thursday [2] - 80:12, 80:16
tires [1] - 55:17
today [14] - 4:19, 7:14, 7:23, 8:3, 10:7, 33:24, 73:5, 77:14, 85:11, 91:3, 95:21, 96:7, 96:18, 96:20
took [18] - 12:4, 12:10, 12:24, 13:2, 13:8, 17:3, 18:21, 18:24, 27:20, 34:21, 41:6, 56:24, 57:3, 68:18, 69:22, 83:5, 84:21
tooth [1] - 39:24
top [7] - 11:17, 15:19, 16:6, 49:20, 66:16, 89:5, 91:15
TORCZYNER [23] - 2:5, 4:5, 25:2, 52:11, 59:13, 71:4, 78:13, 79:3, 79:5, 79:9, 79:15, 79:17, 79:23, 87:4, 89:1, 89:4, 95:6, 96:11, 98:18, 100:5, 100:7, 101:8, 102:12
Torczyner [1] - 4:8
TORCZYNER............
...........PAGE [1] - 102:2
total [2] - 78:1, 88:4
touch [1] - 86:4
toward [2] - 31:9, 91:6
towards [14] - 13:23, 17:3, 28:14, 28:15, 30:4, 31:1, 50:21, 51:4, 51:13, 59:10, 72:11, 73:11, 92:5, 93:18
tower [1] - 64:22
tractor [1] - 65:16
trailer [1] - 65:17
training [1] - 19:14
transcript [3] - 7:6, 103:7, 104:16
transcription [1] - 104:13
Travis [1] - 11:15
trial [2] - 3:9, 39:18
tried [7] - 40:19, 51:3, 61:20, 61:21, 61:23, 65:13, 70:11
trooper [2] - 13:8,

40:8
trooper's [1] - 19:17
troopers [2] - 40:1, 57:1
Troy [39] - 4:13, 4:15, 10:13, 10:15, 10:18, 11:4, 12:4, 12:6, 12:9, 12:11, 15:6, 15:17, 15:22, 16:8, 19:21, 20:2, 20:12, 20:15, 20:16, 21:14, 41:23, 42:14, 42:15, 44:20, 45:5, 57:2, 57:16, 58:8, 58:19, 61:16, 62:15, 66:10, 87:12, 87:15, 89:11, 90:10, 90:12, 90:14, 98:22
TROY [1] - 1:9
truck [2] - 15:12, 65:16
trucks [2] - 48:6, 48:8
true [11] - 5:8, 5:11, 5:12, 52:9, 95:1, 95:4, 95:5, 96:22, 96:24, 103:7, 104:13
truth [6] - 5:7, 61:9, 61:15, 104:8, 104:9
truthfully [1] - 97:13
try [6] - 14:19, 21:7, 36:15, 37:17, 86:4, 93:1
trying [15] - 30:6, 30:8, 31:3, 31:4, 31:5, 32:12, 43:12, 44:20, 67:18, 74:19, 74:24, 80:22, 82:15, 82:17, 93:9
turn [8] - 18:22, 18:24, 19:7, 19:10, 19:19, 40:12, 44:16, 50:17
turned [2] - 19:22, 19:24
turning [2] - 30:17, 30:19
TV [4] - 14:8, 14:11, 14:19, 46:7
twice [2] - 78:21, 88:8
two [27] - 9:8, 12:21, 14:5, 16:21, 18:19, 19:20, 19:24, 20:12, 21:15, 23:5, 23:12, 23:14, 24:1, 29:2, 37:19, 41:15, 58:9, 68:3, 68:14, 68:19, 71:14, 84:10, 84:12, 87:24, 88:8, 100:5
two-degree [1] - 14:5
two-page [2] - 68:3, 68:14

type [1] - 29:10
typewritten [1] - 104:12

U

U-turn [5] - 18:22, 18:24, 19:7, 19:10, 19:19
under [2] - 6:20, 8:5
underneath [1] - 28:1
unfortunately [1] - 4:22
unh [1] - 6:9
unh-unh [1] - 6:9
UNITED [1] - 1:1
unless [1] - 47:15
unsure [55] - 25:20, 31:2, 31:7, 32:1, 32:4, 33:5, 33:8, 34:8, 34:20, 35:18, 35:24, 36:23, 37:8, 37:15, 37:18, 41:5, 42:17, 42:23, 43:6, 43:10, 43:17, 45:19, 46:16, 48:18, 48:22, 50:6, 50:13, 51:1, 51:17, 59:9, 60:4, 61:19, 63:24, 66:1, 67:13, 67:18, 67:19, 68:22, 69:8, 72:9, 72:14, 74:14, 75:2, 82:14, 85:20, 87:21, 88:18, 89:18, 90:4, 91:14, 92:6, 96:21, 97:20, 101:1, 101:7
unzipped [2] - 56:1, 56:5
up [42] - 17:3, 18:14, 18:16, 19:12, 19:24, 22:17, 27:23, 28:13, 28:23, 29:13, 30:11, 30:14, 30:22, 36:8, 39:21, 39:23, 40:9, 41:18, 49:13, 49:16, 52:15, 53:22, 54:11, 55:18, 56:3, 56:8, 56:9, 56:19, 59:2, 69:23, 72:11, 73:15, 74:19, 75:20, 76:3, 76:14, 81:13, 82:15, 86:1, 87:19, 98:6, 99:3
ups [2] - 89:2, 95:10

V

valerie [1] - 10:2
Valley [5] - 13:20, 13:21, 56:14, 84:9,

84:20
vantage [1] - 31:5
vehicle [17] - 28:16, 36:5, 36:7, 36:10, 36:12, 36:19, 47:17, 50:10, 50:21, 50:23, 51:18, 59:19, 59:22, 86:13, 86:19, 88:9, 88:15
vehicles [3] - 21:15, 35:12, 53:22
vent [1] - 66:6
verbal [1] - 35:17
verbally [1] - 6:7
versa [1] - 96:23
versus [3] - 50:19, 66:9, 78:1
vest [1] - 45:8
vice [1] - 96:23
video [6] - 21:22, 60:5, 83:4, 83:5, 83:9, 83:12
videos [2] - 56:20, 60:9
view [3] - 92:2, 92:3, 97:22
vince [1] - 15:15
vinny [1] - 39:3
Vinny [22] - 15:15, 15:16, 16:4, 16:19, 16:20, 38:17, 38:21, 48:10, 48:14, 48:24, 49:2, 49:3, 50:2, 50:5, 50:7, 54:12, 54:14, 54:15, 59:5, 75:24, 77:11, 81:13
Vinny's [4] - 45:14, 55:14, 58:14, 59:7
vision [1] - 37:3
visual [1] - 69:23
voicemail [2] - 61:24, 62:2
Voluntary [1] - 102:10
voluntary [1] - 67:8

W

waist [1] - 36:23
wait [1] - 17:14
waived [1] - 3:4
walk [2] - 81:21, 89:21
walked [1] - 36:8
walking [3] - 47:12, 56:3, 81:20
wall [14] - 18:23, 20:10, 20:11, 21:4, 21:10, 22:2, 22:3, 22:7, 22:8, 22:14, 25:9, 25:10, 30:22, 30:23

wants [1] - 39:18
warn [1] - 90:1
warned [1] - 89:6
warning [2] - 35:17, 35:22
watch [2] - 56:20, 60:8
watching [1] - 17:10
water [1] - 5:15
waved [1] - 72:17
weapon [8] - 27:2, 27:3, 86:14, 86:16, 86:18, 86:20, 86:24, 87:2
wear [1] - 58:12
weeks [2] - 12:21, 41:15
weight [2] - 53:13, 53:15
welcome [1] - 5:16
white [17] - 20:16, 20:21, 24:19, 24:22, 25:17, 25:18, 25:23, 26:12, 26:16, 27:16, 27:19, 28:1, 28:11, 29:11, 29:14, 55:5, 55:10
whole [5] - 45:7, 55:24, 89:22, 99:12, 104:8
wife [2] - 1:2, 4:11
wind [1] - 41:18
window [3] - 56:5, 56:9, 56:11
windows [6] - 49:11, 49:13, 55:20, 55:22, 56:8, 71:17
wise [1] - 55:15
wish [1] - 8:21
withdraw [1] - 100:19
withdrawn [12] - 10:8, 25:14, 27:9, 30:10, 30:18, 32:5, 34:16, 36:16, 38:11, 48:15, 91:11, 100:17
WITNESS [4] - 24:11, 79:14, 80:3, 102:1
witness [2] - 8:5, 104:6
witnessed [2] - 41:20, 50:4
woman [2] - 69:6, 69:8
wondering [1] - 39:17
word [2] - 70:12, 72:20
worded [2] - 71:1, 71:2
words [6] - 70:18, 72:13, 93:16, 94:18, 96:4
works [2] - 84:3, 84:5

KEITH MILLINGTON - 11/16/17

**worry** [3] - 39:14, 59:14, 71:4
**Wrangler** [2] - 49:18, 55:15
**write** [7] - 68:18, 70:15, 75:4, 75:9, 89:17, 98:7, 98:9
**writing** [8] - 90:19, 90:23, 91:2, 91:4, 91:5, 91:11, 91:12, 95:23
**written** [1] - 73:19
**wrote** [10] - 39:19, 45:2, 70:17, 71:10, 75:5, 75:8, 75:13, 77:24, 91:17

## Y

**year** [4] - 34:22, 49:19, 80:8, 80:10
**year-and-a-half** [1] - 34:22
**years** [1] - 9:8
**yelled** [2] - 58:14, 58:17
**yelling** [7] - 26:4, 27:13, 37:22, 37:23, 38:15, 39:6, 49:6
**yellow** [3] - 27:21, 28:4, 28:7
**YORK** [2] - 1:1, 103:1
**York** [8] - 1:15, 1:17, 2:4, 2:10, 66:17, 90:9, 90:17, 104:5
**young** [2] - 6:2, 17:13

## Z

**Z.T** [1] - 1:4
**Zip** [1] - 71:16
**zip** [2] - 49:16, 55:19
**zipped** [4] - 55:22, 56:8, 56:9, 71:17