

NEIL TORCZYNER
Attorney at Law
DIRECT TEL.: 516.355.9612
DIRECT FAX: 516.355.9613
NTORCZYNER@HKPLAW.COM

March 5, 2019

U.S. Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, New York 12207
<u>By: ECF</u>

    Re: Cinthia Thevenin, et al.  v. The City of Troy, et al.
    Docket No: 16-CV-01115(DJS)

Dear Judge Stewart:

    The undersigned represents Plaintiff in this matter. Defendants are represented by John Aspland of Fitzgerald Morris Baker. The instant letter application is respectfully submitted with consent of counsel for the Defendants.

    As the Court is aware, on February 28, 2019, Defendants filed a Rule 56 Motion seeking summary judgment on all claims alleged in the Complaint. (Docket Entry 101). Thereafter, the Court issued a briefing schedule yesterday which set March 21, 2019 as Plaintiff's deadline for opposing the motion, March 28, 2019 for reply and April 4, 2019 as a submit date. (Unnumbered Docket Entry of March 4, 2019).

    Due to the size of the motion, its dispositive nature and obligations in some other matters, Plaintiff would respectfully request a minor modification to the briefing schedule. After consulting with counsel for Defendants, Plaintiff respectfully requests that:

- Plaintiff's deadline for opposition be extended from March 21 to April 2, 2019;
- Defendants' deadline for reply be extended from March 28 to April 16, 2019;
- The submit date be adjourned from April 4 to a date suitable for the Court.

    Lastly, please be advised that the instant request is Plaintiff's first request to amend the briefing schedule for this matter.

    The Plaintiff thanks the Court for its consideration of this request.

                   Respectfully Submitted
                   HARFENIST KRAUT & PERLSTEIN, LLP
                   Attorneys for Plaintiff
                   By: *Neil Torczyner*
                          Neil Torczyner

3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 Westchester Avenue, Suite 415,
Purchase, NY 10577
T – 914.701.0800 F – 914-708-0808.