

NEIL TORCZYNER
*Attorney at Law*
DIRECT TEL: 516.355.9612
DIRECT FAX: 516.355.9613
NTORCZYNER@HKPLAW.COM

April 3, 2019

U.S. Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, New York 12207

<u>By: ECF and Overnight Courier</u>

    Re: Cinthia Thevenin, et al. v. The City of Troy, et al.
    Docket No: 16-CV-01115(DJS)

Dear Judge Stewart:

    The undersigned represents Plaintiff in this matter. Defendants are represented by John Aspland of Fitzgerald Morris Baker. A copy of this letter will be transmitted to counsel for Defendants by electronic mail.

    As the Court is aware, by Text Order dated March 11, 2019, the Court entered an amended briefing schedule which required Plaintiff to file opposition to Defendants' Rule 56 Motion by April 2, 2019. Pursuant to the Court's March 11th Order, Plaintiff filed her opposition yesterday (Docket Entries #104-106) and additionally encloses courtesy copies of the following materials with the hard copy of this letter:

- Declaration of Steven J. Harfenist in Opposition;
- Plaintiff's Supplemental Record in Opposition;
- Plaintiff's Counterstatement of Material Facts under Local Rule 7.1(a)(3);
- Plaintiff's Memorandum of Law in Opposition.

    Thank you for your time and attention to this matter.

                Respectfully Submitted
                HARFENIST KRAUT & PERLSTEIN, LLP
                Attorneys for Plaintiff

        By: *Neil Torczyner*
                Neil Torczyner

**Encl.**
**CC: John Aspland (by electronic mail only)**

3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 Westchester Avenue, Suite 415,
Purchase, NY 10577
T – 914.701.0800 F – 914-708-0808.