160

RANDALL FRENCH - 07/28/17

1   your car?

2   A.   I couldn't move.  I couldn't get back to my car.

3   Q.   Was any part of your body inside of your car at

4        this point?

5   A.   I don't think so, but I don't know.

6   Q.   What happened next?

7   A.   Just the pain in my leg was absolutely

8        unbearable.  I would like to think I have a high

9        tolerance for pain.  But when it came to this,

10       just the pain was building.  And as he revved, it

11       just got worse and worse and worse.  And honestly

12       I was just praying my leg would break because I

13       figured once it breaks, it can't hurt this bad

14       anymore.

15  Q.   Okay.  Although I understand that you're giving

16       me your impressions, and if I'm asking you what

17       occurred on the next event, I'm just asking what

18       specifically occurred.  And we can deal with the

19       motions and whatnot on the transcript at a later

20       date.

21            What happened next?

22  A.   I was still yelling "stop."  And at that point I

23       drew my gun and I fired.

24  Q.   Okay.  Which direction were you facing when you